IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER )<br>)<br>Plaintiff )<br>)<br>VS. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Respondent )<br>) | C.A. No. 05-147 Erie |

## VERIFICATION OF FILING FEE

NOW COMES, the Plaintiff DARRYL ORRIN BAKER, (hereinafter "PLAINTIFF") proceeding pro-se, and respectfully files this response in accordance to the Order dated June 27, 2005, see (attachment 1) of this Court to show documentation that the filing fee has been paid.

(1) The Plainfiff received from the Staff here at F.S.L. Elkton a Income Statement where is located <u>Transaction Type</u>. see (attachment 2)

(2) The Transaction Type indicate that there were three (3) transaction to the court.

(3) The three dates are 4/1/2005 for $150.00 dollars, 5/12/2005 for $150.00 dollars, and 6/1/2005 for $100.00 dollars.

(4) These transaction total $400.00 dollars.

(1)

(5) The Plaintiff only received two (2) receipts of payment for these transaction. see (attachment 3)

(6) Note that when the Plaintiff filed his first complaint to the Eastern District of Pennsylvania, the Plaintiff never received a receipt for payment.

(7) As of this Verification Motion, the Plaintiff has sent this Court an additional $100.00 dollars to cover the remaining filing fee.

(8) If there is a problem that this $100.00 dollars will not be sufficient to cover the filing fee, <u>please</u>! correspond back and the Plaintiff will pay the remaining amount of the filing fee.

(9) If this does happen please contact the Eastern District of Pennsylvania, so the Plaintiff can receive the lost funds that was extracted from the Inmate Fund Account.

## CONCLUSION

If this Court will examine these documents, this Court will agree that the filing fee has been paid, and this Court will receive an additional $100.00 dollars which will make $500.00 dollars to cover both cases that has been filed in this court.

Respectfully submitted

/s/ *Darryl Baker*
Darryl Orrin Baker (pro-se)
Reg. No.# 19613-039
F.S.L. Elkton Ohio
P.O. Box 10
Lisbon, Ohio
44432-0010

EXECUTED: JULY 5, 2005

(ATTACHMENT 1)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER )
    Plaintiff )
)
) C.A. No. 05-147 Erie
)
UNITED STATES OF AMERICA, et al. )
    Defendants )

### NOTICE OF THE COURT

This is a civil rights suit filed by a prisoner in federal custody. By Report and Recommendation dated June 2, 2005, this Court recommended the dismissal of this action due to Plaintiff's failure to prosecute based upon his failure to pay the filing fee.

By Objections to the Report and Recommendation filed June 17, 2005, Plaintiff claims that he has paid the filing fee of $250.00 and provides documentation to support this claim. However, the documentation demonstrates that Plaintiff has paid the filing fee in Civil Action Number 05-146E, not in the above-captioned case. Plaintiff has two cases presently pending in this Court and Plaintiff is responsible for the full filing fee in each case.

Therefore, this 27 day of June, 2005;

IT IS ORDERED that Plaintiff shall either pay the filing fee of $250.00 or file a motion for leave to proceed in forma pauperis, along with supporting documentation, before July 11, 2005. Failure to comply with this Notice will result in the dismissal of this action for failure to prosecute as recommended in the Report and Recommendation.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE

cc:   all parties of record

(ATTACHMENT 2)

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 19613039 | Current Institution: Elkton FCI |
| Inmate Name: | BAKER, DARRYL | Housing Unit: UNIT G-A |
| Report Date: | 06/07/2005 | Living Quarters: G01-011U |
| Report Time: | 3:20:12 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | 6/7/2005 5:56:22 AM | 70134201 | | | Lockbox - CD | $250.00 | | $745.79 |
| ELK | 6/6/2005 9:38:52 PM | ITS0606 | | | ITS Withdrawal | ($5.00) | | $495.79 |
| ELK | 6/6/2005 5:35:07 PM | ITS0606 | | | ITS Withdrawal | ($1.00) | | $500.79 |
| ELK | 6/6/2005 8:47:44 AM | IS0039 | | | Payroll - UNICOR | $56.24 | | $501.79 |
| ELK | 6/3/2005 11:08:42 PM | ITS0603 | | | ITS Withdrawal | ($4.00) | | $445.55 |
| ELK | 6/1/2005 3:24:02 PM | | 2334 | | ✝Court Fees | ($100.00) | | $449.55 |
| ELK | 6/1/2005 10:45:06 AM | 28 | | | Sales | ($72.50) | | $549.55 |
| ELK | 6/1/2005 5:46:02 AM | 70133801 | | | Lockbox - CD | $200.00 | | $622.05 |
| ELK | 5/31/2005 10:37:25 PM | ITS0531 | | | ITS Withdrawal | ($3.00) | | $422.05 |
| ELK | 5/30/2005 5:26:15 PM | ITS0530 | | | ITS Withdrawal | ($5.00) | | $425.05 |
| ELK | 5/30/2005 5:27:31 AM | 70133703 | | | Lockbox - CD | $430.00 | | $430.05 |
| ELK | 5/24/2005 4:34:24 PM | ITS0524 | | | ITS Withdrawal | ($2.00) | | $0.05 |
| ELK | 5/24/2005 10:57:06 AM | 29 | | | Sales | $1.60 | | $2.05 |
| ELK | 5/24/2005 10:54:04 AM | 28 | | | Sales | ($195.04) | | $0.45 |
| ELK | 5/21/2005 4:31:31 PM | ITS0521 | | | ITS Withdrawal | ($2.00) | | $195.49 |
| ELK | 5/20/2005 4:30:46 PM | ITS0520 | | | ITS Withdrawal | ($3.00) | | $197.49 |
| ELK | 5/17/2005 4:33:07 PM | ITS0517 | | | ITS Withdrawal | ($5.00) | | $200.49 |
| ELK | 5/16/2005 8:05:47 AM | DRR0516 | | | Sales | $4.80 | | $205.49 |
| ELK | 5/14/2005 11:02:33 AM | ITS0514 | | | ITS Withdrawal | ($1.00) | | $200.69 |
| ELK | 5/12/2005 3:55:45 PM | | 2198 | | ✝Court Fees | ($150.00) | | $201.69 |
| ELK | 5/11/2005 8:32:16 PM | ITS0511 | | | ITS Withdrawal | ($5.00) | | $351.69 |
| ELK | 5/11/2005 10:29:22 AM | 3 | | | Sales | ($28.65) | | $356.69 |
| ELK | 5/7/2005 10:52:58 PM | ITS0507 | | | ITS Withdrawal | ($5.00) | | $385.34 |
| ELK | 5/6/2005 9:27:45 PM | ITS0506 | | | ITS Withdrawal | ($5.00) | | $390.34 |
| ELK | 5/4/2005 7:20:08 PM | ITS0504 | | | ITS Withdrawal | ($4.00) | | $395.34 |
| ELK | 5/4/2005 1:47:59 PM | 127 | | | Sales | ($1.60) | | $399.34 |
| ELK | 5/3/2005 11:55:55 AM | 75 | | | Sales | ($6.76) | | $400.94 |
| ELK | 5/3/2005 11:50:43 AM | 73 | | | Sales | ($62.42) | | $407.70 |
| ELK | 5/2/2005 9:25:22 PM | ITS0502 | | | ITS Withdrawal | ($1.00) | | $470.12 |
| ELK | 5/2/2005 8:15:39 AM | IS0031 | | | Payroll - UNICOR | $70.15 | | $471.12 |
| ELK | 5/1/2005 11:25:31 PM | ITS0501 | | | ITS Withdrawal | ($5.00) | | $400.97 |
| ELK | 4/29/2005 5:54:24 PM | ITS0429 | | | ITS Withdrawal | ($5.00) | | $405.97 |
| ELK | 4/29/2005 5:27:21 AM | 70131601 | | | Lockbox - CD | $100.00 | | $410.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELK | 4/26/2005 9:44:52 PM | ITS0426 | | ITS Withdrawal | ($5.00) | $310.97 |
| ELK | 4/23/2005 11:06:57 PM | ITS0423 | | ITS Withdrawal | ($5.00) | $315.97 |
| ELK | 4/23/2005 9:43:44 PM | ITS0423 | | ITS Withdrawal | ($2.00) | $320.97 |
| ELK | 4/20/2005 11:00:16 PM | ITS0420 | | ITS Withdrawal | ($3.00) | $322.97 |
| ELK | 4/19/2005 10:53:03 PM | ITS0419 | | ITS Withdrawal | ($5.00) | $325.97 |
| ELK | 4/19/2005 5:50:01 PM | ITS0419 | | ITS Withdrawal | ($5.00) | $330.97 |
| ELK | 4/16/2005 10:32:22 AM | ITS0416 | | ITS Withdrawal | ($3.00) | $335.97 |
| ELK | 4/15/2005 11:13:10 PM | ITS0415 | | ITS Withdrawal | ($2.00) | $338.97 |
| ELK | 4/14/2005 11:09:32 PM | ITS0414 | | ITS Withdrawal | ($5.00) | $340.97 |
| ELK | 4/13/2005 6:03:21 PM | ITS0413 | | ITS Withdrawal | ($5.00) | $345.97 |
| ELK | 4/12/2005 4:48:58 PM | ITS0412 | | ITS Withdrawal | ($5.00) | $350.97 |
| ELK | 4/10/2005 10:23:43 PM | ITS0410 | | ITS Withdrawal | ($5.00) | $355.97 |
| ELK | 4/5/2005 10:46:12 PM | ITS0405 | | ITS Withdrawal | ($5.00) | $360.97 |
| ELK | 4/5/2005 10:44:41 AM | 22 | | Sales | ($159.06) | $365.97 |
| ELK | 4/4/2005 9:04:26 AM | IS0028 | | Payroll - UNICOR | $44.11 | $525.03 |
| ELK | 4/2/2005 11:49:30 AM | ITS0402 | | ITS Withdrawal | ($5.00) | $480.92 |
| ELK | 4/1/2005 1:25:04 PM | | 1775 | ✈ Court Fees | ($150.00) | $485.92 |

1 **2** **3**

Total Transactions: 148

Totals:    $744.87    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | $745.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $745.79 |
| **Totals:** | **$745.79** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$745.79** |

(ATTACHMENT 3)

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 0050030S - MD
June 8, 2005

Case # 350      Rm      Amount       Code
1ST CIVI 05-147/6                 40.00 CR
2ND CIVI 05-147/6                 40.00 CR

TOTAL ->                          80.00

FROM: US TREASURY
AUSTIN TX
DARRYL BAKER
```

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 0050034S - MD
May 20, 2005

Case # 350      Rm      Amount       Code
1ST CIVI 05-147/6                150.00 CR

TOTAL ->                         150.00

FROM: US TREASURY
AUSTIN TX
DARRYL BAKER
```