first civil filing fee
05-147E

```
         UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 00500449 - AM
         July 22, 2005

  Code    Case #    Qty      Amount

  1ST CIVI 05-147 e          100.00 CH


       TOTAL→           100.00


  FROM: DARRYL BAKER 19613-039
        FCI LISBON P.O. BOX 10
        LISBON, OH 44432-0010
```