**(ATTACHMENT 2)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER )<br><br>Plaintiff )<br><br>VS. )<br><br>)<br><br>UNITED STATES OF AMERICA, et al. )<br><br>Respondent ) | C.A. No. 05-147 Erie |

VERIFICATION OF FILING FEE

NOW COMES, the Plaintiff DARRYL ORRIN BAKER, (hereinafter "PLAINTIFF") proceeding pro-se, and respectfully files this response in accordance to the Order dated June 27, 2005, see (attachment 1) of this Court to show documentation that the filing fee has been paid.

(1) The Plainfiff received from the Staff here at F.S.L. Elkton a Income Statement where is located <u>Transaction Type</u>. see (attachment 2)

(2) The Transaction Type indicate that there were three (3) transaction to the court.

(3) The three dates are 4/1/2005 for $150.00 dollars, 5/12/2005 for $150.00 dollars, and 6/1/2005 for $100.00 dollars.

(4) These transaction total $400.00 dollars.

(1)

(5) The Plaintiff only received two (2) receipts of payment for these transaction. see (attachment 3)

(6) Note that when the Plaintiff filed his first complaint to the Eastern District of Pennsylvania, the Plaintiff never received a receipt for payment.

(7) As of this Verification Motion, the Plaintiff has sent this Court an additional $100.00 dollars to cover the remaining filing fee.

(8) If there is a problem that this $100.00 dollars will not be sufficient to cover the filing fee, <u>please</u>! correspond back and the Plaintiff will pay the remaining amount of the filing fee.

(9) If this does happen please contact the Eastern District of Pennsylvania, so the Plaintiff can receive the lost funds that was extracted from the Inmate Fund Account.

## CONCLUSION

If this Court will examine these documents, this Court will agree that the filing fee has been paid, and this Court will receive an additional $100.00 dollars which will make $500.00 dollars to cover both cases that has been filed in this court.

                                      Respectfully submitted

                              /s/ *Darryl Baker*
                              Darryl Orrin Baker (pro-se)
                              Reg. No.# 19613-039
                              F.S.L. Elkton Ohio
                              P.O. Box 10
                              Lisbon, Ohio
                              44432-0010

EXECUTED: JULY 5, 2005