**(ATTACHMENT 4)**

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MS. SHASTEEN BUSINESS OFFICE | JULY 20, 2005 |
| FROM: | REGISTER NO.: |
| INMATE BAKER | # 19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | G-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I SUBMITED A VOUCHER TO EXTRACT FUNDS FROM MY INMATE FUND ACCOUNT ON JUNE 28, 2005, TO EXTRACT $100.00 DOLLARS. THIS MONEY WAS TAKEN OUT THREE (3) WEEKS LATER. MS. SHASTEEN, WOULD YOU PLEASE TELL ME WHAT WAS THE REASONS FOR THE DELAY OF THREE (3) WEEKS TO EXTRACT THIS $100.00 DOLLARS FROM MY INMATE FUND ACCOUNT.

THANK YOU VERY MUCH!

(Do not write below this line)

DISPOSITION:

Your form was received in my office on July 7, 05 and processed on July 14, 05. Policy states these forms are to be processed within 5 working days.

| Signature Staff Member: | Date: |
|---|---|
| Shasteen | 07/27/05 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86