**(ATTACHMENT 5)**

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE TFS FORM 3090(Rev.) | |
|---|---|---|---|
| VENDOR NAME: | CLERK US DISTRICT COURT | VENDOR I.D. NUMBER: | I19613039 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC  20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-22483548 | $****100.00 | 07-19-05 |

52162692Court Fees
19613039, BAKER, DARRYL

FOR INFO CALL 202-307-3052

05-147

AGENCY SCHEDULE NUMBER
0005S00,18

AGENCY TELEPHONE NUMBER
202-307-3

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

# Withdrawals



| Inmate Reg #: | 19613039 | Current Institution: | Elkton FCI |
|---|---|---|---|
| Inmate Name: | BAKER, DARRYL | Housing Unit: | UNIT G-A |
| Report Date: | 07/20/2005 | Living Quarters: | G01-011U |
| Report Time: | 3:15:42 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 7/17/2005 3:28:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0717 | |
| 7/16/2005 5:08:47 PM | AMService | ITS Withdrawal | ($5.00) | ITS0716 | |
| 7/15/2005 6:25:22 PM | AMService | ITS Withdrawal | ($5.00) | ITS0715 | |
| 7/14/2005 11:16:30 PM | AMService | ITS Withdrawal | ($4.00) | ITS0714 | |
| 7/14/2005 4:32:25 PM | AMService | ITS Withdrawal | ($2.00) | ITS0714 | |
| 7/14/2005 9:48:43 AM | ELK9076 | Court Fees | ($100.00) | | 2692 |
| 7/13/2005 5:56:02 PM | AMService | ITS Withdrawal | ($3.00) | ITS0713 | |
| 7/12/2005 5:55:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0712 | |
| 7/10/2005 10:17:10 PM | AMService | ITS Withdrawal | ($3.00) | ITS0710 | |
| 7/9/2005 10:04:25 PM | AMService | ITS Withdrawal | ($2.00) | ITS0709 | |
| 7/7/2005 9:39:19 PM | AMService | ITS Withdrawal | ($5.00) | ITS0707 | |
| 7/5/2005 11:18:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0705 | |
| 7/5/2005 11:03:15 PM | AMService | ITS Withdrawal | ($2.00) | ITS0705 | |
| 7/3/2005 8:44:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0703 | |
| 7/2/2005 3:17:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0702 | |
| 7/1/2005 10:50:27 PM | AMService | ITS Withdrawal | ($5.00) | ITS0701 | |
| 6/29/2005 9:51:13 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | |
| 6/29/2005 4:52:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | |
| 6/29/2005 1:33:54 PM | ELK9650 | Gift | ($200.00) | | 2601 |
| 6/27/2005 9:31:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0627 | |
| 6/26/2005 9:47:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS0626 | |
| 6/20/2005 10:34:18 PM | AMService | ITS Withdrawal | ($3.00) | ITS0620 | |
| 6/19/2005 12:40:38 PM | AMService | ITS Withdrawal | ($5.00) | ITS0619 | |
| 6/18/2005 8:17:42 PM | AMService | ITS Withdrawal | ($5.00) | ITS0618 | |
| 6/17/2005 11:04:23 PM | AMService | ITS Withdrawal | ($3.00) | ITS0617 | |
| 6/17/2005 10:09:06 PM | AMService | ITS Withdrawal | ($2.00) | ITS0617 | |
| 6/16/2005 10:45:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0616 | |
| 6/16/2005 5:09:15 PM | AMService | ITS Withdrawal | ($3.00) | ITS0616 | |
| 6/15/2005 10:46:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0615 | |
| 6/14/2005 11:30:05 PM | AMService | ITS Withdrawal | ($5.00) | ITS0614 | |
| 6/14/2005 11:05:35 PM | AMService | ITS Withdrawal | ($4.00) | ITS0614 | |
| 6/13/2005 5:48:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS0613 | |
| 6/7/2005 5:43:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0607 | |
| 6/6/2005 9:38:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0606 | |
| 6/6/2005 5:35:07 PM | AMService | ITS Withdrawal | ($1.00) | ITS0606 | |
| 6/3/2005 11:08:42 PM | AMService | ITS Withdrawal | ($4.00) | ITS0603 | |
| 6/1/2005 3:24:02 PM | ELK9650 | Court Fees | ($100.00) | | 2334 |
| 5/31/2005 10:37:25 PM | AMService | ITS Withdrawal | ($3.00) | ITS0531 | |
| 5/30/2005 5:26:15 PM | AMService | ITS Withdrawal | ($5.00) | ITS0530 | |
| 5/24/2005 4:34:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0524 | |
| 5/21/2005 4:31:31 PM | AMService | ITS Withdrawal | ($2.00) | ITS0521 | |
| 5/20/2005 4:30:46 PM | AMService | ITS Withdrawal | ($3.00) | ITS0520 | |
| 5/17/2005 4:33:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS0517 | |
| 5/14/2005 11:02:33 AM | AMService | ITS Withdrawal | ($1.00) | ITS0514 | |
| 5/12/2005 3:55:45 PM | ELK9650 | Court Fees | ($150.00) | | 2198 |
| 5/11/2005 8:32:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS0511 | |
| 5/7/2005 10:52:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0507 | |
| 5/6/2005 9:27:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0506 | |
| 5/4/2005 7:20:08 PM | AMService | ITS Withdrawal | ($4.00) | ITS0504 | |
| 5/2/2005 9:25:22 PM | AMService | ITS Withdrawal | ($1.00) | ITS0502 | |
| 5/1/2005 11:25:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0501 | |
| 4/29/2005 5:54:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0429 | |
| 4/26/2005 9:44:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0426 | |
| 4/23/2005 11:06:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0423 | |
| 4/23/2005 9:43:44 PM | AMService | ITS Withdrawal | ($2.00) | ITS0423 | |
| 4/20/2005 11:00:16 PM | AMService | ITS Withdrawal | ($3.00) | ITS0420 | |
| 4/19/2005 10:53:03 PM | AMService | ITS Withdrawal | ($5.00) | ITS0419 | |
| 4/19/2005 5:50:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0419 | |
| 4/16/2005 10:32:22 AM | AMService | ITS Withdrawal | ($3.00) | ITS0416 | |
| 4/15/2005 11:13:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS0415 | |
| 4/14/2005 11:09:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0414 | |
| 4/13/2005 6:03:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS0413 | |

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 19613039 | Current Institution: | Elkton FCI | |
| Inmate Name: | BAKER, DARRYL | Housing Unit: | UNIT G-A | |
| Report Date: | 07/20/2005 | Living Quarters: | G01-011U | |
| Report Time: | 3:15:12 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/17/2005 3:28:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0717 | | $150.56 |
| 7/16/2005 5:08:47 PM | AMService | ITS Withdrawal | ($5.00) | ITS0716 | | $155.56 |
| 7/15/2005 6:25:22 PM | AMService | ITS Withdrawal | ($5.00) | ITS0715 | | $160.56 |
| 7/14/2005 11:16:30 PM | AMService | ITS Withdrawal | ($4.00) | ITS0714 | | $165.56 |
| 7/14/2005 5:12:33 PM | ELK0104 | Sales | ($86.40) | 177 | | $169.56 |
| 7/14/2005 4:32:25 PM | AMService | ITS Withdrawal | ($2.00) | ITS0714 | | $255.96 |
| 7/14/2005 9:48:43 AM | ELK9076 | Court Fees | ($100.00) | | 2692 | $257.96 |
| 7/13/2005 5:56:02 PM | AMService | ITS Withdrawal | ($3.00) | ITS0713 | | $357.96 |
| 7/12/2005 5:55:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0712 | | $360.96 |
| 7/10/2005 10:17:10 PM | AMService | ITS Withdrawal | ($3.00) | ITS0710 | | $365.96 |
| 7/9/2005 10:04:25 PM | AMService | ITS Withdrawal | ($2.00) | ITS0709 | | $368.96 |
| 7/7/2005 9:39:19 PM | AMService | ITS Withdrawal | ($5.00) | ITS0707 | | $370.96 |
| 7/5/2005 11:18:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0705 | | $375.96 |
| 7/5/2005 11:03:15 PM | AMService | ITS Withdrawal | ($2.00) | ITS0705 | | $380.96 |
| 7/5/2005 11:08:44 AM | ELK0104 | Sales | ($58.10) | 39 | | $382.96 |
| 7/5/2005 7:45:07 AM | ELK9650 | Payroll - UNICOR | $70.61 | IS0045 | | $441.06 |
| 7/3/2005 8:44:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0703 | | $370.45 |
| 7/2/2005 3:17:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0702 | | $375.45 |
| 7/1/2005 10:50:27 PM | AMService | ITS Withdrawal | ($5.00) | ITS0701 | | $380.45 |
| 6/29/2005 9:51:13 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | | $385.45 |
| 6/29/2005 4:52:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | | $390.45 |
| 6/29/2005 1:33:54 PM | ELK9650 | Gift | ($200.00) | | 2601 | $395.45 |
| 6/27/2005 9:31:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0627 | | $595.45 |
| 6/26/2005 9:47:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS0626 | | $600.45 |
| 6/21/2005 10:49:47 AM | ELK0104 | Sales | $24.50 | 13 | | $601.45 |
| 6/21/2005 10:47:59 AM | ELK0104 | Sales | ($56.00) | 12 | | $576.95 |
| 6/20/2005 10:34:18 PM | AMService | ITS Withdrawal | ($3.00) | ITS0620 | | $632.95 |
| 6/19/2005 12:40:38 PM | AMService | ITS Withdrawal | ($5.00) | ITS0619 | | $635.95 |
| 6/18/2005 8:17:42 PM | AMService | ITS Withdrawal | ($5.00) | ITS0618 | | $640.95 |
| 6/17/2005 11:04:23 PM | AMService | ITS Withdrawal | ($3.00) | ITS0617 | | $645.95 |
| 6/17/2005 10:09:06 PM | AMService | ITS Withdrawal | ($2.00) | ITS0617 | | $648.95 |
| 6/16/2005 10:45:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0616 | | $650.95 |
| 6/16/2005 5:09:15 PM | AMService | ITS Withdrawal | ($3.00) | ITS0616 | | $655.95 |
| 6/15/2005 10:46:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0615 | | $658.95 |
| 6/14/2005 11:30:05 PM | AMService | ITS Withdrawal | ($5.00) | ITS0614 | | $660.95 |
| 6/14/2005 11:05:35 PM | AMService | ITS Withdrawal | ($4.00) | ITS0614 | | $665.95 |
| 6/14/2005 10:47:09 AM | ELK0104 | Sales | ($67.84) | 52 | | $669.95 |
| 6/13/2005 5:48:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS0613 | | $737.79 |
| 6/8/2005 10:35:00 AM | ELK0104 | Sales | $0.00 | 19 | | $740.79 |
| 6/7/2005 5:43:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0607 | | $740.79 |
| 6/7/2005 5:56:22 AM | AMSERVICE | Lockbox - CD | $250.00 | 70134201 | | $745.79 |
| 6/6/2005 9:38:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0606 | | $495.79 |
| 6/6/2005 5:35:07 PM | AMService | ITS Withdrawal | ($1.00) | ITS0606 | | $500.79 |
| 6/6/2005 8:47:44 AM | ELK9650 | Payroll - UNICOR | $56.24 | IS0039 | | $501.79 |
| 6/3/2005 11:08:42 PM | AMService | ITS Withdrawal | ($4.00) | ITS0603 | | $445.55 |
| 6/1/2005 3:24:02 PM | ELK9650 | Court Fees | ($100.00) | | 2334 | $449.55 |
| 6/1/2005 10:45:06 AM | ELK5200 | Sales | ($72.50) | 28 | | $549.55 |
| 6/1/2005 5:46:02 AM | AMSERVICE | Lockbox - CD | $200.00 | 70133801 | | $622.05 |
| 5/31/2005 10:37:25 PM | AMService | ITS Withdrawal | ($3.00) | ITS0531 | | $422.05 |
| 5/30/2005 5:26:15 PM | AMService | ITS Withdrawal | ($5.00) | ITS0530 | | $425.05 |

1 2 3 4

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 19613039 | Current Institution: | Elkton FCI | |
| Inmate Name: | BAKER, DARRYL | Housing Unit: | UNIT G-A | |
| Report Date: | 07/20/2005 | Living Quarters: | G01-011U | |
| Report Time: | 3:15:23 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/30/2005 5:27:31 AM | AMSERVICE | Lockbox - CD | $430.00 | 70133703 | | $430.05 |
| 5/24/2005 4:34:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0524 | | $0.05 |
| 5/24/2005 10:57:06 AM | ELK0104 | Sales | $1.60 | 29 | | $2.05 |
| 5/24/2005 10:54:04 AM | ELK0104 | Sales | ($195.04) | 28 | | $0.45 |
| 5/21/2005 4:31:31 PM | AMService | ITS Withdrawal | ($2.00) | ITS0521 | | $195.49 |
| 5/20/2005 4:30:46 PM | AMService | ITS Withdrawal | ($3.00) | ITS0520 | | $197.49 |
| 5/17/2005 4:33:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS0517 | | $200.49 |
| 5/16/2005 8:05:47 AM | ELK9076 | Sales | $4.80 | DRR0516 | | $205.49 |
| 5/14/2005 11:02:33 AM | AMService | ITS Withdrawal | ($1.00) | ITS0514 | | $200.69 |
| 5/12/2005 3:55:45 PM | ELK9650 | Court Fees | ($150.00) | | 2198 | $201.69 |
| 5/11/2005 8:32:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS0511 | | $351.69 |
| 5/11/2005 10:29:22 AM | ELK0104 | Sales | ($28.65) | 3 | | $356.69 |
| 5/7/2005 10:52:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0507 | | $385.34 |
| 5/6/2005 9:27:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0506 | | $390.34 |
| 5/4/2005 7:20:08 PM | AMService | ITS Withdrawal | ($4.00) | ITS0504 | | $395.34 |
| 5/4/2005 1:47:59 PM | ELK0104 | Sales | ($1.60) | 127 | | $399.34 |
| 5/3/2005 11:55:55 AM | ELK0104 | Sales | ($6.76) | 75 | | $400.94 |
| 5/3/2005 11:50:43 AM | ELK0104 | Sales | ($62.42) | 73 | | $407.70 |
| 5/2/2005 9:25:22 PM | AMService | ITS Withdrawal | ($1.00) | ITS0502 | | $470.12 |
| 5/2/2005 8:15:39 AM | ELK9650 | Payroll - UNICOR | $70.15 | IS0031 | | $471.12 |
| 5/1/2005 11:25:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0501 | | $400.97 |
| 4/29/2005 5:54:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0429 | | $405.97 |
| 4/29/2005 5:27:21 AM | AMSERVICE | Lockbox - CD | $100.00 | 70131601 | | $410.97 |
| 4/26/2005 9:44:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0426 | | $310.97 |
| 4/23/2005 11:06:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0423 | | $315.97 |
| 4/23/2005 9:43:44 PM | AMService | ITS Withdrawal | ($2.00) | ITS0423 | | $320.97 |
| 4/20/2005 11:00:16 PM | AMService | ITS Withdrawal | ($3.00) | ITS0420 | | $322.97 |
| 4/19/2005 10:53:03 PM | AMService | ITS Withdrawal | ($5.00) | ITS0419 | | $325.97 |
| 4/19/2005 5:50:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0419 | | $330.97 |
| 4/16/2005 10:32:22 AM | AMService | ITS Withdrawal | ($3.00) | ITS0416 | | $335.97 |
| 4/15/2005 11:13:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS0415 | | $338.97 |
| 4/14/2005 11:09:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0414 | | $340.97 |
| 4/13/2005 6:03:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS0413 | | $345.97 |
| 4/12/2005 4:48:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0412 | | $350.97 |
| 4/10/2005 10:23:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0410 | | $355.97 |
| 4/5/2005 10:46:12 PM | AMService | ITS Withdrawal | ($5.00) | ITS0405 | | $360.97 |
| 4/5/2005 10:44:41 AM | ELK0104 | Sales | ($159.06) | 22 | | $365.97 |
| 4/4/2005 9:04:26 AM | ELK0308 | Payroll - UNICOR | $44.11 | IS0028 | | $525.03 |
| 4/2/2005 11:49:30 AM | AMService | ITS Withdrawal | ($5.00) | ITS0402 | | $480.92 |
| 4/1/2005 1:25:04 PM | ELK9650 | Court Fees | ($150.00) | | 1775 | $485.92 |
| 3/28/2005 11:14:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0328 | | $635.92 |
| 3/27/2005 2:36:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0327 | | $640.92 |
| 3/27/2005 5:17:42 AM | AMSERVICE | Lockbox - CD | $400.00 | 70127202 | | $645.92 |
| 3/24/2005 4:53:57 PM | AMService | ITS Withdrawal | ($3.00) | ITS0324 | | $245.92 |
| 3/23/2005 5:30:08 PM | ELK0104 | Sales | ($6.70) | 148 | | $248.92 |
| 3/22/2005 11:10:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0322 | | $255.62 |
| 3/19/2005 9:26:59 AM | AMService | ITS Withdrawal | ($4.00) | ITS0319 | | $260.62 |
| 3/16/2005 11:00:31 AM | ELK0104 | Sales | ($21.29) | 24 | | $264.62 |
| 3/14/2005 11:05:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0314 | | $285.91 |
| 3/12/2005 11:03:00 PM | AMService | ITS Withdrawal | ($5.00) | ITS0312 | | $290.91 |

1 2 3 4

August 1, 2005

Clerk or the Court
United States District Court
Western District of Pennsylvania
Sean J. Mclaughlin Judge
United Staets Courthouse, Room A250
17 South Park Row
Erie, PA 16501

RE: C.A. No. 05-147 Erie

Dear Clerk of the Court

    Please find inside Plaintiff's Motion to Reconsider District Judge Order denying the Plaintiff's complaint for failure to pay filing fee.

Thank you very much.

                                                Respectfully submitted

                                  /s/ *Darryl Baker*
                                          Darryl Orrin Baker
                                          Reg. No.# 19613-039
                                          F.S.L. Elkton Ohio
                                          P.O. Box 10
                                          Lisbon, Ohio
                                          44432-0010

ENCLOSURE: