**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | Civil Action No. 05-147E |
| ) | |
| UNITED STATES OF AMERICA ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT ) | |
| FCI-McKEAN, WARDEN, OFFICER ) | ELECTRONICALLY FILED |
| B. WESEMEN, MEDICAL DEPARTMENT ) | |
| ) | |
|     Defendants. ) | |

<u>O R D E R</u>

AND NOW, to wit, this _____ day of _____, 200_, upon consideration of the Motion for Enlargement of Time to File Answer heretofore filed by Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, and Medical Department, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until January 6, 2005, within which to answer, move and/or otherwise plead to Plaintiff's Complaint.

 

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record