**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-146E |
| | ) | |
| UNITED STATES OF AMERICA | ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT | ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER | ) | |
| B. WESEMEN, MEDICAL DEPARTMENT | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

O R D E R

AND NOW, this _____ day of _____, 200_, upon consideration of

Defendants' Motion to Extend Time for Filing a Responsive Pleading and/or Dispositive Motion,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until January 16, 2006 to file

their response to Plaintiff's Complaint.


_____, J.


cc:  All parties of record