IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-147E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT | ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER | ) | |
| B. WESEMEN, MEDICAL DEPARTMENT | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF COUNSEL MEGAN E. FARRELL

Megan E. Farrell, Assistant United States Attorney for the Western District of Pennsylvania, hereby withdraws as counsel for defendants the United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen and Medical Department. Defendants in this action are already represented by Paul E. Skirtich of the United States Attorney's Office in this judicial district. Ms. Farrell's appearance was erroneously entered in this case instead of another action filed by the same plaintiff at Civil Action No. 05-146E.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney

    s/Megan E. Farrell
    MEGAN E. FARRELL
    Assistant U.S. Attorney
    Western District of PA
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    (412) 894-7429
    PA ID No. 76972

Dated: December 6, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2005, a true and correct copy of the foregoing Withdraw of Counsel Megan E. Farrell served by first-class U.S. mail, to the following:

Darryl Orrin Baker
# 19613-039
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

s/Megan E. Farrell
MEGAN E. FARRELL
Assistant U.S. Attorney