IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-147E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT | ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER | ) | |
| B. WESEMEN, MEDICAL DEPARTMENT | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 200_, upon consideration of Defendants' Motion to Withdraw Motion for Extension of Time Filed November 23, 2005 and to Vacate Order Granting that Motion, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion for Extension of Time filed by Defendants on November 23, 2005 (docket #13) is hereby withdrawn.

IT IS FURTHER ORDERED that the November 29, 2005 text Order granting the Motion for Extension of Time filed by Defendants on November 23, 2005 is hereby vacated.

_____, J.

cc: All parties of record