(ATTACHMENT 1)

September 13, 2005

U.S. Department of Justice
United States Marshal Service
Western District of Pennsylvania
241 U.S. Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

RE: CA-05-0147

Dear Cleak:

    Please find inside U.S.M. 285(s) Forms for service upon the Defendant's. Also, please send any current correspondence to the Plaintiff's new address below.

Thank you very much.

                                                Respectfully submitted

                      BY:  *Darryl Baker*
                              Darryl Orrin Baker
                              Reg. No.# 19613-039
                              Federal Prison Camp
                              P.O. Box 2000
                              Lewisburg, PA 17837

ENCLOSURE:

7001 1940 0005 6749 5473

October 29, 2005

Clerk of the Court
United States District Court
Western District of Pennsylvania
District Court Judge McLaughlin
Magistrate Judge Baxter
17 South park Row, Room A280
Erie, PA.
16501

RE: CA-05-0146 Erie:

Dear Clerk of the Court:

    Please find inside, the Plaintiff's Leave to File a second Amended Complaint ready for service and process to the Defendant's. Also, the Plaintiff tried to submit this to the Marshals Service to serve the Defendant's.

Thank you very much for your cooperation.

                                              Respectfully submitted

BY: *Darryl Baker*
                                     Darryl Orrin Baker
                                     Reg. No.# 19613-039
                                     Federal Prison Camp
                                     P.O. Box 2000
                                     Lewisburg, PA.
                                     17837

ENCLOSURE: