(ATTACHMENT 2)

7001 1940 0005 6749 5497

September 15, 2005

United States Department of Justice
United States Marshals Service
Western District of Pennsylvania
241 U.S. Courthouse
7th Avenue Grant Street
Pittsburgh, PA
15219

RE: CA-05-0146 Erie:

Dear Clerk:

Please find inside (5) copies of Plaintiff's Leave to File a Second Amended Complaint ready for service and process to the Defendant's.

Thank you very much for your cooperation.

Respectfully submitted

BY: *Darryl Baker*
DARRYL ORRIN BAKER
Reg. No.# 19613-039
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA
17837

ENCLOSURE: