(ATTACHMENT 3)

REG. NO. # 19615-039
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG, PA.
17837





7001 1940 0005 6749 5497



CL...
UNI,
UNI1
WESTERN STATES DEPARTMENT OF JUSTICE
241 U.S. COURT, MARSHALS SERVICE
7TH AVENUE GRANT STREET
PITTSBURGH, PENNSYLVANIA
15219

U.S. POSTAGE PAID
LEWISBURG, PA
17837
SEP 19, '05
AMOUNT
$0.00
0009878I-02



*Please file your documents with the Clerk of Court*

DARRYL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG, PA.
17837

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WESTERN DISTRICT OF PENNSYLVANIA
241 U.S. COURTHOUSE
7TH AVENUE GRANT STREET
PITTSBURGH, PA.
15219




U.S. POSTAGE
PAID
LEWISBURG, PA
17837
SEP 19, '05
AMOUNT
$0.00
0004 2034-10



LABEL 107R, OCT 1997
PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov



ORRIN BAKER
# 19613-039
PRISON CAMP
BOX 2000
LEWISBURG, PA.

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WESTERN DISTRICT OF PENNSYLVANIA
241 U.S. COURTHOUSE
7TH AVENUE GRANT STREET
PITTSBURGH, PA.
15219

U.S. POSTAGE
PAID
LEWISBURG, PA
17837
SEP 19, 05
AMOUNT
$0.00
00042034-10

15219






LABEL 107R, OCT 1997
PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov