(ATTACHMENT 4)



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0005 6749 5473

| | |
|---|---|
| Postage | $ 4.75 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.05 |

Sent To: U.S. DISTRICT COURT
Street, Apt. No.; or PO Box No.: 17 SOUTH PARK ROW A 280
City, State, ZIP+4: ERIE, PA. 16501