**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DARRYL ORRIN BAKER,              )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    Civil Action No. 05-147E
                                 )
UNITED STATES OF AMERICA         )    JUDGE McLAUGHLIN
GOVERNMENT OFFICIALS AT          )
FCI-McKEAN, WARDEN, OFFICER      )    ELECTRONICALLY FILED
B. WESEMEN, MEDICAL DEPARTMENT )
                                 )
        Defendants.              )

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

AND NOW, comes the Defendants, United States of America Government Officials at FCI-McKean, Warden, Officer B. Wesemen, Medical Department, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant U.S. Attorney for said district, and files the following Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment, pursuant to Rules 12(b)(1), (2), and (6) and 56 of the Fed. R. Civ. P., and respectfully moves the Court to grant the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment in favor of the United States, upon the grounds:  (1) that the Court lacks jurisdiction over the subject matter; (2) that the Court lacks jurisdiction over the parties; (3) that Plaintiff has failed to state a claim upon which relief can be granted; and/or (4) that the pleadings show that there is no genuine issue as to any

material fact, and the United States is entitled to judgment as a matter of law.

A Memorandum of Law in support of this Motion will be filed subsequently with this Motion, and the contents therein will be incorporated by reference.

WHEREFORE, the Defendants, United States of America Government Officials at FCI-McKean, Warden, Officer B. Wesemen, Medical Department, respectfully requests that the Court grant their Motion to Dismiss, or in the Alternative, Motion for Summary Judgment in favor of Defendant and against Plaintiff Darryl Orrin Baker.

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY


s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment was electronically filed and/or served by postage-paid U.S. Mail on this 3rd day of January, 2006, to and upon the following:

> Darryl Orrin Baker
> Plaintiff *Pro Se*
> USP Lewisburg
> U.S. Penitentiary
> Post Office Box 1000
> Lewisburg, PA 17837

> <u>s/Paul E. Skirtich</u>
> PAUL E. SKIRTICH
> Assistant U.S. Attorney