IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-147E |
| ) | |
| UNITED STATES OF AMERICA ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT ) | |
| FCI-McKEAN, WARDEN, OFFICER ) | ELECTRONICALLY FILED |
| B. WESEMEN, MEDICAL DEPARTMENT ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2006, upon consideration and review of the Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for Summary Judgment heretofore filed by Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, Medical Department, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendants and against Plaintiff, Darryl Orrin Baker.

_____
UNITED STATES DISTRICT COURT