# Document 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER,
    Plaintiff,

v.

UNITED STATES of AMERICA, et al.,
    Defendants.

Civil Action No. 05-147 (Erie)

## DECLARATION OF MONICA RECKTENWALD

I, Monica Recktenwald, make the following declaration under penalty of perjury:

1. I am employed as an Executive Assistant, Camp Administrator, and Legal Liaison, by the United States Department of Justice, Federal Bureau of Prisons, Federal Correctional Institution (FCI), McKean, Pennsylvania. I have been employed in this capacity since approximately August 22, 2004.

2. As a Legal Liaison at FCI McKean, I have access to most records maintained in the ordinary course of business at FCI McKean.

3. Attached hereto, please find a true and correct copy of the following documents, which are maintained in the ordinary course of business at FCI McKean:

    a. Szarowicz Memorandum, dated February 29, 2004 (names of inmates other than Plaintiff redacted);

    b. Carlson Memorandum, dated February 29, 2004 (names of inmates other than Plaintiff redacted);

    c. Inmate Injury and Assessment and Follow-up form;

    d. McNinch Memorandum, dated February 29, 2004 (names of inmates other than Plaintiff redacted);

    e. Bailey Memorandum dated February 29, 2004 (names of inmates other than Plaintiff redacted);

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 8th day of December, 2005.

*Monica Recktenwald*
Monica Recktenwald
McKean, Pennsylvania

# Document 2a



**UNITED STATES GOVERNMENT**
M E M O R A N D U M
**FEDERAL CORRECTIONAL INSTITUTION
MCKEAN COUNTY, PENNSYLVANIA
16701-5000**

DATE: February 29, 2004

REPLY TO
ATTN OF: John Szajowicz, SOS

SUBJECT: Inmate Baker, Darryl #19613-039

TO: Douglas Bailey, Operations Lieutenant

On 2-29-04 at approximately 0915 I entered the lower ten man cell in Unit AA. I found inmate Baker #19613-039 lying in his assigned cell with his bed sheet covering his face. I asked him a question and he answered me with the sheet still covering his face. I got suspicions so I ordered him to remove the sheet from his face. When he complied I discovered that his left eye and upper forehead had injuries that are consistent with an assault.

I then asked him what had happened to his face and he replied that a dumb bell up in the weight room fell on him.

I immediately notified the Operations Lieutenant.

**Document 2b**



U.S. Department of Justice
**MEMORANDUM**
Federal Bureau of Prisons
FCI MCKEAN

DATE: 2-29-04

REPLY TO: L. CARLSON S.O.S.

SUBJECT: POSSIBLE ASSAULT

TO: INVESTIGATING LT.

ON 2-29-04 AT APPROX. 9:30AM, WHILE ASSIGNED AS THE COMPOUND #2 OFFICER, I REPORTED TO UNIT A-A FOR A POSSIBLE ASSAULT, AT THAT TIME I ESCORTED INMATE BAKER #19613-039 TO THE LT. OFFICE, THEN TO THE INSTITUTIONAL HOSPITAL, THEN TO SHU. AFTER THE 10:00AM COUNT I REPORTED TO UNIT A-A, AND ESCORTED INMATE # _____ TO THE LT. OFFICE, THEN TO THE INSTITUTIONAL HOSPITAL, THEN TO SHU.

# Document 2c

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | BAKER, DARRYL | 19613-039 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Unicor | AA | 2/27/04  2000 hr |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment |
|---|---|---|
| Housing AA Cell #129 | | 2/29/04  0950 hr |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

4/y/o BM ℅ LT Face & Eye Pain 2° Assault
by 2-Im's c̄ ⊕ LOC; Also ℅ ② Minor Pain Swelling & Abrasion
of Rt Chest & Back, RUE, BIL. HANDS.
③ Reports Epistaxis - 1st 24hrs S/P  — Denies PL/ 
④ ⊖ Resolving ⊕ Paresthesia LT Face & Maxillary Dentation   Vision Loss
   LOC—

Signature of Patient: Darryl Baker

**10. Objective:** (Observations of Findings from Examination)

CAOx3, Mild Distress, Ambulatory, Flat Affect
HEAD → NC/AT; EARS → ⊕ B/L, TM's Intact & ⊖ FLD/BLD; FACE → LT Mild Tender c̄ Ecchymosis
& Swelling ⊖ Step-off/Deformity, Skin Intact c̄ ① Periorbital Ecchymosis/Edema ⊖ Tend
⊖ Step Off. NOSE → Neutral w/o Pyramid & Tip ⊖ ② Periorbital Ecchymosis/Edema ⊖ Tend
NOSE → ⊕ Dx - 2T, Bilat Mucosal Edema LT>RT ⊖ Dried Tr. EBL, ⊕ FX Tender ⊖ Visible
Rupture; Chest/Back + Yes (See Diagram); NEURO CN's II-XII Intact, PERRLA, LT Conjunctivitis, EOMI

X-Rays Taken ___  Not Indicated ✓
X-Ray Results

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

①. Periorbital Soft Tissue Trauma Ecchymosis/Edema ⊖ FX     ⑦. Epistaxis ⊖ FX
②. LT Maxilla/Zygoma Contusion ⊖ FX               ④.②.⑤. Contusions, Sprain
③. Contusion ⊕ Abrasion (Superficial)                      & Superficial Abrasions
⑨.⑥.

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

①. Epinephrine 3cc Topical LT Nose x1  ⑤. Epistaxis Prophylaxis Instructions
②. Snellen Eye Chart Acuity @ 20/25 Bilat      1:1000
③. Educate Caymel re: Trauma c̄ RTC-PRN
④. Understands

**13. This Injury Required:**
- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (explain)

_____

- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant
Robert E. Piotrowski, PA-C
FCI McKean

Diagram annotations:
1. ① Alar Ridge, Lips, Tongue, Buccal, Intact, Neutral Occlusion
2. ② FX
7. Epistaxis & FX ⊖ LOC
5. Mild Swelling from ⊖ Tend
6. Hand abrasion #4&5 MCP c̄ Mild Tender c̄ ROM
4. From ⊖ Mild Tend & Mild Swelling
3.4.6. Mild Ecchymotic Swelling
Skin Intact
Very Superficial Abrasion

2/29/04
03

Original - Medical File        Self Carboned Form - If ballpoint pen is used, PRESS HARD
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

BP-362(60)

**Document 2d**



UNITED STATES GOVERNMENT
# MEMORANDUM
FEDERAL CORRECTIONAL INSTITUTION
MCKEAN COUNTY, PENNSYLVANIA
16701-5000

DATE: February 29, 2004

REPLY TO *Ellen McNinch*
ATTN OF: Ellen McNinch, Correctional Counselor

SUBJECT: Inmate Baker, Darryl #19613-039

TO: Douglas Bailey, Operations Lieutenant

On 2-29-04 at approximately 1245 an inmate came to my office and told me that on Friday night (2-27-04) inmate Baker #19613-039 went into the microwave room to use one of the microwaves. At that time inmate       #       was using one and saving the other one for a friend.     told Baker he could not use the microwave. Apparently they had words. Then inmate       #       came into the room, held inmate Baker down while inmate       beat him up.

I was also informed that inmate       and       were intoxicated at that time.

I then asked him what had happened to his face and he replied that a dumb bell up in the weight room fell on him.

I immediately notified the Operations Lieutenant.

---

*"Sensitive-Limited Official Use Only"*

# Document 2e



# FEDERAL BUREAU OF PRISONS
# memorandum
FCI, McKean, Pennsylvania

DATE:   February 29, 2004

REPLY TO
ATTN OF:   D. Bailey, Lieutenant

SUBJECT:   Fight / Assault, Inmate on Inmate

TO:   Donald P. Reich, Captain

On Sunday, February 29, 2004, at approximately 9:40 am, I was notified by Officer Szarowicz, Unit A-A, that he had an inmate with injuries consistent with being involved in a physical altercation. Staff responded to Unit A-A and found inmate Baker, Darryl, #19613-039 with a swollen left eye. Further investigation revealed that on Friday, February 27, 2004, at approximately 8:30 pm, inmates Baker #19613-039 and _____, #___ )- got into a verbal altercation in the microwave room of Unit A-A, over the use of the microwaves. The argument escalated and a some point inmate _____, #___ /- entered the area. The three inmates then got involved in a physical altercation.

All three inmates were escorted to the Health Services Department for medical assessments and placed in the Special Housing Unit pending investigation.

A hand and body check was conducted of all inmates in Unit A-A with negative results.

**INMATE INTERVIEWS:**

Baker, Darryl #19613-039

Inmate Baker was interviewed in the Lieutenant's office by Lt. Bailey and he gave the following statement:

Inmate Baker stated that on Friday night at approximately 8:30 pm he entered the microwave room of Unit A-A. He got into an argument with inmate _____, #_____ ) over the use of a microwave. He stated that _____ left the area and returned with inmate _____ #_____ ) and the two of them proceeded to assault him.

Inmate              was interviewed in the Lieutenant's office by Lt. Bailey and he gave the following statement:

Inmate            stated that he did not have any knowledge of a fight or assault taking place recently in Unit A-A. He further stated that he was not involved in any fight or assault of inmate Baker and that he has not seen Baker for several days.

Inmate              was interviewed in the Lieutenant's office by Lt. Bailey and he gave the following statement:

Inmate            stated that Baker and            had gotten into a fight in the microwave room on Friday night. He stated that the two of them got into a fight over the use of a microwave and that when he saw it he jumped in to break things up.            claimed that he had nothing to do with the injuries sustained by Baker.

## INMATE MEDICAL ASSESSMENT REPORTS:

Baker, Darryl #19613-039

Inmate Baker received a medical assessment by Robert Piotrowski, PA-C in the Health Services Department:

Inmate Baker sustained a hemorrahge to his left eye, superficial abrasions to the left side of his face, and a contusion to his forehead.

Inmate            received a medical assessment by Robert Piotrowski, PA-C in the Health Services Department:

Inmate            did not sustain any injuries during this incident.

Inmate            received a medical assessment by Robert Piotrowski, PA-C in the Health Services Department:

Inmate            did not sustain any injuries during this incident.