000023

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/24/04 | (S:) 41 y/o AA O' c/o (1) Chronic Rhinitis + Persistent Cough. |
| 0815hr | Onset > 9 mos. ?? allergens — ∅ Prior Hx. |
| | Aggravated / Exacerbated by Tobacco Smoke (+) |
| | Ventilation Ducts esp. 2° sleeps Top Bunk. |
| | Reports — Facial & Frontal HA's |
| | (2) c/o return of scalp bumps — mild tender 4/10 |
| | & itchy ∅ disch. current — feels like |
| | early onset stage Hx same — chronic c̄ |
| | last ABX — PCN partial / incomplete relief |
| | Reports — long Hx variety ABX c̄ Temp. Part. Relief |
| | (O) CAOx3, NAD. distress, ambulatory, (+) affect. |
| | ◦ Ears → TM's Intact, mild Retracted, ∅ Fluid |
| | ◦ Nose → (+) mucosal Edema & Turbs, Ch. watery Secr. |
| | ◦ Face → (+) Tender PNS's c̄ Palpate / Percuss |
| | ◦ Oral → Intact, ∅ Lesion, (+) PND & mild Erythema |
| | (+) Tonsils 1+ Smooth ∅ Exudate / Red. |
| | ◦ Neck → FROM, SNT, ∅ LA, ∅ Mass |
| | ◦ Chest → CTAB ∅ Wheeze |
| | (VS:) Temp 98.2 RR 12 HR |
| | ◦ Head-Scalp → Occipital & Lt. Parietal → mild tender & |
| | Erythema papules ∅ Drain. (+) Crusting |
| (OVER) | ◦ Body Survey → ∅ Lesion Except Scalp |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|
| Baker, Darryl 19613-039 | | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 6/14/04 Cont'd. | (A) Allergic Rhinitis |
| | Folliculitis Chronic |
| | (P) Educate Counsel re. Allergies (avoidance, hygiene) |
| | + re. Folliculitis (Hygiene, Freq. washing c̄ |
| | soap & avoid occlusive lotions, etc.) |
| | Via Commissary ⊃ Tylenol/advil®, Allergy Pills, |
| | decongestant nasal spray as directed |
| | Nasarel INS spray @ 1₸/nose BID QAM QHS #1 c̄ refx 3 |
| | Erythromycin 500mg ℔ PO TID x10d #30 pref. |
| | RTC PRN s̄ Understands/Agrees |
| | Reviewed By: ✓ |
| | V. Geza, PharmD |
| | Robert E. Piotrowski, PA-C |
| | FCI McKean |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

Check out
(L) Inferior rectus dysfunction

**6/4/04**

**1450**

S/ he says he still sees double looking
upward to the (R) side
c/o pain (L) eye upper & nasal
repeats 3 times — my eye sin + naval
Pain is related to healing — may be permanent

O/ field of motion checked
its not obvious that the
(L) eye is lacking exact
coordination with (R) eye
So it looks like he's getting better
but he still complains of
Diplopia in certain situations
of gazes — probably no surgery.

A/ Still c Diplopia - Blowout Rx
(L) Inferior rectus dysfunction

P/ PTed: no change in plan.
Has follow up scheduled
c Dr. Weiss c
I'll put him on callout

H. BEAM, MD
FCI McKEAN

REGISTER NO.  19613-039

HOSPITAL OR MEDICAL FACILITY — RECORDS MAINTAINED AT FCI McKean

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Darryl Baker

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000026

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/9/04 | Adm Note |
| 0700 | I mate on trangpg to see ophthalmologist |
| | D. Olson, MD<br>Clinical Director |
| 6/10/04 | Adm Note |
| 0700 | I mate returned from trangsp, NSH not notified, v pending consult |
| | D. Olson, MD<br>Clinical Director |
| 6/16/04 | Adm letter from Dr Weiss — |
| 1400 | Has had Blowout Fx s', Entrapment not resolved p 5 mo - recommends repair and release entrapment under general anesthesia |
| | I'll discuss ī i/m next visit<br>I'll send request to VRA |
| | H. BEAM, MD<br>FCI MCKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/30/04
1200
continued.

I/m was displeased with my answer
o stated I was denying him his
medication.

Violette Geza, PharmD. RPh
Chief Pharmacist

4/30/04
1200

Adm Note

Inmate returned from township, √ pending
Committ

D. OLSON, M.D.

5/3/04
1500

Adm:

quite functional with degree
of impairment as is —
"give 6 mo wks" wait until
3 mo from Surgery — (if
diplopia straight ahead) would
need a repair —

CB ī me 5/6/09 s/o
away, Mac tn Weiss
in CWK

_____ M.D.
FCI McK____ PHARMACIST

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
19613-039

WARD NO.

Baker, Darryl          19613-039

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000028

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------|

5/6/04
1300

S/ Cheek back @ inferior rectus Fx &
@ blowout Fx — feels some
better — Has pain looking
up & to R — at most any thing to R
& upper — feels like he's really
progress

O/ To my exam @ 6am —
much better c elevation
of L eye — diplopia — slight
c looking up to R
see — Dr Weiss' letter
glasses 'script OK — wearing glasses

A/ improving healing @ inferior rectus
— healing blowout Fx @ R orbit

P/ PV & use glasses — Follow up
c Dr Weiss & with me 1 mo
6 wk

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**4/15/04**
**1300**

Adm:

Dr Stathopoulos: Healed fracture (2/27/04)
c̄ some entrapment of inferior
rectus. Recheck ~ 2 mo c̄ Dr Stathopoulos
Outcome is fairly good in that his
gaze is convergent in most
positions –

*H. BEAM, MD*
*FCI McKEAN*

**4/15/04**
**1330**

S) I spoke c̄ I/m and relayed above
information as to plan &
followup

O) –

A) Healing Tx c̄ ORIF inferior rectus
w/ minds entrapment – Functional
outcome reasonably good

P) RTFD – need for clearer f/u plan
Dr Stathopoulos: I sayt to D Howard
for screening – see me 2 wks

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 19613-039    WARD NO.

*Darryl Baker*

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000030

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/28/04 1430 | Adm -: ① m5g @ 0900 fm Dr Stathopoulo office → Dr Weiss wants to see patient following Thurs - 1 for wk — I had ¼ in down at meanling & ex plained the plan but not essential detail  R/u c me ~ 2 wks |
| | ② scalp rash almost all better on PCN — he wants refill — |
| | Rx  PCN VK  500 mg  1 po Bid # 40 |
| | Reviewed By: V. Geza, Pharm  [signature]  H. BEAM, MD  FCI MCKEAN |
| 4/30/04 0700 | Adm Note  Inmate on town trip to see ophthalmologist  D. Olson, MD  Clinical Director |
| 4/30/04 1200 | Admin Note : Pharmacy  I/m reported to pill line after town trip to pick up medication. Mr. Montgomery had brought samples of Artificial Tears to the pharmacy. I stated to the inmate we are not allowed to give out samples from an outside physician. This item is an OTC & is available for purchase in commissary. I/m has sufficient funds to purchase the item & is not considered indigent.    (continued) |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/15/04
0930

Adm -

i/m on town trip

H. BEAM, MD
FCI MCKEAN

4/15/04
1130

Adm

i/m back from town trip

H. BEAM, MD
FCI MCKEAN

4/15/04
1230

Brief talk c i/m -
i/m calling Dr Stathopoulos for
update - see new 'script
more to follow

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 19613-039    WARD NO.

Darryl Baker

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000032

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

FPI. LEX.    Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

000033

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**4/4/04 1000** — Adm – 1/m on Town Trip

H. BEAM, MD
FCI MCKEAN

**4/9/04 1200** — Adm – 1/m back from Town Trip

H. BEAM, MD
FCI MCKEAN

**4/9/04 1200**

S) He had CT of orbits today results not yet ready. PTed – long discussion – probably entrapment of extraocular notion and I explained how that happen. The physiology of it & Scalp lesion.

O) look OK. EOM – lacks ability to look up with L eye (gets double scalp – rash pat was 3×4 cm – now 1 cm diameter

A) Probable Extraocular muscle entrapment. Probable Fungal infection Scalp better PCN

P) 1) PTed – self

Pen VK 500 mg x pro Bid #40

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN
RECORDS MAINTAINED AT
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE |
|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 19613 - 039    WARD NO.

Darryl Bake

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000034

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

4/12/04
12 30

Adm

he didn't come down to review CT result
I had told him to come at this time
on 4/9/04 at that visit

H. BEAM, MD
FCI MCKEAN

---

4/13/04
11 00

Main lem

He say he was at HSU yesterday
at 13 30 — & didn't see him —
Explained the mix up —
He'll be seen in stathopoulos soon
ct alits — old Fx & lesion rim
(re read by Dr Welch after he
I called.

plan await Dr stathopoulos
recommendation

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

3/31/04
1500

Adm:
Dr Howard's note suggests on x-ray
superior orbital muscle entrapment
post injury 2/27/04
I talked to Dr Stathopolos who
recommend
1) CT of orbit including coronal
views; 2 mm segments
2) F/u approx a week later c̄
Dr Stathopolos
I'll submit T/trial to U/R commity

M B
H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO. 19613-039

WARD NO.

Darryl Balden

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000036

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------------|

S) Follow up Appt c̄ Dr Howard:
see previous note -
"when I look up I see double"
(since the assault)

4/1/04
0930        ⊕ recurrent bumps back of scalp ~ 2 yr

O)
        looks ok all in All
        on extra ocular motion testing -
        he can't look up above
        the rest point c̄ (L) eye
        lateral movements ok
        Tender upper aspect of
        orbital rim (L) eye

        ⊕ irritated pustular rash
        back of scalp

A) - probable (L) superior orbital muscle
        entrapment

        - Tinea Capitus

P)      PT ed upcoming plan for correction
        see previous note

Ketoconazole 200 mg ī po QD #21 RFT
CB 1mo

Reviewed By:
V. Geza, PharmD

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**3/25/04**
**1420 hrs**

41 y/o AA O♂ Such Call Copy-out re. L.T.
eye S/P Trauma 2/27/04
Submitted 3/22/04 — D-Range Shu.
No Show — Dir's Compound 3/24/04
Fly via HSU & Cancel such call procedure.
Shu CO reported — I'm doing well & s/he release.

Robert E. Piotrowski, PA-C
FCI McKean

**3/31/04**
**1130**

Adm — See consults ① mail to follow on
Dr Howard's evaluation
② Has folliculitis on Scalp — patient
which he is adamant responds
to PCN, wants same — confirmed on exam

plan: PenVK 500 mg 1/po bid #40

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Baker, Darryl   19613-039

REGISTER NO.

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000038

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

S) I received a consult This Am
dated 3/9/04 from This I'm saying
3/11/04  he head problem c̄ L eye.
1315hr      He was assaulted 2/27/04
      & suffered contusions about the face
      back & arm. Says his L eye got
      punched; & was sore but cleared
5Hr   up after that.
         In past 5 day, is sore crusted
      of lower lid & weepy; red
      No photophobia. se sore when
      looking extremely down

O) looks well Eyes: PERRL
   EOM full.  bilat eval
   fundoscopic wnl bilaterally
   R conjunctiva not red.
   L conjunctiva sl red
   Abrasion lower lid L eye
   wet ent L eye        over

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)    REGISTER NO. 19613-039    WARD NO.

Darryl Baker

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000040

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| | Denies trauma recently or trauma |
| | Acuity 20/30 bilaterally |
| 3/11/04 | No fluorescein staing. no corneal |
| 1315 | defect @ cornea |
| | slight + edema over frontal sinus |
| | A) abraded lower lid ⊕ eye - |
| | unsure how this happened |
| | I don't think its related to |
| | the assault 2/27/04 |
| 3/11 | P) Pred. reorder - one of med |
| | Na Sulamyd 2 gtts Qid ⊕ eye x 5 days |
| | #1 |
| | Optometry consult 3/17 |
| | after - |
| S) | C/O recurrent bumps - infected - |
| | on back of scalp  wants ABx |
| O) | mild follicular - back scalp |
| A) | folliculitis |
| P) | Pred - Hygiene - |
| | Keflex 500 po Qid #28 |

Reviewed By
V. Geza, PharmD

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

9/23/03 0845  No show for scheduled appt, must reschedule  J Glenn FNP-C

12/4/03 0830  No show for scheduled appt. must reschedule  J Glenn FNP-C

J GLENN FNP-C

1-29-04 0755  (S) c/o head bumps that bleed + cause pain    PAIN: burning/itching + 7/10
PCN/K worked. V comes back in 1 month but bump.    + itching
HAS BUMPS OFF + ON SINCE Haircut/imprisonment 4 years ago

(O) SCALP: @ 2mm diffuse pustular papules, excoriation + some blood crust.

(A) Scalp Folliculitis

(P) 1. Erythromycin 500mg  I po Q10x 10 day, then 1 po BID.  #40  Rx2
2. Benadryl 25mg  I po TID prn itching  #15  NR
3. Motrin 400mg  I po Q1D prn pain  #30  NR
4. Pt to go to commissary for: ASA/APAP/IBu when Motrin Rx done, for Selenium Sulfide Shampoo.
5. EO: Tx plan, use of meds, NO SHORT HAIRCUTS.
6. Pt understands. RTC prn

Reviewed By:
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 19613-039    WARD NO.

Baker, Darryl

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000042

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------|
| 2/29/04 0950 hr | 41 y/o AA♂ s/p assault - 2/27/04 See Injury Form |

Robert E. Piotrowski, PA-C
FCI McKean

| 3/9/04 1040 | S. SHU sick call. |

Pt did not have sick call slip, AW had asked HSU to stop. As Pt was being told this was for sick call he became verbally abusive and beligant. He was told that his behavior was not appropriate and given another chance to discuss his health issue. He continued his abusive demeanor and language. The visit was ended at this point. Pt was advised to sign up for sick call if needed to be seen.

O: NAD    well appearing

exam not completed

A: non-compliance

P:① Education - behavior to not tolerated, F/u PRN - Pt understands

Eric Asp, PA-C
FCI McKean

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**9/12/02**
**1220**

Intake screening done

∅ Known expos. to infec. dis.  ∅ H/O STD's
∅ H/O IVDA    NKDA
∅ head/body lice.  ∅ suicidal ideations

*Gracia Fairbanks PA*

GRACIA FAIRBANKS
Physician Assistant

**2/28/03**
**1100**

No show for 0830 call-out (sick call appt).

*S. Labrozzi*

Steven Labrozzi, PA-C
Physician Assistant

**3-28-03**
**2240**

(SNY)

S: C/o "scalp bumps - infection x 3 weeks." States he has had
the condition & the only medication that works is PCN V-K.
Requests tx.

O: NAD. Scalp: 2 patch of black-crusted lesions on crown - back of
head, & a few papules.

A: Folliculitis Capitis

P: PCN VK, 250 mg. 1 tab po qid x 7 days. #28 o R.
Pt. education 1 re scalp care. RTC PRN. Pt. understands. *B Saylor NP*

BONNIE SAYLOR, NP
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Reviewed by: *Acuson, MD*  Date: *3/31/03* | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *[For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.]*

| | REGISTER NO. | WARD NO. |
|---|---|---|
| *Baker, Darryl* | 19613-039 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Pr        by GSA/ICMR
F         -1 CFR) 201-9.202-1

000044

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ...ATION (Sign each entry) |
|------|---|

See report

3/31/03   S) Hx/c? trauma scalp, scaly, weepy
          episodic PCN na, helped different

15 280

          O) d/scaling of scalp - noactive bleeding
          sl crust                              T959

          A) affected seborrhea

          P) Med: Hygiene
          D/c Penicillin
          Keflex 500mg T po QID #28 RF○
          Selsen Shampoo use 2X/WK #1 RF2
          CB prn

                                              /H Beam

Reviewed by D. Olson, MD
Date: 4/1/03                          H. BEAM, MD
                                      FCI MCKEAN

          See above
4/10/03   Adm - Says he never got Keflex
S Hx
          Rx Keflex 500 mg T po QID #40 RF○
          Selsen Shampoo use 2X/WK #1 RF2
                                              /H Beam

4/14/3
Vickie Olson, PharmD, RPh
Chief Pharmacist

                                      H. BEAM, MD
                                      FCI MCKEAN

FPI. LEX.    Printed on Recycled Paper        STANDARD FORM 600 (REV. 6-97) BACK

                                              000045

F-SEC. 60   MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CDFR
APV 59

U. S. DEPARTMENT OF JUSTI                                    FEDERAL BUREAU OF PRISON

| | | |
|---|---|---|
| TB Clearance   Yes ✓  No | Name  Baker Darryl | Prisoner/Alien Reg. # 19613-039 | P.O.B. 6/30/62 |

TB Clearance   Yes ✓  No

1. PPD Completed: 9/14/01 Date

Results: 0 mm

2. CS Completed: _____

Results: _____

3. Health Authority

Clearance: Cleared

Traci Tyger 8/28/02

Note:
Dates listed above must be within one year of this transfer.

Name  Baker Darryl
Departed From  FCI Loretto
Destination  FCI McKean

Prisoner/Alien Reg. # 19613-039
Date Departed  8/30/02
Reason for Transfer  non-medical

P.O.B. 6/30/62

Dist. Name          Dist.#          Date in Custody __/__/__

Current   1. Healthy Male       4. _____
Medical   2. _____            5. _____
Problems  3. _____            6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| none | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

Special Needs Affecting Transportation

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CARS? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? |

Sign and Print Name - Certifying Health Authority
Traci L. Tyger, PA-C
Physician Assistant-Cert.

Phone Number  814-472-4140

Date Signed  8/28/00046

Record copy - Transporting Officer; Copy - Health Record (Top page Position availa-e

USP Lewisburg
Inmate Received, this date          8/30/02
Medical History Reviewed          (Yes) No
Evidence of lice                  Yes No
Suicidal Thoughts                 Yes No
1228  Recent Assault, Trauma or Abuse   Yes No
Signs and Symptoms of Infect Dse  Yes No
Allergies to Medications          Yes No
Medications                       Yes No

Ivan Navarro, PA


9-12-02

O.K. For Transfer
USP Lewisburg
Medications   Yes _____ No _____

Ivan Navarro, PA


000047

NSN 7540-00-634-4176                                                                                    600—108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

7/19/02
0830

SHU

S - Pt c̄ scalp lesion.
Help c̄ PCN. Says few
lesion on scalp still

O - NAD
Scalp - several scaly crusted
papules

A - Scalp lesion
P - PCN 250mg ~ qid x 7d
                                        c̄ Rx
O - Daily f/u in SHU
                              who Graham
                                          c

8/7/02   (SHU) Pt requesting to continue PCN for
1145     scalp folliculitis. Per previous pt encounters
         Pt has been on PCN for 4 weeks &
         now almost completely resolved but feels that
         now has stopped it coming back.
         O: A90X3. NAD
         Scalp: few papules on scalp seen. One slightly
         pustular. Ø bleeding. There is a small area that has been
         self excoriated. Scalp is flesh tone to pink. Ø Hair loss

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) Baker Darryl | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 19613-059 | DATE OF BIRTH |

FCI LORETTO
Health Services Dept

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000048

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 8/7/02 | Con't/P |

A: Resolving folliculitis
P: 1. Educated Pt on findings & no need for
prolonged antibiotic tx as they are clearing — will
give 1 additional week as follows:
Rx) Tetracycline 250 mg        (SHU)
    Sig: ī PO QID x 7d. #28 ŌREFILL
2. Do not excoriate & manipulate
3. Educated on skin care
4. RTC Daily SHU Rds prn

Travis L. Tyger, PA-C
Physician Assistant-Cert.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**7.1.02**
**0900**

SHU

S- Pt c continued c/o scalp lesions. Says they bleed at times. Used cream, shampoo + derbollin c relief.

O- NAD   T- no fever
Scalp - Multiple small dark papules - firm - no blood

A- Pseudofolliculitis of scalp

P ① PCN 250 g c gid x 30d RFX
  ② Daily flex in SHU

                    Mike Corder PA
                         cc

**7/7/02**
**10⁵⁰**

C: 40 yo blk male seen in SHU for tx of posterior scalp.
He states that he has been taking the antibiotic
prescribed and has decreased the frequency of
washing his head to about 3x/week. He states his
scalp is improving / feels better

O: Cooperative 40 yo male in NAD

P: Advise to let hair grow out / longer
                    OVER →
                         Derek Leonard, M.D.
                         Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

Baker, Darryl
19613-039
**FCI LORETTO**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000050

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------|
| 7/9/02 00⁵⁰ | *[illegible handwritten entry]* per note continued posterior upper scalp with dark red patch type area with no noted bleeding, discharge or dried blood noted. Area does appear to be somewhat improved since seen 6/5/02. A/p ↑ for scalp — appear with improvement. Patient instructed to continue avoidance of excessive washing/shampooing. Is using PCN given 7/1/02. F/u c̄ PA-C prn *[signature illegible]* |
| 7·12·02 1035 | S/TH S - Pt here f̄ for scalp lesion. Says PCN helping still some lesion on scalp O - healing scalp papule. Slight crusting on several A - Folliculitis P - PCN 250 mg c̄ qid x 5d C̄ daily flow in StPn *[signature]* Mike Cordor PA *[illegible]* |

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

5/16/02
0925
(SHU)

S) Pt seen with recurrent scalp
folliculitis — see notes 9/18/01,
10/18/01 — good results c̄ lidex cream
O) mild scalp folliculitis
A) as above
P) — lidex cream to area BID
x 14 dys RF +1
— F/u daily SHU

SCOTT MIDDLEKAUFF, PA-C/RRT
PHYSICIAN ASSISTANT-CERT.

5/31/02
094 *prior to 5/31/02*
0915

S) (SHU) Pt seen on AM SHU Rds. He reports trial(s)
of lidex & other topicals for Tx of folliculitis over
the last 6 mo 0750 without resolution and request Tx.
O) A&O x 3 cooperative BM seen in SHU clic
SCALP: ⊕ erythematous papules, no pus/prep
over anterior scalp
A) folliculitis infectious vs deep keloidal type
P) ①due to long duration may be deep keloidal type- Pt
made aware of this & difficulty in Tx if never resolves because
of scarring nature
② will trial systemic Tx. Pt to report PRC if remains unresolved
but aware that may not be able to resolve (SHU) D/C lidex
Rx Dicloxacillin 250mg Sig: Take 1 PO QID x 7d #28 #3 Refills (4 wk w/study)

Daniel Leonard, M.D.
Clinical Director

Traci L. Tyger, PA-C
Physician Assistant-Cert.

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)    5/31/01

RECORDS MAINTAINED AT:

PATIENT'S NAME    Traci L. Tyger, PA-C    SEX
Physician Assistant-Cert.

Baker, Darryl
19613 - 039

FCI LORETTO
Health Services Dept.

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 6/5/02 15:00 | S: 39 y.o. Black male seen on SNU for his complaint request in regards to his scalp rash. He c/o some bleeding, itching, & red discoloration of his scalp. He states that previous cream did not help. He states the dicloxacillin he was recently given. He reports washing his head/scalp daily. O: Carpenter 39 y.o. male seen in sno cell BP = 135/86, pulse ok, temp = 92°F back of head with dark, reddened patch type area with no weeping or purulent drainage currently seen. ⊕ area of dried blood noted. A/P: ↑ possible eczema of scalp — He was educated to reduce washing his scalp to only 1-2 x/wed and keep soaps, powders and other materials off of his skin/scalp. He is told to continue to use the dicloxacillin he was given. He was educated that he may have eczema type skin rash and by decreasing washing/soaping which dries the skin he may note improvement, but this will occur slowly. He is told to f/u c the PA-C in a few weeks if no better, f/u sooner if he notes sudden worsening. — Daniel Leonard, M.D. Clinical Director |

000053

NSN 7540-00-634-4176                                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**7/13/00 1315**

S) Pt seen with mied folliculitis on scalp present x 7 months.

a) mied folliculitis scalp

R) Folliculitis scalp

P) - Selsun shampoo two times weekly x 30 days Refill x 2

MIDDEKAUFF PAc

---

**7-24-01 RNG 1230**

S Pt c/o 1 month h/o rash on scalp. Denies pruritis, drainage from lesions & F/C.

O NAD, A+O X3, Ambulatory, T = 97.9F, Skin: R parietal scalp area there is a patch of papules located @ the hair follicle/shaft c crusted yellow scales @ the heads.

A Folliculitis Capitis

P ① Wash scalp BID c H₂O & Soap

② Avoid cutting hair so short.

③ Rx Polysporin apply BID #1 RFx2

④ RTC PRN

Golden

**Robin Golden, PA-C
Physician Assistant-Cert.**

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Baker, Darryl
19613-039
FCI LORETTO
Health Services Dept

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH **000054** |

CHRONOLOGICAL RECORD OF MEDICAL CARE | STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---|
| 9-18-01 RM6 0930 | S - Pt continues to c/o "bumps/dry skin" which is itchy on scalp." x 2½ months, not alleviated by polysporin. Denies: open lesions, diffuse erythema & F/C. <br> O - NAD, A&Ox3, Ambulatory, T -98.4°F, (R) parietal scalp area there is a small "1"x1" patch of eczema erythema small vesicular skin. No open lesions <br> A - Tinea Capitis c̄ eczema (seborrheic dermatitis) component probable <br> P - (1) Wash area BID c̄ soap & H₂O & dry thoroughly <br> (2) (Rx) Ketoconazole 2% cream apply BID #1 RFx1 <br> (3) (Rx) Lidex 0.05% cream apply sparingly as directed BID #1 RF x1 <br> (4) RTC PRN <br> Robin Golden, PA-C <br> Physician Assistant-Cert. |
| 10-18-01 KAB 0820 | S- Pt. reports requesting refill of Lidex cream for scalp. He states the area is much improved but not resolved completely. He denies any pruritis, open lesions or bleeding. <br> O- NAD A&Ox3 Temp 98.2°F, 1"x1" erythematous macular patch @ (R) parietal area c̄ scaling, vesicles. Area is not draining + appears to be healing/resolving. <br> A- Tinea Capitis c̄ eczema component - resolving <br> P- (1) Cont. to wash area as instructed <br> (2) will refill Ketoconazole <br> (3) Lidex 0.05% cream apply sparingly as directed BID #1 0RF <br> (4) RTC PRN <br> Krist Basci PA-S <br> MDDeloff Kristin Basciano |

600-108

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| DATE | |
|---|---|
| 7/8/00 1226 | ADMINISTRATIVE NOTE:    MEDICAL RECORD REVIEWED THIS DATE: 7/8/00    John McMullen EMT/Paramedic |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Baker, Daryl

19613-039

FCI LORETTO
Health Services Dept

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION 000056 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE     **STANDARD FORM 600** (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

BP-S659.60 **MEDICAL SUMMARY**    **FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TB Clearance Yes ✓ No ___<br>1. PPD Completed: _10/4-99_<br>                              Date<br>Results: _0x0_ mm<br>2. CXR Completed: _____<br>                              Date<br>Results: _____<br>3. Health Authority<br>Clearance: _____<br>_W Henward_ _6/28/00_<br>Sign                Date<br>**Note:**<br>Dates listed above must be within<br>one year of this transfer. | **Name** Baker, Darryl \| **Prisoner/Alien** Reg# 99613-039 \| **D.O.B.** 6/30/62<br>**Departed From** McKean \| **Date Departed** 6-30-00<br>**Destination** Loretto \| **Reason for Transfer** Non Medical<br>**Dist. Name** \| **Dist.#** \| **Date in Custody** _/_/_<br><br>Current    1. _EHM_         4. _____<br>Medical   2. _Poly sub abuse_  5. _____<br>Problems  3. _ch. LBP_      6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| None | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Additional Comments – Blood and Body Fluid Precautions | | | | |

**Special Needs Affecting Transportation**

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? | |

| Sign and Print Name – Certifying Health Authority | Phone Number 814 362 8900 | Date Signed 6/28/00 |
|---|---|---|

HEALTH SERVICES UNIT
LEWISBURG, PA 17837

USP Lewisburg

Inmate Received this date 30-MAY-2000

Medical History Reviewed

Evidence Body Lice   Yes _____   No X

Medications   Yes _____   No X

Mark Peoria, PA-C

7/7/00

O.K. For Transfer
USP Lewisburg
Medications   Yes _____   No ✓

Edgardo Ong, P.A.

Reviewed 7/7/00  Byich PA C
Byich

NSN 7540-00-634-4176                                                                 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**7/25/99**
**1300**
See injury Report.

Patient Advised
- Dosage
- Special Instructions
- Understood

C. Gelsick, R.Ph

W. Flatt, MLP

**8/9/99.**
**0805**
S - LBP + h/o old injury C/o muscle spasm.
C/o Pain c Ant flexion @ waste.

O - + Spasm bilat lumbar paraspinals. + Pain c Ant flexion to 30°.

A- LBP- spasm.

P- Motrin 400mg i or ii TID po. #15 x1
Ifed. Muscle Toning & Moist Heat Understands to RTCp.

Patient Education
- Dosage
- Special Instruction

C. Oyler, R.Ph

W. Flatt, MLP

**12-15-99**
**0730**
See injury report

Eric Kessel, SR.
EMT - Paramedic

PATIENT'S IDENTIFICATION — RECORDS MAINTAINED AT: McKean

PATIENT'S NAME: Baker, Danny

SSN/IDENTIFICATION NO. 19613-035

DATE OF BIRTH 000060

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (Rev. 5-84)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

**STANDARD FORM 600 BACK** (REV. 5-84)

000061

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12-30-96
0905

S: pt still having pain

O: pt has tenderness palpation supraspinous muscle
L-S area, ⊖ erythema or swelling, can bend forward
~20°, pain on straight leg raise both sitting or
laying, good strength, DTR's +2, N-V intact

A: muscle spasm

P. 1. **PATIENT EDUCATION PROVIDED** - ice, meds, rest

2. Motrin 800 mg ꝑ Ī PO TID, #15, no refills

3. flu PRN

4. idle 2 days

S. Walter P.A.

**SHARONE A. WALTER**
**PHYSICIAN ASSISTANT**

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
Gelsick, R.PH. /s/

11/25/97
0740

S - Pain ⓛ Side of Neck - onset several whire
lifting wts.

O - ∅ Edema. + facial Tenderness ⓛ Ant aspect extends to
ⓛ Shoulder,

A - Muscle Strain ⓛ Side of Neck
Motrin 800 #2 ꝑ Ī TID x 1
Pt cd moist heat QID understands.
Rest Today

[signature] M.D.

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
C. Gelsick, R.PH. /s/

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

| RECORDS MAINTAINED AT: | ▶ | FCI MCKEAN HEALTH SERVICES | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* Baker  Darryl | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 19613-039 | DATE OF BIRTH | 000052 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 1/23/98 0820 | S - C/O ® LBP 2° to lifting wts in gym ↑ c̄ bending |
| | O - Back - ① ® paravertebral musc tenderness L₅-S₁ flex 90° , neg SLR |
| | A - ① L/S sprain |
| | P - ① Idle x 2 days |
| | ② Motrin 800mg TID Pm #21 RX 1 |
| | ③ PATIENT EDUCATION — back exercises given, rest, heat, med use, ø heavy lifting in gym pt understands |
| | ④ RTC if ø better _____ D. Olson |

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
C. Gelsick, R.Ph.

D. OLSON, M.D.

| 5/19/98 0645 | SP¹ ¢/o LBP (musc pull) - bent over lifting wt last Fri - was ok but now painful - radiates to ® buttock ø incontinence - |
| | + ROM c̄ flexion ⊖ SLR, wi TTP ® paravert c̄ neuro intact good strength |
| | A LBP lumbar spain/strain 5 yrs d̄ c̄ heavy lifting |
| | P ① Idle x 1d  c̄ heavy lesson |
| | ② TBU 800, ↑ T.D. #9 , 2 gm stat |
| | PATIENT EDUCATION — moist heat c̄ limited stretch |
| | No exc/sports x 1 wk    RTC prn |
| | 5/19/98 _____ T. Montgomery, MLP |

PATIENT EDUCATION
— Dosage
— Special Instructions
— Understood
C. Gelsick, R.Ph.

D. OLSON, M.D.
CLINICAL DIRECTOR

NSN 7540-00-634-4176                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

3.11.96
08:25

S — pt. C/o of headache, sinus problem, pain in the neck + back since 3 days nur.

O — Temp; 97.5

— tenderness in the right side of the neck localized in the upper neck in the anterior cervical area.

— throat: normal

— H & N: normal

— ears: normal

— nostril: normal mild tenderness in the sinus area, mild stuffy nose.

A — Sinusitis, viral syndrome.

P — ① Sudafed Tpo QID #20
② Tylenol 325 g # po TID prn # 30
③ **PATIENT EDUCATION PROVIDED** to drink a lot of fluid

MOHEB SIDHOM, FMG, PA

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI, McKean

PATIENT'S NAME (Last, First, Middle Initial): Baker, Darryl

SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

000064

DEPART./SERVICE | SSN/IDENTIFICATION NO. 19613-039 | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

| DATE | |
|---|---|
| 5-13-96 1007 | S: "Hurt back" 5-11-96 in gym wgt lifting + doing rowing exercise pulled muscle in LB |
| | O: Exam of back flexes to 75° Ext to 20° muscle spasm tenderness in upper paravertebral lumbar area ⊕ SLR Achilles/Patellar reflexes active/equal Can walk on toes w/o difficulty gait nc |
| | A: LBP, muscle spasm |
| | P: PATIENT EDUCATION PROVIDED Condition, meds discussed cldkx2d warm moist heat / buoyancy pad Motrin 400 ℈ qid PRN #20 Relaxin 500 ℈ qid PRN #12 Rx PRN |
| | A. GUNTHER, MD |
| 5/21/96 0900 | S: Patient recurrent trauma to back. |
| | O: Back: 3cm diameter redness over scapula, subscapular tenderness |
| | A: upper back strain |
| | P: O: IBU 400mg ℈ PO TID X 7 #21 |
| | O. Connelly OWEN CONNELLY, FMG, PA |
| 12-26-96 1830 | See injury report |
| | S. Walter P.A. SHARONE A. WALTER PHYSICIAN ASSISTANT |

CYNTHIA GELSICK, R Ph
Charts Screened for Adverse Reaction and Rational Therapy

Charts Screened for Adverse Reaction and Rational Therapy
CYNTHIA GELSICK, R. Ph.

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
C. Gelsick, R.PH.

NSN 7540-00-634-4176                                                                                   600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 10/18/95 (730) | Intake Screening, PPD 10/4/95 *D. K. PEL, FMG PA* |
| 11/8/95 1160 | Physical exam *D. K. PEL, FMG PA* |
| 11/13/95 1400 | S - see above<br>O - WBC 3,300<br>A - ① Leukopenia<br>P - ① n/ CBC<br>*OLSON, MD CLINICAL DIRECTOR* |
| 11/20/95 09:25 | S: Pt refers muscular spasm on back of Rt shoulder since 5 days ago. Intensive No diet trauma<br>O: Alert, W/O muscular spasm on Rt back, no swelling/echimosis seen. No motor deficit.<br>A: Muscle Spasms<br>P: ① Motrin 600 Ti/8hrs # 30 w food, after meal<br>② Robaxin 500, TiD stat then Ti/8hrs # 15<br>③ idle x 3 day  11/20/95  *GOMEZ-LEON, FMG PA* |

*Charts Screened for Adverse Reaction and Drug*
*CYNTHIA GELSICK, R. Ph*

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle Initial)*<br>Baker, Darryl | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION | 000066 |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>19613-039 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

12/28/95
1105

S: (R) knee pain - states injured while walking, c/o tightness and swelling on top - apple size injured

O: Small old scrape to knee, (-) various, EROM, (+) weak, vers.

A: Knee pain, swelling

P: Motrin 400 i-ii TID #20
Rosapin 500 i QID #18
No Sports

**PATIENT EDUCATION PROVIDED**
RTC prn

MONTGOMERY, FMG PA

---

1/30/96
09:35

S: refer pull muscle x 3 day after doing exercise (weight lift)

O: Alert W/O  Rt inguinal on/off when walking pain (mild) no swelling, no ecchymosis, no direct trauma hx., no motor deficit

A: Muscle sprain/strain

P:
① Motrin 800 i / 8 hrs w food #20
② **PATIENT EDUCATION PROVIDED**
③ Robaxin 500 i / 6-8 hrs #12
④ idle x 7 day.

GOMEZ FMG, PA

CYNTHIA GE... R Ph
Pharm Screened for Adverse
Reaction and Rational Drug
Therapy