**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**MEDICAL RECORD F FEDERAL PRISONER IN TRANSIT**

I. Name: Baker Darryl  No. 19613039

II. Departed From: FDC mian  On: 10-18-95

Name of Institution    Date

III. Destination: McK

Name of Institution

IV. Reason for Transfer: _____

V. Major Diagnosis: Healthy

VI. Medication for Care Enroute: None

VII. Special Instructions: None

PHOTOGRAPH

VIII. Work Classification:
( ) Regular    ( ) Food Service Qualified    (✓) Restrictions (explain) Not fully evaluated

Recreation Classification:
(✓) Regular
( ) Restrictions (explain) _____

Housing
(✓) Regular
( ) Other _____

Anderson    P.A.

Certifying Medical Staff Member

**MARIO BAYONETO, PA**

## PROGRESS NOTES ENROUTE

| Date | Time | Institution* | Symptoms, Findings, Medications, Treatment, Orders, etc. |
|------|------|-------------|----------------------------------------------------------|
| 10-4-95 | | | Ø PPD |

INSTRUCTIONS: Original, shall be delivered to Officer in Charge of shipment, who will carry them on a clip board for ready reference and turn them over to the receiving medical personnel at holdover institutions, where they shall serve in lieu of other medical forms. Carbon copy to be packed with prisoner's individual medical file. Bus Drivers will pick up originals from medical department at each holdover institution when shipment is ready to proceed and eventually deliver them to the medical staff at receiving institution. Enter all medical transactions enroute, adding additional sheets, or other records as necessary.
* Signify "Bus" where indicated.

ORIGINAL – Transporting Officer
CANARY COPY -- To be placed in Unit Health Record, top page in position one
PINK COPY – To be retained at the Transferring Institution as Backup

BP–149(60)
October 1980

000068

000069

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 10-4-95 | S - Received FDC - Milan |
| 1375 | O - ∅ nits, ∅ lice |
| | A - Hx of drug abuse |
| | P - informed sick call procedure |
| | MARIO BAYONETO, PA |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

FDC-MILAN

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle initial)
Baker Darryl

SEX

RELATIONSHIP TO SPONSOR     STATUS     RANK/GRADE

SPONSOR'S NAME     ORGANIZATION

DEPART./SERVICE     SSN/IDENTIFICATION NO.     DATE OF BIRTH
19613 - 039     000070

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|------|------|

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

MEDICAL RECORD OF FEDERAL
PRISONER IN TRANSIT

I. Name: _Baker Darryl_    No. _196130?_

II. Departed From: _F.D.C. MILAN_    On: _8-7-95_
             Name of Institution        Date

III. Destination _DSM_
             Name of Institution

IV. Reason for Transfer: _NON MEDICAL_

V. Major Diagnosis: _none_                  PHOTOGRAPH

VI. Medication for Care Enroute: _none_

VII. Special Instructions: _C.D.C. UNIVERSAL PRECAUTIONS ARE TO BE_
_OBSERVED WHEN TRANSPORTING ANY INMATE._

VIII. Work Classification:
( ) Regular   ( ) Food Service Qualified    ( ) Restrictions (explain) _not fully evaluated_

Recreation Classification:                Housing
(✓) Regular                         (✓) Regular
( ) Restrictions (explain) _____        ( ) Other _____

                    **DAVE ANDERSON, HSA**
                    Certifying Medical Staff Member

## PROGRESS NOTES ENROUTE

| Date | Time | Institution* | Symptoms, Findings, Medications, Treatment, Orders, etc. |
|------|------|--------------|----------------------------------------------------------|
| | | | |
| 6-9-95 | | | Ø PPD |

INSTRUCTIONS: Original, shall be delivered to Officer in Charge of shipment, who will carry them on a clip board for ready reference and turn them over to the receiving medical personnel at holdover institutions, where they shall serve in lieu of other medical forms. Carbon copy to be packed with prisoner's individual medical file. Bus Drivers will pick up originals from medical department at each holdover institution when shipment is ready to proceed and eventually deliver them to the medical staff at receiving institution. Enter all medical transactions enroute, adding additional sheets, or other records as necessary.
* Signify "Bus" where indicated.

ORIGINAL – Transporting Officer
CANARY COPY – To be placed in Unit Health Record, top page in position one
PINK COPY – To be retained at the Transferring Institution as Backup

000072    BP–ADMIN 71
           October 1980

NSN 7540-00-634-4176                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

6/8/95    32 BM  NKA?)

1525 Ⓑ  R&D intake screen

Ⓒ ⊕ hx?

Ⓓ Polysub. abuse

Ⓔ Informed inmate of s/c sign-up procedure

Stephen Gidel, PA

STEPHEN GIDEL, PA
PHYSICIAN ASSISTANT

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

FDC-Milan, Mi.
Milan, MI 48160

RECORDS MAINTAINED AT: ▶

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| BAKER, DARRYL | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 196 13 - 039 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

*U.S. Government Printing Office: 1994 — 300-892/10075

**STANDARD FORM 600 BACK** (REV. 5-84)

000074

★ U.S. GPO: 1994-378-995

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

Baker, Darryl
19613-039

Date 3/4/96
Date 3/4/96

Sample No.

S. CERKA, MED. TECH.

19613 - 039

| TEST: | | |
|---|---|---|
| □ CBC | □ Hgb | □ RBC | □ DIFF |
| □ PLT | □ Hct | □ WBC | □ ALL |

Dr. Olson M.D.

| | g/dL |
|---|---|
| WBC ×10³/µL | 3.1 |
| RBC ×10⁶/µL | 4.80 |
| HGB g/dL | 14.3 |
| HCT % | 40.9 |
| MCV fL | 85.2 |
| MCH pg | |
| MCHC g/dL | 35.0 |
| PLT ×10³/µL | 172 |

Lymph %
Mixed %
Neut %
Lymph ×10³
Mixed ×10³
Neut ×10³
RDW % / L
MPV fL

Seg
Band
Lymph
Mono
Eosino
Baso
Atyp Lymph
Meta
Myelo
Pro
Blast
Retic

O. SON, MD
CLINICAL DIRECTOR

FCI, McKean
PO Box 5000
Bradford, PA

Baxter

NO.

B/M/O/06-30-1962
HT/602    WT/190    HR/BK    EY/BN
CUSTODY/

FDC milan

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975        514-108

000075

GPO: 1994—160—905 QL 3

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

**ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES**

**ATTACH 2D REPORT WITH TOP AT THIS LINE ↑**

SPECIMEN LAB RPT NO.

Baker Darryl

19613-039

FDC Milan

**URINALYSIS**

| URGENCY | PATIENT STATUS |
|---|---|
| ☒ ROUTINE | ☐ ER ☐ AME |
| TODAY ☐ | ☐ INPATIENT |
| PRE-OP ☐ | ☐ NP ☐ SCM |
| STAT ☐ | SPECIMEN SOURCE ☒ ROUTINE ☐ OTHER (SPECIFY) |

PATIENTS MED. RECORD

Enter in above space    PATIENT IDENTIFICATION— TREATING FACILITY— WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD DATE | LAB ID NO. |
|---|---|---|---|
| | MD (TECH) | 6-13-95 | |

REMARKS

| TESTS: SPECIMEN TAKEN | REQUESTED | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE 6-13-95  9:00 A.M. | ROUTINE | Yellow | 1.015 | 2.0 | 0 | 0 | 0 | 0 | 0 | trace | | 0 | 0 | | | | | | | 0 | | | | | |

CASTS

WARD NO.

Baker, Darryl

19613-039

**LABORATORY REPORTS**
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975    514-168

## FDC-MILAN

16Aug 2004 07:49 FROM:LABCORP 1 ` BLK    TO:13304247180    L  IRP    PAGE 001
To:                                                        FCI Elkton-Camp. Medical

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 226-430-5050-0 | R | CB | Final Pg 1 | | | |

**LabCorp**
*Laboratory Corporation of America*

Additional Information

Clinical Information                                    Fasting: N

Time 0900
THROAT

FDM34123615

| | Sex | Age (Yr/Mo) |
|---|---|---|
| **DARYL** | **M** | |

Physician ID                          Patient ID
              BARNES              19613039

FCI Elkton-Camp. Medical        34123615
                    Fx# 330-424-7180
8730 Scroggs Rd
Elkton, OH 44415
330-424-7448

| | | Date Reported | |
|---|---|---|---|
| | | 0000 | |

| | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Beta Hemolytic Group A Only | Final report | | | | CB |
| | | | | | CB |

Beta hemolytic Streptococci
isolated

Penicillin continues to be the drug of choice for infections
caused by beta hemolytic streptococci in groups A,B,C and G.
No penicillin resistance has been described among these
organisms and surveillance for emerging resistance is not
recommended.  (Sahm, DF. Clinical Microbiology Newsletter,
Jan. 1994; Gordon, KA, et al.  Diagnostic Microbiology and
Infectious Disease, June, 2002.)

--------------------------------------------------------------------
Lab: CB LabCorp Dublin              Director: Rose Goodwin, MD
      6370 Wilcox Road Dublin, OH 43016-1296

*JANE M. BARNES*
*Physician Assistant*
--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-542-7708 Lab: 614-889-1061
                          Last Page of Report

*ROSS QUINN, M.D.*
*MEDICAL OFFICER*

*AUG 30 2004*

Pt tx given
Anv't
8/13/04

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  800-542-7708

000077

BAKER, DARYL

evittown, PA 19058
☎ (215) 943-0700

PATIENT: BAKER, DARRYL
AGE:     33 YRS  SEX: M
DATE OF BIRTH: 06/30/62
PATIENT ID NO.: 19613039
COLLECTION TECH:RA

; SHANTY  RDS
)
)14)362-8 900 X4

SAMPLE ID:    1101626
DRWN: 02/22/96  13:30
RCVD: 02/26/96
PRNTD:02/27/96  12:30
STATION:
ROOM...:
BED...:

: REPORT  **        ATTENDING PHYS: OLSON

| NAME | NORMAL | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| FF | .0.. | | | |
| OOD COUNT | | 0.7 L | K/uL | 4.6-10.2 |
| D CELLS | 4.66 L | | M/uL | 4.69-6.13 |
| IN | | 13.1 L | g/dL | 14.1-18.1 |
| IT | | 41.7 L | % | 43.5-53.7 |
| | 89.5 | | fL | 80.0-97.0 |
| | 28.2 | | pg | 27.0-31.2 |
| | | 31.5 L | g/dL | 31.8-35.4 |
| COUNT. | 213 | | K/uL | 142-424 |
| | 13.3 | | % | 11.6-14.8 |
| | DIFFERENTIAL | | | |
| ILS | 53.1 | | % | 37.0-80.0 |
| TES | 41.0 | | % | 10.0-50.0 |
| S | 1.8 | | % | 0.0-12.0 |
| ILS | 3.9 | | % | 0.0-7.0 |
| S | 0.2 | | % | 0-3.0 |

DIFFERENTIAL CONFIRMED BY MANUAL OBSERVATION.
NOTE; SAMPLE IS VERY OLD, RESULTS MAY BE INVALID

OLSON, MD
CLINICAL DIRECTOR

FROM COMMUNITY HOSPITAL KANE E    TO    8143621584    P.08

### KANE COMMUNITY HOSPITAL
#### Clinical Laboratory
N. Fraley St. P.O Box 778
Kane, PA 16735
James D. Blanding, Jr., M.D. Director    (814) 837-8585

Patient: BAKER, 19613-039                    Location:    FCI
         Darryl
Doctors: OLSON, DENNIS M.D.                   Case #:      39402
                                             Med Rec #:   16475
                                             Service: FCI

+++++++++++++++++++++++++++++++++++ Hematology ++++++++++++++++++++++++++++++++++++

|               | WBC   | RBC   | HGB   | HCT  | MCV  | MCH  | MCHC | PLT   |
|               | x10 3 | x10 6 | g/dl  | %    | fl   | pg   | g/dl | x10 3 |
|---------------|-------|-------|-------|------|------|------|------|-------|
| Ref           | 4.8   | 4.20  | 12.0  | 37.0 | 80   | 27.0 | 33.0 | 130   |
| Range:        | 10.8  | 6.10  | 18.0  | 52.0 | 99   | 37.0 | 37.0 | 400   |
| 12/08/95 1549 | 3.7 L | 4.79  | 13.9  | 41.8 | 87   | 29.0 | 33.2 | 255   |

|               | RDW   | MPV   | LYMH  | MONO | GRAN |
|               | %     | fL    | %     | %    | %    |
|---------------|-------|-------|-------|------|------|
| Ref           | 11.6  | 7.4   | 15.0  | 1.7  | 42.2 |
| Range:        | 16.5  | 11.0  | 41.0  | 9.3  | 75.2 |
| 12/08/95 1549 | 12.7  | 8.3   | 29.1  | 11.3 H | 59.6 |

| MANUAL DIFF:  | BAND % | SEG % | LYMPH % | MONO % | EOS % | BASO % | META % | MYELO % | OTHER % | NRBC /100 WBC |
|---------------|--------|-------|---------|--------|-------|--------|--------|---------|---------|----------------|
| 12/08/95 1549 | 1      | 60    | 30      | 7      | 2     |        |        |         |         |                |

*some ↓ in WBC*
*↑ ↓ CBC*

**D. OLSON, MD**
CLINICAL DIRECTOR

*S. Czekai, MT*
S. CZEKAI, MED. TECH.

000079

02:38PM  FROM MMUNITY HOSPITAL KANE L    TO    8143621584    P.02

KANE COMMUNITY HOSPITAL
Clinical Laboratory
N. Fraley St. P.O Box 778
Kane,  PA  16735
James D. Blanding, JR., M.D. Director   (814) 837-8585

Patient: BAKER, 19613-039
         Darryl

Doctors: OLSON, DENNIS M.D.

Location: FCI MCKEAN

Case #:        37303
Med Rec#:      16475
Service: FCI

+++++++++++++++++++++++++++++++++++ Hematology ++++++++++++++++++++++++++++++++++++

|  | WBC ×10 3 | RBC ×10 6 | HGB g/dl | HCT % | MCV fl | MCH pg | MCHC g/dl | PLT ×10 3 |
|---|---|---|---|---|---|---|---|---|
| Ref Range: | 4.8 10.8 | 4.20 6.10 | 12.0 18.0 | 37.0 52.0 | 80 99 | 27.0 37.0 | 33.0 37.0 | 130 400 |
| 11/08/95 1604 | 3.3 L | 4.61 | 13.9 | 39.4 | 86 | 30.2 | 35.3 | 222 |

|  | RDW % | MPV fL | LYMH % | MONO % | GRAN % |
|---|---|---|---|---|---|
| Ref Range: | 11.6 16.5 | 7.4 11.0 | 15.0 41.0 | 1.7 9.3 | 42.2 75.8 |
| 11/08/95 1604 | 12.7 | 8.3 | 30.1 | 9.2 | 60.7 |

*D. OLSON, MD.*
*CLINICAL DIRECTOR*

*S Czekai, MT*

S. CZEKAI, MED. TECH.

FCI, McKean
PO Box 5000
Bradford, PA 16701

000050

11/06/95 13:05 Laboratory Daily Summary

BAKER, 19613-039

FCI MCKEAN 06031962 M    Age:  33
Page #    1

Data & Control Equipment    FAXBOX

```
                    FEDERAL M   CAL CENTER CLINICAL LABORAT
                         2.10 EAST CENTER STREET
Laboratory Supervisor:  ROCHESTER, MINNESOTA 55903              Page: 1
Daryl Aaberg           (507) 287-0674 EXT. 503   Printed:06/14/1995 @ 14:17
===========================================================================
                  * * * F I N A L   R E P O R T * * *
===========================================================================
Name: BAKER,DARYLL        [9343 ]                ID:    19613-039
--Test Name----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.     Collected by Referring Institution
COMP BLD CNT
    White Blood Ct      4.4              x10 3/ml     3.8    10.8
    Red Blood Ct        4.73             x10 6/ml     4.60    5.76
    Hemoglobin          14.1             g/dl         14.0   16.0
    Hematocrit          40.7             %            40.0   48.0
    MCV                 86               fl           83     96
    MCH                 29.7             pg           27.0   33.0
    MCHC                34.6             %            32.0   35.0
    RDW                 12.1             %            0.0    14.0
    Platelet Ct         202              x10 3        175    400
    RPR                 Non-Reactive
                  -- End of Laboratory Report --
```

```
------------------------------------------------------------------------
Tests  | COMP BLD CNT
ordered|
------------------------------------------------------------------------
ID  :19613-039      . . . . . . . . .   DOB:06/30/1962  Age:32  Sex:
Name:BAKER,DARYLL                        Lab Acn#:  9343
Ordered By:DR. PARKER
Collected :06/13/1995   09:00            Loc:FCI Milan CAMP      Reviewed
                                                                000081
```

FSC 2

## FCI—ELKTON

NAME:         DARRYL BAKER
PATIENT #:    19613-039
PHYSICIAN:    QUINN
D.O.S.:       3-28-05


## CT SCAN OF THE ORBITS

**HISTORY:**  Left orbital fracture.

**TECHNIQUE:**  Axial and coronal sections are obtained through the orbits.

**FINDINGS:**  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear.  There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor. Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.   I see minimal if any soft tissue swelling.   Artifact from dental hardware limits our evaluation slightly.   The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

Impression:   1.  There is a bony defect involving the posterior lateral aspect of the left orbital floor.  I suspect this represents an area of previous fracture.  A small amount of orbital fat extends into this area.  The left inferior rectus muscle extends to this defect but not through the defect.  It does not appear to be entrapped.
2.  Minimal mucosal thickening, left maxillary sinuses.  The remainder of the paranasal sinuses appear clear.  No air fluid levels are identified.
3.  Left frontal sinus is hypoplastic.

**CHARLES MUCHNOK, M.D.**

CM:dk

000082

FSC?

## FCI—ELKTON

NAME:          DARRYL BAKER
PATIENT #:     19613-039
PHYSICIAN:     QUINN
D.O.S.:        3-28-05

## CT SCAN OF THE BRAIN W/O CONTRAST

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.   The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:    The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.   No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.   On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

4-130

000083

FCI—ELKTON

NAME:          DARRYL BAKER
PATIENT #:     19613-039
PHYSICIAN:     QUINN
D.O.S.:        3-28-05

## CT SCAN OF THE BRAIN W/O CONTRAST

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.  The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:    The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.  No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.  On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

MICHELE J. KELLER
CLINICAL DIRECTOR

000084

FCI—ELKTON

NAME:        DARRYL BAKER
PATIENT #:   19613-039
PHYSICIAN:   QUINN
D.O.S.:      3-28-05

## CT SCAN OF THE ORBITS

HISTORY:  Left orbital fracture.

TECHNIQUE:  Axial and coronal sections are obtained through the orbits.

FINDINGS:  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear.  There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor. Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.  I see minimal if any soft tissue swelling.   Artifact from dental hardware limits our evaluation slightly.  The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

Impression:  1.  There is a bony defect involving the posterior lateral aspect of the left orbital floor.  I suspect this represents an area of previous fracture.  A small amount of orbital fat extends into this area.  The left inferior rectus muscle extends to this defect but not through the defect.  It does not appear to be entrapped.
2.  Minimal mucosal thickening, left maxillary sinuses.  The remainder of the paranasal sinuses appear clear.  No air fluid levels are identified.
3.  Left frontal sinus is hypoplastic.

CHARLES MUCHNOK, M.D.

CM:dk

000085

FCI—ELKTON

NAME:        DARRYL BAKER
PATIENT #:   19613-039
PHYSICIAN:   QUINN
D.O.S.:      3-28-05

CT SCAN OF THE BRAIN W/O CONTRAST

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.  The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:    The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.  No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.  On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

4/0/05

000086

MICHELE J. KELLER, D.O.
CLINICAL DIRECTOR

FCI—ELKTON

NAME:         DARRYL BAKER
PATIENT #:    19613-039
PHYSICIAN:    QUINN
D.O.S.:       3-28-05

## CT SCAN OF THE ORBITS

HISTORY:  Left orbital fracture.

TECHNIQUE:  Axial and coronal sections are obtained through the orbits.

FINDINGS:  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear.  There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor. Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.  I see minimal if any soft tissue swelling.  Artifact from dental hardware limits our evaluation slightly.  The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

Impression:  1. There is a bony defect involving the posterior lateral aspect of the left
             orbital floor.  I suspect this represents an area of previous fracture.  A small
             amount of orbital fat extends into this area.  The left inferior rectus muscle
             extends to this defect but not through the defect.  It does not appear to be
             entrapped.
             2. Minimal mucosal thickening, left maxillary sinuses.  The remainder of the
             paranasal sinuses appear clear.  No air fluid levels are identified.
             3. Left frontal sinus is hypoplastic.

CHARLES MUCHNOK, M.D.

CM:dk

4/0/05

MICHELE J. KELLER D.O.
CLINICAL DIRECTOR    000087

<<Page 1>>
*** BRADFORD REGIONAL MEDICAL CENTER ***
116 INTERSTATE PARKWAY
BRADFORD, PA  16701

***** DIAGNOSTIC IMAGING DEPARTMENT *****

```
Patient   FC  Admit    Birth Dt  Age Sex SSN           Room   PT  MR Number
========================================================================
4413508   11  04-09-04 06-30-62   41  M  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          O   000225186
```

BAKER,DARRYL                        Phone#: (814) 362-8900    Date: 04/09/04
PO BOX 5000          BRADFORD       PA 16701                  Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER           Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                     Tech: JANB
Procedure: 0400   CT - Brain and Orbits
Approval #:                         Explained to Pt: Y
   Req Phys: DR. BEAM               Preg: NA       Shielded: NA
      Reason: LEFT EYE MUSCLE ENLARGEMENT
      Priority: Routine
 Date to do: 04-09-04               Consent: Y      Prepped: Y
Preg Status: Patient is Male        2nd Chk LMP: NA
 LMP Status:                        Cont. Sensitive: N
 Alrgy/Food: NONE                   Oral contrast: N
   Alrg/Med: NONE                   Alrgy: N
   Comments:                        Lab Tests: N  Attempts: 1
                                    Contrast: OMNI
   Handicap:                        Dose: 90         Time: 10:30
Resucitate:          High Risk Falls: Site: LT ELBOW  Tech: JANB
                                    FOV: NA

Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits

Date Typed: 4/13/2004      Date Dictated: 4/13/2004

REDICTATION:

CT ORBITS:

Apparently the patient has a history of a traumatic injury several months
ago and is complaining of diplopia and difficulty with upper gaze.  There
is irregularity involving the floor of the orbit.  This appears old.  No
obvious muscle entrappment is noted at this time however the inferior
rectus is very close to the ridge. There is slight mucosal thickening
however this appears chronic.

IMPRESSION;

Old fracture involving the floor of the orbit.

CT BRAIN:

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricular system is of average size and symmetric.  No
<<<<<<<<<<<<<<<<<<<<<<<<<< CONTINUED on Next Page >>>>>>>>>>>>>>>>>>>>>>>>>
     Electronic verification by  Mark J. Welch, MD

DISREGARD THE
original CT report
This is the revised reading

000088

<<Page 2>>

**\*\*\* BRADFORD REGIONAL MEDICAL CENTER \*\*\***
116 INTERSTATE PARKWAY
BRADFORD, PA 16701

**\*\*\*\*\* DIAGNOSTIC IMAGING DEPARTMENT \*\*\*\*\***

| Patient | FC | Admit | Birth Dt | Age | Sex | SSN | Room | PT | MR Number |
|---------|-----|-------|----------|-----|-----|-----|------|-----|-----------|
| 4413508 | 11 | 04-09-04 | 06-30-62 | 41 | M | 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 | | O | 000225186 |

BAKER, DARRYL  # 19613-039        Phone#: (814) 362-8900        Date: 04/09/04
PO BOX 5000            BRADFORD        PA 16701        Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER        Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:        Tech: JANB
Procedure: 0400    CT - Brain and Orbits
Approval #:        Explained to Pt: Y
   Req Phys: DR. BEAM        Preg: NA        Shielded: NA
     Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
Date to do: 04-09-04        Consent: Y        Prepped: Y
Preg Status: Patient is Male        2nd Chk LMP: NA
LMP Status:        Cont. Sensitive: N
Alrgy/Food: NONE        Oral contrast: N
  Alrg/Med: NONE        Alrgy: N
Comments:        Lab Tests: N  Attempts: 1
        Contrast: OMNI
  Handicap:        Dose: 90        Time: 10:30
Resucitate:        High Risk Falls:        Site: LT ELBOW    Tech: JANB
        FOV: NA

Radiologist: Mark J. Welch, MD
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.

IMPRESSION:

Normal CT brain.

gk

Electronic verification by  Mark J. Welch, MD

000089

```
                    *** BRADFORD REGIONAL MEDICAL CENTER ***
                    116 INTERSTATE PARKWAY
                    BRADFORD, PA  16701


            *****  DIAGNOSTIC IMAGING DEPARTMENT  *****
```

```
Patient    FC  Admit      Birth Dt  Age Sex SSN          Room    PT    MR Number
================================================================================
4413508    11  04-09-04   06-30-62   41  M   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          O     000225186
```

BAKER, DARRYL                          Phone#: (814) 362-8900     Date: 04/09/04
PO BOX 5000          BRADFORD          PA  16701                  Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER         Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                    Tech: JANB
Procedure: 0400    CT - Brain and Orbits
Approval #:                            Explained to Pt: Y
   Req Phys: DR. BEAM                  Preg: NA        Shielded: NA
      Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
 Date to do: 04-09-04                  Consent: Y       Prepped: Y
Preg Status: Patient is Male           2nd Chk LMP: NA
LMP Status:                            Cont. Sensitive: N
Alrgy/Food: NONE                       Oral contrast: N
  Alrg/Med: NONE                       Alrgy: N
  Comments:                            Lab Tests: N  Attempts: 1
                                       Contrast: OMNI
  Handicap:                            Dose: 90         Time: 10:30
Resucitate:           High Risk Falls: Site: LT ELBOW   Tech: JANB
                                       FOV: NA

Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits

Date Typed: 4/9/2004      Date Dictated: 4/9/2004

CT BRAIN AND ORBITS:

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricualr system is of average size and symmetric.  No
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.  No mass is seen.  No calcifications or soft tissue masses
are noted.

IMPRESSION:

Normal CT brain and orbits.

Me

*see revised reading*   *H. BEAM, MD FCI MCKEAN*

REVIEWED BY   *H. BEAM, MD FCI MCKEAN*   4/13/0

Electronic verification by  Mark J. Welch, MD

4/15/04

This report has been updated

000050

* DEMAND PRINT REQUEST * 4413508-3

```
              ***  BRADFORD REGIONAL MEDICAL CENTER ***
                   116 INTERSTATE PARKWAY
                   BRADFORD, PA   16701

              *****   DIAGNOSTIC IMAGING DEPARTMENT *****
```

| Patient | FC | Admit | Birth Dt | Age | Sex | SSN | Room | PT | MR Number |
|---------|----|-------|----------|-----|-----|-----|------|----|-----------|
| 4413508 | 11 | 04-09-04 | 06-30-62 | 41 | M | 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 | | O | 000225186 |

```
BAKER,DARRYL                         Phone#: (814) 362-8900      Date: 04/09/04
PO BOX 5000            BRADFORD       PA  16701                   Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER             Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                        Tech: JANB
Procedure: 0400    CT - Brain and Orbits
Approval #:                           Explained to Pt: Y
   Req Phys: DR. BEAM                 Preg: NA         Shielded: NA
     Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
 Date to do: 04-09-04                 Consent: Y       Prepped: Y
Preg Status: Patient is Male          2nd Chk LMP: NA
LMP Status:                           Cont. Sensitive: N
Alrgy/Food: NONE                      Oral contrast: N
  Alrg/Med: NONE                      Alrgy: N
   Comments:                          Lab Tests: N  Attempts: 1
                                      Contrast: OMNI
    Handicap:                         Dose: 90           Time: 10:30
Resucitate:           High Risk Falls: Site: LT ELBOW    Tech: JANB
                                      FOV: NA
Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits
```

Date Typed: 4/9/2004       Date Dictated: 4/9/2004

CT BRAIN AND ORBITS:

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricualr system is of average size and symmetric.  No
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.  No mass is seen.  No calcifications or soft tissue masses
are noted.

IMPRESSION:

Normal CT brain and orbits.

Me

REVIEWED BY    H. BEAM, MD    ECI MCKEAN

Electronic verification by  Mark J. Welch, MD



Ord.Date **07/25/01** BAKER, DARRYL ORRIN    R. GOLDE
19613-039
**APPLY TO AFFECTED AREA TWO TIMES A DAY**
Rx # 7919    BACITRACIN/POLY B  OINT    #1

Ord.Date **09/19/01** BAKER, DARRYL ORRIN    R. GOLDE
19613-039    (0)Refills
**APPLY SPARINGLY TWICE DAILY**
Rx # 9185    FLUOCINONIDE 0.05% CRM    #1

Ord.Date **05/17/02** BAKER, DARRYL ORRIN    S. MIDDLE
Exp.Date **06/13/02**    19613-039    (1)Refills
**APPLY SPARINGLY TWICE DAILY**
DC 5/31/02
Rx # 14828    FLUOCINONIDE 0.05% CRM    #1

Ord.Date **07/01/02** BAKER, DARRYL ORRIN    M. CONDO
Exp.Date **07/14/02**    19613-039    (1)Refills
**TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED**
Rx # 15870    PENICILLIN VK 250 MG TAB    #28

Ord.Date **07/20/02** BAKER, DARRYL ORRIN    M. CONDO
Exp.Date **07/26/02**    19613-039    (0)Refills
**TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED**
Rx # 16270    PENICILLIN VK 250 MG TAB    #28



Ord.Date **09/19/01** BAKER, DARRYL ORRIN    R. GOLDE
19613-039    (1)Refills
**APPLY TO AFFECTED AREA TWO TIMES A DAY**
Rx # 9184    KETOCONAZOLE 2% CRM    #1

Ord.Date **10/19/01** BAKER, DARRYL ORRIN    S. MIDDLE
19613-039    (0)Refills
**APPLY SPARINGLY TWICE DAILY**
Rx # 9918    FLUOCINONIDE 0.05% CRM    #1

Ord.Date **06/01/02** BAKER, DARRYL ORRIN    T. TYGER
Exp.Date **06/28/02**    19613-039    (3)Refills
**TAKE ONE CAPSULE 4 TIMES DAILY UNTIL FINISHED**
Rx # 15168    DICLOXACILLIN 250 MG CAP    #28

Ord.Date **07/13/02** BAKER, DARRYL ORRIN    M. CONDO
Exp.Date **07/17/02**    19613-039    (0)Refills
**TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED**
Rx # 16118    PENICILLIN VK 250 MG TAB    #20

Ord.Date **08/08/02** BAKER, DARRYL ORRIN    T. TYGER
Exp.Date **08/14/02**    19613-039    (0)Refills
**TAKE ONE CAPSULE 4 TIMES DAILY UNTIL FINISHED**
Rx # 16700    TETRACYCLINE HCL 250 MG CAP    #28

```
    REGNO: 19613-039                          ARS: A-DES
 PATIENT: BAKER,DARRYL                        UNIT: (NO ASSIGNMENT)
     DOB: 06-30-1962                      QUARTERS: (NO ASSIGNMENT)

DISABILITIES: NONE

  ALLERGIES: NONE

  RX #: 400126784
  DRUG: SELENIUM SULFIDE 2.5% LOTION, 120 ML
  SIG: USE TWICE A WEEK AS DIRECTED ON BOTTLE
  QTY: 1                # OF REFILLS: 2      ISSUE/EXPR: 07-13-00/10-11-00
  PHYS: MIDDLEKAUFF,SCOTT FILLED BY: 23      FILL DATE : 07-13-00
  DIVISION: FCI LORETTO (114)                ACTIVE            2 REFILLS LEFT
```

○

000093

Pharmacy Services
EAN, PA 16701                814-362-8900

---
.9202          J. GOMEZLEON         11/20/
DARRYL                              19613-0
TABLETS EVERY 8 HOURS WITH FOOD


FEN 400 MG TABLET              #30
        0 REFILLS       EXPIRES 12/20/
        Pharmacy Services
KEAN, PA 16701                814-362-890

---
29203          J. GOMEZLEON         11/20/
DARRYL                              19613-0
TABLETS IMMEDIATELY THEN TAKE 1 TABLET
8 HOURS


ARBAMOL 500 MG. TABLET         #15
        0 REFILLS       EXPIRES 12/20/9
        Pharmacy Services
.KEAN, PA 16701               814-362-8900

---
30960          T. MONTGOMERY        12/28/95
DARRYL                              19613-039
1 OR 2 TABLETS 3 TIMES A DAY WITH FOOD


OFEN 400 MG TABLET             #20
        0 REFILLS       EXPIRES 01/27/96
        Pharmacy Services
KEAN, PA 16701                814-362-8900

---
30961          T. MONTGOMERY        12/28/95
DARRYL                              19613-039
1 TABLET 4 TIMES A DAY


CARBAMOL 500 MG. TABLET        #10
        0 REFILLS       EXPIRES 01/27/96
        Pharmacy Services
:KEAN, PA 16701               814-362-8900

---
032638         J. GOMEZLEON         01/30/96
:DARRYL                             19613-039
1 TABLET EVERY 8 HOURS WITH FOOD


OPEN 800 MG TABLET             #20
        0 REFILLS       EXPIRES 02/29/96

Baker, Daryl
19613-039


Pharmacy Services
FCI McKEAN, PA 16701          814-362-890

---
RX400032639      J. GOMEZLEON       01/30/9
BAKER,DARRYL                        19613-03
TAKE 1 TABLET EVERY 6 TO 8 HOURS

METHOCARBAMOL 500 MG. TABLET   #12
RA      0 REFILLS       EXPIRES 02/29/
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400034538      H. SIDHOM          03/11/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 4 TIMES A DAY

PSEUDOEPHEDRINE HCL 30 MG TABLET  #20
RA      0 REFILLS       EXPIRES 04/10/96

        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400034539      H. SIDHOM          03/11/96
BAKER,DARRYL                        19613-039
TAKE 2 TABLETS 3 TIMES A DAY AS NEEDED

ACETAMINOPHEN 325 MG TABLET    #30
RA      0 REFILLS       EXPIRES
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400037883      Dr. A. GUNTHER     05/13/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 4 TIMES A DAY AS NEEDED

IBUPROFEN 400 MG TABLET        #20
RA      0 REFILLS       EXPIRES 06/12/96
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400037884      Dr. A. GUNTHER     05/13/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 4 TIMES A DAY AS NEEDED

METHOCARBAMOL 500 MG. TABLET   #12
RA      0 REFILLS       EXPIRES 06/12/96


Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400038374      C. CONNELL         05/31/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 3 TIMES A DAY

IBUPROFEN 400 MG TABLET        #21
RA      0 REFILLS       EXPIRES 06/20/96
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400048129      S. WALTER          12/27/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET        #21
CG      0 REFILLS       EXPIRES 01/28/97
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400048205      S. WALTER          12/30/96
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET        #15
CG      0 REFILLS       EXPIRES 01/29/97
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400062373      W. FLATT           11/25/97
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET        #21
CG      1 REFILLS       EXPIRES 12/17/97
        Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900

---
RX400064614      Dr. R. OLSON       01/23/98
BAKER,DARRYL                        19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD AS NEEDED

IBUPROFEN 800 MG TABLET        #21
CG      1 REFILLS       EXPIRES 03/24/98

**000094**

FCI McKEAN, PA 16701                    814-362-8900
-----------------------------------------------------
RX400069481          T. MONTGOMERY      05/19/98
BAKER,DARRYL                            19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD


IBUPROFEN 800 MG TABLET              #9
CG          0 REFILLS       EXPIRES 05/23/98

            Pharmacy Services
FCI McKEAN, PA 16701            814-362-8900
-----------------------------------------------------
RX400080567          W. FLATT           02/25/99
BAKER,DARRYL                            19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD


IBUPROFEN 800 MG TABLET             #21
CG          1 REFILLS       EXPIRES 04/26/99

            Pharmacy Services
FCI McKEAN, PA 16701            814-362-8900
-----------------------------------------------------
RX400085431          W. FLATT           08/09/99
BAKER,DARRYL                            19613-039
TAKE 1 OR 2 TABLETS 3 TIMES A DAY AS NEEDED
WITH FOOD


IBUPROFEN 400 MG TABLET             #15
CG          1 REFILLS       EXPIRES 09/18/99

000095

**PROBLEM LIST**

| ACTIVE PROBLEMS | DATE NOTED | INACTIVE/RESOLVED PROBLEMS | DATE IF RESOLVED |
|---|---|---|---|
| 1. NKA | 10-3-95 | | |
| 2. Hx Poly substance abuse | 10-3-95 | | |
| 3. 2/29/04 / NKDA Ø Food Ø Environment | | | |
| 4/15/04 (L) orbital Fx probably 2/27/04 mild entrapment (L) inferior rectus muscle — | | | |
| 6/24/04 / NKDA Ø Food (+) ENVIRONMENT - Dust/mold/smoke | | | |
| 6/28/04 Chronic Folliculitis | | | |
| 01/10/05 CAR I | | | |
| 8-11-05 H(L) orbital Fracture | | | |

BAKER
DARRYL ORRIN        19613-039
B/M/D/06-30-1962
HT/602   WT/190   HR/BK   EY/BN
CUSTODY/

NAME

BIRTH DATE

SS/REG. NO.

PROBLEM LIST

Dec 2012 000096



# Medication Summary Sheet

## Chronic Conditions

Ord.Date 01/29/04  BAKER, DARRYL ORRIN    S. LABROZZI
19613-039    (2)Refills
Exp.Date 04/27/04  TAKE ONE TABLET FOUR TIMES DAILY
FOR 10  DAYS , THEN TAKE ONE
TABLET TWICE DAILY
Rx # 162674
ERYTHROMYCIN DELAYED RELEASE 500 MG TAB    #40

Ord.Date 01/29/04  BAKER, DARRYL ORRIN    S. LABROZZI
19613-039    (0)Refills
Exp.Date 02/17/04  TAKE ONE CAPSULE THREE TIMES
DAILY AS NEEDED FOR ITCHING
Rx # 162675
DIPHENHYDRAMINE 25 MG CAP    #15

Ord.Date 01/29/04  BAKER, DARRYL ORRIN    S. LABROZZI
19613-039    (0)Refills
Exp.Date 02/27/04  TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR PAIN
Rx # 162676
IBUPROFEN 400 MG TAB    #30

Ord.Date 03/11/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 03/30/04  TAKE ONE CAPSULE FOUR TIMES
DAILY
Rx # 164649
CEPHALEXIN 500 MG CAP    #28

Ord.Date 03/11/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 03/17/04  INSTILL 2 DROPS IN THE LEFT EYE
FOUR TIMES DAILY FOR 5 DAYS
Rx # 164650
SULFACETAMIDE OPHTHALMIC SOLN 10% ML    #1

Ord.Date 04/01/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 04/30/04  TAKE ONE TABLET EACH DAY
Rx # 165404
KETOCONAZOLE 200 MG TAB    #21

Ord.Date 08/24/04  BAKER, DARRYL ORRIN    R. PIOTROWSKI
19613-039    (3)Refills
Exp.Date 09/21/04  INHALE 2 SPRAYS IN EACH NOSTRIL
TWICE DAILY
Rx # 169204
FLUNISOLIDE NASAL SPRAY 0.025% ML    #1

Ord.Date 08/24/04  BAKER, DARRYL ORRIN    R. PIOTROWSKI
19613-039    (0)Refills
Exp.Date 07/07/04  TAKE ONE TABLET THREE TIMES DAILY
FOR 10  DAYS
Rx # 169203
ERYTHROMYCIN DELAYED RELEASE 500 MG TAB    #30

## Acute Conditions

Ord.Date 03/31/03  BAKER, DARRYL ORRIN    B. SAYLOR
19613-039    (0)Refills
Exp.Date 04/06/03  TAKE ONE TABLET FOUR TIMES DAILY
UNTIL FINISHED
Rx # 145517
PENICILLIN VK 250 MG TAB    #28

Ord.Date 04/01/03  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 04/07/03  TAKE ONE CAPSULE FOUR TIMES
DAILY UNTIL FINISHED
Rx # 145586
CEPHALEXIN 500 MG CAP    #28

Ord.Date 04/01/03  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 06/28/03  APPLY TO AFFECTED AREA 2 TIMES A
WEEK AS DIRECTED **EXTERNAL USE
ONLY**
Rx # 145587
SELENIUM SULFIDE LOTION 2.5% ML    #1

Ord.Date 04/11/03  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 04/30/03  TAKE ONE CAPSULE FOUR TIMES
DAILY
Rx # 146355
CEPHALEXIN 500 MG CAP    #40

Ord.Date 04/11/03  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 07/09/03  APPLY TO AREA, LATHER, THEN RINSE.
USE 2 TIMES WEEKLY
Rx # 146356
SELENIUM SULF LOTION 2.5% ML    #1

Ord.Date 03/31/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 04/13/04  TAKE ONE TABLET FOUR TIMES DAILY
Rx # 165338
PENICILLIN VK 500 MG TAB    #40

Ord.Date 04/09/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 04/22/04  TAKE ONE TABLET FOUR TIMES DAILY
Rx # 165811
PENICILLIN VK 500 MG TAB    #40

Ord.Date 04/22/04  BAKER, DARRYL ORRIN    H. BEAM,MD
19613-039    (0)Refills
Exp.Date 05/05/04  TAKE ONE TABLET FOUR TIMES DAILY
Rx # 166299
PENICILLIN VK 500 MG TAB    #40

BAKER, DARRYL ORRIN
19613-039
MCKEAN HOUSING FACILITY - Z05-
03/31/2003

FCI
McKean

000097

BP-S819.060  **IMMUNIZATION RECORD**  CDFRM
AUG 88
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|-----------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 10-1-97 | Connaught | 2440-11 | 11-98 | ®FA | 5TU IA | C. Kjaer, RN FCI McKean | 10/3/97 | OXO | |
| 10-6-98 | Connaught | 2480-11 | 7/99 | ® FA | 0.1 ID | McKean/ George | 10/8/98 | OXO | |
| 10/12/99 | Connaught | 2506-11 | 5/5/99 | ®FA | 5TU ID | C. Thomas Rn FCI McKean | 10/14/99 | OXO | |
| 9/27/00 | Connaught | CO151AA | 10/6/01 | ®F.A. | 0.1cc ID | Bush EXT FCI LORETTO | 9/29/00 | ∅ MM | |
| 9-18-01 | Connaught | CO619AA | 1-2-02 | ®FA | 0.1ml ID | Stoleti PAC FCI LORETTO | 9/14/01 | ∅MM | |
| 9/7/02 | Aventis | CO984AA | 5/14/04 | LFA | 0.1cc ID | FIGUEREDO RN | 9/11/02 | OXO | |
| 9/9/03 | Park | 0CU13P | 5/04 | LFA | 0.1cc ID | Mix, E RN FCI McKean | 9-11-03 | OXO | |
| 10/5/04 | Aventis | C1336AA | 01/05 | LFA | 0.1cc ID | FCI ELKTON | 10/18/04 | OXO | |
| 10/31/05 | Aventis | 2308-1 | 05/07 | ®FA | 0.1cc ID | Lee RN | 11/2/05 | 0 mm | |
|         |       |       |           |      |             |          |           |              | |
|         |       |       |           |      |             |          |           |              | |
|         |       |       |           |      |             |          |           |              | |

Patient Identification
(Name, Reg #)                                    (This form may be replicated via WP)

_Darryl Baker_

14613-039

000098

# HEALTH RECORD

## IMMUNIZATION RECORD

*All entries in ink to be made in block letters*

### VACCINATION AGAINST SMALLPOX *(Number of previous vaccination scars)*

|   | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|----------|---------|------------------|
| 1 |      |        |              |          |         |                  |
| 2 |      |        |              |          |         |                  |
| 3 |      |        |              |          |         |                  |
| 4 |      |        |              |          |         |                  |
| 5 |      |        |              |          |         |                  |
| 6 |      |        |              |          |         |                  |

### YELLOW FEVER VACCINE

|   | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|---------|------------------|
| 1 |      |        |              |         |                  |
| 2 |      |        |              |         |                  |
| 3 |      |        |              |         |                  |

### TYPHOID VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 4 |      |      |                  |
| 2 |      |      |                  | 5 |      |      |                  |
| 3 |      |      |                  | 6 |      |      |                  |

### TETANUS-DIPHTHERIA TOXOIDS

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 | 11/8/95 | 0.5 cc | DI K/PEL, FMG PA | 4 |      |      |                  |
| 2 |      |      |                  | 5 |      |      |                  |
| 3 |      |      |                  | 6 |      |      |                  |

### CHOLERA VACCINE

|   | DATE | PHYSICIAN'S NAME |   | DATE | PHYSICIAN'S NAME |   | DATE | PHYSICIAN'S NAME |
|---|------|------------------|---|------|------------------|---|------|------------------|
| 1 |      |                  | 4 |      |                  | 7 |      |                  |
| 2 |      |                  | 5 |      |                  | 8 |      |                  |
| 3 |      |                  | 6 |      |                  | 9 |      |                  |

**PATIENT'S IDENTIFICATION** *(Mechanically Imprint, Type or Print):*

Darryl Baker

19613-039

Patient's Name—last, first, middle initial;
Sex; Age or Year of Birth; Relationship to Sponsor;
Component/Status; Department/Service.

Sponsor's Name—last, first, middle initial;
Rank/Grade; SSN or Identification Number;
Organization.

000099

**IMMUNIZATION RECORD**

601–105

Standard Form 601—October 1975 (Rev.)
General Services Administration & Interagency
Committee on Medical Records

POLIOVIRUS VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## INFLUENZA VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | PHYSICIAN'S NAME | | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

## SENSITIVITY TESTS (Tuberculin, etc.)

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 10/4/85 | PPD | 0.1 cc | ID | 0.0 mm | Mc Doty |
| 2 | 10/8/96 | PPD | 0.1 | I D | 0X0 mm (-) | D. OLSON, MD |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

REMARKS:

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

*U.S. Government Printing Office: 1993 — 342-199/50251

# HEALTH RECORD

## IMMUNIZATION RECORD

*All entries in ink to be made in block letters*

### VACCINATION AGAINST SMALLPOX *(Number of previous vaccination scars)*

| | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

### YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

### TYPHOID VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### TETANUS-DIPHTHERIA TOXOIDS

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### CHOLERA VACCINE

| | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 4 | | | 7 | | |
| 2 | | | 5 | | | 8 | | |
| 3 | | | 6 | | | 9 | | |

**PATIENT'S IDENTIFICATION** *(Mechanically Imprint, Type or Print):*

FCI, MILAN, MICHIGAN

Baker Daryl
19613-039

Patient's Name—last, first, middle initial;
Sex; Age or Year of Birth; Relationship to Sponsor;
Component/Status; Department/Service.

Sponsor's Name—last, first, middle initial;
Rank/Grade; SSN or Identification Number;
Organization.

IMMUNIZATION RECORD
Standard Form 601 · October 1975
General Services Administration and
Interagency Committee on Medical Records
FSMR 101-11.809-5

000101

### ORAL POLIOVIRUS VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIANS NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

### INFLUENZA VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

### OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | PHYSICIAN'S NAME | | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

### SENSITIVITY TESTS *(Tuberculin, etc.)*

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 6-9-95 | PPD | 0.1cc | ID | 0.0mm | M Doty |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

REMARKS:

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

☆U.S.GF    J-0-311-153/5507

000102

# HEALTH RECORD

## IMMUNIZATION RECORD

*All entries in ink to be made in block letters*

### VACCINATION AGAINST SMALLPOX *(Number of previous vaccination scars)*

| | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

### YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

### TYPHOID VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### TETANUS-DIPHTHERIA TOXOIDS

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### CHOLERA VACCINE

| | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 4 | | | 7 | | |
| 2 | | | 5 | | | 8 | | |
| 3 | | | 6 | | | 9 | | |

**PATIENT'S IDENTIFICATION** *(Mechanically Imprint, Type or Print)* :

BAKER Darryl
19613-039

601-105

▸ Patient's Name—last, first, middle initial;
Sex; Age or Year of Birth; Relationship to Sponsor;
Component/Status; Department/Service.

▸ Sponsor's Name—last, first, middle initial;
Rank/Grade; SSN or Identification Number;
Organization.

**IMMUNIZATION RECORD**

Standard Form 601—October 1975 (Rev.)
General Services Administration & Interagency
Committee on Medical Records
FRMR (41 CFR) 201-45.505

000103

## ORAL POLIOVIRUS VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 3 |      |      |                  |
| 2 |      |      |                  | 4 |      |      |                  |

## INFLUENZA VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 3 |      |      |                  |
| 2 |      |      |                  | 4 |      |      |                  |

## OTHER IMMUNIZATIONS

|   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------|------------------|---|------|------|------|------------------|
| 1 |      |      |      |                  | 5 |      |      |      |                  |
| 2 |      |      |      |                  | 6 |      |      |      |                  |
| 3 |      |      |      |                  | 7 |      |      |      |                  |
| 4 |      |      |      |                  | 8 |      |      |      |                  |

## SENSITIVITY TESTS *(Tuberculin, etc.)*

|   | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|------|------|------|-------|---------|------------------|
| 1 | 10-4-95 | PPD | 0.1cc | ID | 0.0mm | m Doly |
| 2 |      |      |      |       |         |                  |
| 3 |      |      |      |       |         |                  |
| 4 |      |      |      |       |         |                  |
| 5 |      |      |      |       |         |                  |

**REMARKS:**

000104

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

* U.S.GOVERNMENT PRINTING OFFICE 1995 390-110/09111

## REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| BAKER, Darryl | | 19413-039 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION FOOD HANDLERS' PHYSICAL | 6. DATE OF EXAMINATION 7/3/00 |
|---|---|---|

| 7. SEX M | 8. RACE BLK | 9. TOTAL YEARS GOVERNMENT SERVICE MILITARY / CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS  FCI LORETTO | 16. OTHER INFORMATION |
|---|---|

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

### CLINICAL EVALUATION

| NORMAL | ABNORMAL | (Check each item in appropriate column, enter "NE" if not evaluated) |
|---|---|---|
| | | 18. HEAD, FACE, NECK AND SCALP |
| | | 19. NOSE |
| | | 20. SINUSES |
| | | 21. MOUTH AND THROAT |
| | | 22. EARS—GENERAL (Internal canals) (Auditory acuity under items 70 and 71) |
| ✓ | | 23. DRUMS (Perforation) |
| ✓ | | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) |
| | | 25. OPHTHALMOSCOPIC |
| | | 26. PUPILS (Equality and reaction) |
| | | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) |
| ✓ | | 28. LUNGS AND CHEST (Include breasts) |
| | | 29. HEART (Thrust, size, rhythm, sounds) |
| | | 30. VASCULAR SYSTEM (Varicosities, etc.) |
| | | 31. ABDOMEN AND VISCERA (Include hernia) |
| | | 32. ANUS AND RECTUM (Hemorrhoids, Fistulee) (Prostate, if indicated) |
| | | 33. ENDOCRINE SYSTEM |
| | | 34. G-U SYSTEM |
| | | 35. UPPER EXTREMITIES (Strength, range of motion) |
| | | 36. FEET |
| ✓ | | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) |
| | | 38. SPINE, OTHER MUSCULOSKELETAL |
| | | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS |
| ✓ | | 40. SKIN, LYMPHATICS |
| | | 41. NEUROLOGIC (Equilibrium tests under item 72) |
| | | 42. PSYCHIATRIC (Specify any personality deviation) |
| | | 43. PELVIC (Females only) (Check how done)  ☐ VAGINAL  ☐ RECTAL |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

The following is a FOOD HANDLERS' PHYSICAL which determines if and inmate is medically cleared, free of infectious disease, and is able to work in Food Service. It determines if the inmate is free from: Acute or chronic inflammatory conditions of the respiratory system; Acute or chronic infectious skin diseases; Acute or chronic intestinal infection and/or communicable disease.

Chest clean to A&P

Sclera clean Bilat

Heart RRR s̄ murmurs.

Skin s̄ rashes or lesions

(Continue in Item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | | 0 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Restorable Teeth: 1 2 3 / 32 31 30 0

Non-restorable teeth: 1 2 3 / 32 31 30

Missing Teeth: x x x 1 2 3 / 32 31 30

Replaced by Dentures: x x x 1 2 3 / 32 31 30 x

Fixed Partial dentures: 1 2 3 / 32 31 30

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

### LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|

000105

NSN 7540-00-634-4038
88-124

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | | | | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | ☐ SLENDER | ☐ MEDIUM | ☐ HEAVY | ☐ OBESE | |

| 57. | BLOOD PRESSURE (Arm at heart level) | | | 58. | PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. | B. RECUMBENT | SYS. | C. STANDING (5 min.) | SYS. | A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
| | DIAS. | | DIAS. | | DIAS. | | | | | |

| 59. | DISTANT VISION | 60. | REFRACTION | | | 61. | NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ | CORR. TO 20/ | BY | S. | | CX | | CORR. TO | | BY |
| LEFT 20/ | CORR. TO 20/ | BY | S. | | CX | | CORR. TO | | BY |

| 62. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES° | EX° | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 63. | ACCOMMODATION | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION Test used and score | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |
| 66. FIELD OF VISION | | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |

| 70. | HEARING | | | 71. | | AUDIOMETER | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| | | | | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | | /15 | LEFT | | | | | | | | | |

73 NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

PPD Status:
   Date: _10/12/99_  Results: _∅ m m_

CXR: (If applicable)
   Date: _____  Results: _____

RPR Status:
   Date: _4/14/95_  Results: _NR_
         (Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

**The patient is able to work in Food Service:**   Yes _✓_   No_____

**The inmate received patient education and was advised to keep hands clean at all times while handling food, wear protective gloves when handling food, wash hands after using restroom and to report any suspicious rash or skin lesions, fever, night sweats or productive coughing to Health Services Staff. The patient voiced understanding of above instructions.**

| 75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|---|
| | | P | U | L | H | E | S |
| | | | | | | | |
| 77. EXAMINEE (Check) | | | | | | | |
| A. ☐ IS QUALIFIED FOR | | B. PHYSICAL CATEGORY | | | | | |
| B. ☐ IS NOT QUALIFIED FOR | | | | | | | |
| 78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | | A | B | C | E | | |

| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| _MIDDLEKAUFF PA-C_ | |
| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| | |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| | |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |
| | | |

NSN 7540-00-634-4038
88-124

*U.S. Government Printing Office: 1994 — 300-892/60187

000106

SF 88 (Rev. 3-89)  PAGE 2

# REPORT OF MEDICAL EXAMINATION

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME *Baker, Darryl* | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. *19613-039* |
| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) X *N219 WINONA   FLINT MI. 48504* | 5. PURPOSE OF EXAMINATION *P+O* | 6. DATE OF EXAMINATION *11-8-95* |

| 7. SEX *M* | 8. RACE X *Black* | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY *BOP/DOJ* | 11. ORGANIZATION UNIT *FCI McKean* |
|---|---|---|---|---|---|
| | | MILITARY | CIVILIAN | | |

| 12. DATE OF BIRTH *6-30-62* | 13. PLACE OF BIRTH X *Flint, mi.* | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN X *Robbie Baker  mother* |
|---|---|---|
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS *FCI McKean, Bradford, PA* | | 16. OTHER INFORMATION |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

## CLINICAL EVALUATION

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in Item 73 and use additional sheets if necessary)

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 55, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulas) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ *abd. on (R) side,* |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL  ☐ RECTAL | |

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LABORATORY FINDINGS

| 45. URINALYSIS:  A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| | | | *000107* |

NSN 7540-00-634-4038
88-124

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | COLOR EYES | 54. BUILD: | | | | | 55. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 6' 2" | 202 | black | brown | ☐ SLENDER | ☐ MEDIUM | ☑ HEAVY | ☐ OBESE | | 97-8 |

| 57. | | BLOOD PRESSURE (Arm at heart level) | | | | 58. | | PULSE (Arm at heart level) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 20/ | B. RECUMBENT | SYS. | C. STANDING (5 min.) | SYS. | A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
| | DIAS. 84 | | DIAS. | | DIAS. | 86 | | | | |

| 59. | | DISTANT VISION | | 60. | | REFRACTION | | 61. | | NEAR VISION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | | CORR. TO 20/ | | BY | S. | | CX | | CORR. TO | | BY |
| LEFT 20/ 20 | | CORR. TO 20/ | | BY | S. | | CX | | CORR. TO | | BY |

| 62. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ES* | EX* | R.H. | L.H. | PRISM DIV. | | PRISM CONV. CT | PC | PD |

| 63. | ACCOMMODATION WNL | 64. COLOR VISION (Test used and result) Not | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

| 70. | HEARING WNL | 71. | | AUDIOMETER | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| | | RIGHT | | | | | | | | |
| LEFT WV | /15 SV /15 | LEFT | | | | | | | | |

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

1) ⊖ H/O significant Hx,

2) Self — Hx, — nothing significant
    Car accident 2 liver laceration when Pt in childhood

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

> Some blood in stool, x 2 mths — red at the end of defecat—

33 y.o. ♂ EHM otherwise,

| 75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|---|
| Occult Stool exam, | | P | U | L | H | E | S |

| 77. EXAMINEE (Check) | | B. PHYSICAL CATEGORY | | | |
|---|---|---|---|---|---|
| A. ☑ IS QUALIFIED FOR    Appbr 1 | | | | | |
| B. ☐ IS NOT QUALIFIED FOR | | | | | |

| 78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | C | E |
|---|---|---|---|---|
| | | | | |

| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| D. K. PEL, FMG PA | |

| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| D. OLSON MD MEDICAL DIRECTOR | |

| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|
| | |

| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|
| | | |

531-110

NSN 7540-00-634-4274

| MEDICAL RECORD | ANATOMICAL FIGURE |
|---|---|



Surgical Scar

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate, hospital or medical facility.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|
| | 19613-039 | |

Darryl Baker

**ANATOMICAL FIGURE**

STANDARD FORM 531 (Rev. 4-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

000109



000110

STANDARD FORM 531 BACK (Rev. 4-91)