**U.S. Department of Justice**

**Federal Bureau Of Prisons**

# MEDICAL HISTORY REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| BAKER ORRIN DARRYL | #19613-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Bur intake | 8-12-9 | **FCI ELKTON** |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | | Lived with anyone who had tuberculosis |
| | | Coughed up blood |
| | | Bled excessively after injury or tooth extraction |
| | | Attempted suicide |
| | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| | | Have vision in both eyes |
| | | Wear a hearing aid |
| | | Stutter or stammer habitually |
| | | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | | | Adverse reaction to serum drug or medicine | | | | Epilepsy or fits |
| | | | Rheumatic fever | | | | | | | | Car, train, sea or air sickness |
| | | | Swollen or painful joints | | | | Broken bones | | | | Frequent trouble sleeping |
| ✓ | ✓ | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| ✓ | | | Dizziness or fainting spells | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| | | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| ✓ | | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | | | Been exposed to AIDS |
| | | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | | | Hay Fever | ✓ | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| ✓ | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| ✓ | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| ✓ | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) | **000111** |
|---|---|---|
| GENERAL MOTORS | ☑ Right handed ☐ Left handed | |

BP-360(60)

| CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | | | |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE<br>*Darryl Baker* | SIGNATURE<br>*Darryl Baker* |
|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL-STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES _____  NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES ✓ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

*∅ Lice*
*∅ Suicide*

000112

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER<br>Gary Bullock<br>Physician Assistant | DATE<br>8-13-4 | SIGNATURE<br>*G Bullock PA* | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Baker Daryl Orrin | 19615-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake | 9 May | FPC Bos |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

"good"

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | √ | Lived with anyone who had tuberculosis |
| √ | | Coughed up blood |
| √ | | Bled excessively after injury or tooth extraction |
| | √ | Attempted suicide |
| | √ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| √ | | Wear glasses or contact lenses |
| √ | | Have vision in both eyes |
| | √ | Wear a hearing aid |
| | √ | Stutter or stammer habitually |
| | √ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| √ | | | Scarlet fever | | √ | | Adverse reaction to serum drug | | √ | | Epilepsy or fits |
| | √ | | Rheumatic fever | | √ | | or medicine | | √ | | Car, train, sea or air sickness |
| | √ | | Swollen or painful joints | | √ | | Broken bones | | √ | | Frequent trouble sleeping |
| √ | | | Frequent or severe headache | √ | | | Tumor, growth, cyst, cancer | | √ | | Depression or excessive worry |
| √ | | | Dizziness or fainting spells | | √ | | Rupture/hernia | | √ | | Loss of memory or amnesia |
| | √ | | Eye trouble | √ | | | Piles or rectal disease | | √ | | Nervous trouble of any sort |
| √ | | | Ear, nose, or throat trouble | | √ | | Frequent or painful urination | | √ | | Periods of unconsciousness |
| | √ | | Hearing loss | | √ | | Bed wetting since age 12 | | | | Have you ever had |
| √ | | | Chronic or frequent colds | | √ | | Kidney stone or blood in urine | | √ | | homosexual contact? |
| | √ | | Severe tooth or gum trouble | | √ | | Sugar or albumin in urine | | | | Been exposed to AIDS |
| √ | | | Sinusitis | | √ | | VD—Syphilis, gonorrhea, etc. | | √ | | Alcohol Use (Excessive) |
| | √ | | Hay Fever | √ | | | Recent gain or loss of weight | | √ | | Drug Use/Addiction |
| | √ | | Head injury | | √ | | Arthritis, Rheumatism, or Bursitis | | √ | | Marijuana |
| | √ | | Skin diseases | | √ | | Bone, joint or other deformity | | √ | | Cocaine |
| | √ | | Thyroid trouble | | √ | | Lameness | | √ | | Heroin |
| | √ | | Tuberculosis | | √ | | Loss of finger or toe | | √ | | L.S.D. |
| √ | | | Asthma | | √ | | Painful or "Trick" shoulder or elbow | | √ | | Amphetamines |
| | √ | | Shortness of breath | | √ | | Recurrent back pain | | √ | | Others: (Specify) |
| | √ | | Pain or pressure in chest | | √ | | "Trick" or locked knee | | | | |
| | √ | | Chronic cough | | √ | | Foot trouble | | | | Alcohol or drug |
| | √ | | Palpitation or pounding heart | | √ | | Neuritis | √ | | | Withdrawal Problems |
| | √ | | Heart trouble | | √ | | Paralysis (include infantile) | | | | |
| | √ | | High or low blood pressure | | | | | | | | |
| | √ | | Cramps in your legs | | | | | | | | |
| | √ | | Frequent indigestion | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | √ | | Stomach, liver, or intestinal trouble | | | | Been treated for a female disorder | | | | |
| | √ | | Gall bladder trouble or gallstones | | | | Had a change in menstrual pattern | | | | |
| √ | | | Jaundice or hepatitis | | | | ARE YOU PREGNANT | | | | |
| | | | | | | | SUSPECT YOU ARE PREGNANT | | | | |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| General Motors Coperation | ☑ Right handed   ☐ Left handed |

000113

ISP LVN

BP-360(60)
JANUARY 1986

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | ✓ | | |
| | | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military  service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | ✓ | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amount, when, why.) |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE    _Darryl Baker_

SIGNATURE    _Darryl Baker_

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _no_

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF    YES _____    NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION ✓ YES _____ NO ____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

DRUG ALLERGIES _____ NKDA

MEDICATIONS _____ ∅

MEDICAL PROBLEMS _____ ① orbital Fx    f/u c ophthalmologist

INFEC. DISEASE _____ ∅

LICE _____ ∅

SUICIDAL IDEATIONS _____ ∅

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| MDC BROOKLYN | 7/31/04 | | |

REVERSE

000114

U.S. Department of Justice
Federal Bureau Of Prisons

# MEDICAL HISTORY REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME–FIRST NAME–MIDDLE NAME | | 2. REGISTER NUMBER |
|---|---|---|
| BAL DARYL | | 19613-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening | 10/18/95 | FCI McKean |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

33 y.o. ♂ ETOH — no meds.

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | Broken bones | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Rupture/hernia | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Piles or rectal disease | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Frequent or painful urination | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Bed wetting since age 12 | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Kidney stone or blood in urine | | ✓ | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Sugar or albumin in urine | | ✓ | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | ✓ | | Recent gain or loss of weight | | | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | ✓ | | | Arthritis, Rheumatism, or Bursitis | | | | Drug Use/Addiction |
| | ✓ | | Head injury | ✓ | | | Bone, joint or other deformity | | | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Lameness | | | | Cocaine |
| | ✓ | | Thyroid trouble | | ✓ | | Loss of finger or toe | | | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | L.S.D. |
| | ✓ | | Asthma | | ✓ | | Recurrent back pain | | ✓ | | Amphetamines |
| | ✓ | | Shortness of breath | | ✓ | | "Trick" or locked knee | | | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | | ✓ | | Foot trouble | | | | |
| | ✓ | | Chronic cough | | ✓ | | Neuritis | ✓ | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Paralysis (include infantile) | | ✓ | | Withdrawal Problems |
| | ✓ | | Heart trouble | | | | | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | | | | |
| | ✓ | | Frequent indigestion | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | Been treated for a female disorder | | | | |
| | ✓ | | Gall bladder trouble or gallstones | | | | Had a change in menstrual pattern | | | | |
| | ✓ | | Jaundice or hepatitis | | | | ARE YOU PREGNANT | | | | |

**WHAT IS YOUR USUAL OCCUPATION?**

Assembly man

SUSPECT YOU ARE PREGNANT

**12. ARE YOU (Check one)**   ✓ Right handed   ☐ Left handed

LVN

000115

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ✓ | | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| ✓ | | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| ✓ | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| ✓ | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| ✓ | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any opera-tions? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

| | | |
|---|---|---|
| **Medications** | ✓ No | ___ Yes |
| **Allergies** | ✓ No | ___ Yes |
| **Medical Complaints** | ✓ No | ___ Yes |
| **Evidence of Lice** | ✓ No | ___ Yes |
| **Hx of IV Drug Use** | ✓ No | ___ Yes |
| **Suicidal Throughts** | ✓ No | ___ Yes |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

DARRYL ORRIN BAKER

SIGNATURE *Darryl Baker*

INTAKE SCREENING:

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _NA_

INMATE RECEIVED FROM: COURT ____ TRANSFER ____ ✓ P.V. ____

OTHER _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ✓

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

WHAT ARRANGEMENTS HAVE BEEN MADE? _NA_

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____

GENERAL POPULATION ✓ YES ___ NO ____

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

POLY SUBSTANCE ABUSE

ETM—

CHRONIC LBP

7/7/00 Reviewed : Brzich PA C

| DO YOU HAVE | | |
|---|---|---|
| Frequent Colds | ✓ No | ___ Yes |
| Thrush | ✓ No | ___ Yes |
| Night Sweats | ✓ No | ___ Yes |
| Diarrhea | ✓ No | ___ Yes |
| Skin Rashes | ✓ No | ___ Yes |

**Mark Peoria, PA-C**

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER

**D. K. PEL, FMG PA**

DATE 30 JUN 2000 / 10|18|95

SIGNATURE

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

NUMBER OF ATTACHED SHEETS

000116

REVERSE

U.S. Department of Justice

Federal Bureau Of Prisons

## MEDICAL HISTORY REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Baker  O.  Darr | 19613-039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening | 10-4-95 | FDC - Milan |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

Good health

No meds

### 7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| ✓ | | Been a sleepwalker |

### 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | ✓ | | | or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Broken bones | ✓ | | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | ✓ | | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | ✓ | | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | ✓ | | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | ✓ | | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | | ✓ | | Recent gain or loss of weight | ✓ | | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | ✓ | | | Cocaine |
| ✓ | | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| ✓ | | | Tuberculosis | | ✓ | | Loss of finger or toe | ✓ | | | L.S.D. |
| ✓ | | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | ✓ | | | Amphetamines |
| ✓ | | | Shortness of breath | | ✓ | | Recurrent back pain | | | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| ✓ | | | Chronic cough | | ✓ | | Foot trouble | | | | Alcohol or drug |
| ✓ | | | Palpitation or pounding heart | | ✓ | | Neuritis | | ✓ | | Withdrawal Problems |
| ✓ | | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | | | | |
| ✓ | | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Been treated for a female disorder |
| ✓ | | | Gall bladder trouble or gallstones | | | | | | | | Had a change in menstrual pattern |
| ✓ | | | Jaundice or hepatitis | | | | | | | | ARE YOU PREGNANT |
| | | | | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☑ Right handed  ☐ Left handed |

000117

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| D.B | ✓ | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | ✓ | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

Treatment Program 4 of the

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

Darryl O. Org

SIGNATURE

Darryl Org

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? PE schedule

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED ✓

GENERAL POPULATION ✓ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION none

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

33 y/o, BM, NKA, Non smoker
Hx of Drug abuse

000118

| TYPED OR PRINTED NAME: **MARIO BAYONETO, PA** EXAMINER | DATE 10-4-95 | SIGNATURE    P.A. | NUMBER OF ATTACHED SHEETS |

U.S. Department of Justice

Federal Bureau Of Prisons

**MEDICAL HISTORY    REPORT**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Sakr Darril Orrin | 19613 - 039 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Physical RSA whole area | 6/8/95 | F.D.C. Miln |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

(1) NO MEDS
(2) HEALTHY

### 7. HAVE YOU EVER *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

### 8. DO YOU *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | ✓ | | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | | ✓ | | Recent gain or loss of weight | ✓ | ✓ | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | ✓ | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | | | ✓ | Cocaine |
| | ✓ | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| | ✓ | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| | ✓ | | Shortness of breath | | ✓ | | Recurrent back pain | | | | Others: (Specify) |
| | ✓ | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | | ✓ | | Foot trouble | | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Neuritis | | | ✓ | Withdrawal Problems |
| | ✓ | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | | | | |
| | ✓ | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | | Been treated for a female disorder | | | |
| | ✓ | | Gall bladder trouble or gallstones | | | | | Had a change in menstrual pattern | | | |
| | ✓ | | Jaundice or hepatitis | | | | | ARE YOU PREGNANT | | | |
| | | | | | | | | SUSPECT YOU ARE PREGNANT | | | |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) | |
|---|---|---|
| GM Truck + Bus | ☑ Right handed  ☐ Left handed | 000119 |

| | | CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other |
| | ✓ | C. Inability to assume certain positions. | ✓ | | than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, |
| ✓ | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | ✓ | for rejections.) |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un- fitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any opera- tions? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amount, when, why.) |

EXPLANATION: (#13–22 ABOVE)

Treatment Center   Insight
Treatment Center   Turning Point

---

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| DARRYL BAKER | Darryl Baker |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM- ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _P.E._ scheduled

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED ✓

GENERAL POPULATION ✓ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____ needs P.E.

---

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

32-BAY
NKAy
Polysub abuse

000120

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| STEPHEN GIDEL, PA PHYSICIAN ASSISTANT | 6/8/95 | Stephen Gidel P.A | |

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date of Arrival 08/26/05 | Time of Arrival 1230 |
|---|---|---|

| Inmate's Name, Baker, Darryl | Register Number 19613-039 |
|---|---|

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)
   138/86

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes   ☑ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks: advised to follup 8/29/05 S/C to discuss Cape

| Medical Staff Signature S- Gosa PA~C | Date 08/26/05 | Time 1320 |
|---|---|---|

Medical Staff Title        **Samuel Gosa, PA-C**
                            USP Lewisburg

Record Copy – Inmate Central File; copy – file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENI.**  **(MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| | 8-12-01 | 18 ᴐ |

| Inmate's Name | Register Number |
|---|---|
| Baker, Darryl | 19613-039 |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)


4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)


5. Disabilities?  ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
   Code(s)


6. Remarks:


| Medical Staff Signature | Date | Time |
|---|---|---|
| G. Bullock PA | 8-12-01 | 18 ᴐ |

| Medical Staff Title | **Gary Bullock** |
|---|---|
| | **Physician Assistant** |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

P-E354.060
OV 94    **INTAKE SCREENING (MEDICAL)**        **U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

**MEDICAL STAFF SHALL COMPLETE THIS SCREENING FORM ON ALL ARRIVALS TO THE INSTITUTION**

| Institution _MDC Bro_ | Date of Arrival | Time of Arrival |
|---|---|---|

| Name of Inmate _Baker, Darryl_ | Register Number _19613-039_ |
|---|---|

## MEDICAL CLEARANCE

| | | Explain |
|---|---|---|
| **BP-149 (60) reviewed?** | ☑ Yes | ○ |
| | ☐ No | |

| | | Specify limitation or need |
|---|---|---|
| **General Population Housing Approved?** | ☑ Yes | |
| | ☐ No | |

| | | Specify limitation or exclusion |
|---|---|---|
| **Approved for Temporary Work Assignment?** | ☑ Yes | |
| | ☐ No | |

| | | Explain |
|---|---|---|
| **For Holdovers:  OK for Continued Transportation?** | ☑ Yes | |
| | ☐ No | |

| | | If yes, enter code(s) into MDS |
|---|---|---|
| **Disabilities?** | ☐ Yes | |
| | ☑ No | |

Remarks

| Medical Staff Signature  Y. HERCULES, PA-C  MDC BROOKLYN | Medical Staff Title  PA-C |
|---|---|
| | Date  7/7/04 | Time  2040 |

Record Copy - Inmate Central File; Copy - File

Replaces BP-354(60) of  APRIL 90  and BP-S354 of AUG 94

BP-S354.060   INTAKE SCREENING (MEDICAL)   CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Medical staff shall complete this screening form on all arrivals to the institution)

| Institution **USP LEWISBURG** Health Services Unit Lewisburg, PA 17837 | Date of Arrival 7-1-04 | Time of Arrival 1400 |
|---|---|---|

| Inmate's Name *Baker, Darryl* | Register Number 19613-039 |
|---|---|

### MEDICAL CLEARANCE

1. BP-149(60) reviewed? **X** yes; ☐ no (Explain)

2. General Population Housing Approved? **X** yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? **X** yes; ☐ no  Specify limitations or exclusions.

*No Food Service work until Medically cleared.*

4. For Holdovers: OK for Continued Transport? **X** yes; ☐ no (Explain)

5. Disabilities?  ☐ yes **X** no (If yes, enter code s. into MDS)
Code(s)

6. Remarks:

| Medical Staff Signature | Date 7-1-04 | Time 1448 |
|---|---|---|

Medical Staff Title
*D. McClintock; Paramedic*            *L.Potter; Paramedic*

*B. Prince; Paramedic*               *R. Parkyn; Paramedic*  **000124**

Record Copy - Inmate Central File; copy - file
This form may be replicated via WP          Replaces BP-149 of 18 APRIL 1991 and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM

NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution *McKean* | Date of Arrival *7/12/02* | Time of Arrival |
|---|---|---|

| Inmate's Name *Baker, Darryl* | Register Number *19613-039* |
|---|---|

### M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)   *Pending*

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:  *ETTM*
             *40 U/OC*

| Medical Staff Signature | Date *7/12/02* | Time *1220* |
|---|---|---|

Medical Staff Title  *RN*

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000125

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution _USP Lewisburg PA_ | Date of Arrival _8/30/02_ | Time of Arrival _1205_ |
|---|---|---|

| Inmate's Name _Baker, Darryl_ | Register Number _19613 - 039_ |
|---|---|

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or need)

   _H/O_

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:   OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes   ☑ no   (If yes, enter code(s) into MDS)
   Code(s) _____

6. Remarks:         _none_

| Medical Staff Signature _[signature]_ | Date _8/30/02_ | Time _1228_ |
|---|---|---|

Medical Staff Title        **Ivan Navarro, PA**

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000126

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                 **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| F∈E Loretto | 7/7/00 | |

| Inmate's Name | Register Number |
|---|---|
| Baker, Darryl | 19613-035 |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or
   need)


3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations
   or exclusions)

   *Pending Clearance*

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)


5. Disabilities? ☐ yes    ☒ no   (If yes, enter code(s) into MDS)
                                  Code(s)


6. Remarks:

   NO  LICE    Ø SUICIDAL IDEATION

| Medical Staff Signature | Date | Time |
|---|---|---|
| Brick NP C | 7/7/00 | 1225 |

Medical Staff Title


Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)                    Replaces BP-354(60) of APRIL 1990
                                                        and BP-S354 of AUG 1994

                                                        000127



BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution  USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | Date of Arrival 30 JUN 200 | Time of Arrival 1930 |
|---|---|---|

| Inmate's Name  BAKER, DANIEL | Register Number  Latt 19613-039 |
|---|---|

### M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
   <u>Code(s)</u>

6. Remarks: NONE

| Medical Staff Signature  NO file  Brush PA-C | Date  30 JUN 2000  7/7/00 | Time  1613  1222 |
|---|---|---|
| Medical Staff Title  Mark Peoria, PA-C | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000128



BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution McKean | Date of Arrival 10/18/95 | Time of Arrival |
|---|---|---|
| Inmate's Name Bakes, Darryl | Register Number 19603-039 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities? ☐ yes    ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date 10/18/95 | Time 1730 |
|---|---|---|

Medical Staff Title

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INTAKE SCREE_NG *(MEDICAL)*

*(Medical staff shall complete this screening form on all arrivals to the institution)*

| INSTITUTION | DATE OF ARRIVAL | TIME OF ARRIVAL |
|---|---|---|
| FDC Milan | 10-4-95 | 1200 |

| INMATE'S NAME | REGISTER NUMBER |
|---|---|
| Baker, Darryl | 19613-039 |

## MEDICAL CLEARANCE

**[1]** BP–149(60) REVIEWED?  ☐ YES  ☑ NO  *(Explain):*

not available

**[2]** General Population Housing Approved? ☑ YES  ☐ NO  *(Specify limitation or need):*

**[3]** Approved for Temporary Work Assignment?  ☐ YES  ☑ NO  *(Specify limitations or exclusions):*

needs PE

**[4]** For Holdovers:  OK for Continued Transport? ☑ YES  ☐ NO  *(Explain):*

**[5]** Remarks:

no nits, no lice

| MEDICAL STAFF SIGNATURE | DATE |
|---|---|
| **MARIO BAYONETO**, PA | 10-4-95 |
| MEDICAL STAFF TITLE | TIME |
| PA | 1325 |

ORIGINAL – INMATE CENTRAL FILE
CANARY – FILE

000130

BP-354(60)
APRIL 1990

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INTAKE SCREE _NG (MEDICAL)**

*(Medical staff shall complete this screening form on all arrivals to the institution)*

| INSTITUTION | DATE OF ARRIVAL | TIME OF ARRIVAL |
|---|---|---|
| F.B.C. MicaN | 6/8/95 | 1200 |

| INMATE'S NAME | REGISTER NUMBER |
|---|---|
| BAKER, DARRYL | 19613-039 |

## MEDICAL CLEARANCE

**[1]** BP–149(60) REVIEWED?  ☐ YES  ☑ NO  *(Explain):* Merbebe

**[2]** General Population Housing Approved?  ☑ YES  ☐ NO  *(Specify limitation or need):*

**[3]** Approved for Temporary Work Assignment?  ☐ YES  ☑ NO  *(Specify limitations or exclusions):*

**[4]** For Holdovers:  OK for Continued Transport?  ☑ YES  ☐ NO  *(Explain):*

**[5]** Remarks:  Elil  NKmg

| MEDICAL STAFF SIGNATURE | DATE | |
|---|---|---|
| | 6/8/95 | |
| MEDICAL STAFF TITLE | TIME | |
| P.A | 1525 | |

ORIGINAL – INMATE CENTRAL FILE
CANARY – FILE

000131

513-111                                              AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET 350 (392-2118) |

## REQUEST

TO: ophthamalogy (orbital surgeon)

FROM: (Requesting physician or activity)
ROSS QUINN, M.D.
MEDICAL OFFICER
Dr Keller

DATE OF REQUEST
5-18-05

REASON FOR REQUEST (Complaints and findings): UR.

PROVISIONAL DIAGNOSIS

Hx (L) orbit fracture \ CT scan result 3-28-05    3-28-05 orbits head ⊖

(L) inferior rectus \ diplopia    30-60 days

DOCTOR'S SIGNATURE
ROSS QUINN, M.D.
MEDICAL OFFICER

APPROVED

PLACE OF CONSULTATION
[ ] BEDSIDE  [X] ON CALL

[X] ROUTINE  [ ] TODAY
[ ] 72 HOURS  [ ] EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  [ ] YES [ ] NO    PATIENT EXAMINED  [ ] YES [ ] NO    TELEMEDICINE  [ ] YES [ ] NO

Approved for ophthalmology consult
re necessity of surgical intervention
of ? entrapment (L) rectus muscle — 60-90 days,

ROSS QUINN, M.D.
MEDICAL OFFICER
JUN 08 2005

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S SSN/ID NUMBER  FSL ELKTON

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO.

Baker, Durrel  19613-039
6-3062

CONSULTATION SHEET
Medical Record    000132
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: opthamalogist

FROM: (Requesting physician or activity) Dr Keller

DATE OF REQUEST 1-19-05

REASON FOR REQUEST (Complaints and findings)
(UR)

PROVISIONAL DIAGNOSIS
(L) eye                                    2° H
Diploplia, Dizziness      2° to Assault.    (2nd Hx consults.)

DOCTOR'S SIGNATURE

APPROVED  ○

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO       PATIENT EXAMINED  ☐ YES  ☐ NO       TELEMEDICINE  ☐ YES  ☐ NO

*(Continue on reverse side)*

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT
FCL Elkton

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name--last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

REGISTER NO.

WARD NO.

Braker, Daryl
196/3-039

**CONSULTATION SHEET**
Medical Record

000133

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111                                                          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: Radiology - CAT Scan    FROM: *(Requesting physician or activity)*    DATE OF REQUEST 09/20/04

REASON FOR REQUEST *(Complaints and findings)*

Inmate ī assault → Ⓛ orbital fracture & sx Ⓛ ocular
entrapment. Needs CAT scan orbits, attn Ⓛ to F/U fx
& prepare for probable surgery

PROVISIONAL DIAGNOSIS

As Above

DOCTOR'S SIGNATURE     APPROVED mm     PLACE OF CONSULTATION     ☐ BEDSIDE  ☐ ON CALL     ☐ ROUTINE  ☐ TODAY     ☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR FSL ELKTON |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name–last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*     REGISTER NO.     WARD NO.

Baker, Daryl
19613 - 039
06/30/62

**CONSULTATION SHEET**
Medical Record
STANDARD FORM 513 (REV. 4-98)  000134
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Optometry / Dr Gabriel    FROM: *(Requesting physician or activity)*    DATE OF REQUEST 09/20/04

REASON FOR REQUEST *(Complaints and findings)*

Inmte s/p L orbital Fx, has sx entrapment L eye please ensure IOP/refraction still ok ( Recently arrived from another institution)        Thanx!

L injury occurred 3/04

PROVISIONAL DIAGNOSIS    As Above

DOCTOR'S SIGNATURE    ROSS QUINN M.D.

APPROVED    mm

PLACE OF CONSULTATION    ☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE    ☐ TODAY
☐ 72 HOURS    ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☑ YES ☐ NO    PATIENT EXAMINED ☑ YES ☐ NO    TELEMEDICINE ☐ YES ☑ NO

Diplopia on up gaze.        Present ℞ ok

V gl 20/20
P gl 20/20

Visions show L eye restricted in up gaze.

11/18/04 - All as before, no apparent change DS

ROSS QUINN M.D.
MEDICAL OFFICER

OCT 25 2004

*(Continue on reverse side)*

SIGNATURE AND TITLE    J Gabriel    OD
DAVID E. GABRIEL, O.D.

DATE 10/21/04

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME *(Last, first, middle)*    SPONSOR'S ID NUMBER *(SSN or other)*    FSL ELKTON

PATIENT'S IDENTIFICATION    *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    REGISTER NO.    WARD NO.

Baker, Derry
19613 - 039
06/30/62

**CONSULTATION SHEET**
Medical Record
**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

000135

513-111

| MEDICAL RECORD | CONSULTATION SHEET | AUTHORIZED FOR LOCAL REPRODUCTION |

REQUEST

TO: ___ JR Comm. Ophthalmology    FROM: (Requesting physician or activity) ROSS QUINN M.D.    DATE OF REQUEST: SEP 2 0 2004

MEDICAL OFFICER

REASON FOR REQUEST (Complaints and findings)

Inmate with assault Feb '04 → ℞ orbital fx c̄ entrapment
SX ℞ eye. Has ophthalmology consult from another institution
dated June 11, 2004 recommending surgery to release ℞ eye (attached)

PROVISIONAL DIAGNOSIS    Has pain, diplopia c̄ superior gaze especially. Vision c̄ glasses
20/20 OU. O-t date = Dec 2012.

DOCTOR'S SIGNATURE

ROSS QUINN M.D.
MEDICAL OFFICER

| APPROVED | PLACE OF CONSULTATION | | |
| | ☐ BEDSIDE   ☒ ON CALL | ☒ ROUTINE   ☐ 72 HOURS | ☐ TODAY   ☐ EMERGENCY |

CONSULTATION REPORT

RECORD REVIEWED   ☐ YES   ☐ NO    PATIENT EXAMINED   ☐ YES   ☐ NO    TELEMEDICINE   ☐ YES   ☐ NO

not evaluated
by Dr powerful Amil
Mohamed Azam
administrator

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RELATION TO SPONSOR    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

SPONSOR'S NAME (Last, first, middle)    SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no.; SSN or other); Sex; Date of Birth; Rank/Grade)    REGISTER NO.    WARD NO.

Baker, Darryl
19613-039
06/30/62

HEALTH SERVICES
CONSULTATION SHEET
Medical Record
FSL, Elkton, OH
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

000136

# SENᴇCA ⬥EYE⬥ SURGEᴏNS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

June 11, 2004

# 19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE:  BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s.  The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

H. BEAM, MD
FCI McKEAN
6/16/04

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

000137

www.senecaeye.com

513-111                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: Optometry / Ar Gabriel | FROM: (Requesting physician or activity) | DATE OF REQUEST 09/20/04 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

Inmate s/p ® orbital Fx, has sx entrapment ⊕ eye please ensure IOP/refraction still OK (Recently arrived from another institution) Thanx!

PROVISIONAL DIAGNOSIS

As Above

| DOCTOR'S SIGNATURE | APPROVED O | PLACE OF CONSULTATION | ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

(Chart Copy)

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR... FSL ELKTON |
|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name–last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)    REGISTER NO.    WARD NO.

Baker, Darry/
19613 - 039
06/30/62

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

000138

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.    Timothy J. O'Brien, M.D.    Nicholas A. Stathopoulos, M.D.

April 16, 2004

*#19613-039*

Dr. H. Beam                          Re:    Darryl O. Baker
Health Center                        DOB:   6/30/1962
FCI McKean                           DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                          DATE OF EVAL:   4/15/04
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*N. Stathopoulos, MD*

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc    Darryl C. Baker

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

000139

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*# 19613-039*

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:   <u>4/15/04</u>
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*Nicholas Stathopoulos, MD*

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc    Darryl C. Baker

REVIEWED BY: *10/6/04*  *4/21/04*    H. BEAM, MD  FCI MCKEAN

**000140**

103 West St. Clair Street          27 Porter Avenue          2 Main Street
Warren, PA 16365                  Jamestown, NY 14701        Bradford, PA 16701
(814)726-2020                     (716)483-2020              (814)362-7477
1-877-MD4-EYES                    1-866-716-EYES             1-866-814-EYES
Fax (814)726-1215                 Fax (716)488-9295          Fax (814)362-4975

www.senecaeye.com

# *10613-039*

## SENECA EYE SURGEONS, INC.
103 W. ST. CLAIR ST., WARREN, PA 16365    814-726-2020
27 PORTER AVE., JAMESTOWN, NY 14701    716-483-2020
2 MAIN ST., BRADFORD, PA 16701    814-362-7477

PATIENT'S NAME *Darryl Baker*                    DATE 4/15/04

ADDRESS _____

MEDICARE NO. _____    SURGERY DATE _____

℞

|      | SPH    | CYL    | AXIS | PRISM | BASE |
|------|--------|--------|------|-------|------|
| OD   | ~1.75  | +1.00  | 090  |       |      |
| OS   | ~2.00  | +1.25  | 090  |       |      |
| ADD  | +1.25  |        |      |       |      |
| ADD  | +1.25  |        |      |       |      |

SPECIAL INSTRUCTIONS

**POLYCARBONATE LENSES RECOMMENDED**

DIAGNOSIS __V43.1 / 379.31__ OD / OS    PROGNOSIS _____

PRESCRIPTION DURATION ___6 MOS___

PHYSICIAN'S SIGNATURE

**PAUL O. KEVERLINE, M.D.**
PA LIC. MD-011817-E
NY LIC. 170334-1

**ROBERT J. WEISS, M.D.**
PA LIC. MD-022030-E
NY LIC. 127219-1

**TIMOTHY J. O'BRIEN, M.D.**
PA LIC. MD-047466-L
NY LIC. 195904-1

**NICHOLAS A. STATHOPOULOS, M.D.**
PA LIC. MD-071144-L
NY LIC. 205998-1

**CHARLES E. KELLER, O.D.**
PA LIC. OE-005123-P

SES017

000141

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.        Timothy J. O'Brien, M.D.        Nicholas A. Stathopoulos, M.D.

June 11, 2004

*# 19613-039*

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

*H. BEAM, MD*
*FCI MCKEAN*
*6/16/04*

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

**000142**

www.senecaeye.com

13–110                                                                                        NSN 7540–00–634–4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE:       blur at far and near
                              Assaulted
                              Feb 27th

age 41

PROVISIONAL DIAGNOSIS

Lstin left eye socket

| DOCTOR'S SIGNATURE  D. OLSON, M.D. | APPROVED  O | PLACE OF CONSULTATION  ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance  OD 20/200    OS 20/200   TONOMETRY:    OD 17
                Near        OD .37m      OS .37m                         OS 18
                                                              uncorrected folden
                                                                        0950

External   Normal  72/64      open angles  dilate to
Internal                                    examine retinas

Refraction OD  -1.00 -1.25 X 180    20/20    5×24×6¼
            OS  -1.00 -1.25 X 10     20/20         Soreness

Diagnosis   CMA

Analysis    requires eyeglasses          on upward gaze
                                              left eye stops
Plan        order eyeglasses             trauma to eye socket
                              (Continue on reverse side)    possible left superior
                                                             oblique

| SIGNATURE AND TITLE  Christian J. Horander | entrapment | DATE  3/31/04 |
|---|---|---|

| IDENTIFICATION NO. | ORGANIZATION  FCI McKean | REGISTER NO.  19613-039 | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Baker, Darryl

REVIEWED BY

H. BEAM MD
FCI McKEAN

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9

000143 Refer to optometrist



BILL TO:

*Baker*

PATIENT NAME         CUST. NUMBER         INVOICE NUMBER
19613-039 LI-1  110666        PO: CREDIT

Tray No.  9875        Date Processed  04/06/99

|  | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -1.00 | -1.25 | 150 | | |
| L. EYE | -1.00 | -1.25 | 10 | | |

|  | Add | Width | Height |  | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | R. EYE | | |
| L. EYE | | | 0.0 | L. EYE | | |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 52.0 | 46.0 | 56.0 | 24.0 |

Model:  0320272137 TMPL. Length  52X24
83-84                    SMOKE

EDGED UNCUT  [X] [ ]   LENS ONLY [ ]   ENCLOSED [ ]   TO COME [ ]   SUPPLIED [ ]

## LENS DATA

| Type | Material |
|---|---|
| R: SV CR-39 SRC1 SOLA 72 | |
| L: SV CR-39 SRC1 SOLA 72 | |

FDA CODE SEC. 3, 84, 21 CFR            NOTE FOLLOWING EXCEPTIONS

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:

J-10219303 LI-1 T-9875

## CHARGES

| DESCRIPTION | PRICE |
|---|---|
| | |

*Daryl Baker*

| Sub Total | |
|---|---|
| Freight | |
| **Total Due** ▶ | |

FROM  110666
8418
POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER

SHIP TO:
FCI MCKEAN HEA...
RT 59 BIG SHAN...
LEWIS RUN, PA. 167...

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|

**INSTITUTION:**

**CITY**

**STATE**

| LENSES | | | | ZIP | |
|---|---|---|---|---|---|
| EXTRA | | | | BAKER, Darryl | |
| FRAME OR MTG | | | | 19613-039 | |
| MISC | | | | FCI-McKean | |

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT. |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.00 | -1.25 | 180 | | | |
| | L | -1.00 | -1.21 | 10 | | | |

| | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|
| ADD | R | HEIGHT | WIDTH | INSET | DIST. | NEAR |
| | L | R | R | R | 72 | X |
| | | L | L | L | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22-24 | 22-25 | | 22  28  45 25  35 | |

| FRAME OR SHAPE | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|
| | 29 | Smoke | 52 | 24 | 6 1/4 |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY    *Plastic*

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

*Christing J Howard* 3/31/04

SIGNATURE            DATE
USP LVN

BP-357(60)
MAY 1984

000145

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



Examination:  ☐ Screening  ☐ Comprehensive  ☐ Periodic

Occlusion  Cl 1

Oral Hygiene
Good   (Fair)   Poor

CPITN
| 2 | 2 | 3 |
|---|---|---|
| 2 | 2 | 2 |

Head & Neck/Soft Tissue
WNL

Additional Findings
D: 3
M: 5
F: 14

Treatment Completed

Recommended Treatment Plan

☐ Radiographs
~~2BW~~ Pan X

☐ Dental Prophylaxis  1-6-05
☐ Oral Hygiene Instruction

☐ Periodontal Evaluation  0 (I) II III

☐ Oral Surgical Procedures
Ø

☐ Endodontic
Ø

☐ Restorative
#20
#21B
#31 CPA   (PTC)
(HHH)

Patient Name       Number      Sex: (M) F  Age:
Baker, Darryl      19613-039

☐ Prosthodontic Evaluation
Ø

Dentist Signature                    Date
Charles Houck, DDS                   000146
                                     11-16-04

**FSL ELKTON**

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 8-17-04 0800 | | S: Sore tooth – points to #31 |
| | | O: Endo complete – defect temp – lost space to max. |
| | | A: dy. temp. #31 – possible endo failure |
| | | P: No LA – re-temp #31mo – caution pt to seek follow-up if persist. TA develops |
| | | *Charles Houck, DDS* |
| 11-16-04 1300 | | Comp. exam. Head & neck exam, soft tissue CPITN, DMF, 2BW, Pan X; Medical history reviewed & updated. NV: hygiene *Charles Houck, DDS* |
| 1-6-05 1000 | | Med hx needs done at next appt. – Perio Med sub/interprox calc c mod to heavy bleeding; Hand scaled throughout polished & flossed OHI given verbal & printed NV: Ops *JACKIE SALISBURY RDH* |
| 2-2-05 1200 | | LA 36mg lido, 0.018 epi. Excavate 21b – A3.5 composite NV: 2° *Charles Houck, DDS* |
| 2-18-05 1200 | | LA 36mg lido, 0.018 epi. Excavate dy. SA #2° – optibond / SA *Charles Houck, DDS* |
| 3-16-05 1000 | | Build-up #31 as much as occlusal constraint allows – optibond / SA #31 mod (P+C) *Charles Houck, DDS* |

000147