FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes  (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any food, materials, medications or drug?
   If so, what?                                                 yes  (no)

   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____           (yes)  no

4. Have you been hospitalized in the past two years?
   If so, why? _____               yes  (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                       yes  (no)

6. Do your ankles ever swell during the day?                    yes  (no)

7. Have you ever been treated for a tumor or growth?            yes  (no)

8. Have you ever had abnormal bleeding?                         yes  (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                            yes  (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                                          (yes)  no

Circle any of the following that you have had:

Congenital heart defects                    Heart murmur
Heart attack or heart problems              Angina
Stroke                                      High Blood pressure
Rheumatic Fever                             Heart pacemaker
Asthma                                      Epilepsy or seizures
Anemia (blood problems)                     Diabetes
Thyroid problems                            AIDS or HIV infection
Chronic bronchitis                          Emphysema
Venereal disease (syphilis, gonorrhea)      Tuberculosis (TB)
Arthritis                                   Psychiatric treatment
Artificial heart valve                      Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco, snuff)?
                          yes  (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: Darryl BAKER            Reg No. 19613-039

Signature: Darryl Baker

Institution: _FSL Elkton_____.      Date: 02-02-05

000148

FEDERAL BUREAU OF PRISONS
HISTORIA CLINICA DE ODONTOLOGIA Y MEDICA

1. Que medicinas esta tomando actualmente?                      Si   No
   Si es si, el nombre _____

2. A que comida, materiales, medicinas es usted                Si   No
   alergico?
   Si es si, el nombre _____

3. Tuvo alguna enfermedad durante los ultimos
   dos anos que requirio ver un doctor?
   Si es si, por que? _____        Si   No

4. Ha estado usted en el hospital durante los
   ultimos dos anos? Si es si, por que?
                                                      Si   No
   _____

5. Tiene usted o ha tenido historial de un soplo
   en el corazon o ha sido tratado por alguna otra
   condicion cardiaca?                                         Si   No

6. Se le hinchan los pies?                                     Si   No

7. Tiene cancer?   Desde cuando? _____                     Si   No

8. Sangra usted con exceso?                                    Si   No

9. Ha tenido problemas con algun tratamiento
   dental?                                                     Si   No

10. Ha tenido usted alguna vez temblores,
    dislocaciones o dolores en su mandibula?                   Si   No

   Que enfermedades o sintomas tiene? De reconocerlos
una marca:

Defectos del corazon                  Soplo cardiaco
Ataque del corazon                    Angina
Apoplejia o derrame cerebral          Presion alta
Fiebre reumatica                      Marcapasos
Asma o fatiga                         Convulsiones
Anemia (problemas de sangre)          Diabetes
Proplemas de tiroies                  SIDA o infeccion de HIV
Bronquitis                            Enfisema
Enfermedad venerea (gonorrea/sifilis) Tuberculosis
Artritis                              Desordenes psiquiatricos
Valvulas artificiales                 Coyunturas artificiales
Hepatitis (problemas del higado)

Usa usted frecuentemente tabaco
(cigarrillos, mascar, rape)?                     Si   No
Tiene otras enfermedades que no esten en esta lista?    Si   No
LAS MUJERES:   Esta usted embarazada o encinta?         Si   No

_____

Firma: _____    Fecha: _____

Nombre _____    Numero _____

FSL Elkton

000149

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

6-3-04

| Examination: | ☐ Screening | ☑ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion
Class I

Oral Hygiene
Good    Fair    Poor

CPITN

| 3 | 2 | 3 | 0 0 0 |
|---|---|---|---|
| 3 | 2 | 3 | 0 0 0 |

6-3-04 re eval

Head & Neck/Soft Tissue
ST WNL

B. lat. mucosa

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

extract #17

Additional Findings - 3 unit bridge 8, 9, 10
- 4 unit bridge 17-20

D: ___
M: ___
F: ___

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| Treatment Completed | Recommended Treatment Plan |
|---|---|

☑ Radiographs 6-3-04
VBW 4

☑ Dental Prophylaxis    5-21-04
☐ Oral Hygiene Instruction

☑ Periodontal Evaluation  I  II  III
6-3-04  0 0 0 / 0 0 0

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative  6-22-04
#17

☐ Prosthodontic Evaluation

Patient Name: Baker, Darryl
Number: 19603-039
Sex: (M) F
Age: 41
6-30-62

Dentist Signature: W. K. Collins
Date: 5-21-04

W. K. Collins, DDS
CDO
FCI McKean

FCI McKean

000150

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 5/21/04 1130hrs | | SOA: Routine Care pt P: Comp. HH, soft tissue exam, assessment. Pt state No Hx of dental cleanings. Presents w/ slight → Mod calc + stain. Ultrasonic 01-4. Selective hand scale, polish, OHI on bridge flossers. 2 pockets given. NEXT: Comp exam + BW x4 _____ Johnna F Schroll RDH J.L. Schroll, RDH FCI McKean W. K. Collins, DDS CDO FCI McKean |
| 06/03/04 1215hrs | | **Continuation of Comprehensive Exam** 1. Charting    3. Oral Cancer Exam 2. Oral Exam    4. Consultation Pt to watch contacts for # G.F. Greer D.D.S. William K. Collins D.DS |
| 6-22-04 1130 hrs | | SOA: RT. care Pt. Med. Hist Rvd NKDA P: Lidocaine 1:100,000 2% epi. x1 ClX resin #21 Pt completed G.F. Greer D.D.S. William K. Collins, D.D.S. CDO FCI McKean |

Language template provided in Span sh ____, or _____

| | | | |
|---|---|---|---|
| 1. Are your currently taking any medication?<br>If so, what? _____ | ____ YES | ✓ | NO |
| 2. Are you allergic to or have you had a reaction to any medication or drug?<br>If so, what? _____ | ____ YES | ✓ | NO |
| 3. Have you been under the care of a physician during the past two years?<br>If so, why? _____ | ____ YES | ✓ | NO |
| 4. Have you been hospitalized in the past two years?<br>If so, why? _____ | ____ YES | ✓ | NO |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | ____ YES | ✓ | NO |
| 6. Have you ever been treated for a tumor, growth, or cancer? | ____ YES | ✓ | NO |
| 7. Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ____ YES | ✓ | NO |
| 8. Do you have a latex allergy? | ____ YES | ✓ | NO |
| 9. Do you currently use tobacco products? | ____ YES | ✓ | NO |
| 10. WOMEN ONLY: Are you pregnant? | ____ YES | | NO |

Check any of the following that you have had:

| | | |
|---|---|---|
| ____ Congenital heart defects | ____ Arthritis | ____ Epilepsy or seizures |
| ____ Heart attack or heart problems | ____ Artificial heart valve | ____ Diabetes |
| ____ Stroke | ____ Hepatitis (□A □B □C) | ____ AIDS or HIV infection |
| ____ Rheumatic fever | ____ Any type of transplant | ____ Emphysema |
| ____ Mitral Valve Prolapse | ____ Steroid treatment | ____ Tuberculosis (TB) |
| ____ Anemia (blood problems) | ____ Sickle Cell Anemia | ____ Psychiatric treatment |
| ____ Thyroid problems | ____ Angina | ____ Artificial joint |
| ____ Chronic bronchitis | ____ High blood pressure | ____ Radiation therapy |
| ____ STD (syphilis, gonorrhea, herpes) | ____ Heart pacemaker | ____ Asthma |
| ____ Angio edema | ____ Glucose - 6-phosphate dehydrogenase deficiency | |

Do you have any disease, condition, or problem not listed? _____
Check any of the following that you have had or applies to you:

| | | |
|---|---|---|
| ____ Sensitive teeth | ____ Unusual sounds while eating | ____ Burning tongue |
| ____ Bleeding gums | ____ Snoring | ____ Bad breath |
| ____ Food impaction | ____ Blisters on lips or mouth | ____ Decayed teeth |
| ____ Pain around ear | ____ Clenching or grinding | ____ Loose teeth |
| ____ Tooth ache | ____ Swelling or lumps in mouth/throat | ____ Wear dentures |
| ____ Wear partial dentures | | |

| | |
|---|---|
| Printed Name: DARRYL BAKER | Signature: Darryl Baker |
| Reg. No.: # 19613-039. | Institution: F.C.I. McKean |
| Date: 5-21-04 | Updated: |

(This form may be replicated via WP)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) |
| --- | --- |

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| --- | --- | --- |
| 05/13/2000 1030 hrs | P: A permanent restoration is placed during the routine care / Maintenance phase, not at sick call. Patient instructed to come back on 12/16/2000 at 0730 hrs and a Ketac Silver restoration will be placed in #31. | *William Collins DDS* W.K. Collins, DDS Chief Dental |
| 03/05/03 0840 hrs | S: "My filling came out." (Patient Points to #31) (PI #; 0) O: Med Hx Revd: NKDA #31, Partially missing restoration A: ℣ 31, missing restoration P: Patient to be scheduled for restorative procedure. | *William K. Collins* William K. Collins, D.D.S. CDO FCI McKean |

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, grade; date; hospital or medical facility)

*Baker, Darryl*
**FCI McKean**

REGISTER NO. 19613-039     WARD NO.

000153     DENTAL TREATMENT RECORD
HRSA-237 (4/95)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 04/04/03 0930 hrs | P: Patient in SHU. | *William K. Collins, D.D.S.*<br>**William K. Collins, D.D.S.**<br>CDO<br>FCI McKean |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000154

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| **DATE** | **DIAGNOSIS—TREATMENT—REMARKS** | **SIGNATURE** |
| 1/4/96 / 1502 | No Anei; #31 (MO) - etch-bond-comp. "(Silux Plus" SY shade); Scheduled for Prophy. | A. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
| 11/16/98 1330 | S) Lost filling @ #2 c̄ OK filling - L groove missing filling A) Rev. pulputes D) Placed True Vitality. | WS |
| 11/17/98 0930 | S) Lost filli @ #2 c̄ missing OL arriest. Pt states filli was swpt !! A) Rev. Pulpules D) TPH. | WS W.G. STERBA DDS |
| | | W.G. STERBA DDS |
| 04/28/2000 0920 hrs | S: "I lost a filling out of this tooth" O: Patient DENTAL points to #02 Occlusal restoration partially fractured out Dental caries present A: #02, fractured restoration 2° chronic caries | over |

Continued On Reverse Side

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Baker, Darryl
19613-039
FCI McKean

REGISTER NO.

WARD NO.

DENTAL TREATMENT
HSA-237 (6-74)

000155

SA-237 (6-74)
(Reverse)

*cnt'd from other side*

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|------|------------------------------|-----------|
| 04/28/2000 0920hrs | P: Lidocaine 2% c̄ 1:100,000 epinephrine x3, Caries removal; part of current restoration allowed to remain; Occlusal restoration placed in #02 using Ketac Silver. Occlusal adjustment. Patient instructed to submit a "cop-out" requesting an examination and a prophylaxis. | W.K. Collins, DDS Chief Dental |
| 05/12/2000 1030hrs | S: "My tooth has been hurting me when I chew on it." O: #31, worn down DO resin restoration Med Hx Reviewed PAX: Root canal therapy has been performed on tooth Apices of roots appear WNL ⊖ percussion Patient may be attempting to abuse sick call. A: No pathology observed other than worn filling P: Explained to patient that present restoration is satisfactory | W.K. Collins, DDS Chief Dental |

000156

| CLINICAL RECORD | | DENTAL | |
|---|---|---|---|

**1. CHART**



→ Bridge

RIGHT | 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16 | LEFT

32  31  30  29  28  27  26 25 24 23  22  21  20  19  18  17

Comp.                                                Gold

← Bridge →

**2. ROENTGENOGRAMS**
- [ ] PERIAPICAL  [ ] BITE WINGS  [ ] OTHER

**3. PERIODONTOCLASIA**
- [ ] INCIPIENT  [ ] MODERATE  [ ] SEVERE
- [ ] LOCAL  [ ] GENERAL

**4. CALCULUS**
- [ ] SLIGHT  [ ] MODERATE  [ ] HEAVY

**5. GINGIVAL PATHOLOGY**
- [ ] GINGIVITIS  [ ] VINCENT'S INFECTION
- [ ] STOMATITIS (Specify)

**6. DENTURE INDICATED (Include dentures needed after indicated extractions)**
- [ ] FULL UPPER  [ ] FULL LOWER
- [ ] PARTIAL UPPER  [ ] PARTIAL LOWER  [ ] REPAIR

**7. ABNORMALITIES OF OCCLUSION, ANGLES CLASSIFICATION**
- [ ] I  [ ] II  [ ] III  [ ] NORMAL

| 8. DENTAL CLASSIFICATION | 9. TYPE OF EXAMINATION |
|---|---|
| | |

**10. ADDITIONAL FINDINGS**

D - 0
M - 5
F - 9

||||  ||
|| ||

**11. RECOMMENDATIONS**

Txplan
1) Prophy, Bws
2)

| 12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT | 13. DATE | 14. SIGNATURE OF DENTIST | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
|---|---|---|---|
| | 11/8/95 | RC  R.A. CABANAS / DMD | |

| 15. GRADE, RATING, OR POSITION | 16. TYPE OF BENEFICIARY | 17. SEX [ ]M [ ]F | 18. RACE | 19. AGE | 20. SERVICE [ ]INPATIENT [ ]OUTPATIENT [ ]OTHER |
|---|---|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give, Name— last, first, middle; grade; date; hospital or medical facility)

Baker, Darryl
19613-039
FCI McKean

| 22. IDENTIFICATION NO. | 23. REGISTER NO. | 24. WARD NO. |
|---|---|---|

**DENTAL**

Standard Form 521 (Rev.)
521-108

GENERAL SERVICES ADMINISTRATION AND INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505
OCTOBER 1975

000157

**INFORMATION FOR DENTAL SERVICE** (*To be filled in by referring agency*)

| 26. PRINCIPAL MEDICAL DIAGNOSIS | 27. CHECK HERE IF HOSPITALIZED ☐ FOR DENTAL TREATMENT ONLY |
|---|---|

28. PATIENT REFERRED FOR

29. REMARKS

| 30. APPROXIMATE PERIOD OF HOSPITALIZATION | 31. DATE | 32. SIGNATURE OF PHYSICIAN |
|---|---|---|
| | | CHIEF DENTAL OFFICER |

**AUTHORIZATION**

33. DENTAL TREATMENT AUTHORIZED

| 34. DATE | 35. SIGNATURE OF AUTHORIZING DENTIST |
|---|---|

**36. TREATMENT RECORD**

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|---|---|---|
| 11/8/95 | Ac Deynik, HHx Reviewed, Jc, CO & waiting List explained. STWNL OHI | R.A. CABANAS, DMD — R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
| 1/29/96 1230 | Comprehensive exam — Same charting as 11/8/95 except for Fx. of OC composite #2; 2% Lido Clo-5 epi x 1.8 cc "Schein", #2 (OC) — Varn — AMAL ("Unison"). Needs P to maintain edent space #29-30 & to prevent supraeruption of #4. Scheduled for impressions for P. Permanent restoration done on sick call today due to low pt load today | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER R.A. CABANAS DMD R |
| 5/2/96 0935 | Lower alginate impn made. Scheduled for Op. #31 (restore MO crack) | R— R.A. CABANAS/DMD R. CABANAS, D.M.D. CHIEF DENTAL OFFICER R— |
| 5/6/96 1556 | Del P. Instructions in use + care given. | R— R.A. CABANAS/DMD R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
| 7/18/96  1606 | Re scheduld for Up.  Not seen today due to unscheduled dept. meeting. | R.A. CABANAS (DMD)  R. CABANAS, D.M.D.  CHIEF DENTAL OFFICER |
| 7/26/96  1555 | No show for Call Out 1430 | R.A. CABANAS D.M.D  R. CABANAS, D.M.D.  CHIEF DENTAL OFFICER |

DENTAL

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical duty)

Baker, Darryl
19613-039
FCI McKean

REGISTER NO.

WARD NO.

DENTAL TREATMENT RECORD
HSA-237 (6-74)
000159

A-237 (6-74)
(verse)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|------|------------------------------|-----------|
| | | |

DENTAL

U.S. Bureau of Prisons
Dental/Medical History Form


1. Are you presently taking any medication?                          Yes        (No)
   If so, what?_____

2. Are you allergic to or have you had a reaction to any            Yes        (No)
   medication or drug? If so, what?_____

3. Have you been under the care of a physician during the
   past two years? If so, why?_____       Yes        (No)

4. Have you been hospitalized in the past two years?               Yes        (No)
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                         Yes        (No)

6. Do your ankles ever swell during the day?                       Yes        (No)

7. Have you ever been treated for a tumor or growth?               Yes        (No)

8. Have you ever had abnormal bleeding?                            Yes        (No)

9. Have you had any serious difficulty with any previous
   dental treatment?                                               Yes        (No)

Circle any of the following that you have or have had:

Congenital heart defects                    Heart murmur
Heart attack or heart trouble               Angina
Rheumatic Fever                             High blood pressure
Stroke                                      Heart pacemaker
Asthma                                      Epilepsy or seizures
Anemia(blood problems)                      Diabetes
Hepatitis                                   AIDS or HIV infection
Thyroid problems                            Emphysema
Chronic bronchitis                          Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)      Psychiatric treatment
Arthritis                                   Artificial Joint Prosthesis
Artificial Heart Valve

Do you have any disease, condition, or problem not listed?         Yes        (No)

WOMEN ONLY: Are you pregnant?                                      Yes        No

Name_Darryl Baker_____          Reg. No._19613-039_

Institution_FCI McKean_             Date_11-8-95_

# U.S. Bureau of Prisons
## Historia Clinica de Odontologia y Medica

1.  ¿Que medicinas estra tomando actualmente ?          SI          NO
    Si es si el nombre_____

2.  ¿A que medicinas es usted ALERGICO ?                SI          NO
    Si es si el nombre_____

3.  ¿Tuvo alguna enfermedad durante los ultmos
    dos anos que requero ver un doctor ?               SI          NO
    Si es si, por que ?_____

4.  ¿Ha estado usted en el Hospital durante los
    ultimos dos anos ?  Si es si, por que ?            SI          NO
    _____

5.  ¿Tiene alguna dificultad para respirar o
    dolor en el pecho o se siente agotado cuando
    cuando sube las escaleras ?                        SI          NO

6.  ¿Se le hinchan los pies ?                          SI          NO

7.  ¿Tiene cancer ?  ¿Desde cuando ?_____         SI          NO

8.  ¿Sangra usted con exceso ?                         SI          NO

9.  ¿Ha tenido problemas con los dientes ?             SI          NO

Que enfermedades o sintomas tiene, que sepa ponga una marka:

Defectos del corazon                    Soplo cardiaco
Altaque del corazon                     Angina
Fiebre Reumatica                        Presion alta
Apoplejia o Derame Cerebral             Marcapasos
Asma o Fatiga                           Convulsiones
Anemia (problemas de sangre)            Diabetes
Hepatitis                               SIDA o HIV infection
Problemas de tiroides                   Enfisema
Bronquitis                              Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis)   Desordenes psiquiatrias
Artritis                                Coyunturas artificiales
Valvulas artificiales

¿Tiene otras enfermedades que no estra en estra lista ?   SI   NO

Pregunta para las mujeres.
¿Esta usted embarazda o encinta ?                          SI   NO

Nombre_____  Numero_____

Institution_____  Fetcha_____

000162

## FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HISTORY FORMS

1. Are you presantly taking any medication?                    Yes    No
   If so, what?_____

2. Are you allergic to or have you had a reaction to any      Yes    No
   medication or drugs? If so, what?_____

3. Have you been under the care of a physician during the     Yes    No
   past two years? If so, why?_____

4. Have you been hospitalized in the past two years?          Yes    No
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                    Yes    No

6. Do your ankles ever swell during the day?                  Yes    No

7. Have you ever been treated for a tumor or growth?          Yes    No

8. Have you ever had abnormal bleeding?                       Yes    No

9. Have you had any serious difficulty with any previous
   dental treatment?                                          Yes    No

Circle any of the following that you have or have had:

Congenital heart defects                  Heart murmer
Heart attack or heart trouble             Angina
Rheumatic Fever                           High blood pressure
Stroke                                    Heart pacemaker
Asthma                                    Epilepsy or seizures
Anemia (blood problems)                   Diabetes
Hepatitis                                 AIDS or HIV infection
Thyroid problems                          Emphysema
Chronic bronchitis                        Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)    Psychiatric treatment
Arthritis                                 Artificial prosthesis
Artificial heart valve

Do you have any disease, condition, or problem not listed?  Yes  No

Name _Darryl Cole_              Reg. No. _19613-039_

Institution _FDC Milan_         Date _10-4-95_

000163

U.S. BUREAU OF PRISONS
HISTORIA CLINICA DE CONTOLOGIA y MEDICA

1.  Que medicinas estra tomando actualmente?                    SI ----- NO -----
    Si es si el nombre _____

2.  A que medicinas es usted ALERGICO?                          SI ----- NO -----
    Si es si el nombre _____

3.  Tuvo alguna enfermedad duranto los ultmos
    dos anos que requero ver un doctor?                         SI ----- NO -----
    Si es si, por que? _____

4.  Ha estado usted en el Hospital duranto los
    ultimos dos anos?  Si es si, por quo?
    _____                     SI ----- NO -----

5.  Tiene alguna dificultad para respirar o
    dolor en el pecho o se siento agotado cuando
    cuando sube las escaleras? _____                 SI ----- NO -----

6.  Se le hinchan les pies? _____                    SI ----- NO -----

7.  Tiene cancer?  Desde cuanso? _____                   SI ----- NO -----

8.  Sangra usted con exceso? _____                   SI ----- NO -----

9.  Ha tenido problems con los dientes?                        SI ----- NO -----

Que enfermedades o sintomas tiene, que sepa ponga una marka:

Defectos del corazon                    Soplo cardiaco
Altaque del corazon                     Angina
Fiebre Reumatica                        Presion alta
Apoplejia o Derame Cerebral             Marcapasos
Asma o Fatiga                           Convulsiones
Anemia (problems de sangre)             Diabetes
Hepatitis                               SIDA o HIV infection
Problemas de tiroides                   Enfisoma
Bronquitis                              Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis)   Desordenes psiquiatrias
Artritis                                Coyunturas artificiales
Valvulas artificiales

Tiene otras enfermedades; que  no estan en esta lista?         SI ----- NO -----

Nombre_____            Numero_____

Institution_____            Fecha_____

000164

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HISTORY FORMS

1. Are you presantly taking any medication?                    Yes  (No)
   If so, what?_____

2. Are you allergic to or have you had a reaction to any       Yes  (No)
   medication or drugs? If so, what?_____

3. Have you been under the care of a physician during the      Yes  (No)
   past two years? If so, why?_____

4. Have you been hospitalized in the past two years?           Yes  (No)
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                     Yes  (No)

6. Do your ankles ever swell during the day?                   Yes  (No)

7. Have you ever been treated for a tumor or growth?           Yes  (No)

8. Have you ever had abnormal bleeding?                        Yes  (No)

9. Have you had any serious difficulty with any previous
   dental treatment?                                           Yes  (No)

Circle any of the following that you have or have had:

Congenital heart defects               Heart murmer
Heart attack or heart trouble          Angina
Rheumatic Fever                        High blood pressure
Stroke                                 Heart pacemaker
Asthma                                 Epilepsy or seizures
Anemia (blood problems)                Diabetes
Hepatitis                              AIDS or HIV infection
Thyroid problems                       Emphysema
Chronic bronchitis                     Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea) Psychiatric treatment
Arthritis                              Artificial prosthesis
Artificial heart valve

Do you have any disease, condition, or problem not listed?  Yes  No

Name  Daryl Baker            Reg. No.  19613-039

Institution  F.D.C Milan     Date  6-8-95

000165

U.S. BUREAU OF PRISONS
HISTORIA CLINICA DE CONTOLOGIA y MEDICA

1. Que medicinas estra tomando actualmente?                    SI ----- NO -----
   Si es si el nombre_____

2. A que medicinas es usted ALERGICO?                          SI ----- NO -----
   Si es si el nombre_____

3. Tuvo alguna enfermedad durante los ultmos
   dos anos que requero ver un doctor?                         SI ----- NO -----
   Si es si, por que? _____

4. Ha estado usted en el Hospital durante los
   ultimos dos anos?  Si es si, por quo?                       SI ---- NO -----
   _____

5. Tiene alguna dificultad para respirar o
   dolor en el pecho o se siento agotado cuando
   cuando sube las escaleras? _____                 SI ----- NO -----

6. Se le hinchan les pies?  _____                   SI ----- NO -----

7. Tiene cancer?  Desde cuanso? _____                    SI ----- NO -----

8. Sangra usted con exceso?  _____                  SI ----- NO -----

9. Ha tenido problems con los dientes?                        SI ----- NO -----

Que enfermedades o sintomas tiene, que sepa ponga una marka:

| | |
|---|---|
| Defectos del corazon | Soplo cardíaco |
| Altaque del corazon | Angina |
| Fiebre Reumatica | Presion alta |
| Apoplejia o Derame Cerebral | Marcapasos |
| Asma o Fatiga | Convulsiones |
| Anemia (problems de sangre) | Diabetos |
| Hepatitis | SIDA o HIV infection |
| Problemas de tiroides | Enfisoma |
| Bronquitis | Tuberculosis |
| Enfermedad Venerea (Gonorrea/Sifilis) | Desordenes psiquiatrias |
| Artritis | Coyunturas artificiales |
| Valvulas artificiales | |

   Tiene otras enfermedades; que no estan en esta lista?      SI ----- NO -----

_____

Nombre_____         Numero_____

Institution_____      Fecha_____

000166

FED        ORRECTIONAL INSTITUTIO,  OSPITAL
**FCI MCKEAN, PA**

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>_____  UNIT:_____  DATE: _8/9/99._
INMATE'S NAME: _Baker Darryl_____  DETAIL: _____  REG. NO. _19615-039_
*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

X IDLE: Reason _____ _Medical_ _____ THRU 12 MIDNIGHT _8/10_ 19 _99_
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19
( ) TOTALLY DISABLED:
( ) FULL DUTY:                                    _[signature]_
                                    **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS
IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious ser
all, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excur
nd may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific dat
OTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
ULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDER    ORRECTIONAL INSTITUTIC   HOSPITAL
**FCI MCKEAN, PA**

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>_____  UNIT: _A A_  DATE: _2/25/99_
INMATE'S NAME: _Baker_____  DETAIL: _unicol_  REG. NO. _19613-039_
*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ _Medical_ _____ THRU 12 MIDNIGHT _2/26_ 19 _99_
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED:
( ) FULL DUTY:                                    _[signature]_
                                    **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS                    000167
IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick
call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work
and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefiite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Baker, D_          UNIT: _1A_          DATE: _5/18/98_
INMATE'S NAME: _____          DETAIL: _Or.Cop_          REG. NO. _18613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____          THRU 12 MIDNIGHT _5/18_ 19 _88_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____          THRU 12 MIDNIGHT _____ 19___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____          THRU 12 MIDNIGHT _____ 19___
( ) TOTALLY DISABLED: _Rest_
( ) FULL DUTY:

_No Sports/Rec/Iwk_          _____ T. Montgomery, MLP
                             Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____          UNIT: _____          DATE: _1/23/98_
INMATE'S NAME: _Baker, Darryl_          DETAIL: _____          REG. NO. _19613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____          THRU 12 MIDNIGHT _1/24_ 19 _98_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____          THRU 12 MIDNIGHT _____ 19___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____          THRU 12 MIDNIGHT _____ 19___
( ) TOTALLY DISABLED:
( ) FULL DUTY:

_____ Oren MD          000168
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>　　　　UNIT: ＿＿＿＿＿＿　　DATE: 11/25/97,
INMATE'S NAME: Baker Daryl　　DETAIL: ＿＿＿＿＿　REG. NO. 19613-039
*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason ___Medical___　　　　　　　　　THRU 12 MIDNIGHT 11/25 19 97

( ) CONVALESCENCE: List any restricted activity for medical reasons.＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　THRU 12 MIDNIGHT ＿＿＿ 19 ＿＿

( ) RESTRICTED DUTY: Specify exact restriction and reason. ＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　THRU 12 MIDNIGHT ＿＿＿ 19 ＿＿

( ) TOTALLY DISABLED:
( ) FULL DUTY:　　　　　　　o　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefilte.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>　　　　UNIT: 1A　　　DATE: 12-30-96
INMATE'S NAME: Baker Darcyl　　DETAIL: CMS　REG. NO. 19613-039
*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason ___Muscle Sprain___　　　　　　THRU 12 MIDNIGHT 12-31, 19 96

( ) CONVALESCENCE: List any restricted activity for medical reasons.＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　THRU 12 MIDNIGHT ＿＿＿ 19 ＿＿

( ) RESTRICTED DUTY: Specify exact restriction and reason. ＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　THRU 12 MIDNIGHT ＿＿＿ 19 ＿＿

( ) TOTALLY DISABLED:
( ) FULL DUTY:　　　　　　　　　　　　　　　　　SHARONE A. WALTER
　　　　　　　　　　　　　　　　　　　　　　PHYSICIAN ASSISTANT
　　　　　　　　　　　　　S. Walter P.A.
　　　　　　　　　　　　**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS　　　　000169

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefilte.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                UNIT: 1A          DATE: 12-26-96
INMATE'S NAME: Baker, Darryl     DETAIL: CMS       REG. NO. 19613-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason  Muscle Sprain                          THRU 12 MIDNIGHT 12-27, 19 96
( ) CONVALESCENCE: List any restricted activity for medical reasons.
                                                          THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
                                                          THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED:
( ) FULL DUTY:                                   S. Walter P.A.    SHARONE A. WALTER
                                                                   PHYSICIAN ASSISTANT
                                          **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED Baker, Darryl      UNIT: 1A          DATE: 5/21/96
INMATE'S NAME: Baker, Darryl         DETAIL: Orderly    REG. NO.

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions) 19613-039

( ) IDLE: Reason _____                                  THRU 12 MIDNIGHT 5/21 19 96
( ) CONVALESCENCE: List any restricted activity for medical reasons.
                                                          THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
                                                          THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED:
( ) FULL DUTY:                                    OWEN CONNELLY, FMG, PA
                                                 OWEN CONNELLY, FMG
                                          **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS                              000170

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: _1A_          DATE: _5-13-96_
INMATE'S NAME: _BAKER DARRYL_    DETAIL: _UNICOR_    REG. NO. _19613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _____ THRU 12 MIDNIGHT _5-14_ 19_96_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19____
( ) TOTALLY DISABLED:
( ) FULL DUTY: _strict rest except for meals_
_Catheter Restriction × 2 weeks_    **Physician or Physician Assistant** _A. F GUNTHER M D_

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: _1A_          DATE: _1/30/96_
INMATE'S NAME: _Baker Darryl_    DETAIL: _Welding Shop_    REG. NO. _19613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _1/30_ 19_96_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19____
( ) TOTALLY DISABLED:
( ) FULL DUTY: _No Gym & exercise 2 weeks_    **Physician or Physician Assistant** _J. GOMEZ, FMG, PA_

000171

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Baker, Larry_    UNIT: _1A_    DATE: _11/22/95_
INMATE'S NAME: _____    DETAIL: _CMS_    REG. NO. _19613-039_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _11/24_ 19_95_

(X) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19____

( ) TOTALLY DISABLED:

( ) FULL DUTY:    _O'CONNELLY, FMG, PA_

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Baker, Larry_    UNIT: _1A_    DATE: _11/20/95_
INMATE'S NAME: _____    DETAIL: _CMS_    REG. NO. _19613-039_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _11/20_ 19_95_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19____

( ) TOTALLY DISABLED:

( ) FULL DUTY: _No sports, no weight lifting at gym x 2 weeks_    _GOMEZ, FMG, PA_

**Physician or Physician Assistant**    _A. GOMEZ_

000172

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work...

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**

*(Medical)*

| 1. Institution  Elk | 2. Name of Injured  Ballen, Darryl | 3. Register Number  19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment  SHU | 5. Housing Assignment  SHU 130 | 6. Date and Time of Injury  8/11/05 ≈ 1230 pm |
| 7. Where Did Injury Happen (*Be specific as to location*)  FSL Visity Room | Work Related?  ☐ Yes  ☒ No | 8. Date and Time Reported for Treatment  8/11/05  1730 pm |

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

"The restraints were excessively tight and my wrists hurt." "It hurt my ankles too."

unable to sign

*Signature of Patient*

10. Objective: (*Observations or Findings from Examination*)   X-Rays Taken _____   Not Indicated _____

**X-Ray Results**

c/o soreness on b/lat wrists Ø swelling, Ø redding, full ROM of wrists distal circuln intact Ø visible or palpable abnormalities. c/o b/lat ankle pain, Ø swelly, Ø redness, full ROM of ankles Ø visible abnormlts noted.

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

Alt in health mt

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

Pt Ed  tylenol or motrin PRN for Pain  f/u ī SHU

PA/side call for further c/os

13. This Injury Required:

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☒ d. Other (*explain*)

_Exam_

MICHELE J. KELLER, D.O.
CLINICAL DIRECTOR

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

_C McConnell RN_

*Signature of Physician or Physician Assistant*

Ø visible Injury

000173

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File

Canary – Safety

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution FCI McKean | 2. Name of Injured BAKER, DARRYL | 3. Register Number 19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment AA | 6. Date and Time of Injury 2/27/04    2000 hr |

| 7. Where Did Injury Happen (Be specific as to location) Housing AA    Cell #129 | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 2/29/04    0950 hr |
|---|---|---|

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

① 4/1/0 FB 0° c/o ① LT. Face ① Eye Pain 2° Assault
by 2-Im's ① LOC. Also ② ① Minor Pain Swelling ① Abrasions
of ① Chest ① Back, RUE, Bil. Hands. ③ Denies Dizzy HA Vision Loss LOC
③ Reports Episodic Epistaxis, 1st 24 hrs S/P ①
④ C/o Headache ⊕ Parasthesia of Face ① Maxilla Dentition.

*Signature of Patient:* Darryl Baker

**10. Objective:** (Observations or Findings from Examination)    X-Rays Taken _____    Not Indicated ✓

**X-Ray Results**

CA&×3, Mod distress, Ambulatory, Flat affect
HEAD ⊕ NC/AT; EARS ⊕ Bld, Tm's ⊕ Intact ⊕ Fld, Bld; FACE ① LT. mild Tender c ecchymosis
① swelling ⊕ step-off/deformity; skin intact c ① periorbital ecchymosis/edema, ① tender,
⊕ step-off; NOSE → neutral AT, Pyramid ⊕ Tip; mild ecchymosis EMC LAT 2° ① ①
NOSE ⊕ Dns – RT, Bilat. mucosal edema LTZ AT c Dried ① Fresh Bld, LEFT ① visible
Rupture; Chest/Back ① UES (see Diagram); Neuro ⊕ CNS II–XII intact; PERRLA, LT. Conjunctivitis, EOMI

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)
1) Periorbital Soft Tissue Trauma Ecchymosis/Edema ⊕ FX.    7) Epistaxis ⊕ FX.
2) LT. Maxilla/Zygoma Contusion ⊕ FX  ⑤.⑥.) Contusions, Sprain
3) ⑥.⑦ Contusion ⊕ Abrasion (Submucosal)    ⊕ Superficial abrasions

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow up)
1) Ephedrine 3cc Topical LT. Nose × 1  ⊕ Epistaxis Prophylaxis Instructions.
2) Swollen Eye Eye Acuity @ 20/25 Bilat
3) Educate Counsel re. Trauma c RTC–PRN
4) Understands

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

Robert E. Piotrowski, PA-C
FCI McKean

1. AP w/Ridge Nasal Pop Frac. Tongue = Buccal

2. Intact Frenum Neutral Occlusion

3. & 6. mild Ecchymotic Swelling Skin Intact very Superficial abrasion

4) From ⊕ mild Tender mild swelling

5. Mild Swelling from Tender

6) Hand abrasion #4,5 MCP c mild Tender – from

7. Nose Epistaxis ⊕ FX Dns

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)

**Self Carboned Form – If ballpoint pen is used, PRESS HARD**

000174

Reviewed by D. Olson, MD

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Baker | 19613-039 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Rec. Orderly | AA | 12-15-99    06:50 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Rec Gym Floor | ☐ Yes  ☒ No | 12-15-99    07:30 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

Saw IM Harris standing against wall when I walked in Main Gym area before incident happened.

X Darryl Baker
*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

HEENT: WNL   Neck: ⊖ findings

Torso: ⊖ bruising or abrasions   Ext: ⊖ bruising or abrasions ⊖ cuts.

X-Rays Taken _____   Not Indicated __✓__
**X-Ray Results**

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

No physical finding to R/o physical altercation

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

If any problems should arise F/u S/C

Im understands directions

**13. This Injury Required:**

☒ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Eric Kessel*
*Signature of Physician or Physician Assistant*

12/20/99

D. Olson, MD
**Clinical Director**

**Self Carboned Form** – *If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

000175



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| | | |
|---|---|---|
| **1. Institution** FCI McKEAN. | **2. Name of Injured** BAKeR Danny l | **3. Register Number** 19613-039 |
| **4. Injured's Duty Assignment** Unicor. | **5. Housing Assignment** IA. | **6. Date and Time of Injury** 2/25/99,    1200 |
| **7. Where Did Injury Happen** (Be specific as to location) Rec Weight Room | **Work Related?** ☐ Yes  ☒ No | **8. Date and Time Reported for Treatment** 2/55/99   1300 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

I went to Rec to Lift @ Lunchtoe ē Strained my

Lower back.

X *Danyl Baker*
*Signature of Patient*

**10. Objective:** (Observations or Findings from Examination)

↓ ROM ē Ant Flexion ; Ⓛ Lat.

X-Rays Taken _____   Not Indicated ✓

**X-Ray Results**

Flexion Also ē Ⓛ Leg Raise.   + focal Tenderness Ⓡ Lumbar parsspinals

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

LSSS

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

Rest ; Moist Heat.  Understands

Motrin 800g #21 ī T I D X 1

Patient Educ -

C. Geisick, R.Ph

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

Reviewed by D. Olson, MD
Date: 2/10/09

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Medical File
G___y
USP Servisor (Work related only)
___tional Supervisor

000176



U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY    SESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution FCI McKean | 2. Name of Injured Baker, Darryl | 3. Register Number 19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment CMS | 5. Housing Assignment 1A | 6. Date and Time of Injury 12-26-96   1445 |

| 7. Where Did Injury Happen *(Be specific as to location)* Gym | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 12-26-96   1830 |
|---|---|---|

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

Dead lifting 405 lbs. felt something pull in my back.

*Darryl Baker*
Signature of Patient

**10. Objective:** *(Observations or Findings from Examination)*

Pt. can bend forward ~45°, ↓

X-Rays Taken _____    Not Indicated ✗
**X-Ray Results**

ROM ~20° to right, tenderness palpation ⓡ supraspinatous muscles in L-S area, ⊖ erythema or swelling, OTR's ⊕2, good strength, Nav intact pain straight leg raise both sitting + laying, pain adduction ⓡ leg

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

muscle sprain

**12. Plan** ~~PATIENT EDUCATION~~ *Results, Treatment and Recommended Follow-up)*

1. ____ ice, meds, rest
2. Motrin 800 mg. + PO TID, #21, no refill
3. idle 1 day
4. FU PRN

PATIENT EDUCATION
┼─── Dosage
│    Special Instructions
┼─── Adverse Reaction
C. Gelsick, R.PH.

**13. This Injury Required:**

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*S. Walter P.A.*
Signature of Physician or Physician Assistant

**SHARONE A. WALTER**
**PHYSICIAN ASSISTANT**

D. OLSON, M.D.
CLINICAL DIRECTOR

*Self Carboned Form – If ballpoint pen is used, PRESS HARD*

Original -- Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)
Goldenrod – Correctional Supervisor

000177

MEDICAL DEPARTMENT
AUGUST 12, 2005

1) I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED TO SEE A ORBITAL SPECIALIST.

2) I AM HAVING PAIN AS A RESULT OF SOME TIGHT RESTRAINTS ON MY RIGHT AND SOME SWELLING.

3) I AM HAVING SOME SINUST PROBLEMS WITH MY ALLERGIES.

THANK YOU VERY MUCH

BY: INMATE BAKER
    # 19612-039

CC: RECORD:

Pt seen 8-11-05 — by clinical director full eval done. Pt refused cuff — Custody issues for outside trip 8-11-05
Barnes PAC
Acting HSA

000178

U.S. Department of Justice

Federal Bureau of Prisons



**Medical Treatment Refusal**

**(Rechazo de Tratamiento Médico)**

Date _8/11/05_ (Fecha)

I, _Baker, Danyl_ _19613-039_ , refuse treatment recommended by the Federal
(Name and Registration Number)   (Nombre y Número de Registro)   (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:            (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_diplopia ✝ old orbital entrapment_

The following treatment(s) was/were recommended: ○            (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_ophthalmology — routine evaluation_

_— I/m refused custody — cuffing for outside procedure_

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences
and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuen-
cias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment.  I hereby
assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from
any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento
recomendado.  Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de
Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respetar y seguir mis expresos deseos y
direcciones.)

_X Pt refuses to sign_
_X in SHU / cuffed — black eox_
Patient's Signature and Date    (Firma del Paciente y Fecha)

_I/M still c/o pain - eye_
_"will not sign anything"_

_Michelle Keller_ 8/11/08.
Signature of Witness and Date      (Firma del Testigo y Fecha)

_____ 8/11/05
Signature of Witness and Date      (Firma del Testigo y Fecha)

Original – Inmate's Medical Record
Canary – Hospital File
Pink – To Inmate

000179

USP LVN                          Previous editions not usable                          BP-358(60)
                                                                                       MAY 1985

UNITED STATES GOVERNMENT

# memorandum

FCI Elkton, Ohio

Date: 6/8/05

Reply to: Jane Barnes, PA-C
Attn of: Acting Assistant Health Services Administrator

Michele, Keller, D.O.
Clinical Director/URC Chairman

Subject: Community Referral Approval/Denial

To: Baker Darryl

Reg. No: 19613-039          Unit: G-A

This is to advise you that on __6/8/05__, your medical case/condition was
presented to the *Utilization Review Committee* to determine the clinical indication and/or
benefit, as well as the urgency and non-urgency of referring you to the community to
undergo additional diagnostic testing, and/or an evaluation by a specialist. It was the
decision of the *Utilization Review Committee* that your case has been:

approved        disapproved        tabled at this time. (See below).

If your case has been approved, you will be scheduled in the near future to have the
diagnostic testing/surgical evaluation/specialists' evaluation, etc., performed in the
community. Due to security concerns, you will not be advised of the date of the referral
or be provided additional information on the Escorted Medical Trip until the date of the
trip. If you have any change in your condition or symptoms, report them to the Clinical
Director and/or your Primary Care Provider. ***If you decide that you do not agree with
the referral and or testing, you MUST report to the Clinical Director (in writing) that you
are not agreeing to proceed with the referral.

If your case has been disapproved at this time, it has been determined by the committee
that the benefit of the referral may not be achieved, and/or, your condition can be
maintained in-house. This does not mean that you do not have a legitimate medical
condition; however, it indicates that the condition may not be improved by a community
referral or it is currently being managed and routinely evaluated in the Chronic Care
Clinic. This does not mean that your condition may not warrant future referral to the
community; however, this is based on results on continued in-house monitoring,
diagnostic results and/or a change in your condition. If you have any questions, you must
discuss this with the Clinical Director and/or your Primary Care Provider.

If the decision to table your case was made, this indicates that you will be scheduled for
an additional testing and/or evaluation and/or repeat evaluation in-house. Your case that
will be presented to the Utilization Review Committee at a later date.

000180

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER , DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA SHU AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.

THANK YOU.

(Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
To be done

| Signature Staff Member | Date 3/31/04 | 000181 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                    This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER _DARRYL_ | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: _A SHU AA_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN
I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

_I refilled The medication_

| Signature Staff Member _(signature)_ BEAM, MD CO MCKEAN | Date 3/31/04 | 000182 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m

**FCI McKean, Pennsylvania**

DATE: March 23, 2004

REPLY TO
ATTN. OF: James F. Sherman, Warden

SUBJECT: **INMATE REQUEST TO STAFF MEMBER**

TO: BAKER, Darryl
Reg. No. 19613-039

This is in response to your letter receipted in my office on March 12, 2004, in which you state that you suffered an eye injury on February 29, 2004 and have not received medical treatment for it.

Records indicate you were medically assessed immediately following the injury. You were instructed to follow up with sick call as needed following that assessment. A sick call slip was never received by health services from you; however, on March 9, 2004, at the request of the Associate Warden, a PA stopped by to examine you. You became verbally abusive and belligerent with the PA. You were given an order to stop your abusive behavior which you refused to do. The PA was not able to conduct an exam at that time due to your behavior. You were instructed of the proper way to sign up for sick call at that time. A sick call request was received from you on March 9, 2004, and you were seen by a doctor on March 11, 2004. The exam revealed a left eyelid abrasion only. No other injuries were found concerning your left eye.

I trust your concerns have been addressed.

**LOU SENSITIVE**

COPY

000183

```
MCK41  535.03 *                INMATE PROFILE            *    03-12-2004
PAGE 001 OF 001                                              15:05:20
           19613-039            REG
                                FUNCTION: PRT DOB/AGE.: 06-30-1962 / 41
REGNO: 19613-039                              R/S/ETH.: B/M/O
NAME.: BAKER, DARRYL ORRIN                    MILEAGE.: 269 MILES
RSP..: MCK-MCKEAN FCI
PHONE.: 814-362-8900        FTS: 700-362-8909
                                              FBI NO..: 747008W1
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE  INS NO..: N/A
  PROJ REL DATE..: 07-02-2012                 SSN.....: 370782859
  PAR ELIG DATE..: N/A                         DETAINER: NO       CMC..: YES
  PAR HEAR DATE..:
OFFN/CHG RMKS: DKT: 94-CR-50065-01-FL DIST. OF COCAINE BASE, A & A, P/W/I/T/D
OFFN/CHG RMKS: COCAINE BASE        235 MONTHS CUSTODY BOP
                              CURRENT ASSIGNMENT - - - - -    EFF DATE  TIME
  FACL CATEGORY     - - - -                                09-12-2002 0815
  MCK  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL 06-10-2003 1449
  MCK  CARE LEVEL  CARE1     HEALTHY, NO CHRONIC CARE      09-12-2002 0815
  MCK  COR COUNSL  AA        ELLEN MCNINCH - AA (EXT 547)  07-05-2005 0757
  MCK  CASE MGT    PROG RPT  NEXT PROGRESS REPORT DUE DATE 12-31-1996 1134
  MCK  CASE MGT    RPP NEEDS RELEASE PREP PGM NEEDS        04-13-1996 1109
  MCK  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 07-30-2001 1851
  MCK  CASE MGT    V94 CVA913 V94 CURR VIOL ON/AFTER 91394 11-04-2003 1627
  MCK  CORR SVCS   RAN NEG   RANDOM DRG TST-NEGATIVE       09-12-2002 0815
  MCK  CASEWORKER  AA        CASEWORKER AA JEFF LABESKY    10-04-1995 1205
  MCK  CUSTODY     IN        IN CUSTODY                    09-16-2002 0837
  MCK  DOCTOR      DR.B:00-48 DR.BEAM-FCI CASELOAD         12-28-1995 1049
  MCK  DRUG PGMS   DRG I NONE NO DRUG INTERVIEW REQUIRED   09-06-2000 1012
  MCK  DRUG PGMS   NR DIS    NRES DRUG TMT/DISCONTINUED    01-13-2004 1830
  MCK  EDUCATION   CDL       ACE - CDL                     11-16-1995 0922
  MCK  EDUC INFO   ESL HAS   ENGLISH PROFICIENT            11-14-1995 0850
  MCK  EDUC INFO   GED HAS   COMPLETED GED OR HS DIPLOMA   10-09-1996 0849
  MCK  FIN RESP    COMPLT    FINANC RESP-COMPLETED         08-25-2003 1028
  MCK  LEVEL       MEDIUM    SECURITY CLASSIFICATION MEDIUM 09-12-2002 1511
  MCK  MED DY ST   REG DUTY W REGULAR DUTY W/MED RESTRICTION 04-30-2004 0755
  MCK  PGM REVIEW  APR       APRIL PROGRAM REVIEW          02-29-2004 0953
  MCK  QUARTERS    Z07-201UAD HOUSE Z/RANGE 07/BED 201U AD 01-11-1996 1905
  MCK  RELIGION    PROTESTANT PROTESTANT                   09-12-2002 0815
  MCK  SECOND RSP  NOT USM   NOT RESPONSIBILITY OF USMS    09-12-2002 0815
  MCK  UNIT        A         UNT MGR C. KINDERVATER 3597   08-24-1998 0903
  MCK  WAITNG LST  CIM COMPLT CIMS PKT COMPLETE            03-01-2004 1544
  MCK  WAITNG LST  CMPTR D VT COMPUTER VT WAIT LIST DAYS   04-04-2003 1125
  MCK  WAITNG LST  DENTAL    MAIN DENTAL WAITING LIST      11-05-2002 1421
  MCK  WAITNG LST  INDUSTRIES UNICOR WLS                   09-12-2002 2019
  MCK  WAITNG LST  NON-SMOKER NON-SMOKER                   03-01-2004 0120
  MCK  WRK DETAIL  SHU UNASSG SHU UNASSIGNED
```

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

000184

| From: 04 MAR 15 AM 8:34 Warden's Office | Control Number: 2004-021 | |
|---|---|---|
| Subject: Baker, Darryl # 19613-039 | Date Received: 3/12/04 | Date Due: 3/19/04 |

**Remarks:**

✓

Please prepare a written response for the Warden's signature by _3/19/04_.

_____ Please respond under your signature.

_____ File for your information.

_____ Initial & forward.

_____ If you are unable to meet the deadline, please contact the Warden's Secretary to request an extension.

**To:**

HSA

_____ ✓ AW(O)  Prepare a response for my signature.

_____ AW(P)

_____ SOI

_____ Camp Administrator

_____ Executive Assistant

_____ Captain

_____ Case Management Coordinator

_____ Chaplain

_____ Chief Psychologist

_____ Chief Medical Officer

_____ Computer Services Manager

_____ Controller

_____ Employee Development Mgr.

_____ Facility Manager

_____ Food Service Administrator

_____ ✓ Health Services Administrator

_____ Human Resource Manager

_____ Inmate Systems Manager

_____ Recreation Supervisor

_____ Safety Manager

_____ Supervisor of Education

_____ UNICOR Factory Manager

_____ Unit A Manager

_____ Unit B Manager

_____ Unit C Manager

_____ Unit D Manager

_____ Other: _____

000185

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

**Dr Beam**

**U.S. DEPARTMENT OF JUSTICE**                                        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR. BEAM M.D. | -039 |
| FROM: INMATE BAKER | REGISTER NO.: 16917 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

My MEDICINE IS ALL GONE AND THE BUMPS ARE
RETURNING, I NEED SOME STRONGER MEDICINE

THANK YOU,

(Do not write below this line)

DISPOSITION:

Please bring this up with The
MLP on Sickcall

Signature Staff Member _____ Date 3/24/04

H. BEAM MD
FCI MCKEAN

000186

Record Copy - File; Copy - Inmate                This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)             and BP-S148.070 APR 94