DOCTOR BEAM, M.D.                           MARCH 9, 2004.

1. I DARRYL BAKER, EMERGE IN ADMINISTRATIVE SEGREGATION ON SUNDAY FEBRUARY 29, 2004.

2. I WAS SEEN BY A DOCTOR IN MEDICAL AND RECEIVED NO MEDICATION FOR MY EYE INJURY.

MONDAY MARCH 1, 2004, NURSE NELSON, CAME TO ADMINISTRATIVE SEGREGATION AND, I INFORM HERE OF MY INJURY AND SHE REFUSED TO GIVE ME MEDICAL ATTENTION.

BOTH ASSISTANT WARDENS CAME TO MAKE THEIR ROUNDS UNDER BOP POLICY AND I INMATE BAKER BROUGHT MY MEDICAL NEED TO BOTH OF THE AND I WAS STILL DENIED ATTENTION

IT'S BEEN TWO (2) WEEKS UNTIL THIS DAY AND, A MALE FROM MEDICAL CAME TO ADMINISTRATIVE SEGREGATION AND MARCH 9, 2004, AND I INMATE BAKER STILL AGAIN WAS DENIED MEDICAL TREATMENT FROM STAFF HERE AT F.C.I. MCKEAN.

DOCTOR BEAM, M.D., I INMATE BAKER, STILL HAVE A EYE INJURY DO TO THE FACT I WAS ASSULTED BY TO INMATES. I AM STILL REQUESTING MEDICAL TREATMENT, PLEASE LOOK INT THE MATTER.

ALSO, I BROUGHT MY INJURY TO THE A-
STAFF IN ADMINISTRATIVE SEGREGATION.                          000187
NAME IS OFFICER _____.

8. UNDER THE EIGHT AMENDMENT FOR CRUEL AND UNUSUAL PUNISHMENT WHEN STAFF DENY AN INMATE MEDICAL ASSISTANCES IT VIOLATES THIS AMENDMENT BECAUSE STAFF IS BEING DELIBERATELY INDIFFERENT TOWARD A INMATE MEDICAL NEED.

1. UNDER THE ANTITERRORISM DEATH PENALTY ACT WHICH WAS INACTED CARRIES THE PRISON LITIGATION REFORM ACT WHERE A INMATE MUST EXHAUST HIS ADMINISTRATIVE REMEDIES BEFORE HE CAN PRESENT HIS CLAIM IN THE DISTRICT COURT.

INMATE BAKER
#19613-039

Received & Seen 3/11/04
fci chart note

H. BEAM, MD
FCI MCKEAN

000188

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DOCTOR MEDICAL | 3-28-03 |
| FROM: | REGISTER NO.: |
| INMATE BAKER | # 19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| SHU | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR, TODAY AT APPROXIMATELY 8:10 NURSE NELSON, ARRIVED AT SHU DOOR 101. I REQUESTED MEDICAL ATTENTION AND WAS DENIED AGAIN. THIS IS THE FOURTH (4) TIME I BROUGHT THIS TO HER ATTENTION CONCERNING MY SYMPTOMS.

PLEASE LOOK INTO THE MATTER!

8th AMENDMENT
CRUEL AND UNUSUAL PUNISHMENT DENIAL OF MEDICAL NEED, AND BEING DELIBERATELY INDIFFERENT!

(Do not write below this line)

DISPOSITION: I saw you on 3/31/03. Are you still having a need for evaluation? Your note complaining about Nelson RN doesn't mention your concern.

Please direct requests for care to the PA or nurse practitioner or MD making rounds in the future. The nurse does not diagnose problems.

Signature Staff Member [W.H. Beam, MD FCI McKean]      Date 4/3/03

000189

Record Copy - File; Copy - Inmate
This form may be replicated via WP              This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DOCTOR ("MEDICAL") | 3-28-03 |
| FROM: | REGISTER NO.: |
| INMATE BAKER | # 19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| SHU | A-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR, I HAVE BEEN IN ADMINISTRATIVE DETENTION FOR (13) DAYS REQUESTING MEDICAL ATTENTION OF OR MY MEDICAL NEED, SYMPTOMS, ("I HAVE PUS, AND INFLAMMATION, BLEEDING, EXASPERATION, ON THE SURFACE OF MY HEAD") I HAVE BROUGHT THIS TO THE ATTENTION OF YOUR MEDICAL TEAM HERE AT F.C.I. MCKEAN. THEY ARE FIRST, SHIFT (NURSE (3) TIMES), EVENING WATCH NURSE ON (2) OCCASIONS, AND (P.A. ON (2) OCCASION), AND STILL NO RESULTS.

DOCTOR, TO PREVENT THIS MATTER FROM RESULTING TO BE ADJUDICATED ON JUDICIAL PROCEEDINGS PLEASE, LOOK INTO THE MATTER! CAUSE, ("8 AMENDMENT CRULE AND UNUSUAL PUNISHMENT BEING DELIBERATELY INDIFFERENT TOWARD MY MEDICAL NEED").

(Do not write below this line)

DISPOSITION:

I will likely examine your scalp soon.

Signature Staff Member        Date
/s/ H. Beam, MD FCI McKean    3/28/03                    000190

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86
                                           and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                            FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MEDICAL DOCTOR LENORD | DATE: JUNE 23, 2001 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: SHU | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR LENORD, I CONFABULATED WITH YOU TWO (2) WEEKS PERTAINING TO THE INJURYS TO MY HEAD. I ALSO CONFABULATED WITH MS. TIGER (P.A.) SHE EXPLAINED THAT SHE WILL NOT PRESCRIBE ANY OTHER MEDICATION. THE SYMPTONS THAT I HAVE ON MY HEAD ARE BLEEDING, SWELLING, PUSS, IRRITATION, SOARS, AND EXCRUCIATING PAIN. IT HAS BEEN ONE (1) YEAR AND A ½ AND THE MEDICAL DEPARTMENT HERE AT F.C.I. LORETTO HAS NOT PROVIDED ME WITH MEDICAL TREATMENT I AM REQUIRED. DOCTOR LENORD, PLEASE DO NOT BE DELIBERATELY INDIFFERENT TOWARD MY MEDICAL NEEDS.

(Do not write below this line)

DISPOSITION:    Received 6/26/02 DJL

YOU HAVE BEEN PLACED ON THE
WAITING LIST. WATCH THE CALL-OUTS

Please continue with the measures I discussed with you on 6/5/02 when I saw you to include decrease of frequency of washing scalp as the healing can be slow. You may follow up with the PA as needed until I can see you.

Signature Staff Member
Daniel Leonard, M.D.
Clinical Director

Date 6/26/02

000191

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Lenord Hospital | DATE: 06-05-02 |
|---|---|
| FROM: Inmate Baker | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: SHU | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Doctor Lenord, I have a problem with bumps, sores, bleeding on my head. I talk with several P.A's and I told them this problem has been there for 6 months or more. Doctor Lenord, if you would please come to (SHU) to explore this matter, because it's causing excurciating pain.

                                                    Thank you!

(Do not write below this line)

DISPOSITION:

As you know I saw you today while I was in SHU.

| Signature Staff Member | Date |
|---|---|
| Daniel Leonard, M.D. Clinical Director | 6/5/02 |

000192

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

## FCI Loretto
## Inmate Sick Call Sign-Up Sheet – (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: DARRYL BAKER
   (Nombre)
2. Reg. Number: 19613-039      WORK DETAIL: UNICOR
   (Numero de Registro)
3. Date: 10/17/01
   (Fecha)
4. Housing unit and Unit Team: NO. 3 23up  TEAM: (A) B C D E F
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem?
   (Queja). (Cual es su problema?)
   Bumps in my head.

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____ Months 8 months Years_____
   Dias)       (Meses)        (Anos)
7. Are you on any medication(s) at present? Yes_____ No ✓
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have your purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____ No ✓

9. Signature  Darryl Baker
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen: 10/18/01

11. Time Seen: _____

12. Subjective: _____

13. Objective: Temp.____ Pulse____ Respirations____ B/P____

13. Appointment Date: 10/18/01    Appointment Time 0815

14. Triage Personnel's Signature: _____

000193

## FCI Loretto

## Inmate Sick Call Sign-Up Sheet - (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: __DARRYL BAKER__
   (Nombre)
2. Reg. Number: __#19613-039__   WORK DETAIL: __UNICOR__
   (Numero de Registro)
3. Date: _____
   (Fecha)
4. Housing unit and Unit Team: __23NO. 23UP.__  TEAM: (A) B C D E F
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem?
   (Queja). (Cual es su problema?)
   __HAVE SOME BUMPS IN MY HEAD__

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days __4__   Months __8__   Years _____
   Dias)      (Meses)       (Anos)
7. Are you on any medication(s) at present? Yes _____ No __✓__
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have your purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes _____ No __✓__

9. Signature __Darryl Baker__
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen: _____

11. Time Seen: _____

12. Subjective: _____

13. Objective:   Temp. ____ Pulse ____ Respirations ____ B/P ____

13. Appointment Date: _____ Appointment Time _____

14. Triage Personnel's Signature: _____

000194

# FCI Loretto

## Inmate Sick Call Sign-Up Sheet - (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

**INSTRUCTIONS:**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: DARRYL BAKER
   (Nombre)
2. Reg. Number: #19613-039    WORK DETAIL: UNICOR
   (Numero de Registro)
3. Date: July 23, 2001
   (Fecha)
4. Housing unit and Unit Team: 23 No. 23U    TEAM: (A) B C D E F
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem?
   (Queja). (Cual es su problema?)
   RASH ACCUMILATED IN MY HEAD

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days 5    Months 6    Years ___
   Dias)    (Meses)    (Anos)
7. Are you on any medication(s) at present? Yes____ No ✓
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have your purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes____ No ✓

9. Signature  Darryl Baker
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen: 7/23/01
11. Time Seen: ____
12. Subjective: ____
13. Objective: Temp.____ Pulse____ Respirations____ B/P____
13. Appointment Date: ____    Appointment Time ____
14. Triage Personnel's Signature: [signature]

000195

BP-S148.055
SEP 98

**INMATE REQUEST TO STAFF CBFRM**

U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DENTIST | DATE: MAY 16, 2000 |
|---|---|
| FROM: DARRYL BAKER | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: A-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

TEETH CLEANED AND EXAMINED

INMATE BAKER
#19613-039

THANK YOU!

(Do not write below this line)

DISPOSITION:

Your name has been added the waiting list. Please watch the call-outs.

FCI McKean

| Signature Staff Member | Date |
|---|---|
| R. Tanner HT | 5-22-00 |

000196

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

DATE 11/13/1998

TO: Darryl Baker
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

"URGENT" I NEED DENTAL ATTENTION IMMEDEATLY, BECAUCE OF A FILLING THAT FELL OUT.

INMATE BAKER
19613-039

(Use other side of page if more space is needed)

NAME: _____ No.: _____

Work assignment: _____ Unit: _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE 11/20/98

IF YOU ARE EXPERIENCING ANY DENTAL PAIN OR DISCOMFORT, PLEASE SIGN UP FOR SICK CALL.

W.S.
W.G. STERBA DDS
Officer    000197

Original - File
Canary - Inmate

FCI McKean