7472 8252 0000 0922 7003


RECEIVED
3/30/04

# MEDICAL CLAIM

SF_95 (Face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: REGIONAL COUNSEL, NORTHEAST REGIONAL OFFICE U.S. CUSTOMS HOUSE-7TH FLOOR 2ND & CHESTNUT STREETS PHILADELPHIA, P.A. 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) DARRYL ORRIN BAKER NO.#19613-039 P.O. BOX 8000 BRADFORD, P.A. 16701 FEDERAL CORRECTIONAL INSTITUTION |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 6-30-62 | 5. MARITAL STATUS DIVORCED | 6. DATE AND DAY OF ACCIDENT FEBRUARY 27, 2004 | 7. TIME (A.M. OR P.M.) 8:10 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

( SEE ATTACHMENT )    MEDICAL CLAIM

9.                                    PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.)

N/A

10.                          PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.    ( SEE ATTACHMENT )   MEDICAL CLAIM

11.                                    WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code) |
|---|---|
| ( SEE ATTACHMENT ) | ( SEE ATTACHMENT ) |

12. (See instructions on reverse)        AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $15 MILLION | N/A | $15 MILLION |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on revere side.) Darryl Baker | 13b. Phone Number of signatory | 14. DATE OF CLAIM 6-13-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

(This form may be replicated via WP)

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

RECEIVED (3/30/04)

SF 95 (face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
REGIONAL COUNSEL, NORTHEAST REGIONAL OFFICE U.S. CUSTOMS HOUSE-7TH FLOOR 2ND & CHESTNUT STREETS PHILADELPHIA, P.A. 19106

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code)**
DARRYL ORRIN BAKER NO.#19613-039 P.O. BOX 8000 BRADFORD, P.A. 16701 FEDERAL CORRECTION INSTITUTION

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 06-30-62 | 5. MARITAL STATUS DIVORCED | 6. DATE AND DAY OF ACCIDENT FEBRUARY 27, 2004 | 7. TIME (A.M. OR P.M.) 8:10 p.m. |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

( SEE ATTACHMENT )

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.)

N/A

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

( SEE ATTACHMENT )

**11.** WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code |
|---|---|
| ( SEE ATTACHMENT ) | ( SEE ATTACHMENT ) |

**12. (See instructions on reverse)** AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE N/A | 12b. PERSONAL INJURY $20 MILLION | 12c. WRONGFUL DEATH N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $20 MILLION |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on revere side.) Darryl Baker | 13b. Phone Number of signatory | 14. DATE OF CLAIM 6-13-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

(This form may be replicated via WP)

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(EXHIBIT 2)

# AFFIDAVIT

**SWORN UNDER THE PENALTIES OF PERJURY:**

(1) I inmate Thurman Johnson, was assigned to the ten (10) man cell on February 27, 2004.

(2) That inmate Baker, was assaulted by to inmates in the ten man cell on February 27, 2004.

(3) That Officer Weseman, was not patrolling the Unit when this assault took place on inmate Baker.

(4) That Officer Weseman, was not in the Unit when the assault took place.

(5) That Officer Weseman, was unaware what took place on February 27, 2004.

(6) That inmate Baker, was bleeding profusely and suffered a injury to his left eye.

Respectfully submitted

/s/ *Therman Johnson*
INMATE THURMAN JOHNSON
REG. NO.# 11073-055
P.O. BOX 8000
F.C.I. MCKEAN
BRADFORD, P.A. 16701

**DATED APRIL 15, 2004.**

**THAT THESE STATEMENTS FROM 1 THRU 6 ARE TRUE UNDER THE PENALTIES OF PERJURY:**

**AFFIDAVIT**

**SWORN AFFIDAVIT UNDER THE PENALTIES OF PERJURY:**

(1) I inmate Tim, was assigned to the ten (10) man cell on February 27, 2004.

(2) That on February 27, 2004, at approximately 8:05p.m. I was asleep in the ten (10) man cell.

(3) That when I awoke, I saw inmate Baker, being assaulted by two (2) other inmates.

(4) Inmate Baker, was bleeding profusely and he had a injury to his left eye.

Respectfully submitted

/s/ _____

INMATE TIMOTHY BRADLEY
REG. NO.#03098-049
P.O. BOX 8000
F.C.I. MCKEAN
**DATED APRIL 10, 2004.**        BRADFORD, P.A. 16701

**THAT THESE STATEMENTS FROM 1 THRU 4 ARE TRUE UNDER THE PENALTIES OF PERJURY:**

(EXHIBIT 3)

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*#19613-039*

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:    <u>4/15/04</u>
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc   Darryl C. Baker

REVIEWED BY

H. BEAM, MD
FCI McKEAN

103 West St. Clair Street          27 Porter Avenue          2 Main Street
Warren, PA 16365                   Jamestown, NY 14701        Bradford, PA 16701
(814)726-2020                      (716)483-2020              (814)362-7477
1-877-MD4-EYES                     1-866-716-EYES             1-866-814-EYES
Fax (814)726-1215                  Fax (716)488-9295          Fax (814)362-4975

(EXHIBIT 4)

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS

*(handwritten notation)* 1/29/05 mailed for

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** BAKER DARRYL ORRIN | 19613-039 | G-A | FSL ELKTON
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

I HAVE RECEIVED RETALIATION, DELIBERATIVELY INDIFFERNECE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

RELIEF REQUESTED: I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FROM A ORBITAL SPECIALIST.

FEBRUARY 3, 2005.
DATE | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE | CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

February 10, 2005.

RECEIVED
2005 FEB 14 P 12: 20

FCI ELKTON
WARDEN'S OFFICE

WARDEN:

(1) I inmate Baker, has been to the FSL Medical Department on several occassion seeking treatment for a injury I sustain on February 27, 2004.

(2) I have been seeking treatment to a Orbital Fracture that occurred on February 27, 2004, and have been denied treatment by Ms. Barnes, Dr. Ouinn, and the Eye Specialist, here at FSL Elkton Medical Department.

(3) I have been having excruciating pain in my left eye, and see double vision when I look up and to the left and right sides.

(4) As a result of the injury I sustained to my left eye on February 27, 2004, and I have been Retaliated against, received Deliberate Indifference, and denied my Eighth Amendment Rights.

< COPY

(5) Warden, would you please look into the matter because, I am still having excruciating pain in my left eye and I am still seeing double and having double vision.

Sincerely,

/s/ Darryl Baker

INMATE BAKER
REG. NO.# 19613-039

**REQUEST FOR ADMINISTRATIVE REMEDY**
**PART B - RESPONSE**

**BAKER, Darryl Orrin**
Reg. No.: 19613-039
Remedy I.D.: 366343-F7
Qtr: Unit G/A

This is in response to your Request for Administrative Remedy receipted March 3, 2005, in which you request to be seen by an orbital specialist. In addition, you allege "retaliation, deliberate indifference, and violation of your Fifth Amendment right."

Investigation into this matter reveals you suffered an orbital floor fracture when you were assaulted on February 27, 2004, at FCI McKean but you did not seek treatment until February 29, 2004. On August 12, 2004, you were transferred to FCI Elkton. Since that time, you have been evaluated on numerous occasions by the physician assistant, the staff physician, and the Clinical Director for eye pain. You were scheduled to undergo a CT Scan of your head; however, due to technical difficulties the test was unable to be performed. The medical staff is in the process of rescheduling your test and you are tentatively scheduled March 28, 2005. A medical determination will be made pending the results of this test, and if it is clincally indicated you will be scheduled to see an orbital specialist. In addition, your medical record reveals you have received well-documented care and appropriate medical treatment. As a result, you have provided no viable evidence that staff have retaliated, shown deliberate indifference, or violated your Fifth Amendment Rights.

Based on these findings, your Request for Administrative Remedy is neither granted nor denied, but for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

_____          3/25/05
T. R. Sniezek, Warden               Date

UNITED STATES GOVERNMENT

# memorandum

FCI Elkton, Ohio

Date: _6/8/05_

Reply to: Jane Barnes, PA-C
Attn of: Acting Assistant Health Services Administrator

Michele, Keller, D.O.
Clinical Director/URC Chairman

Subject: Community Referral Approval/Denial

To: _Baker Darryl_

Reg. No: _19613-039_      Unit: _GA_

This is to advise you that on _6/8/05_, your medical case/condition was presented to the *Utilization Review Committee* to determine the clinical indication and/or benefit, as well as the urgency and non-urgency of referring you to the community to undergo additional diagnostic testing, and/or an evaluation by a specialist. It was the decision of the *Utilization Review Committee* that your case has been:

(approved)        disapproved        tabled at this time.  (See below).

*To see ophthalmologist within 2-3 months*

If your case has been approved, you will be scheduled in the near future to have the diagnostic testing/surgical evaluation/specialists' evaluation, etc., performed in the community. Due to security concerns, you will not be advised of the date of the referral or be provided additional information on the Escorted Medical Trip until the date of the trip. If you have any change in your condition or symptoms, report them to the Clinical Director and/or your Primary Care Provider. ***If you decide that you do not agree with the referral and or testing, you MUST report to the Clinical Director (in writing) that you are not agreeing to proceed with the referral.

If your case has been disapproved at this time, it has been determined by the committee that the benefit of the referral may not be achieved, and/or, your condition can be maintained in-house. This does not mean that you do not have a legitimate medical condition; however, it indicates that the condition may not be improved by a community referral or it is currently being managed and routinely evaluated in the Chronic Care Clinic. This does not mean that your condition may not warrant future referral to the community; however, this is based on results on continued in-house monitoring, diagnostic results and/or a change in your condition. If you have any questions, you must discuss this with the Clinical Director and/or your Primary Care Provider.

If the decision to table your case was made, this indicates that you will be scheduled for an additional testing and/or evaluation and/or repeat evaluation in-house. Your case then will be presented to the Utilization Review Committee at a later date.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

CDM624

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: 

| BAKER DARRYL ORRIN | # 19613-039 | G-A | FSL ELKTON |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I HAVE BEEN RETALIATED FOR FILING GRIEVANCES AND RECEIVED DELIBERATIVELY INDIFFERENCE UNDER THE EIGHTH AMENDMENT FOR BEING DENIED MEDICAL TREATMENT BY STAFF HERE AT FSL ELKTON. STAFF HERE AT FSL THAT ARE RESPONSIBLE FOR RETALIATION ARE: MR. HOWARD COUNSELOR, BRAIN DICKINSON OFFICER, WARDEN SENIZEK, SIS LIEUTENANT MCKENNY, THIS INCIDENT OCCURRED ON AUGUST 11, 2005. ALSO, I WAS RETALIATED AGIANST BY MS. SHASTEEN ACCOUNT MANAGER

| AUGUST 24, 2005 | *Darryl Baker* |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                     CASE NUMBER: _____

                                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: 

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

7-21-05
MEDICAL
&

ELK 1330.13
April 08, 1997
Attachment A

### REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION FORM
### FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

SUBMITTED AUGUST 10, 2005

INFORMAL RESOLUTION NUMBER: _CJMCZY_

INMATE'S NAME: __DARRYL ORRIN BAKER__     NO. #19613-039     UNIT  G-A

1. Specific Complaint: __RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, DOCTOR MOHIB SIDHOM, DOCTOR KELLER, MS. NESSUER, CASE MANAGER, MR. HOWARD, MR. MARILIK,__

2. Relief Requested: __I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FORM A ORBITAL SPECIALIST.__

Date/Time Complaint received from inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____

_____

_____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

Inmate's Signature/Register No. _____     Date _____

STAFF MEMBER'S NAME & TITLE _____     DATE _____

UNIT MANAGER'S SIGNATURE _____     DATE _____

STRIBUTION: If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

7/21/05
Due *Process of Law*

ELK 1330.13
April 08, 1997
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION FORM
### FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _CAJMO25_           SUBMITTED AUGUST 10, 2005

INMATE'S NAME: DARRYL ORRIN BAKER     NO. # 19613-039     UNIT G-A

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE, MR. HOWARD, COUNSELOR, MS. SHASTEEN RECORDS

2. Relief Requested: NOT TO BE HARASSED BY F.S.L. STAFF. _____

Date/Time Complaint received from inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____

_____

_____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

_____          _____
Inmate's Signature/Register No.              Date

_____          _____
STAFF MEMBER'S NAME & TITLE       DATE

_____          _____
UNIT MANAGER'S SIGNATURE          DATE

STRIBUTION: If complaint is informally resolved before being receipted, Correctional Counselors …nall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | BAKER DARRYL ORRIN | # 19613-039 | G-A | FSL ELKTON |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I INMATE BAKER HAS BEEN REQUESTING MEDICAL TREATMENT FROM FSL ELKTON STAFF FOR OVER A YEAR CONCERNING MY LEFT EYE WHICH I SUSTAINED A INJURY. STAFF HERE HAS BEEN DELIBERATIVELY INDIFFERENCE TOWARD MY MEDICAL NEED, AND RETALIATED AGAINST FOR FILING GRIEVANCES. I AM STILL HAVING EXCRUCIATING PAIN AND NEED MEDICAL TREATMENT. THE FOLLOWING STAFF MEMBERS HAVE BEEN RESPONSIBLE FOR DENYING ME MEDICAL TREATMENT AND PAIN AND RETALIATION ARE: MS. BARNES, DOCTOR QUINN, DOCTOR AZIB MUHAMMID, DOCTOR KELLER, MR. HOWARD COUNSELOR, WARDEN SENIZEK.

AUGUST 24, 2005
_____
DATE

*Darryl Baker*
_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

*Merrill Jetson*

ELK 1330.13
April 08, 1997
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
### FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: *AJM009*

INMATE'S NAME: *D. Bikel*                     NO. # 19613-039          UNIT *6-A*

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

2. Relief Requested: I AAM HAVING EXCRUCIATING PAIN IN MY LEFTY EYE AND NEED MEDICAL TREATMENT FROM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: *1/17/05 640pm*

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: *You are scheduled for CT scan of face prior to seeing the specialist.*

6. Date Administrative Remedy provided: *1/29/05*

7. Informal Resolution was / (was not) accomplished.

x *Darryl Biker* 19613-039                    *1/29/05*
Inmate's Signature/Register No.                     Date

**Mohamed Azam**
*Health Services Administrator*                      *1/27/05*
STAFF MEMBER'S NAME & TITLE            DATE

*J.B. ___ Acting UM*                    *2-10-05*
UNIT MANAGER'S SIGNATURE            DATE

**STRIBUTION**: If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

COPY

ELK 1330.13
April 08, 1997
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION FORM
### FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _AJM009_

INMATE'S NAME: _D. Bikel_ NO. # 19613-039 UNIT _G-A_

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

2. Relief Requested: I AAM HAVING EXCRUCIATING PAIN IN MY LEFTY EYE AND NEED MEDICAL TREATMENT FROM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: _1/17/05 640m_

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _You are scheduled for CT Scan of face prior to seeing the specialist._

6. Date Administrative Remedy provided: _1/29/05_

> COPY

7. Informal Resolution was / (was not) accomplished.

x _Darryl Baker_ 19613-039 _1/29/05_
Inmate's Signature/Register No.                     Date

**Mohamed Azam**
Health Services Administrator
STAFF MEMBER'S NAME & TITLE          DATE _1/27/05_

_____ Acting UM          _2-10-05_
UNIT MANAGER'S SIGNATURE          DATE

**STRIBUTION:** If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

ELK 1330.13
April 08, 1997
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: __CMMOLS__

INMATE'S NAME: DARRYL ORRIN BAKER          NO. # 19613-039     UNIT    G-A

SUBMITTED: AUGUST 10, 2005

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE, MR. HOWARD, COUNSELOR, MS. SHASTEEN RECORDS.

2. Relief Requested: NOT TO BE HARASSED BY F.S.L. STAFF.

Date/Time Complaint received from inmate: 8-10-05  0730

3. Date/Time Informally discussed with inmate: 8/25/05 834

4. _____

5. Staff Response: I HAVE NEVER HARASSED INMATE
   BAKER OR ANY OTHER INMATE, I HAVE NOT RETALIATED
   AGAINST ANY INMATE NOR BEEN DELIBERATELY INDIFFERENT
   NOR HAS INMATE BAKER BEEN SUBJECTED TO EXCESSIVE FINDS OF
   BAIL OR CRUEL OR UNUSUAL PUNISHMENT

6. Date Administrative Remedy provided: __8/25/05__

7. Informal Resolution was /was not accomplished.

X __Darryl Baker__  19613039
Inmate's Signature/Register No.

_____  8/25/05
                Date

ELK 1330.13
April 08, 1997
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO.

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates" states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _____

INMATE'S NAME: DARRYL ORRIN BAKER    NO. #19613-039    UNIT G-A

SUBMITTED, AUGUST 10, 2005

1. Specific Complaint: RETALIATION, DELIBERATELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, DOCTOR MOHB SIDIOM, DOCTOR KELLER, MS. NESSUER, CASE MANAGER, MR. HOWARD, MR. MARIITK,

2. Relief Requested: I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FORM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: 8-10-05 G780

4. Date/Time Informally discussed with inmate: 8/25/05 335

5. Staff Response: This issue has Already Been Addressed By Admin Remedy 366 343 F7, In LarC Mach on Early April 2005. This has Es untimely

6. Date Administrative Remedy provided: [signature]

7. Informal Resolution was / was not accomplished.

[signature] Darryl Baker
Inmate's Signature/Register No.



EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 25, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI    UNT: UNIT G-A    QTR: G01-011U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 366343-F7
DATE RECEIVED  : MARCH 3, 2005
RESPONSE DUE   : APRIL 12, 2005
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

RECEIPT – ADMINISTRATIVE REMEDY

DATE: MARCH 3, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI     UNT: UNIT G-A     QTR: G01-011U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 366343-F7
DATE RECEIVED   : MARCH 3, 2005
RESPONSE DUE    : MARCH 23, 2005
SUBJECT 1       : MEDICAL CARE – DELAY OR ACCESS TO
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 22, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI     UNT: UNIT G-A     QTR: G01-011U
      P.O. BOX 89
      ELKTON,  OH 44415

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 366343-F4       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : FEBRUARY 22, 2005
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE ATTACHMENTS TO YOUR
                 INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : DID NOT INCLUDE COPIES OF ATTACHMENTS.
                  THIS IS BEING RETURNED AGAIN - THIRD TIME.

(EXHIBIT 5)

13-110                                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE:                    blurs at far and near

                                            assaulted

age 41                                   Feb 27th

PROVISIONAL DIAGNOSIS

lutin left eye socket

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY |
|---|---|---|---|

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/200   OS 20/200   TONOMETRY:     OD 17
                    Near   OD .37m   OS .37m   uncorrected folder   OS 18
                                                                         0950

External  Normal 72/64   open angles dilate to
Internal                                    examine retina

Refraction OD −1.00 −1.25 X 180   20/20   50 X 24 + 6 1/8
            OS −1.00 −1.25 X 10   20/20              Soreness

Diagnosis   CMA

Analysis   requires eyeglasses         on upward gaze
                                            left eye stops
Plan   order eyeglasses               trauma to eye socket
                                            possible left superior
                        (Continue on reverse side)   oblique
                                                          entrapment

| SIGNATURE AND TITLE Christian J. Horvatos | | DATE 3/31/04 |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION FCI McKean | REGISTER NO. 19613-039 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Baker, Darryl

REVIEWED BY [signature] 3/31 ordered          ...for MRI of area of orbit

H. BEAM, MD FCI McKEAN

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

Refer to ophth...

513–110                                                                                                    NSN 7540–00–634–4127

| MEDICAL RECORD | | CONSULTATION SHEET |
| --- | --- | --- |

### REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
| --- | --- | --- |

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE:

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE  D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ TODAY ☐ 72 HOURS  ☐ EMERGENCY |
| --- | --- | --- | --- |

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO                    PATIENT EXAMINED ☐ YES ☐ NO

Visual Acuity    Distance    OD          OS          TONOMETRY:         OD
                 Near        OD          OS                             OS

External         Compared prescription ordered on 3/31/04
Internal         to Dr Stathopolous   —  Vision is 20/20
Refraction       with each correction. — essentially
                                                          equal

Diagnosis

Analysis                     No change required

Plan

(Continue on reverse side)

| SIGNATURE AND TITLE | | | DATE 4/28/04 |
| --- | --- | --- | --- |
| IDENTIFICATION NO. 4/28/04 | ORGANIZATION FCI McKean | REGISTER NO. 19613 - 039 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Dennis Olson, MD
Physician        Baker, Darryl

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

513–110    NSN 7540–00–634–4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: OPTOMETRIST

FROM: (Requesting physician or activity) *Dennis Olson, MD, CD*

DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:   Did not appear for scheduled appointment

SUBJECTIVE:   went to Dr on outside trip to log

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| D. OLSON, M.D. | | ☐ BEDSIDE   ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO          PATIENT EXAMINED  ☐ YES ☑ NO

Visual Acuity   Distance   OD          OS          TONOMETRY:          OD
                Near       OD          OS                              OS

External

Internal                    On township to see ophthalmologist

Refraction                    today

Diagnosis                                        6/9/04

Analysis                                    D. Olson, MD
                                            Clinical Director

Plan

(Continue on reverse side)

| SIGNATURE AND TITLE  *Christian J. Hernandez* | DATE  6/9/04 |
|---|---|

| IDENTIFICATION NO. | ORGANIZATION  **FCI McKean** | REGISTER NO.  *19613* | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

*BAKER*

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

01/21/1994  01:13   8147261215   GENE NEUMAN   PAGE  02

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA  16701

# 19613- 039

RE:  BAKER, DARRYL O.

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago.  He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right.  He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos.  He does get diplopia.  It is worse especially when he looks to the right and upwards.  He does not get this looking straight ahead or down.  So, he is really quite functional.  I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid.  I removed it with tweezers.  On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan.  That is a very pretty picture of a floor fracture.  At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer.  If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired.  He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date 5/5/04

**COPY**

Cc:  Dr. Beam

RJW/lab

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
|---|---|---|
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

www.senecaeye.com

# SENᴇCA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

June 11, 2004

# 19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE:  BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch
that gave him a blow out fracture.  He also has a little bit of anesthesia involving the
infraorbital nerve branches.  We have given it plenty of time now, almost five months.
He still has entrapment; he can not look up with his left eye without experiencing a form
of diplopia that gives him extreme imbalance.  He does not think that he can function this
way.

His acuity is 20/20 in both eyes when he wears his glasses.  My advice at this point is to
do a repair of blowout fracture, release the entrapment under general anesthesia.  I will
leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s.  The patient understand that one of the side effects of doing the operation when he
does not have diplopia in down gaze, only up gaze would be that he might develop
diplopia in down gaze.  There is no way that I can promise him that that couldn't happen.

RJW/lab

H. BEAM, MD
FCI MCKEAN
6/16/04

103 West St. Clair Street          27 Porter Avenue          2 Main Street
Warren, PA 16365          Jamestown, NY 14701          Bradford, PA 16701
(814)726-2020          (716)483-2020          (814)362-7477
1-877-MD4-EYES          1-866-716-EYES          1-866-814-EYES
Fax (814)726-1215          Fax (716)488-9295          Fax (814)362-4975

www.senecaeye.com

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*#19613-039*

Dr. H. Beam                          Re:     Darryl O. Baker
Health Center                        DOB:   6/30/1962
FCI McKean                           DX:     Orbital Floor Fracture w/Entrapment
PO Box 5000                          DATE OF EVAL:    4/15/04
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*N. Stathopoulos, MD*

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc    Darryl C. Baker

REVIEWED BY    *Beam*  4/21/04    H. BEAM, MD
                                  FCI McKEAN

103 West St. Clair Street          27 Porter Avenue          2 Main Street
Warren, PA 16365                   Jamestown, NY 14701       Bradford, PA 16701
(814)726-2020                      (716)483-2020             (814)362-7477
1-877-MD4-EYES                     1-866-716-EYES            1-866-814-EYES
Fax (814)726-1215                  Fax (716)488-9295         Fax (814)362-4975

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **MEDICAL DEPARTMENT** | DATE: **MAY 10, 2004.** |
|---|---|
| FROM: **INMATE DARRYL BAKER** | REGISTER NO.: **# 19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

**MAY I PLEASE HAVE A COPY OF THE LETTER AND REPORT FROM THE ORBITAL**

**SPECIALIST THATS DATED MAY 3, 2004.**

**THANK YOU!**

(Do not write below this line)

DISPOSITION:

*See attached*

*FCI/McKean*

| Signature Staff Member | Date **5/10/04** |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

(EXHIBIT 6)



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m
### FCI McKean, Pennsylvania

DATE: March 23, 2004

REPLY TO
ATTN. OF: James F. Sherman, Warden

SUBJECT: **INMATE REQUEST TO STAFF MEMBER**

TO: BAKER, Darryl
Reg. No. 19613-03

This is in response to your letter receipted in my office on March 12, 2004, in which you state that you suffered an eye injury on February 29, 2004 and have not received medical treatment for it.

Records indicate you were medically assessed immediately following the injury. You were instructed to follow up with sick call as needed following that assessment. A sick call slip was never received by health services from you; however on March 9, 2004, at the request of the Associate Warden, a PA stopped by to examine you. You became verbally abusive and belligerent with the PA. You were given an order to stop your abusive behavior which you refused to do. The PA was not able to conduct an exam at that time due to your behavior. You were instructed of the proper way to sign up for sick call at that time. A sick call request was received from you on March 9, 2004, and you were seen by a doctor on March 11, 2004. The exam revealed a left eyelid abrasion only. No other injuries were found concerning your left eye.

I trust your concerns have been addressed.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member)<br>　DOCTOR BEAM, M.D. | DATE:<br>　MARCH 28, 2004 |
|---|---|
| FROM:<br>　INMATE BAKER　*DARRYL* | REGISTER NO.:<br>　19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ *SHU AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.


　　　　　　　　　　　　　　　　　　　　　　　　　　THANK YOU.


(Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
To be done

| Signature Staff Member | Date<br>　3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)　　　　This form replaces BP-148.070 dated Oct 86
　　　　　　　　　　　　　　　　　　　　　and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER *DARRYL* | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: *SHU AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN
I HAVE BEEN SUFFERING.


THANK YOU.




(Do not write below this line)

DISPOSITION:

*I refilled the medication*




| Signature Staff Member *BEAM, MD McKEAN* | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                    This form replaces BP-148.070 dated Oct 86
                                                        and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DOCTOR BEAM., M.D. | **APRIL 28, 2004** |
| FROM:  **INMATE BAKER** | REGISTER NO.: **# 19613-039** |
| WORK ASSIGNMENT:  **ORDERLY** | UNIT:  **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU

CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D.

MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD

SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR

RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE

IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO

STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND

OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING

PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES

ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

---

(Do not write below this line)

DISPOSITION:

The Apr 28 cppt was to
keep you abreast of developments.
We're on top of things! You will
get the care you need

| Signature Staff Member | Date |
|---|---|
| H. BEAM, MD FCI MCKEAN | 4/29/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUE    TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **DOCTOR BEAM., M.D.** | DATE: **APRIL 22, 2004** |
|---|---|
| FROM: **DARRYL ORRIN BAKER  INMATE:** | REGISTER NO.: **#19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)
      **DOCTOR BEAM, I CONFABULATED WITH YOU ON SEVERAL OCCASIONS AND REQUESTED**

**A COPY OF MEDICAL REPORT FROM THE OUTSIDE SURGION WHEN I WENT TO SEE HIM ON APRIL 15, 2004.**

**DOCTOR BEAM, MAY I HAVE A COPY OF THIS REPORT SO I CAN SEE HIS DIAGNOSIS THAT WHERE**

**SUSTAINED TO MY LEFT EYE ON FEBRUARY 27, 2004.**

                                        **THANK YOU VERY MUCH!**

Dr. STATRopoulos

(Do not write below this line)

DISPOSITION:

I'll see what I can Do

Signature Staff Member                    Date  4/23/04

H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **DOCTOR BEAM., M.D.** | DATE: **MAY 3, 2004** |
|---|---|
| FROM: **INMATE DARRYL BAKER** | REGISTER NO.: **# 19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**DOCTOR BEAM, I WAS TAKEN TO SEE AN ORBITAL SPECIALIST ON APRIL 30, 2004.**

**DOCTOR BEAM, I WOULD LIKE TO HAVE A COPY OF THE ORBITAL SPECIALIST LETTER AND REPORT THAT EXPLAINS MY INJURY OR HIS ANALYSIS TO MY LEFT EYE.**

**THANK YOU!**

(Do not write below this line)

DISPOSITION: I will forward This request To medical records

Signature Staff Member _____ H. BEAM, MD FCI MCKEAN    Date  5/5/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94



```
MCKB1              *              MCKEAN FCI                *    03-30-2004
PAGE 001                                                        14:38:33
        *****       *       *       *       ****    *    * *******    *****
        *       *  *   *    *       *       *   *   *    *     *       *
        *           *   *   *       *       *   *   *    *     *       ****
        *        ******* *  *       *       *   *   *    *     *        *
        *****   *       * *******  ******   ****    ****       *       *****
------------------------------------------------------------------------
                        UNTG EQ ***
REG NO     NAME        FROM        TO          TIME  CATEGORY(2)   CATEGORY(3)
CALLOUTS   FOR 03-31-2004                            QTR ASGN      WRK ASGN
--------------------------
39971-054  ABOU-ARRAG             EDU AGRICO   0830  C01-124U      ORD C A
                                  HOSP PPD     0830  C01-124U      ORD C A
42080-054  ABREU                  HOSP PPD     0830  B03-119U      RELIGION
34329-079  AJAO                   HOS LAB      0600  A01-109L      I LAYUP 1
                                  MAIL ROOM    1130  A01-109L      I LAYUP 1
42968-060  ALCALA                 CHAPEL       1230  A02-209L      ORD A A
17709-112  ALFARO-FRA             CHAPEL       0930  B02-215L      TRASH
69042-053  ALJAHMI                CAMP TEAM    1400  E04-117U      CMP PP EVE
06523-043  ALLEN                  HOSP PPD     0930  D04-221L      DIN RM PM
40428-053  ALLEN                  HOS PE       0830  C01-104L      I LAYUP 2
25094-077  AMOIA                  HOSP PPD     0830  C02-219U      CMS ELEC1
51080-066  ANDREWS                VISIT ROOM   1030  F03-106L      CMP ORD F
15231-045  ARMANN                 DR. BEAM     0930  C02-203L      EDUC
06701-046  ASTORE                 DR. BEAM     1230  B02-208L      I MILL 1
                                  HOS EYE      0830  B02-208L      I MILL 1
20926-424  BAILEY                 VISIT ROOM   1030  E03-110U      CMP GM3
                                                                   DAPAMEM
19613-039  BAKER                  HOS EYE      0830  A01-132U      ORD A A
25589-053  BALLETTA               HOSP RN      1230  B02-222L      I QA IND
05890-068  BARRON                 BA TEAM      1250  B02-241L      A&O
                                  CHAPEL       0930  B02-241L      A&O
10306-067  BASYE                  CHAPEL       0930  C04-227L      LAUNDRY
37139-060  BATTLE                 CHAPEL       0930  A01-104U      ORD A A
10214-052  BEECHAM                CB TEAM      1230  C03-131L      A&O
                                  HOS LAB      0730  C03-131L      A&O
09866-040  BELCHER                HOSP PPD     0930  A01-110U      CMS ELEC1
11483-040  BETTS                  VISIT ROOM   1030  F03-113U      CMP FD SVC
03198-087  BLACKBURN              VISIT ROOM   1030  E02-101U      CMP ADMIN
                                                                   DAPAMEM
10174-052  BLACKWOOD              BB TEAM      1230  B04-226U      ORD B B
41715-060  BLALARK                CHAPEL       1230  A03-123L      I QA IND
10417-055  BOOZE                  CHAPEL       0930  D03-105L      CMS ELEC2
10082-041  BORGES-CAN             HOS LAB      0600  B02-201U      CMS PAINT
12629-007  BOWEN                  CHAPEL       0930  D04-231U      CMSLANDIN2
43113-060  BOYD                   CHAPEL       1230  B04-236L      EDUC
32583-007  BRAGG                  HOS PE       0930  A04-238L      A&O

G0002      MORE PAGES TO FOLLOW . . .
```

```
MCKB1          *            MCKEAN FCI              *    03-30-2004
PAGE 001                                                14:38:33
        *****      *      *       *       ****    *    *  *******   *****
      *        *   *    *        *       *    *    *   *     *       *
      *         *    *     *        *       *    *    *   *      *      ****
      *      *******     *        *       *    *    *   *      *       *
        ****   *      *  ******  ******   ****    ****      *       *****
--------------------------------------------------------------------------------
                        UNTG EQ ***
REG NO    NAME        FROM        TO        TIME  CATEGORY(2)  CATEGORY(3)
CALLOUTS  FOR 03-31-2004                          QTR ASGN     WRK ASGN
--------------------------
39971-054 ABOU-ARRAG             EDU AGRICO  0830  C01-124U     ORD C A
                                 HOSP PPD    0830  C01-124U     ORD C A
42080-054 ABREU                  HOSP PPD    0830  B03-119U     RELIGION
34329-079 AJAO                   HOS LAB     0600  A01-109L     I LAYUP 1
                                 MAIL ROOM   1130  A01-109L     I LAYUP 1
42968-060 ALCALA                 CHAPEL      1230  A02-209L     ORD A A
17709-112 ALFARO-FRA             CHAPEL      0930  B02-215L     TRASH
69042-053 ALJAHMI                CAMP TEAM   1400  E04-117U     CMP PP EVE
06523-043 ALLEN                  HOSP PPD    0930  D04-221L     DIN RM PM
40428-053 ALLEN                  HOS PE      0830  C01-104L     I LAYUP 2
25094-077 AMOIA                  HOSP PPD    0830  C02-219U     CMS ELEC1
51080-066 ANDREWS                VISIT ROOM  1030  F03-106L     CMP ORD F
15231-045 ARMANN                 DR. BEAM    0930  C02-203L     EDUC
06701-046 ASTORE                 DR. BEAM    1230  B02-208L     I MILL 1
                                 HOS EYE     0830  B02-208L     I MILL 1
20926-424 BAILEY                 VISIT ROOM  1030  E03-110U     CMP GM3
                                                                DAPAMEM
19613-039 BAKER                  HOS EYE     0830  A01-132U     ORD A A
25589-053 BALLETTA               HOSP RN     1230  B02-222L     I QA IND
05890-068 BARRON                 BA TEAM     1250  B02-241L     A&O
                                 CHAPEL      0930  B02-241L     A&O
10306-067 BASYE                  CHAPEL      0930  C04-227L     LAUNDRY
37139-060 BATTLE                 CHAPEL      0930  A01-104U     ORD A A
10214-052 BEECHAM                CB TEAM     1230  C03-131L     A&O
                                 HOS LAB     0730  C03-131L     A&O
09866-040 BELCHER                HOSP PPD    0930  A01-110U     CMS ELEC1
11483-040 BETTS                  VISIT ROOM  1030  F03-113U     CMP FD SVC
03198-087 BLACKBURN              VISIT ROOM  1030  E02-101U     CMP ADMIN
                                                                DAPAMEM
10174-052 BLACKWOOD              BB TEAM     1230  B04-226U     ORD B B
41715-060 BLALARK                CHAPEL      1230  A03-123L     I QA IND
10417-055 BOOZE                  CHAPEL      0930  D03-105L     CMS ELEC2
10082-041 BORGES-CAN             HOS LAB     0600  B02-201U     CMS PAINT
12629-007 BOWEN                  CHAPEL      0930  D04-231U     CMSLANDIN2
43113-060 BOYD                   CHAPEL      1230  B04-236L     EDUC
32583-007 BRAGG                  HOS PE      0930  A04-238L     A&O

G0002      MORE PAGES TO FOLLOW . . .
```

```
   MCK15          *              MCKEAN FCI              *      04-28-2004
   PAGE 001                                                     14:20:01
```

```
        *****      *      *       *       ****   *    *  *******   *****
          *      *  *     *       *       *  *   *   *    *    *  *   *
          *         *  *  *       *       *   *   *   *   *       *  *  **
          *       *******  *      *       *    *   *  *   *       *      *
        *****    *        *  ******  ******   ****   ****    *      *****
```

--------------------------------------------------------------------------
                              UNTG EQ 3***

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) | CATEGORY(3) |
|---|---|---|---|---|---|---|
| CALLOUTS | FOR 04-29-2004 | | | | QTR ASGN | WRK ASGN |
| ------------------------- | | | | | | |
| 03391-061 | ADDISON | | AA CASE MG | 1100 | A02-219U | REC |
| 06772-089 | AGUILERA-T | | AA TEAM | 1230 | A02-243U | UNASSG |
| 54315-066 | AIKENS | | AB COUNSLR | 1430 | A04-204U | WIND WASH |
| 03251-087 | ALEXANDER | | CHAPEL | 1330 | D04-232U | REC |
| 07839-007 | ATKINSON | | HOS PE | 0930 | A01-131U | A&O |
| 19613-039 | BAKER | | EDU NICHOL | 0830 | A01-115L | ORD A A |
| 05890-068 | BARRON | | HOS LAB | 0930 | B02-241L | REC |
| 08047-055 | BENZIN | | DB CASE MG | 0700 | D04-236L | KITCHEN PM |
| 41715-060 | BLALARK | | DR. BEAM | 0930 | A03-123L | I QA IND |
| | | | HOSP RN | 0930 | A03-123L | I QA IND |
| 38181-060 | BLANCO | | DR. OLSON | 0930 | C03-126U | ORD C B |
| 21534-039 | BROWN | | CHAPEL | 1330 | C03-118LH | RELIGION |
| 33911-007 | BROWN | | HOS PE | 0730 | C03-130U | A&O |
| 98316-024 | BURROWS | | DR. BEAM | 0930 | C04-231L | I UNICOR 2 |
| | | | | | | ORD C B |
| 11419-112 | BUSTAMANTE | | AA TEAM | 1230 | A02-238U | A&O |
| | | | HOS PE | 0930 | A02-238U | A&O |
| | | | PSYCH (H) | 0830 | A02-238U | A&O |
| 06437-088 | BUTLER | | HOSP DENT2 | 0830 | B02-209L | ORD B A |
| 57044-066 | CERAOLO | | DR. BEAM | 0930 | C01-133U | UNASSG |
| 38688-054 | CHEN | | DENT CLEAN | 1230 | A02-210L | I UNICOR 2 |
| 09352-067 | CLARK | | EDU NICHOL | 0830 | A04-203L | ORD A B |
| 04938-089 | COLLINS | | DR. BEAM | 0930 | A02-213L | I LAYUP 1 |
| 08693-055 | COSTANZO | | HOS PE | 1030 | C01-129U | UNASSG |
| 15278-014 | COSTON | | HOS PE | 1030 | C02-236U | A&O |
| 24717-016 | COULTER | | HOS PE | 0730 | A01-101U | A&O |
| 12365-007 | CRUZ | | AA TEAM | 1230 | A01-121L | UNASSG |
| 11324-045 | CURRY | | DENT CLEAN | 1130 | B01-125U | I UNICOR 2 |
| 19575-083 | CURTIS | | HOS PE | 0730 | D01-122L | A&O |
| 40427-053 | DAVIS | | DENT CLEAN | 1030 | C01-106L | I FACTRYOF |
| 53250-060 | DAVIS | | HOS PE | 0930 | D03-131U | A&O |
| 19989-039 | EADDY | | CHAPEL | 1330 | B02-218L | ORD B A |
| 11252-040 | ESCOBAR II | | EDU NICHOL | 0830 | D01-121U | REC |
| 03737-089 | EVANS | | AA CASE MG | 1100 | A01-113L | ORD A A |
| 14114-006 | FAULKNER | | BB COUNSLR | 1330 | B02-226L | I QA IND |
| 23182-039 | FEATHERSTO | | CHAPEL | 1330 | B02-237U | DIN RM PM |

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
MCK15               *           MCKEAN FCI                  *      06-03-2004
PAGE 001                                                          14:01:15
        *****     *       *       *         ****   *   *  *******  *****
        *       *  *      *       *        *   *  *   *    *     *  *
        *      *    *     *       *        *   *  *   *    *        ****
        *     *******     *       *        *   *  *   *    *           *
        *****  *      *  ******  ******   ****  ****      *        *****
--------------------------------------------------------------------------
                              UNTG EQ 3***
REG NO       NAME        FROM          TO          TIME  CATEGORY(2)  CATEGORY(3)
CALLOUTS     FOR  06-04-2004                             QTR ASGN     WRK ASGN
--------------------------
38964-060    ADKINS                    PSYCH (W)   1330  C04-241U     A&O
03722-082    AGUIAR                    HOSP DENT2  1030  B01-102U     REC
12393-424    AL-SADUN                  JUMAH       1230  B03-118LH    DIN RM PM
03251-087    ALEXANDER                 CHAPEL      1230  D04-232U     REC
06862-068    ALLEN                     MAIL ROOM   1115  A01-121L     ORD A A
09798-039    ALLEN                     CHAPEL      1830  C01-125L     I LAYUP 2
58207-053    ALLEN                     R & D       0930  B02-245L     ORD B A
24949-038    AQUINO                    HOS PE      1030  B04-907U     A&O
39107-060    ARRINGTON                 PSYCH       1430  A04-245L     CMS CARPSH
44161-054    BAERGA                    DR. OLSON   0930  D02-206L     CARP VT
                                                                      I LAYUP 2
30377-019    BAILEY                    HOSP PA     0730  B02-216U     MED UNASSG
19613-039    BAKER                     DR. BEAM    1330  A01-115L     ORD A A
28131-039    BAKER                     PSYCH       1430  Z03-204UAD   IU UNASSG
04832-045    BLACKMAN                  DR. BEAM    1130  A04-230U     REC
11622-052    BLAKELY                   R & D       0700  D02-237U     DIN RM PM
33691-007    BLOUNT                    JUMAH       1230  D03-126U     EDUC
41002-054    BONILIA                   PSYCH (H)   0930  D04-244L     A&O
07592-068    BOOKER                    PSYCH (H)   0830  A04-246U     A&O
02039-080    BOOS                      DR. BEAM    1130  D01-111U     ORD D A
10417-055    BOOZE                     JUMAH       1230  D03-105L     CMS ELEC2
19257-039    BREEDLOVE                 JUMAH       1230  C02-242L     UNASSG
16735-039    BROWN                     CHAPEL      1730  A03-123U     I UNICOR 2
21534-039    BROWN                     CHAPEL      1230  C03-118LH    WIND WASH
35272-060    BROWN                     JUMAH       1230  D02-224L     ORD D A
08760-084    BUCHANAN                  JUMAH       1230  B04-222L     ORD BB(PM)
30057-039    BURCH                     JUMAH       1230  B01-105U     EDUC
10813-068    CARAVAGLIA                JUMAH       1230  C01-116U     CMS ELEC2
17760-056    CARRINGTON                HOSP DENT2  0730  Z07-211LAD   SHU UNASSG
54265-060    CARTER                    PSYCH (W)   1330  C04-240U     A&O
59929-198    CASTRO-GAR                HOSP DENT   0830  C03-114U     ORD C B
04201-087    CHAVERS                   JUMAH       1230  A02-236L     DIN RM PM
07928-078    CHERRY                    PSYCH       1430  A04-248L     ORD A B
09352-067    CLARK                     JUMAH       1230  A04-203L     ORD A B
14405-424    CLARK                     JUMAH       1230  A02-223U     ORD A A
11130-067    COACH                     JUMAH       1230  C04-203U     REC

G0002      MORE PAGES TO FOLLOW . . .
```

(EXHIBIT 7)

# SENECA ⬥EYE⬥ SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA 16701

# 19613-039

RE: BAKER, DARRYL O.

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago. He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right. He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos. He does get diplopia. It is worse especially when he looks to the right and upwards. He does not get this looking straight ahead or down. So, he is really quite functional. I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid. I removed it with tweezers. On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan. That is a very pretty picture of a floor fracture. At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer. If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired. He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

*Robert J. Weiss md*

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date 5/5/04

**COPY**

Cc: Dr. Beam

RJW/lab

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
|---|---|---|
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

www.senecaeye.com

# SENɛCA SURGEᴏNS

Robert J. Weiss, M.D.            Timothy J. O'Brien, M.D.            Nicholas A. Stathopoulos, M.D.

June 11, 2004

*# 19613-039*

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

*H. BEAM, MD*
*FCI MCKEAN*
*6/16/04*

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*#19613-039*

| | |
|---|---|
| Dr. H. Beam | Re:    Darryl O. Baker |
| Health Center | DOB:  6/30/1962 |
| FCI McKean | DX:    Orbital Floor Fracture w/Entrapment |
| PO Box 5000 | DATE OF EVAL:    <u>4/15/04</u> |
| Bradford, PA 16701 | |

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*[signature]*

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc   Darryl C. Baker

REVIEWED BY: *[signature]* 4/21/04    H. BEAM, MD FCI McKEAN

| | | |
|---|---|---|
| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

(EXHIBIT 8)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER, *DARRYL* | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ 5th AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.

THANK YOU.

(Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/30/04 I will have you called on 4/1/04 for discussion of what needs TO Be done

| Signature Staff Member | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER    DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN

I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

| Signature Staff Member    BEAM, MD MCKEAN | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>**DOCTOR BEAM., M.D.** | DATE:<br>**APRIL 28, 2004** |
|---|---|
| FROM:<br>**INMATE BAKER** | REGISTER NO.:<br>**# 19613-039** |
| WORK ASSIGNMENT:<br>**ORDERLY** | UNIT:<br>**AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU

CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D.

MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD

SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR

RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE

IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO

STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND

OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING

PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES

ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

(Do not write below this line)

DISPOSITION:

The Apr 28 appt was to keep you abreast of developments. We're on top of things! You will get the care you need

| Signature Staff Member<br>J. BEAM, MD<br>FCI MCKEAN | Date<br>4/29/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94