December 18, 2005

United States District Court
Office of the Clerk
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania
16507

       RE: CIVIL DOCKET FOR CASE#: 1:05-cv-00147-SJM-SPB

Dear Clerk of the Court:

       Please be advised that the Plaintiff has a change of address. The Plaintiff's **new** address is :

              Federal Prison Camp
              P.O. Box 2000
              Lewisburg, PA.
              17837

Please forward all documents that pertain to the Plaintiff's case against the Defendant's to the plaintiff's **new** address.

Thank you very much.

                                      Respectfully submitted

                         BY: _Darryl Baker_
                                      Darryl Orrin Baker
                                      Reg. No.# 19613-039
                                      Federal Prison Camp
                                      P.O. Box 2000
                                      Lewisburg, PA.
                                      17837