Case 1:05-cv-00147-SPB   Document 27   Filed 01/12/2006   Page 1 of 2

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARRYL ORRIN BAKER | CA-05-0147 ERIE |
| DEFENDANT | TYPE OF PROCESS |
| FCI MCKEAN, MEDICAL DEPARTMENT | CIVIL |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FCI MCKEAN MEDICAL DEPARTMENT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI MCKEAN P.O. BOX 8000 BRADFORD, PA. 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DARRYL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG, PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SCANNED

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
*Darryl Baker*
TELEPHONE NUMBER
DATE 9/13/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 10/3/05   Time   [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: S/C mailed 9-28-05  9842 8019 7395

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

