**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARRYL ORRIN BAKER | CA-05-0147 |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF PRISONS | CIVIL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FEDERAL BUREAU OF PRISONS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 FIRST STREET, N.W. WASHINGTON, D.C. 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DARRYL ORRIN BAKER
REG. NO.# 19613-039
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG, PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SCANNED

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 9/13/2005
Signature: Darryl Baker

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.:
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk:
Date:

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 10/4/05
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: SIC Mailed 9-28-04   9852 8019 2364

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 8019 7364 | A. Received by (Please Print Clearly) *Sharon Horton* | B. Date of Delivery 10-4-05 |
| 3. Service Type  CERTIFIED MAIL | C. Signature X *Sharon Horton* | ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee)  ☑ Yes | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 1. Article Addressed to: FEDERAL BUREAU OF PRISONS 320 FIRST STREET, N.W. WASHINGTON, D.C. 20534  5-147,S/C,9/28/05,SRB | | |

PS Form 3811, January 2003 — Domestic Return Receipt