IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER,           )
                              )
      Plaintiff,            )
                              )
      vs.                   ) C.A. No. 05-147 ERIE
                              )
UNITED STATES OF AMERICA, et al, )
                              )
      Defendants.           )

ORDER

    AND NOW, this 30th day of January, 2005, a Motion to Amend Plaintiff's Second Amended Complaint (Doc. #22) having been filed by Plaintiff,

    IT IS HEREBY ORDERED that Defendants shall have until February 14, 2006 to file a response thereto.

                                                  S/Susan Paradise Baxter
                                                  Susan Paradise Baxter
                                                  Chief U.S. Magistrate Judge

cm:  All parties of record