(ATTACHMENT 1)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**         **FEDERAL BUREAU OF PRISONS**

*Dr Beam*

| TO: (Name and Title of Staff Member) DR. BEAM M.D. | DATE: -039 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: 16913? |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

MY MEDICINE IS ALL GONE AND THE BUMPS ARE RETURNING, I NEED SOME STRONGER MEDICINE

Thank you.

(Do not write below this line)

DISPOSITION:

Please bring this up with the MLP on sick call

Signature Staff Member [signature]  Date 3/24/04

H. BEAM, MD
FCI McKEAN

000186

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

March 9, 2004.

DOCTOR BEAM, M.D.

1. I DARRYL BAKER, EMERGE IN ADMINISTRATIVE SEGREGATION ON SUNDAY, FEBRUARY 29, 2004.

2. I WAS SEEN BY A DOCTOR IN MEDICAL AND RECEIVED NO MEDICATION FOR MY EYE INJURY.

3. MONDAY MARCH 1, 2004, NURSE NELSON, CAME TO ADMINISTRATIVE SEGREGATION AND, I INFORM HER OF MY INJURY AND SHE REFUSED TO GIVE ME MEDICAL ATTENTION.

BOTH ASSISTANT WARDENS CAME TO MAKE THEIR ROUNDS UNDER BOP POLICY AND I INMATE BAKER BROUGHT MY MEDICAL NEED TO BOTH OF THE AND I WAS STILL DENIED ATTENTION.

IT'S BEEN TWO (2) WEEKS UNTIL THIS DAY AND, A MALE FROM MEDICAL CAME TO ADMINISTRATIVE SEGREGATION AND MARCH 9, 2004, AND I INMATE BAKER STILL AGAIN WAS DENIED MEDICAL TREATMENT FROM STAFF HERE AT F.C.I. McKEAN.

DOCTOR BEAM, M.D., I INMATE BAKER, STILL HAVE A EYE INJURY DO TO THE FACT I WAS ASSULTED BY TO INMATES. I AM STILL REQUESTING MEDICAL TREATMENT, PLEASE LOOK IN THE MATTER.

ALSO, I BROUGHT MY INJURY TO THE A-STAFF IN ADMINISTRATIVE SEGREGATION. NAME TO OFFICER _____

000187

2. UNDER THE EIGHT AMENDMENT FOR CRUEL AND UNUSUAL PUNISHMENT WHEN STAFF DENY AN INMATE MEDICAL ASSISTANCES IT VIOLATES THIS AMENDMENT BECAUSE STAFF IS BEING DELIBERATELY INDIFFERENT TOWARD A INMATE MEDICAL NEED.

1. UNDER THE ANTITERRORISM DEATH PENALTY ACT WHICH WAS INACTED CARRIES THE PRISON LITIGATION REFORM ACT WHERE A INMATE MUST EXHAUST HIS ADMINISTRATIVE REMEDIES BEFORE HE CAN PRESENT HIS CLAIM IN THE DISTRICT COURT.

INMATE BAKER
#19613-039

Received & Seen 3/14/04
see chart note

H. BEAM, MD
FCI MCKEAN

000188

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Doctor Medical | 3-28-03 |
| FROM: | REGISTER NO.: |
| Inmate Baker | # 19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| SHU | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR, TODAY AT APPROXIMATELY 8:10 NURSE NELSON, ARRIVED AT SHU DOOR 101. I REQUESTED MEDICAL ATTENTION AND WAS DENIED AGAIN. THIS IS THE FOURTH (4) TIME I BROUGHT THIS TO HER ATTENTION CONCERNING MY SYMPTOMS.

PLEASE LOOK INTO THE MATTER!

8th AMENDMENT
CRUEL AND UNUSUAL PUNISHMENT DENIAL OF MEDICAL NEED, AND BEING DELIBERATELY INDIFFERENT!

(Do not write below this line)

DISPOSITION: I saw you on 3/31/03. Are you still having a need for evaluation? Your note complaining about Nelson RN doesn't mention your concern.

Please direct requests for care to the PA or nurse practitioner or MD making rounds in the future. The nurse does not diagnose problems.

Signature Staff Member: [signed] H. Beam, MD FCI McKean    Date: 4/3/03

000189

Record Copy - Inmate Copy - Inmate
This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DOCTOR ("MEDICAL") | 3-28-03 |
| FROM: | REGISTER NO.: |
| INMATE BAKER | #19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| SHU | A-A- |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR, I HAVE BEEN IN ADMINISTRATIVE DETENTION FOR (13) DAYS REQUESTING MEDICAL ATTENTION OF MY MEDICAL NEED, SYMPTOMS, ("I HAVE PUS, AND INFLAMMATION, BLEEDING, EXASPERATION, ON THE SURFACE OF MY HEAD") I HAVE BROUGHT THIS TO THE ATTENTION OF YOUR MEDICAL TEAM HERE AT F.C.I. McKEAN. THEY ARE FIRST, SHIFT (NURSE (3) TIMES), EVENING WATCH NURSE ON (2) OCCASIONS, AND (P.A. ON (2) OCCASION), AND STILL NO RESULTS.

DOCTOR, TO PREVENT THIS MATTER FROM RESULTING TO BE ADJUDICATED ON JUDICIAL PROCEEDINGS PLEASE, LOOK INTO THE MATTER! CAUSE, ("8 AMENDMENT CRULE AND UNUSUAL PUNISHMENT BEING DELIBERATELY INDIFFERENT TOWARD MY MEDICAL NEED).

(Do not write below this line)

DISPOSITION:

I will belly examine your scalp soon-

Signature Staff Member    H. BEAM, MD FCI McKEAN    Date 3/28/03    000190

Record Copy - File; Copy - Inmate
This form may be replicated via WP.        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER, DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA 5th AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.


                                                                THANK YOU.

(Do not write below this line)

DISPOSITION:

You were seen by Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
to be done

Signature Staff Member [signature: M. Beam, MD, FCI McKean]    Date 3/31/04    000181

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER, DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA SHU AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN

I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

Signature Staff Member [signature, BEAM, MD FCI McKEAN stamp]    Date 3/31/04     000182

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94