(ATTACHMENT 3)

# Document 2c



U.S. Department of Justice
# MEMORANDUM
Federal Bureau of Prisons
FCI MCKEAN

DATE: 2-29-04

REPLY TO: L. CARLSON S.O.S.

SUBJECT: POSSIBLE ASSAULT

TO: INVESTIGATING LT.

ON 2-29-04 AT APPROX. 9:30AM, WHILE ASSIGNED AS THE COMPOUND #2 OFFICER, I REPORTED TO UNIT A-A FOR A POSSIBLE ASSAULT, AT THAT TIME I ESCORTED INMATE BAKER #19613-039 TO THE LT. OFFICE, THEN TO THE INSTITUTIONAL HOSPITAL, THEN TO SHU. AFTER THE 10:00AM COUNT I REPORTED TO UNIT A-A, AND ESCORTED INMATE # _____ TO THE LT. OFFICE, THEN TO THE INSTITUTIONAL HOSPITAL, THEN TO SHU.

**Document 2d**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | BAKER, DARRYL | 19613-039 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Unicor | AA | 2/27/04 2000hr |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment |
|---|---|---|
| Housing AA Cell #129 | | 2/29/04 0950hr |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

41 y/o BM c/o LT. Face & Eye pain 2° assault
inj 2-7m's c̄ Ø LOC. Also c/o ② Minor Pain swelling & abrasion
② RT Chest & Back, RUE, BIL. HANDS.  Denies: Dizzy-
③ Reports Episodic Epistaxis - 1st 24hrs S/P  [signed] Darryl Baker   HL
④ c/o Resolving (↓) Paresthesia LT Face & Maxilla Dentition   Signature of Patient   VISION LOSS
                                                                                    LOC -

**10. Objective:** (Observations or Findings from Examination)   X-Rays Taken _____   Not Indicated ✓
CAOx3, Mod distress, Ambulatory, Flat affect   X-Ray Results
HEAD → NC/AT; EARS → Ø Bld, TM's Intact c̄ Ø Fld/Bld; FACE → LT. mild Tender c̄ Ecchymosis
& swelling Ø step-off/deformity; skin intact c̄ Ø step-off; NOSE → neutral NT Pyramid & Tip, Periorbital ecchymosis/Edema, Ø Tender
NOSE → ⊕ DNS-RT, Bilat. Mucosal Edema LT>RT c̄ Dried & Fresh Bld, Left Ø VISION
Rupture; Chest/Back + UE's (see Diagram); NEURO → CNs II-XII Intact; PERRLA; LT. Conjunctivitis, EOMI

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)
① Periorbital Soft Tissue Trauma Ecchymosis/Edema Ø Fx    ⑦ Epistaxis Ø Fx.
② LT. Maxilla/Zygoma Contusion Ø Fx                       ④,⑤ Contusions, Sprain
③ Contusion + Abrasion (superficial)                      ⊕ Superficial abrasions
⑥

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)
① Epinephrine 3cc Topical LT. Nose x 1 c̄ Epistaxis Prophylaxis Instructions.
   1:1000
② Snellen Eye Exam Acuity @ 20/25 Bilat
③ Educate Carmel re Trauma c̄ RTC-PRN
④ Understands

**13. This Injury Required:**
☐ a. No Medical Attention
☒ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain) _____
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

[Signature] Signature of Physician or Physician Assistant
Robert E. Piotrowski, PA-C
FCI McKean

Original – Medical File   *Self Carboned Form – If ballpoint pen is used, PRESS HARD*
Canary – Safety
Pink – Work Supervisor (Work related only)
Goldenrod – Correctional Supervisor

BP-362(60)

[body diagram annotations:]
Alv. Ridge
PS
Teeth
Tongue
Buccal
Intact Erasmus
Neutral Occlusion

Nose Epistaxis Ø Fx + DNS
⑤ Mild Swelling from ⊘ tender
⑥ Hands abrasion #4,5 MCP c̄ mild tender
④ From c̄ mild tender mild swelling
③,④,⑥ mild ecchymotic swelling skin intact very superficial abrasion

2/29/04
DB