**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARRYL ORRIN BAKER,              )<br>                                  )<br>     Plaintiff                   )<br>                                  )<br>     v.                           )<br>                                  )<br>UNITED STATES OF AMERICA          )<br>GOVERNMENT OFFICIALS AT           )<br>                                  )<br>FCI-McKEAN, WARDEN, OFFICER       )<br>B. WESEMEN, MEDICAL DEPARTMENT    )<br>                                  )<br>     Defendants.                  ) | Civil Action No. 05-147E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE PARADISE<br>BAXTER<br><br>ELECTRONICALLY FILED |

O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion to Amend Second Amended Complaint and Defendants' Response, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have ten (10) days from this date within which to respond to Plaintiff's Second Amended Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record