IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER, )
  )
  Plaintiff, )
  )
  )
VS. ) CIVIL ACTION NO. 05-147E
  )
  ) JUDGE MCLAUGHLIN
  ) MAGISTRATE JUDGE PARADISE
  ) BAXTER
UNITED STATES OF AMERICA )
GOVERNMENT OFFICIALS AT )
FCI-MCKEAN, WARDEN, OFFICER )
B. WESEMEN, MEDICAL DEPARTMENT, )
  )
  Defendant's.

PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION TO AMEND
SECOND AMENDED COMPLAINT

AND NOW, come the Plaintiff, DARRYL ORRIN BAKER, (hereinafter "PLAINTIFF"), and proceeding **pro-se** and request that this Honorable Court deny the Defendant's invitation for 10 days to respond to Plaintiff's Second Amended Complaint, for the reasons that follow.

(1) That this Honorable Court **Ordered** the Defendant's to file a responsive pleading before February 14, 2006, and the Defendant's has not followed this Court's order. See **(attachment 1)**

(2) The Defendant's has had ample time to respond to the Plaintiff's Second Amended Complaint after this Honorable Court **granted** the Plaintiff's Second Amended Complaint.

(1)

(3) By the Defendant's not complying with this Court's Order, which is prejudicing the Plaintiff, the Defendant's "want there cake and eat it too".

(4) **Therefore,** the Plaintiff request that this Honorable Court deny the Defendant's invitation and construe this Defendant's response to the Plaintiff's Second Amended Complaint as an answer to this Court's Order.

                                       Respecfully submitted

BY: _____
      DARRYL ORRIN BAKER
        (PRO-SE)
      Reg. No.# 19613-039
      Federal Prison Camp
      P.O. Box 2000
      Lewisburg, PA.
      17837

EXECUTED: FEBRUARY 21, 2006

(3)

## CONCLUSION

The Plaintiff request that this Honorable Court **grant** this motion to the Defendant's Response to the Plaintiff's Second Amended Complaint because the Defendant's have not complied with this Honorable Court's Order.

Respectfully submitted

BY: *Darryl Baker*
DARRYL ORRIN BAKER
     (PRO-SE)
Reg. No.# 19613-039
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA.
17837

EXECUTED: FEBRUARY 21, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent a true and exact copy of the Plaintiff's Opposition to the Defendant's Response to Plaintiff's Motion to Amend Second Amended Complaint United States First Class Mail this day February 21, 2006 to the follwing.

Assistant United States Attorney
Paul E. Skirtich
Western Dsitrict of PA
700 Grant Street, Suite 4000
Pittsburgh, PA
15219

Respectfully submitted

BY: _____
DARRYL ORRIN BAKER
    (PRO-SE)
Reg. No.# 19613-039
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA.
17837

EXECUTED: FEBRUARY 21, 2006

February 21, 2006

Clerk of the Court
Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501

      RE: CIVIL ACTION NO. 05-147E

Dear Clerk of Court:

      Please find inside the Plaintiff's Opposition to the Defendant's Response to Plaintiff's Motion to Amend Second Amended Complaint.

      Also, please find that the Plaintiff has served the Defendant's Assistant United States Attorney Paul E. Skirtich a copy of the same, United States First Class Mail.