(ATTACHMENT 1)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER,                )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )  C.A. No. 05-147 ERIE
                                   )
UNITED STATES OF AMERICA, et al,   )
                                   )
        Defendants.                )

ORDER

AND NOW, this 30th day of January, 2005, a Motion to Amend Plaintiff's Second Amended Complaint (Doc. #22) having been filed by Plaintiff,

IT IS HEREBY ORDERED that Defendants shall have until February 14, 2006 to file a response thereto.

S/Susan Paradise Baxter
Susan Paradise Baxter
Chief U.S. Magistrate Judge

cm: All parties of record