IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER,       )
      Plaintiff,       )
             )
v.       )       C.A. No. 05-147 ERIE
             )
UNITED STATES OF AMERICA, et al.,       )
      Defendants.       )

## O R D E R

AND NOW, this 1st day of March, 2006,

IT IS HEREBY ORDERED that Plaintiff's motion to amend [Document #22] is GRANTED. The Clerk of Courts is directed to file the amended complaint.

IT IS FURTHER ORDERED that Defendant's motion to dismiss or for summary judgment [Documents # 19 and 20] be DISMISSED as moot in light of the filing of the amended complaint.

IT IS FURTHER ORDERED that Defendant file either an answer or a dispositive motion responding to the amended complaint before March 15, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE