Case 1:05-cv-00471-SPB-PB Document 22-6 Filed 03/21/2006 Page 1 of 50

════ 2572 0000 2260 5003 ════ 9472

**RECEIVED**
3/30/04

## MEDICAL CLAIM

SF_95 (Face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: REGIONAL COUNSEL, NORTHEAST REGIONAL OFFICE U.S. CUSTOMS HOUSE-7TH FLOOR 2ND & CHESTNUT STREETS PHILADELPHIA, P.A. 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) DARRYL ORRIN BAKER NO.#19613-039 P.O. BOX 8000 BRADFORD, P.A. 16701 FEDERAL CORRECTIONAL INSTITUTION |
|---|---|

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH 6-30-62 | 5. MARITAL STATUS DIVORCED | 6. DATE AND DAY OF ACCIDENT FEBRUARY 27, 2004 | 7. TIME (A.M. OR P.M.) 8:10 p.m. |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | | | | |

8. Basis of Claim (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

( SEE ATTACHMENT )    MEDICAL CLAIM

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.)

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

( SEE ATTACHMENT )   MEDICAL CLAIM

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and ZIP Code) |
| ( SEE ATTACHMENT ) | ( SEE ATTACHMENT ) |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| N/A | $15 MILLION | N/A | $15 MILLION |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on revere side.) Darryl Baker | 13b. Phone Number of signatory | 14. DATE OF CLAIM 6-13-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(This form may be replicated via WP)

RECEIVED
3/30/04

SF 95 (Face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: REGIONAL COUNSEL, NORTHEAST REGIONAL OFFICE U.S. CUSTOMS HOUSE-7TH FLOOR 2ND & CHESTNUT STREETS PHILADELPHIA, P.A. 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) DARRYL ORRIN BAKER NO.#19613-039 P.O. BOX 8000 BRADFORD, P.A. 16701 FEDERAL CORRECTION INSTITUTION |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 06-30-62 | 5. MARITAL STATUS DIVORCED | 6. DATE AND DAY OF ACCIDENT FEBRUARY 27, 2004 | 7. TIME (A.M. OR P.M.) 8:10 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

( SEE ATTACHMENT )

9.                                        PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.)

N/A

10.                                 PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

( SEE ATTACHMENT )

11.                                        WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code |
|---|---|
| ( SEE ATTACHMENT ) | ( SEE ATTACHMENT ) |

12. (See instructions on reverse)          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE N/A | 12b. PERSONAL INJURY $20 MILLION | 12c. WRONGFUL DEATH N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $20 MILLION |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on revere side.) *Darryl Baker* | 13b. Phone Number of signatory | 14. DATE OF CLAIM 6-13-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(This form may be replicated via WP)

(EXHIBIT 2)

## AFFIDAVIT

**SWORN UNDER THE PENALTIES OF PERJURY:**

(1) I inmate Thurman Johnson, was assigned to the ten (10) man cell on February 27, 2004.

(2) That inmate Baker, was assaulted by to inmates in the ten man cell on February 27, 2004.

(3) That Officer Weseman, was not patrolling the Unit when this assault took place on inmate Baker.

(4) That Officer Weseman, was not in the Unit when the assault took place.

(5) That Officer Weseman, was unaware what took place on February 27, 2004.

(6) That inmate Baker, was bleeding profusely and suffered a injury to his left eye.

Respectfully submitted

/s/ *Therman Johnson*
INMATE THURMAN JOHNSON
REG. NO.# 11073-055
P.O. BOX 8000
F.C.I. MCKEAN
BRADFORD, P.A. 16701

**DATED APRIL 15, 2004.**

**THAT THESE STATEMENTS FROM 1 THRU 6 ARE TRUE UNDER THE PENALTIES OF PERJURY:**

AFFIDAVIT

**SWORN AFFIDAVIT UNDER THE PENALTIES OF PERJURY:**

(1) I inmate Tim, was assigned to the ten (10) man cell on February 27, 2004.

(2) That on February 27, 2004, at approximately 8:05p,m. I was asleep in the ten (10) man cell.

(3) That when I awoke, I saw inmate Baker, being assaulted by two (2) other inmates.

(4) Inmate Baker, was bleeding profusely and he had a injury to his left eye.

Respectfully submitted

/s/ _____

INMATE TIMOTHY BRADLEY
REG. NO.#03098-049.
P.O. BOX 8000
F.C.I. MCKEAN
BRADFORD, P.A. 16701

**DATED APRIL 10, 2004.**

**THAT THESE STATEMENTS FROM 1 THRU 4 ARE TRUE UNDER THE PENALTIES OF PERJURY:**

(EXHIBIT 3)

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

#19613-039

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:   <u>4/15/04</u>
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*Nicholas Stathopoulos, MD* (signature)

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc   Darryl C. Baker

REVIEWED BY: (handwritten) 4/21/04

H. BEAM, MD
FCI MCKEAN

103 West St. Clair Street        27 Porter Avenue             2 Main Street
Warren, PA 16365                 Jamestown, NY 14701          Bradford, PA 16701
(814)726-2020                    (716)483-2020                (814)362-7477
1-877-MD4-EYES                   1-866-716-EYES               1-866-814-EYES
Fax (814)726-1215                Fax (716)488-9295            Fax (814)362-4975

(EXHIBIT 4)

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS

1/29/05 mailed for

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | BAKER DARRYL ORRIN | 19613-039 | G-A | FSL ELKTON |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I HAVE RECEIVED RETALIATION, DELIBERATIVELY INDIFFERNECE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

RELIEF REQUESTED: I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FROM A ORBITAL SPECIALIST.

_FEBRUARY 3, 2005._
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL           REG. NO.           UNIT           INSTITUTION

February 10, 2005.

WARDEN:

RECEIVED
2005 FEB 14 P 12: 20
FCI ELKTON
WARDEN'S OFFICE

(1) I inmate Baker, has been to the FSL Medical Department on several occassion seeking treatment for a injury I sustain on February 27, 2004.

(2) I have been seeking treatment to a Orbital Fracture that occurred on February 27, 2004, and have been denied treatment by Ms. Barnes, Dr. Quinn, and the Eye Specialist, here at FSL Elkton Medical Department.

(3) I have been having excruciating pain in my left eye, and see double vision when I look up and to the left and right sides.

(4) As a result of the injury I sustained to my left eye on February 27, 2004, and I have been Retaliated against, received Deliberate Indifference, and denied my Eighth Amendment Rights.

< COPY

(5)Warden, would you please look into the matter because, I am still having excruciating pain in my left eye and I am still seeing double and having double vision.

Sincerely,

/s/ Darryl Baker
INMATE BAKER
REG. NO.# 19613-039

Case 1:05-cv-00473-JSP Document 36-2 Filed 03/10/2006 Page 11 of 50

**REQUEST FOR ADMINISTRATIVE REMEDY**
**PART B - RESPONSE**

**BAKER, Darryl Orrin**
Reg. No.: 19613-039
Remedy I.D.: 366343-F7
Qtr: Unit G/A

This is in response to your Request for Administrative Remedy receipted March 3, 2005, in which you request to be seen by an orbital specialist. In addition, you allege "retaliation, deliberate indifference, and violation of your Fifth Amendment right."

Investigation into this matter reveals you suffered an orbital floor fracture when you were assaulted on February 27, 2004, at FCI McKean but you did not seek treatment until February 29, 2004. On August 12, 2004, you were transferred to FCI Elkton. Since that time, you have been evaluated on numerous occasions by the physician assistant, the staff physician, and the Clinical Director for eye pain. You were scheduled to undergo a CT Scan of your head; however, due to technical difficulties the test was unable to be performed. The medical staff is in the process of rescheduling your test and you are tentatively scheduled March 28, 2005. A medical determination will be made pending the results of this test, and if it is clincally indicated you will be scheduled to see an orbital specialist. In addition, your medical record reveals you have received well-documented care and appropriate medical treatment. As a result, you have provided no viable evidence that staff have retaliated, shown deliberate indifference, or violated your Fifth Amendment Rights.

Based on these findings, your Request for Administrative Remedy is neither granted nor denied, but for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

T. R. Sniezek, Warden  Date 3/25/05

UNITED STATES GOVERNMENT

# memorandum

FCI Elkton, Ohio

Date: 6/8/05

Reply to: Jane Barnes, PA-C
Attn of: Acting Assistant Health Services Administrator

Michele, Keller, D.O.
Clinical Director/URC Chairman

Subject: Community Referral Approval/Denial

To: Baker Darryl

Reg. No: 19613-039          Unit: GA

This is to advise you that on ____6/8/05____, your medical case/condition was presented to the *Utilization Review Committee* to determine the clinical indication and/or benefit, as well as the urgency and non-urgency of referring you to the community to undergo additional diagnostic testing, and/or an evaluation by a specialist. It was the decision of the *Utilization Review Committee* that your case has been:

approved          disapproved          tabled at this time. (See below).

*To see Ophthalmologist within 2-3 months*

If your case has been approved, you will be scheduled in the near future to have the diagnostic testing/surgical evaluation/specialists' evaluation, etc., performed in the community. Due to security concerns, you will not be advised of the date of the referral or be provided additional information on the Escorted Medical Trip until the date of the trip. If you have any change in your condition or symptoms, report them to the Clinical Director and/or your Primary Care Provider. ***If you decide that you do not agree with the referral and or testing, you MUST report to the Clinical Director (in writing) that you are not agreeing to proceed with the referral.

If your case has been disapproved at this time, it has been determined by the committee that the benefit of the referral may not be achieved, and/or, your condition can be maintained in-house. This does not mean that you do not have a legitimate medical condition; however, it indicates that the condition may not be improved by a community referral or it is currently being managed and routinely evaluated in the Chronic Care Clinic. This does not mean that your condition may not warrant future referral to the community; however, this is based on results on continued in-house monitoring, diagnostic results and/or a change in your condition. If you have any questions, you must discuss this with the Clinical Director and/or your Primary Care Provider.

If the decision to table your case was made, this indicates that you will be scheduled for an additional testing and/or evaluation and/or repeat evaluation in-house. Your case then will be presented to the Utilization Review Committee at a later date.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

CDM624

**U.S. DEPARTMENT OF JUSTICE**               **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: 

| BAKER DARRYL ORRIN | # 19613-039 | G-A | FSL ELKTON |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I HAVE BEEN RETALIATED FOR FILING GRIEVANCES AND RECEIVED DELIBERATIVELY INDIFFERENCE UNDER THE EIGHTH AMENDMENT FOR BEING DENIED MEDICAL TREATMENT BY STAFF HERE AT FSL ELKTON. STAFF HERE AT FSL THAT ARE RESPONSIBLE FOR RETALIATION ARE: MR. HOWARD COUNSELOR, BRAIN DICKINSON OFFICER, WARDEN SENIZEK, SIS LIEUTENANT MCKENNY, THIS INCIDENT OCCURRED ON AUGUST 11, 2005. ALSO, I WAS RETALIATED AGIANST BY MS. SHASTEEN ACCOUNT MANAGER

AUGUST 24, 2005                                     *Darryl Baker*
_____                          _____
DATE                                                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                          _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                  CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                              CASE NUMBER: _____

**Part C- RECEIPT**

Return to: 

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

*7-21-5*
*Mental*

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

SUBMITTED AUGUST 10, 2005

INFORMAL RESOLUTION NUMBER: _____

INMATE'S NAME: DARRYL ORRIN BAKER     NO. #19613-039     UNIT G-A

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, DOCTOR MUHIB SIDHOM, DOCTOR KELLER, MS. NESSUER, CASE MANAGER, MR. HOWARD, MR. MARILIK,

2. Relief Requested: I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FORM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____

_____

_____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

_____                    _____
Inmate's Signature/Register No.          Date

_____                    _____
STAFF MEMBER'S NAME & TITLE          DATE

_____                    _____
UNIT MANAGER'S SIGNATURE          DATE

STRIBUTION: If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.



7/21/05
Due Months of (LW)

ELK 1330.13
April 08, 1997
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
## FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _CAImo25_          SUBMITTED AUGUST 10, 2005

INMATE'S NAME: DARRYL ORRIN BAKER          NO. # 19613-039     UNIT  G-A

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE, MR. HOWARD, COUNSELOR, MS. SHASTEEN RECORDS

2. Relief Requested: NOT TO BE HARASSED BY F.S.L. STAFF. _____

Date/Time Complaint received from inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____

_____

_____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

Inmate's Signature/Register No. _____     Date _____

STAFF MEMBER'S NAME & TITLE _____     DATE _____

UNIT MANAGER'S SIGNATURE _____     DATE _____

**STRIBUTION**: If complaint is informally resolved before being receipted, Correctional Counselors _hall maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | BAKER DARRYL ORRIN | # 19613-039 | G-A | FSL ELKTON |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I INMATE BAKER HAS BEEN REQUESTING MEDICAL TREATMENT FROM FSL ELKTON STAFF FOR OVER A YEAR CONCERNING MY LEFT EYE WHICH I SUSTAINED A INJURY. STAFF HERE HAS BEEN DELIBERATIVELY INDIFFERENCE TOWARD MY MEDICAL NEED, AND RETALIATED AGAINST FOR FILING GRIEVANCES. I AM STILL HAVING EXCRUCIATING PAIN AND NEED MEDICAL TREATMENT. THE FOLLOWING STAFF MEMBERS HAVE BEEN RESPONSIBLE FOR DENYING ME MEDICAL TREATMENT AND PAIN AND RETALIATION ARE: MS. BARNES, DOCTOR QUINN, DOCTOR AZIB MUHAMMID, DOCTOR KELLER, MR. HOWARD COUNSELOR, WARDEN SENIZEK.

| AUGUST 24, 2005 | Darryl Baker |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

| ORIGINAL: RETURN TO INMATE | CASE NUMBER: _____ |
|---|---|
| | CASE NUMBER: _____ |

**Part C- RECEIPT**

Return to: _____

*Merrell Jepson*

ELK 1330.13
April 08, 1997
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION FORM
### FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _AJM009_

INMATE'S NAME: _D. Bikel_ NO. # 19613-039 UNIT _G-A_

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

2. Relief Requested: I AAM HAVING EXCRUCIATING PAIN IN MY LEFTY EYE AND NEED MEDICAL TREATMENT FROM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: _1/17/05 640m_

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _You are scheduled for CT Scan of face prior to seeing the specialist._

6. Date Administrative Remedy provided: _1/29/05_

<COPY

7. Informal Resolution was / (was not) accomplished.

x _Darryl Baker_ 19613-039       _1/29/05_
Inmate's Signature/Register No.                Date

_Mohamed Azam_
_Health Services Administrator_                _1/27/05_
STAFF MEMBER'S NAME & TITLE       DATE

_____/Acting UM       2-10-05_
UNIT MANAGER'S SIGNATURE       DATE

**STRIBUTION**: If complaint is informally resolved before being receipted, Correctional Counselors ___all maintain informal resolution form for future reference. If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

*menel jeason*

ELK 1330.13
April 08, 1997
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates",
states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint
informally by presenting it to a staff member." The staff member must also try to resolve the
complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _AJM009_

INMATE'S NAME: _D. Bikel_ NO. # 19613-039 UNIT _6-A_

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION
FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, AND THE EYE DOCTOR.

2. Relief Requested: I AAM HAVING EXCRUCIATING PAIN IN MY LEFTY EYE AND NEED MEDICAL
TREATMENT FROM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: _1/17/05 640m_

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _You are scheduled for CT Scan & fall prior to seeing the specialist._

6. Date Administrative Remedy provided: _1/29/05_

> COPY

7. Informal Resolution was / (was not) accomplished.

x _Darryl Baker_ 19613-039          _1/29/05_
Inmate's Signature/Register No.          Date

**Mohamed Azam**
Health Services Administrator          _1/27/05_
STAFF MEMBER'S NAME & TITLE          DATE

_B. ____ (Acting UM_          _2-10-05_
UNIT MANAGER'S SIGNATURE          DATE

STRIBUTION: If complaint is informally resolved before being receipted, Correctional Counselors
_hall maintain informal resolution form for future reference. If complaint is not informally resolved,
forward original resolution form, attached to administrative remedy, to the Administrative Remedy
Clerk.

ELK 1330.13
April 08, 1997
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: Shasteen    SUBMITTED: AUGUST 10, 2005

INMATE'S NAME: DARRYL ORRIN BAKER    NO. # 19613-039    UNIT    G-A

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE, MR. HOWARD, COUNSELOR, MS. SHASTEEN RECORDS

2. Relief Requested: NOT TO BE HARASSED BY F.S.L. STAFF.

Date/Time Complaint received from inmate: 8-10-05 0730

3. Date/Time Informally discussed with inmate: 8/25/05 839

4. Staff Response: I HAVE NEVER HARASSED INMATE BAKER OR ANY OTHER INMATE I HAVE NOT RETALIATED AGAINST ANY INMATE NOR HAVE I BEEN DELIBERATELY INDIFFERENT. NOR HAS INMATE BAKER BEEN SUBJECTED TO EXCESSIVE USE OF BAIL OR CRUEL OR UNUSUAL PUNISHMENT.

6. Date Administrative Remedy provided: 8/25/05

7. Informal Resolution was □was not accomplished.

X Darryl Baker 19613039    8/25/05
Inmate's Signature/Register No.    Date

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI, ELKTON, OHIO.

Bureau of Prisons Program Statement 1330.13 "Administrative Remedy Procedures for Inmates" states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: _____

INMATE'S NAME: DARRYL ORRIN BAKER    NO. #19613-039    UNIT G-A

SUBMITTED, AUGUST 10, 2005

1. Specific Complaint: RETALIATION, DELIBERATIVELY INDIFFERENCE, EIGHTH AMENDMENT VIOLATION FOR FILING GRIEVANCE BY MS. BARNES, DOCTOR QUINN, DOCTOR MOHB SIDIOM, DOCTOR KELLER, MS. NESSUER, CASE MANAGER, MR. HOWARD, MR. MARILIK,

2. Relief Requested: I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED MEDICAL TREATMENT FORM A ORBITAL SPECIALIST.

Date/Time Complaint received from inmate: 8-10-05 G780

4. Date/Time Informally discussed with inmate: 8/15/05 335

5. Staff Response: This issue Has Already Been Addressed BY Admin Remedy 366 343-F7 In Larc March on Early April 2005. This Is Untimely

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

Inmate's Signature/Register No. _____

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: MARCH 25, 2005



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI     UNT: UNIT G-A     QTR: G01-011U



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID      : 366343-F7
DATE RECEIVED  : MARCH 3, 2005
RESPONSE DUE   : APRIL 12, 2005
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 3, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI     UNT: UNIT G-A     QTR: G01-011U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 366343-F7
DATE RECEIVED   : MARCH 3, 2005
RESPONSE DUE    : MARCH 23, 2005
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 22, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : DARRYL ORRIN BAKER, 19613-039
      ELKTON FCI     UNT: UNIT G-A     QTR: G01-011U
      P.O. BOX 89
      ELKTON, OH 44415


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 366343-F4     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : FEBRUARY 22, 2005
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE ATTACHMENTS TO YOUR
                 INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : DID NOT INCLUDE COPIES OF ATTACHMENTS.
                  THIS IS BEING RETURNED AGAIN - THIRD TIME.

(EXHIBIT 5)

13-110                                                                                                          NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE:

blurs at far and near
assaulted Feb 27th

age 41

PROVISIONAL DIAGNOSIS

Lntin left eye socket

| DOCTOR'S SIGNATURE  D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/200  OS 20/200  IONOMETRY:  OD 17  OS 18

Near  OD .37m  OS .37m  uncorrected folden  0950

External  Normal  72/64  open angles dilate to examine retina

Internal

Refraction OD −1.00 −1.25 X 180  20/20  50#X24+6¼

OS −1.00 −1.25 X 10  20/20  soreness

Diagnosis  CMA

Analysis  requires eyeglasses  on upward gaze

Plan  order eyeglasses  left eye stops
trauma to eye socket
possible left superior
oblique entrapment

(Continue on reverse side)

| SIGNATURE AND TITLE  Christian J. Horvantes | | DATE 3/31/04 |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION  FCI McKean | REGISTER NO. 19613-039 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Baker, Darryl

REVIEWED BY  3/31/04  ordered

MRI of eye of orbit

H. DEAM, MD FCI McKean

CONSULTATION SHEET
Medical Record

Refer to ophth Horvantes

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

513-110                                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
| --- | --- |

<table>
<tr><td colspan="3">REQUEST</td></tr>
<tr><td>TO:<br>OPTOMETRIST</td><td>FROM: (Requesting physician or activity)<br>Dennis Olson, MD, CD</td><td>DATE OF REQUEST</td></tr>
</table>

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE:

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE<br><br>D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION<br>☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY<br>☐ 72 HOURS ☐ EMERGENCY |
| --- | --- | --- | --- |

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☐ YES ☐ NO

Visual Acuity Distance   OD            OS          TONOMETRY:        OD
                                                                     OS
                  Near    OD          OS

External          Compared prescription ordered on 3/31/04
Internal          to Dr Stathopoulous — Vision is 20/20
Refraction        with each correction. — essentially
                                              equal

Diagnosis

Analysis               No change required

Plan

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE<br>4/28/04 |
| --- | --- | --- |
| IDENTIFICATION NO.<br>4/28/04 | ORGANIZATION<br>**FCI McKean** | REGISTER NO.<br>19613-039 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Dennis Olson, MD
Physician               Baker, Darryl

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

513–110                                                                      NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

Did not appear for scheduled appointment

SUBJECTIVE: went to Dr on outside trip today

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE   ☐ ON CALL | ☐ ROUTINE   ☐ TODAY ☐ 72 HOURS   ☐ EMERGENCY |
|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☐ YES ☒ NO

Visual Acuity    Distance    OD          OS          TONOMETRY:          OD
                 Near        OD          OS                              OS

External

Internal                    On trancity to see ophthalmologist

Refraction                      today

Diagnosis                                        6/9/04

Analysis                                    D. Olson, MD
                                            Clinical Director

Plan

(Continue on reverse side)

| SIGNATURE AND TITLE   Christian J. Hernandez | DATE 6/9/04 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION  **FCI McKean** | REGISTER NO. 19613 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

BAKer

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA 16701

RE: BAKER, DARRYL O.                    # 19613-039

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago. He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right. He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos. He does get diplopia. It is worse especially when he looks to the right and upwards. He does not get this looking straight ahead or down. So, he is really quite functional. I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid. I removed it with tweezers. On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan. That is a very pretty picture of a floor fracture. At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer. If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired. He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date 5/5/04

**COPY**

Cc: Dr. Beam

RJW/lab

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
|---|---|---|
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

www.senecaeye.com

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

June 11, 2004

# 19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch
that gave him a blow out fracture. He also has a little bit of anesthesia involving the
infraorbital nerve branches. We have given it plenty of time now, almost five months.
He still has entrapment; he can not look up with his left eye without experiencing a form
of diplopia that gives him extreme imbalance. He does not think that he can function this
way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to
do a repair of blowout fracture, release the entrapment under general anesthesia. I will
leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he
does not have diplopia in down gaze, only up gaze would be that he might develop
diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

*H. BEAM, MD*
*FCI MCKEAN*
*6/16/04*

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
|---|---|---|
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

www.senecaeye.com

Case: 1:05-cv-00474-SJP-BPB Document 36-22-6 Filed: 03/01/04 02/26 Page: 30 of 50

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

#19613-039

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:   4/15/04
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*Nicholas A. Stathopoulos, M.D.*

NAS/js

Cc    Darryl C. Baker

REVIEWED BY
*Beam*
4/21/04

H. BEAM, MD.
FCI McKEAN

103 West St. Clair Street          27 Porter Avenue              2 Main Street
Warren, PA 16365                   Jamestown, NY 14701           Bradford, PA 16701
(814)726-2020                      (716)483-2020                 (814)362-7477
1-877-MD4-EYES                     1-866-716-EYES                1-866-814-EYES
Fax (814)726-1215                  Fax (716)488-9295             Fax (814)362-4975

www.senecaeye.com

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **MEDICAL DEPARTMENT** | DATE: **MAY 10, 2004.** |
|---|---|
| FROM: **INMATE DARRYL BAKER** | REGISTER NO.: **# 19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**MAY I PLEASE HAVE A COPY OF THE LETTER AND REPORT FROM THE ORBITAL**

**SPECIALIST THATS DATED MAY 3, 2004.**

**THANK YOU!**

(Do not write below this line)

DISPOSITION:

*See attached*

*FCI/McKean*

| Signature Staff Member | Date    5/10/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

(EXHIBIT 6)



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m

**FCI McKean, Pennsylvania**

**DATE:** March 23, 2004

**REPLY TO**
**ATTN. OF:** James F. Sherman, Warden

**SUBJECT:** INMATE REQUEST TO STAFF MEMBER

**TO:** BAKER, Darryl
Reg. No. 19613-03

This is in response to your letter receipted in my office on March 12, 2004, in which you state that you suffered an eye injury on February 29, 2004 and have not received medical treatment for it.

Records indicate you were medically assessed immediately following the injury. You were instructed to follow up with sick call as needed following that assessment. A sick call slip was never received by health services from you; however on March 9, 2004, at the request of the Associate Warden, a PA stopped by to examine you. You became verbally abusive and belligerent with the PA. You were given an order to stop your abusive behavior which you refused to do. The PA was not able to conduct an exam at that time due to your behavior. You were instructed of the proper way to sign up for sick call at that time. A sick call request was received from you on March 9, 2004, and you were seen by a doctor on March 11, 2004. The exam revealed a left eyelid abrasion only. No other injuries were found concerning your left eye.

I trust your concerns have been addressed.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER  *DARRYL* | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA  *SHM AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.


                                                        THANK YOU.


(Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
To be done

| Signature Staff Member | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER *DARRYL* | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: *SHU AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

   DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

   AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

   INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN

   I HAVE BEEN SUFFERING.

                                                       THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

| Signature Staff Member *BEAM, MD MCKEAN* | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: APRIL 28, 2004 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU

CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D.

MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD

SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR

RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE

IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO

STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND

OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING

PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES

ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

---

(Do not write below this line)

DISPOSITION:

*The Apr 28 copyt was to keep you abreast of developments. We're on top of things! You will get the care you need*

| Signature Staff Member [signature] H. BEAM, MD FCI MCKEAN | Date 4/29/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUE** **TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **DOCTOR BEAM., M.D.** | DATE: **APRIL 22, 2004** |
|---|---|
| FROM: **DARRYL ORRIN BAKER** **INMATE:** | REGISTER NO.: **#19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

     **DOCTOR BEAM, I CONFABULATED WITH YOU ON SEVERAL OCCASIONS AND REQUESTED**

**A COPY OF MEDICAL REPORT FROM THE OUTSIDE SURGEON WHEN I WENT TO SEE HIM ON APRIL 15, 2004.**

**DOCTOR BEAM, MAY I HAVE A COPY OF THIS REPORT SO I CAN SEE HIS DIAGNOSIS THAT WHERE**

**SUSTAINED TO MY LEFT EYE ON FEBRUARY 27, 2004.**

                                         **THANK YOU VERY MUCH!**

*Dr Stathopoulos*

(Do not write below this line)

DISPOSITION:

*I'll see what I can Do*

---

Signature Staff Member        Date     **4/23/04**



Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

Case 1:05-cv-00473-JJF-PBPB Document 36-22-6 Filed 03/01/2006 Page 38 of 50

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>**DOCTOR BEAM., M.D.** | DATE:<br>**MAY 3, 2004** |
|---|---|
| FROM:<br>**INMATE DARRYL BAKER** | REGISTER NO.:<br>**# 19613-039** |
| WORK ASSIGNMENT:<br>**ORDERLY** | UNIT:<br>**AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)
 **DOCTOR BEAM, I WAS TAKEN TO SEE AN ORBITAL SPECIALIST ON APRIL 30, 2004.**

 **DOCTOR BEAM, I WOULD LIKE TO HAVE A COPY OF THE ORBITAL SPECIALIST LETTER**

 **AND REPORT THAT EXPLAINS MY INJURY OR HIS ANALYSIS TO MY LEFT EYE.**



 **THANK YOU!**







(Do not write below this line)

DISPOSITION: *I will forward This request
To medical records*



Signature Staff Member _____ Date  *5/5/04*

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94

```
  MCKB1          *              MCKEAN FCI              *      03-30-2004
  PAGE 001                                                     14:38:33
        *****      *       *        *        ****    *    *  *******   *****
      *        *   *  *      *      *        *    *   *   *      *     *
      *       *       *    *        *        *    *    *  *      *       ****
      *      *******  *        *    *        *    *    *   *     *         *
      *****  *      *    *  ******  ******   ****     ****     *      *****
  ------------------------------------------------------------------------------
                              UNTG EQ ***
  REG NO       NAME        FROM        TO         TIME   CATEGORY(2)    CATEGORY(3)
  CALLOUTS  FOR  03-31-2004                              QTR ASGN       WRK ASGN
  ------------------------------
  39971-054  ABOU-ARRAG                EDU AGRICO   0830   C01-124U       ORD C A
                                       HOSP PPD     0830   C01-124U       ORD C A
  42080-054  ABREU                     HOSP PPD     0830   B03-119U       RELIGION
  34329-079  AJAO                      HOS LAB      0600   A01-109L       I LAYUP 1
                                       MAIL ROOM    1130   A01-109L       I LAYUP 1
  42968-060  ALCALA                    CHAPEL       1230   A02-209L       ORD A A
  17709-112  ALFARO-FRA                CHAPEL       0930   B02-215L       TRASH
  69042-053  ALJAHMI                   CAMP TEAM    1400   E04-117U       CMP PP EVE
  06523-043  ALLEN                     HOSP PPD     0930   D04-221L       DIN RM PM
  40428-053  ALLEN                     HOS PE       0830   C01-104L       I LAYUP 2
  25094-077  AMOIA                     HOSP PPD     0830   C02-219U       CMS ELEC1
  51080-066  ANDREWS                   VISIT ROOM   1030   F03-106L       CMP ORD F
  15231-045  ARMANN                    DR. BEAM     0930   C02-203L       EDUC
  06701-046  ASTORE                    DR. BEAM     1230   B02-208L       I MILL 1
                                       HOS EYE      0830   B02-208L       I MILL 1
  20926-424  BAILEY                    VISIT ROOM   1030   E03-110U       CMP GM3
                                                                         DAPAMEM
  19613-039  BAKER                     HOS EYE      0830   A01-132U       ORD A A
  25589-053  BALLETTA                  HOSP RN      1230   B02-222L       I QA IND
  05890-068  BARRON                    BA TEAM      1250   B02-241L       A&O
                                       CHAPEL       0930   B02-241L       A&O
  10306-067  BASYE                     CHAPEL       0930   C04-227L       LAUNDRY
  37139-060  BATTLE                    CHAPEL       0930   A01-104U       ORD A A
  10214-052  BEECHAM                   CB TEAM      1230   C03-131L       A&O
                                       HOS LAB      0730   C03-131L       A&O
  09866-040  BELCHER                   HOSP PPD     0930   A01-110U       CMS ELEC1
  11483-040  BETTS                     VISIT ROOM   1030   F03-113U       CMP FD SVC
  03198-087  BLACKBURN                 VISIT ROOM   1030   E02-101U       CMP ADMIN
                                                                         DAPAMEM
  10174-052  BLACKWOOD                 BB TEAM      1230   B04-226U       ORD B B
  41715-060  BLALARK                   CHAPEL       1230   A03-123L       I QA IND
  10417-055  BOOZE                     CHAPEL       0930   D03-105L       CMS ELEC2
  10082-041  BORGES-CAN                HOS LAB      0600   B02-201U       CMS PAINT
  12629-007  BOWEN                     CHAPEL       0930   D04-231U       CMSLANDIN2
  43113-060  BOYD                      CHAPEL       1230   B04-236L       EDUC
  32583-007  BRAGG                     HOS PE       0930   A04-238L       A&O

  G0002     MORE PAGES TO FOLLOW . . .
```

```
MCKB1              *           MCKEAN FCI              *    03-30-2004
PAGE 001                                                   14:38:33
      *****     *       *       *       ****   *   * ******* *****
    *      *  *   *     *       *       *   *  *   *    *     *
    *      *   *  *     *       *       *   *  *   *    *     ****
    *    ******  *      *       *       *   *  *   *    *       *
      *****  *     *  *****  *****  ****     ****    *     *****
------------------------------------------------------------------------
                       UNTG EQ ***
REG NO    NAME       FROM        TO       TIME  CATEGORY(2)  CATEGORY(3)
CALLOUTS  FOR  03-31-2004                       QTR ASGN     WRK ASGN
--------------------------
39971-054 ABOU-ARRAG              EDU AGRICO  0830  C01-124U   ORD C A
                                  HOSP PPD    0830  C01-124U   ORD C A
42080-054 ABREU                   HOSP PPD    0830  B03-119U   RELIGION
34329-079 AJAO                    HOS LAB     0600  A01-109L   I LAYUP 1
                                  MAIL ROOM   1130  A01-109L   I LAYUP 1
42968-060 ALCALA                  CHAPEL      1230  A02-209L   ORD A A
17709-112 ALFARO-FRA              CHAPEL      0930  B02-215L   TRASH
69042-053 ALJAHMI                 CAMP TEAM   1400  E04-117U   CMP PP EVE
06523-043 ALLEN                   HOSP PPD    0930  D04-221L   DIN RM PM
40428-053 ALLEN                   HOS PE      0830  C01-104L   I LAYUP 2
25094-077 AMOIA                   HOSP PPD    0830  C02-219U   CMS ELEC1
51080-066 ANDREWS                 VISIT ROOM  1030  F03-106L   CMP ORD F
15231-045 ARMANN                  DR. BEAM    0930  C02-203L   EDUC
06701-046 ASTORE                  DR. BEAM    1230  B02-208L   I MILL 1
                                  HOS EYE     0830  B02-208L   I MILL 1
20926-424 BAILEY                  VISIT ROOM  1030  E03-110U   CMP GM3
                                                               DAPAMEM
19613-039 BAKER                   HOS EYE     0830  A01-132U   ORD A A
25589-053 BALLETTA                HOSP RN     1230  B02-222L   I QA IND
05890-068 BARRON                  BA TEAM     1250  B02-241L   A&O
                                  CHAPEL      0930  B02-241L   A&O
10306-067 BASYE                   CHAPEL      0930  C04-227L   LAUNDRY
37139-060 BATTLE                  CHAPEL      0930  A01-104U   ORD A A
10214-052 BEECHAM                 CB TEAM     1230  C03-131L   A&O
                                  HOS LAB     0730  C03-131L   A&O
09866-040 BELCHER                 HOSP PPD    0930  A01-110U   CMS ELEC1
11483-040 BETTS                   VISIT ROOM  1030  F03-113U   CMP FD SVC
03198-087 BLACKBURN               VISIT ROOM  1030  E02-101U   CMP ADMIN
                                                               DAPAMEM
10174-052 BLACKWOOD               BB TEAM     1230  B04-226U   ORD B B
41715-060 BLALARK                 CHAPEL      1230  A03-123L   I QA IND
10417-055 BOOZE                   CHAPEL      0930  D03-105L   CMS ELEC2
10082-041 BORGES-CAN              HOS LAB     0600  B02-201U   CMS PAINT
12629-007 BOWEN                   CHAPEL      0930  D04-231U   CMSLANDIN2
43113-060 BOYD                    CHAPEL      1230  B04-236L   EDUC
32583-007 BRAGG                   HOS PE      0930  A04-238L   A&O

G0002     MORE PAGES TO FOLLOW . . .
```

```
    MCK15          *           MCKEAN FCI              *    04-28-2004
    PAGE 001                                                14:20:01


        *****      *      *       *        ****   *    *  *******  *****
        *         * *     *       *        *   *  *    *     *        *
        *        *   *    *       *        *   *  *    *     *       **  *
        *       *******   *       *        *   *  *    *     *        *
        *****    *     *  ******  ******   ****    ****      *       *****

    ----------------------------------------------------------------------
                            UNTG EQ 3***

    REG NO        NAME        FROM        TO          TIME  CATEGORY(2)  CATEGORY(3)

    CALLOUTS    FOR  04-29-2004                             QTR ASGN     WRK ASGN
    --------------------------
    03391-061  ADDISON                  AA CASE MG  1100  A02-219U     REC
    06772-089  AGUILERA-T               AA TEAM     1230  A02-243U     UNASSG
    54315-066  AIKENS                   AB COUNSLR  1430  A04-204U     WIND WASH
    03251-087  ALEXANDER                CHAPEL      1330  D04-232U     REC
    07839-007  ATKINSON                 HOS PE      0930  A01-131U     A&O
    19613-039  BAKER                    EDU NICHOL  0830  A01-115L     ORD A A
    05890-068  BARRON                   HOS LAB     0930  B02-241L     REC
    08047-055  BENZIN                   DB CASE MG  0700  D04-236L     KITCHEN PM
    41715-060  BLALARK                  DR. BEAM    0930  A03-123L     I QA IND
                                        HOSP RN     0930  A03-123L     I QA IND
    38181-060  BLANCO                   DR. OLSON   0930  C03-126U     ORD C B
    21534-039  BROWN                    CHAPEL      1330  C03-118LH    RELIGION
    33911-007  BROWN                    HOS PE      0730  C03-130U     A&O
    98316-024  BURROWS                  DR. BEAM    0930  C04-231L     I UNICOR 2
                                                                      ORD C B
    11419-112  BUSTAMANTE               AA TEAM     1230  A02-238U     A&O
                                        HOS PE      0930  A02-238U     A&O
                                        PSYCH (H)   0830  A02-238U     A&O
    06437-088  BUTLER                   HOSP DENT2  0830  B02-209L     ORD B A
    57044-066  CERAOLO                  DR. BEAM    0930  C01-133U     UNASSG
    38688-054  CHEN                     DENT CLEAN  1230  A02-210L     I UNICOR 2
    09352-067  CLARK                    EDU NICHOL  0830  A04-203L     ORD A B
    04938-089  COLLINS                  DR. BEAM    0930  A02-213L     I LAYUP 1
    08693-055  COSTANZO                 HOS PE      1030  C01-129U     UNASSG
    15278-014  COSTON                   HOS PE      1030  C02-236U     A&O
    24717-016  COULTER                  HOS PE      0730  A01-101U     A&O
    12365-007  CRUZ                     AA TEAM     1230  A01-121L     UNASSG
    11324-045  CURRY                    DENT CLEAN  1130  B01-125U     I UNICOR 2
    19575-083  CURTIS                   HOS PE      0730  D01-122L     A&O
    40427-053  DAVIS                    DENT CLEAN  1030  C01-106L     I FACTRYOF
    53250-060  DAVIS                    HOS PE      0930  D03-131U     A&O
    19989-039  EADDY                    CHAPEL      1330  B02-218L     ORD B A
    11252-040  ESCOBAR II               EDU NICHOL  0830  D01-121U     REC
    03737-089  EVANS                    AA CASE MG  1100  A01-113L     ORD A A
    14114-006  FAULKNER                 BB COUNSLR  1330  B02-226L     I QA IND
    23182-039  FEATHERSTO               CHAPEL      1330  B02-237U     DIN RM PM

    G0002      MORE PAGES TO FOLLOW . . .
```

Case: 15-5005 ... Document: 36-2-6 ... Filed: 03/01/2006 ... Page: 42 of 50

```
MCK15            *           MCKEAN FCI              *     06-03-2004
PAGE 001                                                   14:01:15
      *****     *      *      *        ****   *    *  ******  *****
      *        * *     *      *       *   *   *  *   *    *   *
      *       *   *    *      *       *   *   *  *   *       ****
      *      *******   *      *       *   *   * *    *       *
      *****   *    *   ******  ****** ****   ****    *       *****
```
--------------------------------------------------------------------
                        UNTG EQ 3***
REG NO    NAME        FROM        TO        TIME  CATEGORY(2)  CATEGORY(3)
CALLOUTS  FOR 06-04-2004                          QTR ASGN     WRK ASGN
--------------------------
38964-060 ADKINS                  PSYCH (W)   1330 C04-241U    A&O
03722-082 AGUIAR                  HOSP DENT2  1030 B01-102U    REC
12393-424 AL-SADUN                JUMAH       1230 B03-118LH   DIN RM PM
03251-087 ALEXANDER               CHAPEL      1230 D04-232U    REC
06862-068 ALLEN                   MAIL ROOM   1115 A01-121L    ORD A A
09798-039 ALLEN                   CHAPEL      1830 C01-125L    I LAYUP 2
58207-053 ALLEN                   R & D       0930 B02-245L    ORD B A
24949-038 AQUINO                  HOS PE      1030 B04-907U    A&O
39107-060 ARRINGTON               PSYCH       1430 A04-245L    CMS CARPSH
44161-054 BAERGA                  DR. OLSON   0930 D02-206L    CARP VT
                                                               I LAYUP 2
30377-019 BAILEY                  HOSP PA     0730 B02-216U    MED UNASSG
19613-039 BAKER                   DR. BEAM    1330 A01-115L    ORD A A
28131-039 BAKER                   PSYCH       1430 Z03-204UAD  'U UNASSG
04832-045 BLACKMAN                DR. BEAM    1130 A04-230U    RE
11622-052 BLAKELY                 R & D       0700 D02-237U    DIN RM PM
33691-007 BLOUNT                  JUMAH       1230 D03-126U    EDUC
41002-054 BONILLA                 PSYCH (H)   0930 D04-244L    A&O
07592-068 BOOKER                  PSYCH (H)   0830 A04-246U    A&O
02039-080 BOOS                    DR. BEAM    1130 D01-111U    ORD D A
10417-055 BOOZE                   JUMAH       1230 D03-105L    CMS ELEC2
19257-039 BREEDLOVE               JUMAH       1230 C02-242L    UNASSG
16735-039 BROWN                   CHAPEL      1730 A03-123U    I UNICOR 2
21534-039 BROWN                   CHAPEL      1230 C03-118LH   WIND WASH
35272-060 BROWN                   JUMAH       1230 D02-224L    ORD D A
08760-084 BUCHANAN                JUMAH       1230 B04-222L    ORD BB(PM)
30057-039 BURCH                   JUMAH       1230 B01-105U    EDUC
10813-068 CARAVAGLIA              JUMAH       1230 C01-116U    CMS ELEC2
17760-056 CARRINGTON              HOSP DENT2  0730 Z07-211LAD  SHU UNASSG
54265-060 CARTER                  PSYCH (W)   1330 C04-240U    A&O
59929-198 CASTRO-GAR              HOSP DENT   0830 C03-114U    ORD C B
04201-087 CHAVERS                 JUMAH       1230 A02-236L    DIN RM PM
07928-078 CHERRY                  PSYCH       1430 A04-248L    ORD A B
09352-067 CLARK                   JUMAH       1230 A04-203L    ORD A B
14405-424 CLARK                   JUMAH       1230 A02-223U    ORD A A
11130-067 COACH                   JUMAH       1230 C04-203U    REC

G0002     MORE PAGES TO FOLLOW . . .
```

(EXHIBIT 7)

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA  16701

RE:  BAKER, DARRYL O.                    #— 19613-039

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago.  He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right.  He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos.  He does get diplopia.  It is worse especially when he looks to the right and upwards.  He does not get this looking straight ahead or down.  So, he is really quite functional.  I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid.  I removed it with tweezers.  On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan.  That is a very pretty picture of a floor fracture.  At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer.  If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired.  He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date 5/5/04

**COPY**

Cc:  Dr. Beam

RJW/lab

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

# SENᴇCA ⬧EYE⬧ SURGEᴏNS

| Robert J. Weiss, M.D. | Timothy J. O'Brien, M.D. | Nicholas A. Stathopoulos, M.D. |

June 11, 2004

*# 19613 - 039*

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

*H. BEAM, MD
FCI MCKEAN
6/16/04*

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

www.senecaeye.com

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*# 19613-039*

Dr. H. Beam                  Re:    Darryl O. Baker
Health Center                DOB:   6/30/1962
FCI McKean                   DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                  DATE OF EVAL:   4/15/04
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc   Darryl C. Baker

REVIEWED BY: *Dr. ... 4/21/04*   H. BEAM, MD FCI MCKEAN

| 103 West St. Clair Street | 27 Porter Avenue | 2 Main Street |
|---|---|---|
| Warren, PA 16365 | Jamestown, NY 14701 | Bradford, PA 16701 |
| (814)726-2020 | (716)483-2020 | (814)362-7477 |
| 1-877-MD4-EYES | 1-866-716-EYES | 1-866-814-EYES |
| Fax (814)726-1215 | Fax (716)488-9295 | Fax (814)362-4975 |

(EXHIBIT 8)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**       **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER, *DARRYL* | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ *5th AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.

THANK YOU.

(Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
To Be done

| Signature Staff Member | Date 3/31/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER _Darryl_ | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: _SHU_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN
I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

_I refilled The medication_

| Signature Staff Member _[signature] BEAM, MD_ | Date _3/31/04_ |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DOCTOR BEAM., M.D. | APRIL 28, 2004 |
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU

CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D.

MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD

SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR

RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE

IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO

STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND

OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING

PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES

ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

---

(Do not write below this line)

DISPOSITION:

The Apr 28 copy was to keep you abreast of developments. We're on top of things! You will get the care you need

| Signature Staff Member | Date |
|---|---|
| J. BEAM, MD FCI MCKEAN | 4/29/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94