BP-S148.055   INMATE REQUE    TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: APRIL 22, 2004 |
|---|---|
| FROM: DARRYL ORRIN BAKER   INMATE: | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I CONFABULATED WITH YOU ON SEVERAL OCCASIONS AND REQUESTED

A COPY OF MEDICAL REPORT FROM THE OUTSIDE SURGION WHEN I WENT TO SEE HIM ON APRIL 15, 2004.

DOCTOR BEAM, MAY I HAVE A COPY OF THIS REPORT SO I CAN SEE HIS DIAGNOSIS THAT WHERE

SUSTAINED TO MY LEFT EYE ON FEBRUARY 27, 2004.

                                                                THANK YOU VERY MUCH!

*Don Stathopoulos*

(Do not write below this line)

DISPOSITION:   I'll see what I can Do

Signature Staff Member [signature]   Date  4/23/04

[stamp: T. BEAM, MD FCI MCKEAN]

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)              This form replaces BP-148.070 dated Oct 86
                                                  and BP-S148.070 APR 94

Printed on Recycled Paper