IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-147E |
| ) | |
| UNITED STATES OF AMERICA ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER ) | |
| B. WESEMEN, MEDICAL DEPARTMENT ) | ELECTRONICALLY FILED |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO
FILE A MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

AND NOW, come Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, Medical Department, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said district, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, file the following Motion for Enlargement of Time to File a Motion to Dismiss, or in the Alternative, for Summary Judgment.  In support of his Motion, Defendants respectfully aver as follows:

1.   On March 1, 2006, this Court ordered Defendants to file an Answer or dispositive motion responding to the Amended Complaint by March 15, 2006.

2.   The necessity to file multiple dispositive motions in the same time frame and the assumption of additional duties that have taxed counsel's caseload and time require an extension of time.

Defendant respectfully requests an additional one (1) day to file this potentially dispositive motion.

WHEREFORE, based upon the above, Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, Medical Department, respectfully request that the Court issue an Order enlarging the time to file Defendants' Answer or dispositive motion to the Amended Complaint by one (1) day, to March 16, 2006, and to extend Plaintiff's response by the same amount of time.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney


    s/Paul E. Skirtich
    PAUL E. SKIRTICH
    Assistant U.S. Attorney
    U.S. Post Office & Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    (412) 894-7418
    PA ID No. 30440

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the within Defendant's Motion for Enlargement of Time to File a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment was electronically filed and/or served by postage-paid U.S. Mail to and upon the following:

>Darryl Orrin Baker
>USP Lewisburg
>U.S. Penitentiary
>Post Office Box 2000
>Lewisburg, PA 17837

>s/Paul E. Skirtich
>PAUL E. SKIRTICH
>Assistant U.S. Attorney

Dated: March 15, 2006