**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-147E |
| ) | |
| UNITED STATES OF AMERICA ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER ) | |
| B. WESEMEN, MEDICAL DEPARTMENT ) | ELECTRONICALLY FILED |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for Enlargement of Time to File a Motion to Dismiss, or in the Alternative, for Summary Judgment by Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, and Medical Department, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their Motion to Dismiss, or in the Alternative, for Summary Judgment, on or before March 16, 2006.  All other previously set deadlines are extended by one (1) day.

_____
UNITED STATES DISTRICT COURT