TABLE OF CONTENTS FOR ATTACHMENTS

| DOCUMENT NUMBER | DOCUMENT DESCRIPTION |
| --- | --- |
| 1 | Declaration of Joyce Horikawa |
| 1a | Public Information data for Inmate Darryl Orrin Baker - Register No. 19613-039 |
| 1b | Administrative Tort Claim, Case Number TRT-NER-2004-03801 |
| 1c | December 3, 2004 Memo of Henry J. Sadowski denying tort claim |
| 1d | December 11, 2004 Acknowledgment by Plaintiff of Receipt of denial of tort claim |
| 2 | Declaration of Monica Recktenwald |
| 2a | Szarowicz Memorandum dated February 29, 2004 |
| 2b | Carlson Memorandum dated February 29, 2004 |
| 2c | Inmate Injury Assessment and Follow-up; dated February 29, 2004 |
| 2d | McNinch Memorandum dated February 29, 2004 |
| 2e | Bailey Memorandum dated February 29, 2004 |
| 3 | Declaration of William Baumgartel |
| 3a | Administration Detention Order dated February 29, 2004 |
| 4 | Declaration of Steven Brown |
| 4a | Medical records of Plaintiff |
| 5 | Declaration of Rodney Smith |
| 5a | November 24, 2004 Federal Prison System, Health Services Unit, Procedure Statement, section IX "Ambulatory Care" |
| 6 | Declaration of James Sherman |
| 7 | Declaration of Brian Weseman |
| 8 | Plaintiff's Second Amended Complaint |