# Document 4a

BP-A659.060
FEB 05

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT

| TB Clearance Yes __ No | Name | Prisoner/Alien Reg.# |
|---|---|---|
| 1. PPD Completed: 10-18-4 *Date* | Baker, Darryl | 19613-039 |

| | | Departed from | Destination | Date |
|---|---|---|---|---|
| Results: 0X0 mm | | ELK | LEW-SCP | 8-26-5 |
| 2. CXR Completed: ___ *Date* | | | | |
| Results: _____ | Current 1. Hx Orbit Fx | 4. _____ | | |
| 3. Symptom free per SF-600 x 30 days. | Medical 2. _____ | 5. _____ | | |
| ☐ YES  ☑ NO | Problems 3. _____ | 6. _____ | | |

| Date of Birth: | Drug Allergies: |
|---|---|

| Medication | Dose | Route | Other instructions | AM | Noon | PM | Bedtime | Stop Date |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ALL MEDICATION TO BE CONTINUED UNTIL EVALUATED BY PHYSICIAN UNLESS OTHERWISE INDICATED

Special medical equipment required?  ☐ NO   ☐ YES (Specify):

Additional Comments:   UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE

| Sign and Print Name - Certifying Health Care Provider | Phone: | Date: |
|---|---|---|
| J Bullock PA    **Gary Bullock Physician Assistant** | | 8-25-5 |

| TO BE COMPLETED AT FINAL DESTINATION | Institution: | Date Received: |
|---|---|---|

General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

Sign and Print Name - Reviewing Health Care Provider

Distribution: Transporting Officer, Health Record, Transferring Institution.  Copy to unit at receiving institution.

(This form may be replicated via WP)                        Replace BP-S659 of JAN 1999    00001

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-11-05 | (S) Seen because pt wanted SW cuff up for custody to take him to eye doctor for exam + evaluation for previous eye probs. He continues to have a decrease in vision. Continue pain (R) eye. Complain diplopia when reading (C) VS → 124/80 BP - P80 (L) 20/25  20/20 (R) visual acuity Eye fundoscopic exam negative. Lungs CTAB  heart RRR 5a  slight ↓ lateral ((Ct scan orbit (R) prev fx) layman lid gaze (A) - Hx (R) orbit fracture ; orbited muscle entrapment ; (R) eye pain (P) pt refused to sign medical treatment refusal sheet. Offered pain meds. to prescribe - He refused any; Said Motrin Naprosyn no help Vision acuity Good - Pt refused to cuffing procedures — ophthalmology exam canceled. If any pain med - or probs ( let nurse know sick call). Refused to go to ophthalmology [signature] |

[illegible stamp] CLINICAL [illegible]

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Baker Darryl
19613-039

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000002

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |

STANDARD FORM 600 (REV. 6-97) BACK

000003

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

5.6.05    S/C

7:30   S- pt. c/o of having bumps in the scalp for years & is asking for a permanent treatment to get rid of these bumps because they bother him & they are painful, also needs to know what the plan of action in regards of his (R) orbit fracture, pain in the (R) eye still the same. ? he had CT done last month & no action taken.

O.  Temp: 97.6

A & O x 3

Scalp: Scattered papules covered with scabs in the posterior area of the scalp, no pustules; the area is about 6 inch long side of the scalp, no bleeding, skin on rest of scalp simple, no anterior or posterior adenopathy. Differ to eye clinic 4/6/05 & CT of the orbits & brain w/o contrast done on 3/28/05.

A- Hx of orbit Fr.  Folliculitis.

P- ① schedule the pt. to be seen by the C.D. on 5/18/05 at 10:00 A.M.

② explain to the pt. to keep his hands off the scalp lesions & want his head & scalp hygiene, no antibiotics is indicated.

Moheb Sidhom
Assistant HSA
HEALTH SERVICES
FSL, Elkton, OH

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

BAKER, Darryl
19613-039

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000004

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |
|------|---------------------------------------------------------------------------|
| 5-18-05<br>1040 | (S) seen on follow-up. CT scan (L) eye still having gaze probs + pain<br>(O) VS. — stable.<br>(A) (1) orbital fracture<br>      mild entrapment (L)<br>      inf. rectus muscle.<br>(P) Back to UM — CT scan done<br>      needs to see ophthalmology<br>      for surgical consult<br>      c̄ CT scan<br><br>CCC General    MICHELE J. KELLER, D.O.    M. Keller<br>                CLINICAL DIRECTOR |
| 7/6/05<br>9:00 | S — pt. still c/o of (R) eye hurting by looking up, also some swelling of the upper lid of (R) eye; pt. c/o of allergy since 2 weeks.<br>D — BP: 102/68  Temp: 97.3  O₂: 98  pulse: 63  Resp: 14<br>     A&O x3      (R) eye no redness, pupil round + reactive mild swelling of the upper lid   (L) eye: Ø swelling, Ø redness of the conjunctiva + v. tenderness on the medial side of the upper side of the orbit.<br>     throat: mild pharyngeal punch.<br>     Lg.: clear        heart: RRR Ø murmur.<br>     abd: benign.<br>A — Hx. of orbit Fx. c̄ diplopia · c̄ allergy<br>P — (1) pt. ed. about U.R. Committee decision to send him to the ophthalmologist for surgical consult, also to buy allergy pills from commissary.  order labs → U.A. to r/o proteinuria · f/u c̄ ccc c̄ 6 Wks.<br><br>M. Sidl  MAHER SIDHOM, PA |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

**DATE**

4/6/05
12:00

**CHRONIC CARE CLINIC**

☐ Cardiac  ☐ Diabetic  ☐ Endo/Lipid  ☐ Gastro  ☒ General  ☐ Hypertensn
☐ Infect Dis  ☐ Mntl Hlth  ☐ Neurology  ☐ OB Gyn  ☐ Orth/Rheum  ☐ Pulmonary.

S: SMOKER: (N) Y    30 ___ /Day  EXERCISE: N (Y)  2 Days/Week   walking

PAIN (0-10; 0=none, 10=most severe):    0 1 2 3 4 5 6 7 8 9 10

Pain in the left precsely by looking up or to the side, also some numbness to
the left side of the face, no dizzing a drooling, c/o of folliculitis that
responded previously to penicillin wo of V.K., didn't respond to other antibitics.

O: WT 220 lbs   BP 106/74   P 60   R 16   T 97.2   Glucose ___   PEF ___

EYES pupils equal reactive to light           Fundus: ___
diplopia with looking up, medial & lateral, + tenderness in the upper medial area of (L) orbit.

ENT WNL

NECK WNL, skin of scalp & neck = multiple scattered pustels & papules

CHEST: Heart : RRR, ∅ ___

Lungs clear.

ABDOMEN WNL

EXTREMITIES WNL

NEUROLOGIC/MENTAL HEALTH intact

RECENT STUDIES CT & CA of skull & orbit was done last week

ASSESSMENT: Diplopia, Hx of orbit Fx., folliculitis.

(OVER)

| HOSPITAL OR MEDICAL FACILITY HEALTH SERVICES UNIT, FSL-ELK | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT FCI ELKTON |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (for typed or written entries, give: Name-last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade)  BAKER, Darryl  19613-039 | REGISTER NO. | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/CMR
FIRMR (41 CFR) 20-9.202-1

000006

**P:** ☐ PATIENT EDUCATION (prevention, prognosis complications of medical illness):

4.6.05
1200

pt ed. about the care of his skin, keep his fingers off his scalp + be do much.
also pending on CT scan + Review of V.A. Committee & neurosurg referral.

**TESTS:** ☐Urinalysis ☐ECG ☐CBC ☐Basic Metabolic ☐Comprehensive Metabolic ☐Liver ☐Hgb A1C ☐Glucose ☐Lipid ☐TSH ☐Phenobarbital ☐Phenytoin ☐Valproic Acid ☐Carbamazapine ☐Lithium ☐Viral Hepatitis ☐HCV RNA ☐HBV DNA ☐HIV Ab ☐CD4/CD8/viral load ☐PSA ☐CXR ☐MMR ☐Microalbumin ☐RPR ☐H. pylori ☐FSH ☐LH ☐Prolactin ☐Testosterone ☐Theophylline ☐24 hour urine with creatinine clearance/albumin ☐Culture/sensitivity

OTHER TESTS:

**ROUTINE INSTRUCTIONS:** ☐Stop smoking ☐Sick call for med refills ☐Adhere to prescribed diet ☐Avoid added dietary salt ☐Drink water to maintain CLEAR random urine ☐Aerobic exercise (walk , bike, etc.) 30 minutes/day for at least 5 days/week ☐Special exercise instructions:

☐Additional education (see attached instructions or below) ☐ Referral to Health Promotions/Disease Program ☐Psychotropic consent  Patient understands (initials/date):

CONSULTATIONS/REFERRALS:

FOLLOW-UP APPOINTMENTS: 90 day.

TREATMENT/MEDICATIONS:   DRUG ALLERGIES: ☐ yes  ☒no   Other:

1) penicillin VK 250 J 1 po QID x 7 days

Moheb Sidhom
Assistant HSA

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/16/04 | cont'd 3. Was on Sched for CT Scan cx that day 2° fog/weather → is rescheduled this one 4 Ed - eye has become chronic situation → is NOT urgent has been eval → opt pending - Rx use / SF I'm per → CCC when due |
| 1-19-05 | Gen CCC |
| 1050 | ⓢ Hx of diplopia, dizziness headache, + ⓛ eye muscle entrapment 2° to contusion 3° to assault at McKean last year in 2002. Transferred here before could get the surgery on his orbit. Release in many years. No urgent case. Was supposed to get the CT scan of orbit x 2 — since security reason (told) |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. MICHELE J. KELLER, D.O. RECORDS MAINTAINED AT |
|---|---|---|
| | | CLINICAL DIRECTOR |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Baker, Daryl

19613-039

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000008

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1-19-05 1050 | (Cont'd) |

(O) VSS stable 100/70
HEENT.
eye exam — neg —
CN's - intact grossly
needs ophth. exam

(A) diplopia
dizziness
headaches

(P) optometry — 20/20 vision
wears glasses
has consults from
orbital specialists saying
he needs surgery
will consult. After
CT scan — to UR
for Consult.
Need previous
CT scan reports

MICHELE J. KELLER, D.O.
CLINICAL DIRECTOR

STANDARD FORM 600 (REV. 6-97) BACK

000009

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

9/28/04
0800

S/C

(S) Sinus bothering me - Ø Rx - Ø from
commissary - saw doc in June/July -
want to know what he recommended ā
he buys anything —

(O) WDWN ♂ - afebrile 97°
HEENT - Ears - clear
  nose - mild scant rhinorrhea/↑ edema
  OP - moist, clear/pink  clear PND
Neck - supple Ø LAD
Resp - ctr bilat        chart reviewed-
Cardio - RRR s̄ (m)        see 6/24/04

(A) Nasal Rhinitis

(P) Rx Nasal steroid ## q nostril bid #1/1R
Ed - Rx use/SE
  - allergy → commissary! as directed
6/24 and today!
  — Rx use Theraumone

RTC S/C prn

JANE M. BARNES
Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | **FSL ELKTON** |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Barber Darryl
19613-039

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000010

Baker 19613-039

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 11/17/2004<br>11:45 | Admin Note: On 17 November 2004 Inmate Baker 19613-039 was pre-screened and educated for his scheduled Cat Scan.<br><br>YE Simpson RTR<br><br>YOLANDE SIMPSON, RTR<br>F.C.I. - ELKTON |
| 12/16/04<br>0800 | S/C<br>S) c/o cont pain (L) eye ? when CT Scan when outside specialist ? ? (L) Sinus — Ø At "no one told me what to buy." Bump on head getting worse again — "never had on the street" Really affect me — got nose filled c Rx spray<br>O) WD WN Ơ in NAD<br>   Scalp — (R) papules/pustules c<br>     posterior superior scalp<br>  HEENT — Ears — sl fullness<br>     Nose — (R) mild scant mucosa<br>     O/P — moist clear<br>    Resp — CTA bilat<br>    Cardio — RRR S m<br>  √ Sched c CT trench<br>A) chronic allergic rhinitis<br>   Folliculitis — chronic<br>   H/O (R) orbital fx 3/04<br>P) 1. Rx Doxy 100 mg 5 prbid x 21d<br>   2. Pt Ed — only Pt avail = Commissary !<br>   feed   — NI S/E of nasal steroid — Ø use for ___ |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

8/13/04

0745

S) new ℅ FSL Inst rm — Hx had febrile S/T x 3d — ⊕ lymph node ⊕ F/C / achey last couple days — ⊕ fever today

O) w/u w/o ∂ in w/o afebrile 97.4
HEENT — Ears — clear
    Nose ⊕ coryza
    O/P — ⊕ beefy red / exudative tonsils
Neck — ⊕ large T⊕ LAD - cervical anterior
Resp — CTA bilat
Cardio — RRR s̄ m̄

A) Tonsillitis

P) 1. TC done
   2. Rx Amox 500mg po tid x10d (#25 any / #8 given)
   3. Rx Motrin 800mg i po tid x10d
   4. Pt Ed — Rx use / SE 1% until completion
      — ↑S gargles / Rst
      — f/u S/C prn / neuralize understnd

                                    JANE M. BARNES
                                    Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FSL ELKTON |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Baker Daryl
19613-039

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000012

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 04/2/04 | V/S 100/60 - 52 - 234 - Afebrile |
| 0925 | S - 4/o cont pain (diplopia = ↑ R & L vision |
| | - 4/o cont prob c scalp lesion |
| | O - A&O x4 NAD - c̄ kler exercises / 300 push-ups dur |
| | limited exam |
| | 1) Eye: pain/mild c̄ superior movement © eye |
| | no nystagmus, also pain c̄ lateral movement |
| | s - lens/conjunctiva wnl |
| | Reviewed June 16 ophthalm letter rec'd release of |
| | entrapment - s-t can't guarantee would not |
| | get c̄ vision diplopia |
| | 2/ Scalp - occipital d area of follicular bogginess |
| | which is mildly tender - has resolved proud ®, |
| | firmly only on ©. |
| | A Reviewed CAT scan orbit 04/04 - consistent c̄ |
| | old R orbit fx - no other abnormality |
| | A- 1) S/p © orbital fx c̄ impingement/entrapment |
| | 2) Lesion mild occipital scalp |
| | P 1) CAT scan orbits - F/u © orbital fx/entrapment |
| | 2) Dr comm - Ophthalmology F/u - ? need for surgery |
| | 3) optometrist to see refraction / IOP |
| | Rx: ✗ Diflucan 100mg #10 = PO daily No Refill |
| | ✗ Cephalexin 500g #40 =PO 4 times daily No Refill |
| | F/u c̄ PA Barnes 1-2 weeks re scalp, Connie 3 mo, |
| | sooner for prob/ |
| | ed - extensive re lack of guarantee that surgery will help - may |
| | end up c̄ ↑ diplopia if ↑ diplopia was fixed! Understood I think. |
| | that all surg risky! Barrett _____ M.D.         Fred |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-12-4 1200 | RECEIVED AT FCI ELKTON ON 8-12-4. Ø Meds Ø Allergy |
| | *S Bullock PA* |
| | Gary Bullock Physician Assistant |

| HOSPITAL OR MEDICAL FACILITY | | STATUS | | DEPART./SERVICE | | |
|---|---|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | | RELATIONSHIP TO SPONSOR | RECORDS MAINTAINED AT FCI ELKTON | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Baker, Darrol
19613-039
1-3062

REGISTER NO.                          WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000014

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

BP-S659.060 MEDICAL SUMMARY   FEDERAL PRISONER/ALIEN IN TRANSIT CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

TB Clearance Yes _X_ No __

1. PPD Completed: __09/11/03__
   Date

Results: __0__ mm

2. CXR Completed: __-__ __-__
   Date

Results: _N/A_

3. Health Authority

Clearance: _____YES__

Sign _____ Date __8/11/04__

Note:
Dates listed above must be within
one year of this transfer.

| Name Baker, Darryl | Prisoner/Alien Reg.# 19613-039 | D.O.B. 06/30/62 |
|---|---|---|
| Departed From MDC Brooklyn | Date Departed 8/12/04 | |
| Destination ELK FSL | Reason for Transfer Non-Medical | |
| Dist. Name | Dist.# | Date in Custody __ /__ /__ |

Current   1. __Care Level 1__         4. _____
Medical   2. __Hx Substance Abuse__   5. _____
Problems  3. __H/O L orbital Fx__     6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments: NO KNOWN DRUG ALLERGIES

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | _X_ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | _X_ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | _X_ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes _X_ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes _X_ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority Troy A. Bradwisch LT, USPHS MDC BRO, RN | Phone Number 718-840-4200 | Date Signed 8/11/04 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

(This form may be replicated via WP)

SIMILAR TO (USM 553)

000016

RECEIVED AT FCI ELKTON
ON_____8-12-4_ S. Bullock PA     Gary Bullock
                                  Physician Assistant

000017

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

7/2/04

2040    S: Pt ē complaints

dx: Idaho screening complete. Pt has H/O orbital fx
     ? needs an ophth flu

P:   flu ē dr. for further eval.

     MBC DRSCHELLN    *[signature]*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT

Last Name
**BAKER**
First Name
**DARRYL**
Middle Name
**ORRIN**
Ht. 6'02"    Wt. 230
Hr. BK    Ey. BN
REG# **19613-039** BRO

ten entries, give: *Name - last, first, middle; ID No or SSN; Sex;*
*/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000018

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

STANDARD FORM 600 (REV. 8-97) BACK

- S659.60    MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN    TRANSIT CDFRM
Y 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| B Clearance Yes ___ No ___ | Name: Barker Daryl |
| PPD Completed: 9-11-03 Date | Prisoner/Alien Reg#: 19613-039 |
| Results: OKO mm | D.O.B. 6/30/62 |
| CXR Completed: ___ Date | Departed From: McKian |
| Results: ___ | Date Departed: 7-1-04 |
| 3. Health Authority OK | Destination: Elk FSL |
| Clearance: [signature] 6/29/04 Sign Date | Reason for Transfer: Non Medical |
| Note: Dates listed above must be within one year of this transfer. | Dist. Name: ___ Dist.#: ___ Date in Custody: __/__/__ |

Current       1. Post Orbital FX        4. _____
Medical       2. c̄ muss entrapment      5. _____
Problems      3. _____        6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions
Needs F/u c̄ ophthalmologist

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ___ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? |

Sign and Print Name - Certifying Health Authority    Phone Number    Date Signed
D. Olson, MD    [signature]    6/29/04
Clinical Director

000020

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

USP Lewisburg
Inmate Received, this date 7-7-04
Medical History Reviewed                    Yes No
Evidence of lice                            Yes (No)
Suicidal Thoughts                           Yes No
Recent Assault, Trauma or Abuse             Yes No
Signs and Symptoms of Infect Dse            Yes No
Allergies to Medications                    Yes No
Medications                                 Yes (No)

_____ Leonard Potter, EMT-P

7-7-04

O.K. For Transfer
USP Lewisburg
Medications    Yes _____ No ✓_____

Cynthia R. Lewis, NP

000021

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN    TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

| TB Clearance Yes __ No __ | Name | Prisoner/Alien | D.O.B |
|---|---|---|---|
| | Baker Daryl | Reg# 11613-035 | 6/30/62 |

1. PPD Completed: 9-11-03  Date

Results: OxO mm.

2. CXR Completed: ___ Date

Results: ___

3. Health Authority

Clearance: ___ 6/29

Sign    Date

Note: Dates listed above must be within one year of this transfer.

Departed From: McKean

Date Departed: 7.1.04

Destination: Elk FSL

Reason for Transfer: Non Medical

Dist. Name ___ Dist.# ___ Date in Custody _/_/_

Current Medical Problems:
1. Post Cigarilus Fx
2. C nerve entrapment
3. ___
4. ___
5. ___
6. ___

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions
Needs F/u c ophthalmologist

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | __ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes __ No | If yes, state rea— |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equ— |

| Sign and Print Name – Certifying Health Authority | Phone Number | Date |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring

000022

000023

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

6/24/04

0815 hr

(S) 41 y/o AA ♂ c/o Chronic Rhinitis + Persistent cough

Onset ≈ 6 mos. ?? Allergies — ∅ Prior Hx

Aggravated / Exacerbated by Tobacco Smoke +

Ventilation Ducts  esp. 2° sleeps Top Bunk.

Reports — Frontal & Frontal HA's

② c/o return of scalp bumps — mild tender #4/10

+ itchy ∅ drain. current — feels like

early onset stage  Hx same — chronic c̄

last ABX — PCN  partial / complete relief

Reports — long Hx variety ABX c̄ Temp. partial relief

(O) CAOX3, NAD, distress, ambulatory / flaffect

o Ears → TM's intact, mild retracted ∅ F/cud

o Nose → ⊕ mucosal edema & Turbs, Clr/watery secr.

o Face → ⊕ Tender PNK's c̄ palpate / percuss

o Oral → intact, ∅ Lesion, ⊕ PND & Mild Erythema

   ⊕ Tonsils 1+ smooth ∅ Exudate / Red.

o Neck → FROM, SN↑, ∅ LA, ∅ Mass

o Chest → ⊕ A/R ∅ wheeze

o VSs → Temp 98² RR 12  HR

o Head-Scalp → Occipital & LT parietal ∃ mild tender &

   Erythema papules ∅ drain ⊕ crusting

(OVER) o Body Survey → ∅ Lesion Except Scalp

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Baker, Darryl    19613-039

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000024