| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 6/14/04 Cont'd. | (A) Allergic Rhinitis |
| | Folliculitis Chronic |
| | (P) Educate/counsel re. allergies (avoidance changes) |
| | + re. Folliculitis (Hygiene, Freq. washing c̄ |
| | soap & avoid occlusive cottons, etc.) |
| | Via Commissary ⋝ Tylenol/advil, allergy pills, |
| | decongestant nasal spray as directed |
| | Nasal INT spray @ #/nose P/N (QAM)(QHS) #1 c̄ refx 3 |
| | Erythromycin 500 mg ⋝ PO TID x 10d #30 ø ref. |
| | RTC PRN ⋟ Understands/agrees |

Reviewed By:
V. Geza, PharmD

Robert E. Piotrowski, PA-C
FCI McKean

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

Check back

Ⓒ inferior rectus dysfunction

**6/4/04**

**1450** S/ he says he still seen double looking

upward to the Ⓡ side

c/o pain Ⓣ eye upper & nasal

Repeats 3 times  my eye sore & nose

Pain is related to healing may be permanent

O/ field of motion checked

its not obvious that the

Ⓒ eye is lacking exact

coordination with Ⓣ eye

So it looks like he's getting better

but he still complains of

Diplopia in certain situations

Disarrel - probably no surgery,

A/ Still c̄ Diplopia - Blowout Rx

Ⓒ inferior rectus dysfunction

P/ PT ed: no change in plan

Has Following scheduled.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORD MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

§ Jorn Weiss §,

Still putting on Colace

H. BEAM, MD

FCI McKEAN

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank; Grade.)

REGISTER NO. 19613-039

WARD NO.

Darryl Baker

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

STANDARD FORM 600 (REV. 6-97)

Prescribed by GSA/ICMR

FIRMR (41 CFR) 201-9.202-1

000026

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/9/04 | Adm Note |
| 0700 | I mate on township to see ophthalmologist |
| | D. Olson, MD Clinical Director |
| 6/10/04 | Adm Note |
| 0700 | I mate returned from township, NSW not notified, ✓ pending consult |
| | D. Olson, MD Clinical Director |
| 6/16/04 | Adm - letter from Dr Weiss — |
| 1400 | Has had Blowout fx's, Entrapment not resolved p̄ 5 mo - recommends repair and release entrapment under general anesthesia |
| | I'll discuss c̄ I/m next visit I'll send request to VRI |
| | H. BEAM, MD FCI MCKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

1/30/04
1200
continued

I/m was displeased with my answer
a stated I was denying him his
medication.

Violette Geza, PharmD. RPh
Chief Pharmacist

4/30/04
1200

Adm Note

Inmate returned from township, V pending
Consult.

D. OLSON, M.D.

5/3/04
1500

Adm.

Quite functional with degree
of impairment as is —
"going (2 more w/cs)" wait until
3 mo from the injury — (if
diplopia straight ahead) would
need a repair —

CB = me 5/6/09 s/To
away / M____ Weiss
in CPW/4

____ M.D.
FCI McKEAN

HOSPITAL OR MEDICAL FACILITY    STATUS    DEPART./SERVICE    RECORDS MAINTAINED AT

SPONSOR'S NAME    SSN/ID NO.    RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
19613-035

WARD NO.

Baker, Darryl     19613-035

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000028

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

5/6/04
1300

S/ Cheek break @ inferior rectus Fx &
@ blowout Fx — feels some
better — Has pain looking
up & to R — at medial angle of orbit
& upper — feels like he's really
proper

O/ To my exam @ 6am —
much better c elevation
of L eye — diplopia — slight
c looking up to R
see — Dr Weiss' letter
glasses 'script OK — wears glasses

A) improving Function @ inferior rectus
— healing blowout Fx @ R orbit

P) PT'd use glasses — Following
c Dr Weiss & with me 1 mo
c wk

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

Addm:

4/15/04
1300
Dr. Stathopoulos: Hailed Fracture (2/27/04) c̄ some entrapment of inferior rectus. Redlused ~ 2 mo c̄ Dr Stathopoulos. Outcome is fairly good in that his gaze is convergent in most positions.

H. BEAM, MD
FCI McKEAN

4/15/04
1340
S) I spoke c̄ I/m and relayed above information as to plan & follow up

O) -

A) Healing Fx c̄ Orbit inferior rectus minds entrapment - Functional outcome reasonably good

P) PTod - need for glasses & F/u plan. Dr Stathopoulos' appt to Dr Howard for processing - see me 2 wks

H. Beam
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.  19613-059

WARD NO.

Darryl Baker

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000030

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/28/04 1430 | Adm - ① msg @ 0900 from Dr Stathopoulos office → Dr Weiss wants to see patient ? clearage Thus - 1402 WK, - I had I/m down at mainline + explained the plan but not essential detail R/u c me ~ 2wk ② scalp rash almost all better on PRN — he wants refill — RX Ren OTC 500 g ipo Bid # 40 |
|  | Reviewed By: V. Geza, Pharm |
|  | H. BEAM, MD FCI MCKEAN |
| 4/30/04 0700 | Adm NTL Inmate in town trip to see ophthalmologist D. Olson, MD Clinical Director |
| 1/30/04 1200 | Admin Note : Pharmacy    I/m reported to pill line after town trip to pick up medication. Mr. Montgomery had brought samples of Artificial Tears to the pharmacy. I stated to the inmate we are not allowed to give out samples from an outside physician. This item is an OTC & is available for purchase in commissary. I/m has sufficient funds to purchase the item & is not considered indigent.    (continued) |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**4/15/04**
**0930**

Adler –

i/m on town trip

*H. BEAM, MD.*
*FCI McKEAN*

**4/15/04**
**1130**

Adler

i/m back from town trip

*H. BEAM, MD.*
*FCI McKEAN*

**4/15/04**
**1230**

Brief talk c̄ i/m –

i/m calling in Stathopoulos for

update – see new 'script

more to follow

*H. BEAM, MD*
*FCI McKEAN*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 19613-037   WARD NO.

*Darryl Baker*

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000032

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

4/9/04
1000

Adm - 1/m on Town Trip

H. BEAM, MD
FCI McKEAN

4/9/04
1200

Adm- 1/m back from Town Trip

H. BEAM, MD
FCI McKEAN

4/9/04
1201

He had ct of orb'ts Today

S) results not yet ready.
PT ed- long discussion - probably
entrapment of extraocular motion
and I explained about that happen
The physiology of it
⊕ scalp improved

O) look OK. Fom - lacks ability to
look up with ⊕ eye ( gets Adm
scalp - rash par wa 3 x 4 cm - now
1 cm diameter

A) Probable Extraocular muscle entrapment
Probable Fungal infects Scalp, tinea petoris PCN

P) PT ed - Recelve
Pen Vk 500 mg i po Bid #40

H. BEAM, MD
FCI McKEAN

Reviewed By:
V. Geza, PharmD

RECORDS MAINTAINED AT
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE |
|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Darryl Bake

| REGISTER NO. 19613 - 039 | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000034

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

Adm

4/12/04
1230

he didn't come down to review CT result
I had told him to come at this time
on 4/9/04 at that visit

H. BEAM, MD
FCI MCKEAN

4/13/04
11⁰⁰

Main line

He say he was at HSU yesterday
at 13³⁰ & didn't see him.
Explained the mix up -
He'll be seen in Stat[?] soon
CT edits - old x-rays[?] run
(re read by Dr Welch after I
I called.

plan await Dr Statho[?]
recommendation

H. BEAM, MD
FCI MCKEAN

STANDARD FORM 600 (REV. 6-97) **BACK**

000035

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

3/31/04
1500

Allen

Dr Howard's note suggests on x-ray
superior orbital muscle entrapment
post injury 2/27/04
I talked to Dr Statho poulos who
recommended
1) CT of orbits including coronal
views; 2 mm segments
2) F/u appmt or a week later c̄
Dr Statho poulos
I'll submit this all to U/R comm

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 19613 - 039

WARD NO.

Darryl Baker

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000036

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

4/1/04
0930

S) Follow up Appt "Dr Howard":
See previous note.
"when I look up I see double"
(since the assault)
⊕ recurrent bumps back of scalp x 2yrs

O) looks ok all in AU
on extraocular motion x eyes —
he can't look up above
the rest point c (L) eye
lateral movements ok
Tender upper aspect of
orbital rim (L) eye

⊕ irritated nodular rash
back of scalp

A) — probable (L) superior orbital muscle
entrapment

— Tinea Capitus

P) PT ed explains plan for correction
see previous note

Ketoconazole 200 mg x 1 po QD #21 RTC
CB 1mo

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/25/04 1420m | 41 y/o AA O³ Such Call Cap-out re.CT. eye S/P Trauma 2/27/04 Submitted 3/22/04 — D-Range Shu No Show — Dish Compound 3/24/04 Fly via HSU & Cnsul sick call procedure. Shu CO reported — I'm doing well & c/o release. [signature] |
|  | Robert E. Piotrowski, PA-C FCI McKean |
| 3/31/04 1130 | Adm- See consults ① more to follow on Dr Howard's evaluation ② Has folliculitis on Scalp -pat say which he is adamant reponds To PCN; wants Some — Confirm p on exam plan: Pen VK 500 mg x/po Qid #40 |
|  | Reviewed By: V. Geza, PharmD    [signature] |
|  | H. BEAM, MD FCI McKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.

WARD NO.

Baker, Darryl    19613-039

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000038

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
|  |  |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**3/11/04**
**1315**

S) I received a consult This AM dated 3/9/04 from This I/m saying he had problem ē L eye.

He was consulted 2/27/04 q/ suffered contusion about the L ʃace bled. & ann. Says his L eye got punched; ē was sore but cleared up after that.

In past 5 day, is sore crust eg ot lower lid d weeps; red. No photophobia. se sore when looking extremely down.

O) looks well Eyes: PERRL

EOM Full. bilat eyelid periorbital und bilat orally

R conjunctiva not red.

L conjunctiva sl red

Abrasion lower lid L eye

w/et erie L eye                    over

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 19613 - 039    WARD NO.

Darryl Baker

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000040

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| | Denies trying recently or trauma |
| | Acuity 20/30 Bilaterally |
| 3/11/04 | stains. no corneal |
| 13¹⁴ | defect @ cornea |
| | slight + adic over frontal sinus |
| | A) abraded lower lid @ eye – unsure how this happened. I don't think its related to the assault 2/27/04 |
| 3/11 | P) Pred. reassess – use of meds Na Sulamyd 2 gtts Qid @ eye x 5 days #1 |
| | Optometry consult 3/17 |
| | after – |
| | S) C/O recurrent tinge – infection – on back of scalp.  wants ABX |
| | O) mild follicular – back scalp |
| | A) folliculitis |
| | P) pred – hygiene – Keflex 500 mg PO Qid #20 |

Reviewed By:
V. Geza, PharmD

Case 1:05-cv-00147-SPB  Document 39-8  Filed 03/16/2006  Page 18 of 30

NSN 7540-00-634-4176
AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

9/23/03 0845 — No show for scheduled appt, must reschedule  J Glenn FNP-C

12/4/03 0830 — No show for scheduled appt, must reschedule  J Glenn FNP-C
J GLENN FMP-C

1-29-04 0755 —
(S) c/o head bumps that bleed + cause pain   PAIN: burning/itching + 7/10
PCN VK worked. ✓ comes back in 1 month but bumps.   + itching
HAS BUMPS OFF + ON SINCE Haircut/imprisonment 4 years ago

(O) SCALP: @ 2mm diffuse pustular papules, excoriation + some blood crusts.

(A) Scalp Folliculitis

(P) 1. Erythromycin 500mg  î po QID x 10 days, then 1 po BID,  #40  Rx2
2. Benadryl 25mg  î po TID prn itching  #15 NR
3. Motrin 400mg  î po QID prn pain  #30 NR
4. Pt to go to commissary for: ASA/APAP/IBU when Motrin Rx done, for Selenium Sulfide Shampoo.
5. EO: î prn, use of meds, NO SHORT HAIRCUTS.
6. Pt understands. RTC prn   JG

Reviewed By:
V. Geza, PharmD

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean
SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)
Baker, Darryl
REGISTER NO. 14613-039 | WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000042

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |
|------|---------------------------------------------------------------------------|

2/29/04
0950hr

41 y/o AA♂ s/p assault 2/27/04

See Injury Form

Robert E. Piotrowski, PA-C
FCI McKean

3/9/04

S. S/C sick call.

1010

Pt did not have sick call slip, AW had asked HSU to stop. As Pt was being told this was for sick call he became verbally abusive and beligent. He was told that his behavior was not appropriate and given another chance to discuss his health issue. He continued his abusive demeanor and language. The visit was ended at this point. Pt was advised to sign up for sick call if needed to be seen.

O: NAD   well appearing

exam not completed

A: non-compliance

P: (1) Education— behavior is not tolerated, F/u PRN — pt understands

Eric Asp, PA-C
FCI McKean

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/12/02 1220 | Intake screening done Ⓞ Known expos. to infec. dis.  Ⓞ H/O STD's Ⓞ H/O IVDA    NKDA Ⓞ head/body lice.  Ⓞ suicidal ideations Gracia Fairbanks PA **GRACIA FAIRBANKS** Physician Assistant |
| 2/28/03 1100 | No show for 0830 call-out (sick call appt). *S. Labrozzi* **Steven Labrozzi, PA-C** **Physician Assistant** |
| 3-28-03 2240 (SHU) | S: C/o "scalp bumps + infection x 3 weeks." States he has had the condition ⴲ + the only medication that works is PCN VK. Requests tx. O: NAD. Scalp: 1 patch of black-crusted lesion on crown-back of head, ⴲ a few papules. A: Folliculitis Capitis P: PCN VK, 250 mg, 1 tab po qid x 7 days. #28 ✓. Pt. education re scalp care. RTC prn. Pt understands. B Saylor NP **BONNIE SAYLOR, NP** **FCI McKEAN** |

| HOSPITAL OR MEDICAL FACILITY Reviewed by STATUS (_____, MD) Date: 3/31/03 | | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

*Baker, Darryl*

| REGISTER NO. 19613-039 | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
P.      by GSA/ICMR
F.      1 CFR) 201-9.202-1

000044

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ...ATION (Sign each entry) |
|------|----------------------------------------------------------------------|

See report

**3/31/03**

S] Has c/o crusing scalp, scaly, weepy
episodic PCN has helped in pres?

O] al scaling of scalp - nodestine bleeding
slceure                    T 95°

A] Infected seborrhea

P] Med. Hygiene
D/c Penicillin
Keflex 500 mg 1 po Qid #28 RF0
Selsen Shampoo use 2X/WC #1 RFZ
CB Prrv

Reviewed by D. Olson, MD
Date: 4/1/03

H. BEAM, MD
FCI MCKEAN

**4/10/03**

See above
Adm - says he never got Keflex

Rx Keflex 500 mg 1 po Qid #40 RF0
Selsen Shampoo use 2X/WC #1 RFZ

4/14/03
Violette Olson, PharmD, RPh
Chief Pharmacist

H. BEAM, MD
FCI MCKEAN

MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CONFIRM

BP-S811.060
MAY 99

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TB Clearance | Yes ✓ | No |
|---|---|---|

1. PPD Completed: 9/14/01 Date

Results: 0 mm

2. CXR Completed: _____

Results: _____

3. Health Authority

Clearance: Cleared

Traci L Tyger 8/28/02

Sign / Date

Note:
Dates listed above must be within one year of this transfer.

Name Baker, Darryl

Prisoner/Alien Reg. # 19613-039

D.O.B 6/30/62

Departed From FCI Loretto

Date Departed 8/30/02

Destination FCI Mckean

Reason for Transfer non-medical

Dist. Name

Dist. #

Date in Custody _/_/_

Current 1. Healthy Male    4. _____
Medical 2. _____         5. _____
Problems 3. _____        6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required for Care En Route | |
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

Special Needs Affecting Transportation

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes | __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes | __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes | __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes | ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes | ✓ No | If yes, what equipment? |

Sign and Print Name (Certify Physician/Health Authority)

Traci L. Tyger, PA-C
Physician Assistant-Cert.

Phone Number 814-472-4140

Date Signed 8/28/02

00046

Routed copy - Transferring Officer; Copy - Health Record (Top page Position cmd...)

USP Lewisburg
Inmate Received, this date          8/30/02
Medical History Reviewed            (Yes) No
Evidence of lice                    Yes No
Suicidal Thoughts                   Yes No
1228  Recent Assault, Trauma or Abuse     Yes No
Signs and Symptoms of Infect Dse    Yes No
Allergies to Medications            Yes No
Medications                         Yes No

Ivan Navarro, PA

9-12-02

O.K. For Transfer
USP Lewisburg
Medications    Yes _____ No _____

Ivan Navarro, PA

000047

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 500-108 |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* | |

7/19/62
0720    STU
        S - Pt c̄ scalp lesion
        Help c̄ PCN. Sys few
        lesion on scalp still

        O (NAD)
        Scalp - Several scalp crusted
        papules

        A - Scalp lesion
        P/ PCN 250g ~ qid x 7d
          Ø RX

        O Daily ffu ~ STU

        *(signature)*

8/7/62    (STU) Pt requesting to continue PCN for
1145      scalp folliculitis. In previous pt encounters
          Pt has been on PCN for 24hrs. &
          notes almost completely resolved but feels that
          now has stopped & coming back.
          O- A9Ox3. NAD
          Scalp: few papules on scalp seen & are slightly
          particular Ø bleeding that is a small area that has been
          self excoriated. Scalp is flesh tone to pink. Ø Hair loss

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle initial)*
Baker, Darryl

RELATIONSHIP TO SPONSOR    STATUS

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.
                   19613-039

SEX

RANK/GRADE

DATE OF BIRTH

FCI LORETTO
Health Services Dept

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 8/7/02 | Cont'd |

A: Revolving folliculitis

P: 1. Educated Pt on findings & no need for prolonged antibiotic Tx as they are clearing — will give 1 additional week as follows:

1. Rx Tetracycline 250 mg (SHU)
   Sig: ī PO QID x 7d. #28 (TARPALS)
2. Do not excoriate & manipulate
3. Educated on skin care
4. RTC Daily SHU Ras prn

Tracy L. Tyger, PA-C.
Physician Assistant-Cert.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

7-1-02    SHU

0900    S- Pt c̄ continued c/o scalp
        lesion. Says they bleed at
        times. Used cream, shampoo
        & decadron c̄ relief

        O- VSS    T- no fever
        Scalp- Multiple small dark
        papules - from. no blood

        A- Pseudofolliculitis of scalp

        P ① PCN 250 mg T qid x 7d RFX
          ② back here in SHU

                                    Mike Condri PA
                                    en

7/9/02    S. 40 yo black male seen in SHU for tx of posterior scalp.
10⁵⁰      He states that he has been tkg the antibiotic
          prescribed and has decreased the frequency of
          washing his hair to about 3x/week. He states that
          his scalp is improving / feels better

          O. Cooperative 40 yo male in NAD
          Pt has bar left hair grow out c̄ longer
                        OVER                     Donald Sendi ???
                                                 Donald ??? M.D.
                                                 Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Baker, Darryl
19613-039
**FCI LORETTO**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000050

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 7/9/02 | med note continued |
| 1050 | posterior upper scalp with down, red patch type area with |
| | no noted bleeding, discharge or dried blood noted |
| | area does appear to be somewhat improved since seen |
| | 6/5/02 |
| | u/c ↑ for scalp — appear with improvement. Patient |
| | instructed to continue avoidance of EXCESSIVE |
| | washing/shampooing ↓ s any PCN given 7/11/02 |
| | F/u ī pa-c prn ——————— [signature] |
| 7.12.02 | S/TR |
| 1025 | S- Pt here ℞ for scalp lesion |
| | S/s PCN helpem Still |
| | firm lesion on scalp |
| | O- ⊕ healing scalp papule |
| | Slight crusting on several |
| | A- follublitis |
| | P- PCN 250 mg ī g.id x 5 d |
| | ⊕ Daily flomm in S/Per |
| | [signature] Mike Crider PA |

NSN 7540-00-634-4176                                                                           500-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/16/02 0925 (SHU) | S) Pt seen with recurrent scalp folliculitis – see notes 9/18/01, 10/18/01 – good results c̄ Lidex cream<br><br>O) mid scalp folliculitis<br><br>A) as above<br><br>P) – Lidex cream to area BID x 14 dy RF x1<br>– F/u daily SHU<br><br>SCOTT MIDDLEKAUFF, PA-C/ART<br>PHYSICIAN ASSISTANT-CERT. |
| 5/31/02 0945 error 5/3/02 0915 | S) (SHU) Pt seen on AM SHU Rds. He reports trial(s) of lotino + other topicals for Tx of folliculitis over the last ____ o/so without resolve/no reqnt Tx.<br><br>O) A Yo Y3 cooperative BM seen in SHU clinic SCALP: ⊕ erythematous papules, no/pus over anterior scalp<br><br>A) folliculitis infectious vs pseudo keloidal type<br><br>P) Due to long duration may be pseudo keloidal type. Pt made aware of this + difficulty in Tx if ever resolves because of scarring nature<br>1. Will trial systemic Tx. Pt to report prn if remains untreated but aware that may not be able to treat (SHU) DC U/O[?]<br>Rx) Dicloxacillin 250mg Sig: Take 1 PO QID x 7d #28 # 3 Refills (4 wk supply) |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*  5/31/02

Neil David Lord, M.D.
Clinical Director

RECORDS MAINTAINED AT:
Traci L. Tyger, PA-C
Physician Assistant-Cert.

Baker, Daryl
19613 – 039
FCI LORETTO
Health Services Dep[t]

| PATIENT'S NAME | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

6/5/02
15:00

S: 39 y.o. Black male seen on SWU for his co-pay out request in regards to his scalp rash. He c/o itching, bleeding, & red discoloration of his scalp. He notes that prescribed cream did not help. He states the dicloxacillin he was recently given. He reports washing his head/scalp daily.

O: Corpsman 39 y.o. male seen in sick call
P on BP = 125/86, pr ____, Temp = 97°F
____ of head with dark, reddened ____ type area with no weeping or purulent drainage currently seen. ⊕ area of dried blood noted

A/P: ē possible eczema of scalp — he is educated to reduce washing his scalp to only 1-2 x/wk and keep soaps, ____ powders and other materials off of his skin/scalp. He is told to continue to use the dicloxacillin he was given. He is educated that he may have eczema type skin rash and by decreasing washing/soaping which dries the skin he may note improvement, but this will occur slowly. He is told to f/u ē the PA-C in a few weeks if no better, or sooner if he notes sudden worsening. — Daniel Leonard, M.D.

Daniel Leonard, M.D.
Clinical Director

000053

NSN 7540-00-634-4176                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

7/13/00
1315

S) Pt Seen with med folliculitis on scalp present x 2 months.
a) med folliculitis scalp
P) Folliculitis scalp
P) -Selsun shampoo two times weekly x 30 dps Refill x 2

MIDDEKAUFF PA-C

7-24-01 RM 6
1230

S Pt c/o 1 month h/o rash on scalp. Denies pruritis, drainage from lesions & F/C.

O NAD, A&O x 3, ambulatory, T = 97.8F, Skin: ® parietal scalp area there is a patch of papules located @ the hair follicle/shaft c̄ crusted yellow scales @ the heads.

A Folliculitis Capitis

P ① Wash scalp BID c̄ H₂O & Soap
② Avoid cutting hair so short.
③ (Rx) Polysporin apply BID #1RFx2
④ RTC PRN

Golden

Robin Golden, PA-C
Physician Assistant-Cert.

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Baker, Darryl
19613-039
FCI LORETTO
Health Services Dept

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH 000054 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505