| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|------|------|
| 9-18-01 RMG<br>0930 | S Pt continues to c/o "bumps/dry skin" which is itchy on scalp." x 2½ months, not alleviated by polysporin. Denies: open lesions, diffuse erythema & F/C.<br><br>O NAD, A&O x3, Ambulatory, T -98.4°F, R parietal scalp area there is a small "yellow" patch of eczema erythema small vesicular skin. No open lesions<br><br>A Tinea Capitis c̄ eczema (seborea dermatitis) component probable<br><br>P ① Wash area BID c̄ soap & H₂O & dry thoroughly<br>② Rx Ketoconazole 2% cream apply BID #1 RFx1<br>③ Rx Lidex 0.05% cream apply sparingly as directed BID #1 RF x0<br>④ RTC PRN<br><br>Golden PA-C<br>Robin Golden, PA-C<br>Physician Assistant-Cert. |
| 10-18-01 KAB<br>0820 | S- Pt. reports requesting refill of Lidex cream for scalp. He states the area is much improved but not resolved completely. He denies any pruritis, open lesions or bleeding.<br><br>O- NAD A&O x3<br>Temp 98.2°F, 1"x1" erythematous macular patch @ R parietal area s̄ scaling, vesicles. Area is not draining + appears to be healing/resolving.<br><br>A- Tinea Capitis c̄ eczema component - resolving<br><br>P- ① Cont. to wash area as instructed<br>② will refill Ketoconazole<br>③ Lidex 0.05% cream apply sparingly as directed BID #1 ⊕RF<br>④ RTC PRN<br><br>Kristi Basci PA-S<br>MDD c/c/r Kristin Bascian |

600-108

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 7/6/00 | ADMINISTRATIVE NOTE. MEDICAL RECORD REVIEWED THIS DATE: 7/8/00   John McMullen EMT/Paramedic |
| 1226 | |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Baker, Darryl

19613-039

FCI LORETTO
Health Services Dept.

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | 000056 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |

U.S. Government Printing Office: 1996 - 404-763/40010

STANDARD FORM 600 BACK (REV. 5-84)

BP-S659.60 **MEDICAL SUMMARY**    **FEDERAL PRISONER/ALIEN I** TRANSIT CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TB Clearance Yes ✓ No ___ | |
| 1. PPD Completed: 10-14-99 _Date_ | |
| Results: 0x0 mm | |
| 2. CXR Completed: ___ _Date_ | |
| Results: ___ | |
| 3. Health Authority | |
| Clearance: | |
| _W Howard_ 6/28/00 _Sign_ _Date_ | |
| Note: Dates listed above must be within one year of this transfer. | |

| Name | Prisoner/Alien Reg. # | D.O.B. |
|---|---|---|
| Baker, Darryl | 99613-039 | 6/30/62 |
| Departed From | Date Departed | |
| McKean | 6-30-00 | |
| Destination | Reason for Transfer | |
| Loretto | Non Medical | |
| Dist. Name | Dist.# | Date in Custody ___/___/___ |

| Current Medical Problems | 1. EHM | 4. ___ |
|---|---|---|
| | 2. Poly Sub. abuse | 5. ___ |
| | 3. Ch. LBP | 6. ___ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| None | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ___ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number 814-362-8900 | Date Signed 6/28/00 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring 000058

This form may be replicated via WP. SIMILAR TO (WPM-552)

1613   HEALTH SERVICES UNIT
       LEWISBURG, PA 17837

Inmate Received this date 7/6/2006

Medical History Reviewed

Evidence Body Lice   Yes _____ No ✗

Medications   Yes _____ No ✗

Mark Peoria, PA-C

7/7/00

O.K. For Transfer
USP Lewisburg
Medications   Yes _____ No ✓

Edgardo Ong, P.A.

Reviewed 7/7/00   Byich PA C

Byich

NSN 7540-00-634-4176                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

7/25/99
1300

See injury Report.

Patic
Dosage
Special Instructions
Understood

C. Gelsick, R.Ph

*W. Flatt, MLP*

---

8/9/99.
0805

S – LBP – + H/o old injury C/o muscle spasm.
C/o Pain c Ant Flexion @ waist.

O – + Spasm bilat lumbar paraspinals. + Pain c Ant flexion to 30°.

A – LBP – spasm.

1 – Motrin 400mg i or ii TID pc #15 x1
     ↑ ed. Muscle Toning & Moist Heat Understands RTC pn.

Patient Education
Dosage
Special Instruction
C. Oyler, R.Ph

*W. Flatt, MLP*

---

12-15-99
0730

See injury report

*Eric Kessel, SR.
EMT - Paramedic*

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint)

RECORDS MAINTAINED AT: ▶ McKean

PATIENT'S NAME (Last, First, Middle initial): Baker, Danny |   SEX

RELATIONSHIP TO SPONSOR   STATUS   RANK/GRADE

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO. 19615-039   DATE OF BIRTH 000060

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7540-00-634-4176                                                                                              600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 12-30-96 0905 | S: pt still having pain |
| | O: pt. Has Tenderness palpation supraspinous muscle L-S area ⊖ erythema or swelling, can bend forward ~20°, pain on straight leg raise both sitting or laying, good strength, DTR2 +2, N-V intact |
| | A: muscle sprain |
| | P: 1. PATIENT EDUCATION PROVIDED - ice, meds, rest |
| | 2. Motrin 800 mg. ⊺ PO TID, #15, no refills |
| | 3. FIU PRN |
| | 4. idle 2 days                                   S Walter P.A. |
| | SHARONE A. WALTER PHYSICIAN ASSISTANT |

PATIENT EDUCATION
— Dos...
— Special...
— Adverse Re...
Gelsick, R.PH./MA

| | |
|---|---|
| 11/25/97 0740 | S - Pain ⓛ Side of Neck - onset zumes while lifting wts. |
| | O - ⊘Edema. + facial Tenderness. ⓛ Ant Aspect extends to ⓛ Shoulder. |
| | A - Muscle Strain ⓛ Side of Neck |
| | Motrin 800mg #21 ⊺ ⊺ TID x1 |
| | Pt cd moist Heat QID understands. |
| | Rest Today |
| | [signature] ...Platt MLP |

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
C. Gelsick, R.PH.

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ FCI MCKEAN HEALTH SERVICES

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| Baker  Darryl | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 19613-039 | DATE OF BIRTH |

000052

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/23/98 0820 | S – C/O (R) LBP 2° to lifting wts in gym |
| | T̄ c̄ bending |
| | O – Back – (T) (R) paravertebral musc tenderness L5-S1 |
| | flex 90° , neg SLR |
| | A – ① L/S sprain |
| | P – ① I dll x 2 days |
| | ② Motrin 800mg TID Pc #21 RX1 |
| | ③ PATIENT EDUCATION — back exercises given, |
| | rest, heat, med use , ↓ heavy lifting in gym |
| | pt understands |
| | ④ RTC if ↑ better          D. OLSON, M.D. |

PATIENT EDUCATION
— Dosage
— Special Instructions
— Adverse Reaction
C. Gelsick, R.Ph.

| 5/19/98 0645 | S pt c/o LBP (musc pull) - bent while lifting wt |
| | last pm was ok but now painful - resolved ⊘ bladder |
| | ⊘ incontinence - |
| | + pain LS flexion ⊖ SLR, min T+S (R) paravertebral LS |
| | neuro intact, good strength |
| | A LBP lumbar sprain/strain 5 cord 2° to wt lifting |
| | ⊘ I d/l 6 x 1 d                2° heavy strain |
| | ① IBU 800 , + Tol #9  2 gms stat |
| | PATIENT EDUCATION - moist heat lumbar back |
| | No rec/sports x 1 wk   RTC prn |
| |            5/11/98         T. Montgomery, MLP |

— Dosage
— Special Instructions
— Understood
C. Gelsick, R.Ph

D. OLSON, M.D.
CLINICAL DIRECTOR

NSN 7540-00-634-4178                                                                                      600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3.11.96<br>08:25 | S — pt. c/o of headache, sinus problem, pain in the neck + back since 3 days nr.<br><br>O — Temp ; 97.5<br>— Tenderness in the right side of the neck localized in the upper neck in the anterior cervical area,<br>— throat ; normal<br>— H & N ; normal<br>— ears ; normal<br>— nostril ; normal mild tenderness in the sinual area, mild stuffy nose.<br>A — Sinusitis ; Viral syndrome<br>P — ① Sudafed Tpo QID #20<br>② Tylenol 325 g # po T ID prn x 30<br>③ PATIENT EDUCATION PROVIDED to drink a lot of fluid.<br><br>MOHEB SIDHOM. FMS, PA |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

| RECORDS MAINTAINED AT: ▶ | FCI, McKean | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)*<br>Baker, Darryl | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | 000064 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>19613-039 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

| DATE | |
|---|---|
| 5-13-96 | S: "Hurt back" 5-11-96 in Gym wgt lifting - doing rowing |
| 1007 | exercises pulled muscle in LB |
| Union | O: Exam of lumbar flexes to 75° Ext to 20° |
| NKDA | + muscle spasm tenderness in upper paravertebral lumbar |
| | area ⊝ SLR Achilles/Patellar reflexes active/equal |
| | Can walk on toes w/o difficulty gait wd |
| | A: LBP, muscle spasm |
| | P: PATIENT EDUCATION PROVIDED  Condition meds discussed cc/dx × 2d |
| | warm moist heat / therapy PRN |
| | Motrin 400 ⊤ qid PRN #20 |
| | Robaxin 500 ⊤ qid PRN #12 |
| | PRE PRN |
| | _A. GUNTHER, MD_ |
| 5/21/96 | S: Patient recurred trauma to |
| 0900 | back. |
| | O: Back: 3cm diameter reddened area |
| | swelly, subscapular tenderness |
| | A: upper back strain |
| | P: O I BU 400 mg |
| | PO ✕ O × I # 21 |
| | O. Connelly |
| | OWEN CONNELLY, FMG, PA |
| 12-26-96 | See injury report |
| 1830 | S. Walter P.A. |
| | SHARONE A. WALTER PHYSICIAN ASSISTANT |

PATIENT EDUCATION
Dosage
Special Instructions
Adverse Reaction
C. Gelsick, R.PH.

NSN 7540-00-634-4176    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/18/95 (730) | Intake Screening, _____ PPD 10/4/95 — *D.K. PEL, FMG PA* |
| 11/8/95 (1160) | Physical exam — *D.K. PEL, FMG PA* |
| 11/13/95 1400 | S - see above<br>O - WBC 3,300<br>A - ① Leukopenia<br>P - ① w/ CBC — *OLSON, MD MEDICAL DIRECTOR* |
| 11/20/95 09:25 | S. Pt refers muscular spasm on back of Rt shoulder since 5 days ago, intermittent No direct trauma<br>O: Alert, W/O muscular spasm on Rt back w/ swelling/echimosis seen. No motor deficit<br>A: Muscle Spasms<br>① Motrin 600 T/8hrs #30 w/ food, apply heat locally<br>② Robaxin 500 T/85 Td then T/8hrs #15<br>③ idle x 7 day 11/20/95 — *GOMEZ-LEON, FMG PA TO MCKEAN HEALTH SERVICES* |

*CYNTHIA GELSICK, R. Ph* — Charts Screened for Adverse Reaction and Dosing

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle Initial)*<br>Baker, Darryl | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION<br>000066 |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>19613-039 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

12/28/95
1/05

S: [illegible] L knee pain - start [illegible] [illegible]
[illegible] [illegible] [illegible]
no [illegible] - [illegible]

O: Small jt effusion, tender, ⊖
[illegible] FROM ⊕ [illegible]

A: Knee sprain & effusion

P: Motrin 400 i - ii TID #20
Rosaxin 500 i QID #20

PATIENT EDUCATION PROVIDED   No Sports
RTC PRN

* T. [illegible] MONTGOMERY, FMG PA

---

1/30/96
09:35

S: [illegible] pull muscle x 3 day after doing exercise (weight lifting)

O: Alert W/O [illegible] injured on/off another walking pain (mild) no swelling, no echimosis, no direct [illegible] inj. no motor deficit

A: Muscle sprain/strain

P:
① Motrin 800 i / 8 hrs w food, #20
② PATIENT EDUCATION PROVIDED
③ Robaxin 500 i / 6-8 hrs #42
④ idle x 1 day.

[illegible] GOMEZ, FMG PA

---

STANDARD FORM 600 BACK (REV. 5-84)

000067

CYNTHIA G[illegible], R.P.
Harm Screened by Adverse
Reaction and Harmful Drug
Therapy

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

MEDICAL RECORI  F FEDERAL
PRISONER IN TRANSiT

I. Name: Baker Darryl    No. 19613039

II. Departed From: FDC Milan    On: 10-18-95
    Name of Institution    Date

III. Destination: MCK
    Name of Institution

IV. Reason for Transfer: _____

V. Major Diagnosis: Healthy    PHOTOGRAPH

VI. Medication for Care Enroute: None

VII. Special Instructions: None

VIII. Work Classification:
    ( ) Regular    ( ) Food Service Qualified    (✓) Restrictions (explain) Not fully evaluated

    Recreation Classification:    Housing
    (✓) Regular    (✓) Regular
    ( ) Restrictions (explain) _____    ( ) Other _____

    Anderson
    Certifying Medical Staff Member    **MARIO BAYONETO, PA**    P.A.

## PROGRESS NOTES ENROUTE

| Date | Time | Institution* | Symptoms, Findings, Medications, Treatment, Orders, etc. |
|------|------|--------------|----------------------------------------------------------|
| 10-4-95 | | | Ø PPD |

INSTRUCTIONS: Original, shall be delivered to Officer in Charge of shipment, who will carry them on a clip board for ready reference and turn them over to the receiving medical personnel at holdover institutions, where they shall serve in lieu of other medical forms.  Carbon copy to be packed with prisoner's individual medical file.  Bus Drivers will pick up originals from medical department at each holdover institution when shipment is ready to proceed and eventually deliver them to the medical staff at receiving institution.  Enter all medical transactions enroute, adding additional sheets, or other records as necessary.
* Signify "Bus" where indicated.

ORIGINAL – Transporting Officer
CANARY COPY – To be placed in Unit Health Record, top page in position one
PINK COPY – To be retained at the Transferring Institution as Backup

000068

BP-149(60)
October 1980

000069

NBN 7540-00-634-4176

800-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

10-4-95
1375

S – Received   FDC – Milan

O – Ø nits, Ø lice

A – Hx ? drug abuse

P – informed sick call procedure

MARIO BAYONETO, PA

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

FDC-MILAN

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)*  Baker Darryl | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.  19613 – 039 | 000070  DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
|      |                                                                          |

000071

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

MEDICAL RECORD OF FEDERAL
PRISONER IN TRANSIT

I. Name: Boren Darryl                    No. 1991304

II. Departed From: F.B.C. MILAN                    On: 8-7-95
    _____
    Name of Institution                    Date

III. Destination: DSM
    _____
    Name of Institution

IV. Reason for Transfer: NON MEDICAL

V. Major Diagnosis: _____                    PHOTOGRAPH

VI. Medication for Care Enroute: _____

VII. Special Instructions: C.D.C. UNIVERSAL PRECAUTIONS ARE TO BE
     OBSERVED WHEN TRANSPORTING ANY INMATE.

VIII. Work Classification:
    ( ) Regular    ( ) Food Service Qualified    ( ) Restrictions (explain) not fully evaluated

    Recreation Classification:                    Housing
    (✓) Regular                                   (✓) Regular
    ( ) Restrictions (explain) _____      ( ) Other _____

                                        DAVE ANDERSON, HSA
                                        Certifying Medical Staff Member

## PROGRESS NOTES ENROUTE

| Date | Time | Institution* | Symptoms, Findings, Medications, Treatment, Orders, etc. |
|------|------|--------------|----------------------------------------------------------|
|      |      |              |                                                          |
| 6-9-95 |    |              | Ø PPD                                                    |

INSTRUCTIONS: Original, shall be delivered to Officer in Charge of shipment, who will carry them on a clip board for ready reference and turn them over to the receiving medical personnel at holdover institutions, where they shall serve in lieu of other medical forms. Carbon copy to be packed with prisoner's individual medical file. Bus Drivers will pick up originals from medical department at each holdover institution when shipment is ready to proceed and eventually deliver them to the medical staff at receiving institution. Enter all medical transactions enroute, adding additional sheets, or other records as necessary.
* Signify "Bus" where indicated.

ORIGINAL – Transporting Officer
CANARY COPY – To be placed in Unit Health Record, top page in position one
PINK COPY – To be retained at the Transferring Institution as Backup

000072    BP-ADMIN 71
          October 1980

NSN 7540-00-634-4178

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

6/8/95   32 BM  NKA(?)

1525 Ⓢ R&D intake here

Ⓞ ⊕ lice

Ⓐ Polysub. abuse

Ⓟ Inford inmate of s/c sign-up procedure

_Steph Gidel P.A_

STEPHEN GIDEL, PA
PHYSICIAN ASSISTANT

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

FDC-Milan, Mi.
Milan, MI 48160

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle Initial)
BAKER  DARRYL

SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.
196 13 - 039

DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

*U.S. Government Printing Office: 1994 -- 300-892/10075

**STANDARD FORM 600 BACK** (REV. 5-84)

000074

* U.S. GPO: 1994-378-995

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

**ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES**

Baker, Darryl
19613-039

| TEST: | | Date | 3/4/96 | 3/4/96 | Sample No. |
|---|---|---|---|---|---|
| | | | | | 1 9 6 1 3 - 0 3 9 |

PM/TIME
PRE-OP
STAT
E.R.
P.O.

DIFF
ALL

RBC
WBC

CBC
Hgb
Hct

PLT

REC'D BY    D. Olson
ORDERED BY  S. CZEKAI, MED. TECH.
PERFORMED BY

| | |
|---|---|
| WBC x10³/µl | 3.1 |
| RBC x10⁶/µl | 4.80 |
| HGB | 14.3 |
| HCT | 40.9 |
| MCV | 85.2 |
| MCH pg | 29.6 |
| MCHC g/dL | 35.0 |
| PLT x10³/µl | 172 |
| Lymph % | |
| Mixed % | |
| Neut % | |
| Lymph x10³ | |
| Mixed x10³ | |
| Neut x10³ | |
| RDW | |
| % | |
| MPV | |
| Seg | |
| Band | |
| Lymph | |
| Mono | |
| Eosino | |
| Baso | |
| Atyp Lymph | |
| Meta | |
| Myelo | |
| Pro | |
| Blast | |
| Retic | |

OLSON, MD
MEDICAL OFFICER

FCI McKean
PO Box 5000
Bradford, PA 16701

NO.

BARKEL BARKER
B/M/O/06-30-1962
HT/602    WT/190    HR/BK    EY/BN
CUSTODY/

FDC milan

Baxter

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975        514-106

000075

GPO: 1994—180—908 QL 3

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

BakeR Darryl

19613-039

FDC Milan

Enter in above space    PATIENT IDENTIFICATION— TREATING FACILITY—WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB |
|---|---|---|---|---|
| | MD | (TECH) | 6-13-95 | |

SPECIMEN LAB REF NO.

URINALYSIS

URGENCY — PATIENT STATUS
☒ ROUTINE
TODAY ☐
☐ PRE-OP    SPECIMEN SOURCE
STAT ☐

REMARKS

| TESTS | SPECIMEN TAKEN | | REQUESTED | ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE JONES PROTEIN | HEMOGLOBIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | AM/PM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6-13-95 | 9:00 | A | | Routine | yellow | 1.015 | 0 | 0 | 0 | 0 | 0 | 0 | trace | 6.0 | 0 | | | | | | 0 | | | | | |

WARD NO.

L19613-039

Baker, Darryl

**FDC-MILAN**

**LABORATORY REPORTS**
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201—45.505
October 1975    514–108

000076

16Aug 2004 07:49 FROM:LABCORP I    BLK    TO:13304247180    L    IRP    PAGE 001

To:

FCI Elkton-Camp. Medical

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 226-430-5050-0 | R | CB | Final | Pg 1 | |

Additional Information

**LabCorp**

Time 0900

SRCE THROAT

Clinical Information

Fasting: N

DM34123615

| Physician ID | Patient ID | |
|---|---|---|
| BARNES | 19613039 | |

Account FCI Elkton-Camp. Medical    34123615

| | Sex | Age (Yr/Mo) |
|---|---|---|
| KERR, DARYL | M | |

Fx# 330-424-7180

8730 Scroggs Rd
Elkton, OH 44415
330-424-7448

| | | Date Reported |
|---|---|---|
| | | 0000 |

| | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Beta Hemolytic Strep A Only | Final report | | | | CB |
| | | | | | CB |

Group A Beta Hemolytic Streptococci
Isolated

Penicillin continues to be the drug of choice for infections
caused by beta hemolytic streptococci in groups A,B,C and G.
No penicillin resistance has been described among these
organisms and surveillance for emerging resistance is not
recommended.  (Sahm, DF. Clinical Microbiology Newsletter,
Jan. 1994; Gordon, KA, et al.  Diagnostic Microbiology and
Infectious Disease, June, 2002.)

--------------------------------------------------------------
Lab: CB LabCorp Dublin              Director: Rose Goodwin, MD
     6370 Wilcox Road Dublin, OH 43016-1296

--------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-542-7708 Lab: 614-889-1061
                     Last Page of Report

JANE M. BARNES
Physician Assistant

ROSS QUINN, M.D.
MEDICAL OFFICER

AUG 30 2004

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  800-542-7708

**REPORT**
Report Date: 08/16/04 Report Time: 07:47 ET

© 2003 Laboratory Corporation of America® Holdings
All Rights Reserved

evitlown, PA 19058
(215) 943-0700

PAGE:    1

PATIENT: BAKER, DARRYL
AGE:    33 YRS  SEX: M
DATE OF BIRTH: 06/30/62
PATIENT ID NO.: 19613039
COLLECTION TECH:RA

; SHANTY  RDS
)
)14)362-8 900 X4

SAMPLE ID:   1101626
DRWN: 02/22/96 13:30
RCVD: 02/26/96
PRNTD:02/27/96 12:30
STATION:
ROOM...:
BED....:

E REPORT  **        ATTENDING PHYS: OLSON

| NAME | NORMAL | OUT OF RANGE | UNITS | REFERENCE RANGE |
|------|--------|--------------|-------|-----------------|
| FF | .O.. | | | |
| OOD COUNT | | 0.7 L | K/uL | 4.6-10.2 |
| D CELLS | | 4.66 L | M/uL | 4.69-6.13 |
| IN | | 13.1 L | g/dL | 14.1-18.1 |
| IT | | 41.7 L | % | 43.5-53.7 |
| | 89.5 | | fL | 80.0-97.0 |
| | 28.2 | | pg | 27.0-31.2 |
| | | 31.5 L | g/dL | 31.8-35.4 |
| COUNT. | 213 | | K/uL | 142-424 |
| | 13.3 | | % | 11.6-14.8 |
| | DIFFERENTIAL | | | |
| ILS | 53.1 | | % | 37.0-80.0 |
| TES | 41.0 | | % | 10.0-50.0 |
| S | 1.8 | | % | 0.0-12.0 |
| ILS | 3.9 | | % | 0.0-7.0 |
| S | 0.2 | | % | 0-3.0 |

DIFFERENTIAL CONFIRMED BY MANUAL  OBSERVATION.
NOTE; SAMPLE IS VERY OLD, RESULTS MAY BE INVALID

OLSON, MD
CLINICAL DIRECTOR

FROM COMMUNITY HOSPITAL KANE L   TO   8143621584   P.08

KANE COMMUNITY HOSPITAL
Clinical Laboratory
N. Fraley St. P.O Box 778
Kane, PA 16735
James D. Blanding,Jr.,M.D. Director  (814) 837-8585


Patient: BAKER, 19613-039                    Location:  FCI
             Darryl
Doctors: OLSON, DENNIS M.D.                      Case #:      39402
                                            Med Rec #:      16475
                                              Service: FCI


+++++++++++++++++++++++++++++++++++++ Hematology +++++++++++++++++++++++++++++++++++++++++

|           | WBC<br>×10 3 | RBC<br>×10 6 | HGB<br>g/dl | HCT<br>% | MCV<br>fl | MCH<br>pg | MCHC<br>g/dl | PLT<br>×10 3 |
|-----------|------|------|------|------|------|------|------|------|
| Ref       | 4.8  | 4.20 | 12.0 | 37.0 | 80   | 27.0 | 33.0 | 130  |
| Range:    | 10.8 | 6.10 | 18.0 | 52.0 | 99   | 37.0 | 37.0 | 400  |
| 12/08/95 1549 | 3.7 L | 4.79 | 13.9 | 41.8 | 87 | 29.0 | 33.2 | 255 |

|           | RDW<br>% | MPV<br>fl | LYMH<br>% | MONO<br>% | GRAN<br>% |
|-----------|------|------|------|------|------|
| Ref       | 11.6 | 7.4  | 15.0 | 1.7  | 42.2 |
| Range:    | 16.5 | 11.0 | 41.0 | 9.3  | 75.2 |
| 12/08/95 1549 | 12.7 | 8.3 | 29.1 | 11.3 H | 59.6 |

| MANUAL<br>DIFF: | BAND<br>% | SEG<br>% | LYMPH<br>% | MONO<br>% | EOS<br>% | BASO<br>% | META<br>% | MYELO<br>% | OTHER<br>% | NRBC<br>/100<br>WBC |
|-----------|------|------|------|------|------|------|------|------|------|------|
| 12/08/95 1549 | 1 | 60 | 30 | 7 | 2 | | | | | |

*permen
some ↓ in WBC
↓ ~ V CBC*

D. OLSON, MD
CLINICAL DIRECTOR

S. Czekai, MT
S. CZEKAI, MED. TECH.

000079

02 06PM FROM COMMUNITY HOSPITAL KANE L    TO    8143621584    P.02

KANE COMMUNITY HOSPITAL
Clinical Laboratory
N. Fraley St. P.O Box 778
Kane, PA 16735
James D. Blanding, JR., M.D. Director    (814) 837-8585

Patient: BAKER, 19613-039
         Darryl                                    Location: FCI MCKEAN
Doctors: OLSON, DENNIS M.D.
                                                   Case #:      37303
                                                   Med Rec#:    16475
                                                   Service: FCI

+++++++++++++++++++++++++++++++++ Hematology +++++++++++++++++++++++++++++++++

|  | WBC ×10 3 | RBC ×10 6 | HGB g/dl | HCT % | MCV fl | MCH pg | MCHC g/dl | PLT ×10 3 |
|---|---|---|---|---|---|---|---|---|
| Ref | 4.8 | 4.20 | 12.0 | 37.0 | 80 | 27.0 | 33.0 | 130 |
| Range: | 10.8 | 6.10 | 18.0 | 52.0 | 99 | 37.0 | 37.0 | 400 |
| 11/08/95 1604 | 3.3 L | 4.61 | 13.9 | 39.4 | 86 | 30.2 | 35.3 | 222 |

|  | RDW % | MPV fL | LYMH % | MONO % | GRAN % |
|---|---|---|---|---|---|
| Ref | 11.6 | 7.4 | 15.0 | 1.7 | 42.2 |
| Range: | 16.5 | 11.0 | 41.0 | 9.3 | 75.2 |
| 11/08/95 1604 | 12.7 | 8.3 | 30.1 | 9.2 | 60.7 |

D. OLSON, MD
CLINICAL DIRECTOR

S. Czekai, MT
S. CZEKAI, MED. TECH.

000050

BAKER, 19613-039
11/08/95 13:05 Laboratory Daily Summary        FCI MCKEAN 06031962 M    Age: 33
                                                              Page #    1

**Data & Control Equipment FAXBOX**

FEDERAL M    CAL CENTER CLINICAL LABORAT'
2.10 EAST CENTER STREET
Laboratory Supervisor:  ROCHESTER, MINNESOTA 55903                 Page: 1
Daryl Aaberg           (507) 287-0674 EXT. 503   Printed:06/14/1995 @ 14:17

**\* \* \* F I N A L    R E P O R T \* \* \***

Name: BAKER,DARYLL          [9343 ]                    ID:   19613-039
--Test Name----------Result--Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.     Collected by Referring Institution
COMP BLD CNT

| Test Name | Result | Abnormal Flag | Units | Reference Range | |
|---|---|---|---|---|---|
| White Blood Ct | 4.4 | | x10 3/ml | 3.8 | 10.8 |
| Red Blood Ct | 4.73 | | x10 6/ml | 4.60 | 5.76 |
| Hemoglobin | 14.1 | | g/dl | 14.0 | 16.0 |
| Hematocrit | 40.7 | | % | 40.0 | 48.0 |
| MCV | 86 | | fl | 83 | 96 |
| MCH | 29.7 | | pg | 27.0 | 33.0 |
| MCHC | 34.6 | | % | 32.0 | 35.0 |
| RDW | 12.1 | | % | 0.0 | 14.0 |
| Platelet Ct | 202 | | x10 3 | 175 | 400 |
| RPR | Non-Reactive | | | | |

-- End of Laboratory Report --

---

Tests  | COMP BLD CNT
ordered|

---

ID  :19613-039      . . . . . . . . .        DOB:06/30/1962  Age:32  Sex:
Name:BAKER,DARYLL                            Lab Acn#:  9343
Ordered By:DR. PARKER
Collected :06/13/1995  09:00                 Loc:FCI Milan CAMP



Reviewed
000081

FSC 2

FCI—ELKTON

NAME:            DARRYL BAKER
PATIENT #:       19613-039
PHYSICIAN:       QUINN
D.O.S.:          3-28-05

## CT SCAN OF THE ORBITS

HISTORY:  Left orbital fracture.

TECHNIQUE:  Axial and coronal sections are obtained through the orbits.

FINDINGS:  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear.  There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor. Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.   I see minimal if any soft tissue swelling.   Artifact from dental hardware limits our evaluation slightly.  The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

Impression:   1. There is a bony defect involving the posterior lateral aspect of the left
              orbital floor.  I suspect this represents an area of previous fracture.  A small
              amount of orbital fat extends into this area.  The left inferior rectus muscle
              extends to this defect but not through the defect.  It does not appear to be
              entrapped.
              2. Minimal mucosal thickening, left maxillary sinuses.  The remainder of the
              paranasal sinuses appear clear.  No air fluid levels are identified.
              3. Left frontal sinus is hypoplastic.

CHARLES MUCHNOK, M.D.

CM:dk

000082

4-1-305

FCI—ELKTON

NAME:           DARRYL BAKER
PATIENT #:      19613-039
PHYSICIAN:      QUINN
D.O.S.:         3-28-05

**CT SCAN OF THE BRAIN W/O CONTRAST**

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.   The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:    The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.   No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.   On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

FCI—ELKTON

NAME:        DARRYL BAKER
PATIENT #:   19613-039
PHYSICIAN:   QUINN
D.O.S.:      3-28-05

## CT SCAN OF THE BRAIN W/O CONTRAST

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.  The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:   The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.  No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.  On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

H 105

MICHELE J. FELLER, PA-C
CLINICAL DIRECTOR

000084

# FCI—ELKTON

**NAME:**        DARRYL BAKER
**PATIENT #:**     19613-039
**PHYSICIAN:**    QUINN
**D.O.S.:**        3-28-05

## CT SCAN OF THE ORBITS

**HISTORY:**  Left orbital fracture.

**TECHNIQUE:**  Axial and coronal sections are obtained through the orbits.

**FINDINGS:**  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear.  There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor.  Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.  I see minimal if any soft tissue swelling.  Artifact from dental hardware limits our evaluation slightly.  The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

**Impression:**   1.  There is a bony defect involving the posterior lateral aspect of the left orbital floor.  I suspect this represents an area of previous fracture.  A small amount of orbital fat extends into this area.  The left inferior rectus muscle extends to this defect but not through the defect.  It does not appear to be entrapped.
   2.  Minimal mucosal thickening, left maxillary sinuses.  The remainder of the paranasal sinuses appear clear.  No air fluid levels are identified.
   3.  Left frontal sinus is hypoplastic.

**CHARLES MUCHNOK, M.D.**

CM:dk

000085

FCI—ELKTON

NAME:              DARRYL BAKER
PATIENT #:         19613-039
PHYSICIAN:         QUINN
D.O.S.:            3-28-05

## CT SCAN OF THE BRAIN W/O CONTRAST

HISTORY:  Left orbit fracture.

TECHNIQUE: Axial sections are obtained from the base of the skull to the vertex.  The patient also is having a CT scan of the orbits.  Please see orbit report.

FINDINGS:    The ventricular system is midline without evidence for hydrocephalus, mass effect, or midline shift.  No intra-axial or extra-axial fluid collection or evidence for acute intracranial hemorrhage is seen.  On the images obtained through the brain, the visualized portions of the paranasal sinuses and mastoid air cells appear clear.

Impression:   Grossly unremarkable non-contrast CT of the brain.

CHARLES MUCHNOK, M.D.

CM:dk

MICHELE J. KELLER, D.O.
CLINICAL DIRECTOR

FCI—ELKTON

NAME:         DARRYL BAKER
PATIENT #:    19613-039
PHYSICIAN:    QUINN
D.O.S.:       3-28-05

## CT SCAN OF THE ORBITS

HISTORY:  Left orbital fracture.

TECHNIQUE:  Axial and coronal sections are obtained through the orbits.

FINDINGS:  The patient's history states left orbital fracture.  On today's exam visualized portions of the paranasal sinuses appear clear. There is some nasal septal deviation towards the left.  The left frontal sinus is hypoplastic.  The globes and the optic nerve appear fairly symmetric.  There appears to be a fracture involving the left orbital floor. Absence of bone is noted involving the posterior aspect of the orbital floor and lateral aspect.  This is near but does not extend to the apex.  The inferior rectus muscle extends to this defect but does not definitely appear to be entrapped.  Minimal left maxillary sinus mucosal thickening is present.  I suspect this is not an acute fracture.  I see minimal if any soft tissue swelling.   Artifact from dental hardware limits our evaluation slightly.  The uncinate process appears intact bilaterally.  Osteomeatal units appear to be intact.  On axial images there is a question of a subtle possibly healed fracture involving the left lateral orbital wall.

Impression:  1. There is a bony defect involving the posterior lateral aspect of the left orbital floor.  I suspect this represents an area of previous fracture.  A small amount of orbital fat extends into this area.  The left inferior rectus muscle extends to this defect but not through the defect.  It does not appear to be entrapped.
2. Minimal mucosal thickening, left maxillary sinuses.  The remainder of the paranasal sinuses appear clear.  No air fluid levels are identified.
3. Left frontal sinus is hypoplastic.

CHARLES MUCHNOK, M.D.

CM:dk

4 0 / 05

MICHELE J. KELLER D.O.
CLINICAL DIRECTOR    000087

<<Page 1>>

**\*\*\* BRADFORD REGIONAL MEDICAL CENTER \*\*\***
116 INTERSTATE PARKWAY
BRADFORD, PA  16701

**\*\*\*\*\* DIAGNOSTIC IMAGING DEPARTMENT \*\*\*\*\***

Patient   FC  Admit     Birth Dt   Age Sex SSN                Room    PT   MR Number
========================================================================
4413508   11  04-09-04  06-30-62    41  M   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         O          000225186

BAKER, DARRYL                    ＃ 19613-039      Phone#: (814) 362-8900     Date: 04/09/04
PO BOX 5000          BRADFORD              PA 16701              Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN, OTHER              Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                        Tech: JANB
Procedure: 0400   CT - Brain and Orbits
Approval #:                             Explained to Pt: Y
   Req Phys: DR. BEAM                   Preg: NA       Shielded: NA
    Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
Date to do: 04-09-04            O        Consent: Y     Prepped: Y
Preg Status: Patient is Male            2nd Chk LMP: NA
LMP Status:                             Cont. Sensitive: N
Alrgy/Food: NONE                        Oral contrast: N
  Alrg/Med: NONE                        Alrgy: N
  Comments:                             Lab Tests: N  Attempts: 1
                                        Contrast: OMNI
  Handicap:                             Dose: 90        Time: 10:30
  Resucitate:           High Risk Falls:  Site: LT ELBOW  Tech: JANB
                                        FOV: NA
Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits

Date Typed: 4/13/2004        Date Dictated: 4/13/2004

REDICTATION:

CT ORBITS:

Apparently the patient has a history of a traumatic injury several months
ago and is complaining of diplopia and difficulty with upper gaze.  There
is irregularity involving the floor of the orbit.  This appears old.  No
obvious muscle entrapment is noted at this time however the inferior
rectus is very close to the ridge. There is slight mucosal thickening
however this appears chronic.

IMPRESSION;

Old fracture involving the floor of the orbit.

CT BRAIN:

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricular system is of average size and symmetric.  No
<<<<<<<<<<<<<<<<<<<<<<<< CONTINUED on Next Page >>>>>>>>>>>>>>>>>>>>>>>>>
      Electronic verification by  Mark J. Welch, MD

*DISregard The*
*original CT report*
*This is the corrected one chain*

J. BEAM, MD
FCI MCKEAN

000088

```
                    *** BRADFORD REGIONAL MEDICAL CENTER ***
                        116 INTERSTATE PARKWAY
                        BRADFORD, PA   16701


            *****  DIAGNOSTIC IMAGING DEPARTMENT  *****


Patient   FC  Admit     Birth Dt  Age Sex SSN          Room    PT   MR Number
==============================================================================
4413508   11  04-09-04  06-30-62   41  M  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           O    000225186
BAKER,DARRYL  # 19613-039        Phone#: (814) 362-8900    Date: 04/09/04
PO BOX 5000        BRADFORD      PA  16701                 Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER        Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                 Tech: JANB
Procedure: 0400   CT - Brain and Orbits
Approval #:                      Explained to Pt: Y
   Req Phys: DR. BEAM            Preg: NA        Shielded: NA
     Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
Date to do: 04-09-04             Consent: Y      Prepped: Y
Preg Status: Patient is Male     2nd Chk LMP: NA
LMP Status:                      Cont. Sensitive: N
Alrgy/Food: NONE                 Oral contrast: N
   Alrg/Med: NONE                Alrgy: N
   Comments:                     Lab Tests: N  Attempts: 1
                                 Contrast: OMNI
   Handicap:                     Dose: 90         Time: 10:30
Resucitate:            High Risk Falls:   Site: LT ELBOW   Tech: JANB
                                 FOV: NA
Radiologist: Mark J. Welch, MD
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.

IMPRESSION:

Normal CT brain.

gk
```

Electronic verification by  Mark J. Welch, MD

Disregard the
Original CT report
This is the revised
reading

H. BEAM, MD
FCI MCKEAN

000089

```
                *** BRADFORD REGIONAL MEDICAL CENTER ***
                       116 INTERSTATE PARKWAY
                       BRADFORD, PA   16701

                ***** DIAGNOSTIC IMAGING DEPARTMENT *****


Patient   FC  Admit    Birth Dt  Age Sex SSN              Room    PT   MR Number
================================================================================
4413508   11  04-09-04  06-30-62  41  M  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       O        000225186

BAKER,DARRYL                        Phone#: (814) 362-8900    Date: 04/09/04
PO BOX 5000           BRADFORD      PA 16701                  Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN,OTHER           Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                     Tech: JANB
Procedure: 0400   CT - Brain and Orbits
Approval #:                         Explained to Pt: Y
   Req Phys: DR. BEAM               Preg: NA      Shielded: NA
     Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
Date to do: 04-09-04                Consent: Y     Prepped: Y
Preg Status: Patient is Male        2nd Chk LMP: NA
LMP Status:                         Cont. Sensitive: N
Alrgy/Food: NONE                    Oral contrast: N
  Alrg/Med: NONE                    Alrgy: N
  Comments:                         Lab Tests: N  Attempts: 1
                                    Contrast: OMNI
   Handicap:                        Dose: 90        Time: 10:30
Resucitate:           High Risk Falls:   Site: LT ELBOW   Tech: JANB
                                    FOV: NA
Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits

Date Typed: 4/9/2004      Date Dictated: 4/9/2004

CT BRAIN AND ORBITS:
```

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricualr system is of average size and symmetric.  No
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.  No mass is seen.  No calcifications or soft tissue masses
are noted.

IMPRESSION:

Normal CT brain and orbits.

Me

*se revised reading*

Electronic verification by  Mark J. Welch, MD

4/15/04

This report has been updated

000090

* DEMAND PRINT REQUEST * 4413508-3

```
                    *** BRADFORD REGIONAL MEDICAL CENTER ***
                        116 INTERSTATE PARKWAY
                        BRADFORD, PA   16701

                *****  DIAGNOSTIC IMAGING DEPARTMENT *****


Patient   FC  Admit      Birth Dt  Age Sex SSN            Room    PT | MR Number
==============================================================================
4413508   11  04-09-04  06-30-62   41  M   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     O     | 000225186
```

BAKER, DARRYL                        Phone#: (814) 362-8900      Date: 04/09/04
PO BOX 5000            BRADFORD      PA  16701                   Time: 10:31
Ref Phys:
Att Phys: PHYSICIAN, OTHER           Adm Dx: LEFT EYE MUSCLE ENLARGEMENT
Adm Phys:                                                       Tech: JANB
Procedure: 0400   CT - Brain and Orbits
Approval #:                          Explained to Pt: Y
   Req Phys: DR. BEAM                Preg: NA       Shielded: NA
    Reason: LEFT EYE MUSCLE ENLARGEMENT
   Priority: Routine
 Date to do: 04-09-04                Consent: Y      Prepped: Y
Preg Status: Patient is Male         2nd Chk LMP: NA
 LMP Status:                         Cont. Sensitive: N
 Alrgy/Food: NONE                    Oral contrast: N
  Alrg/Med: NONE                     Alrgy: N
   Comments:                         Lab Tests: N  Attempts: 1
                                     Contrast: OMNI
   Handicap:                         Dose: 90           Time: 10:30
 Resuscitate:       High Risk Falls: Site: LT ELBOW     Tech: JANB
                                     FOV: NA

Radiologist: Mark J. Welch, MD
0400 CT - Brain and Orbits

Date Typed: 4/9/2004       Date Dictated: 4/9/2004

CT BRAIN AND ORBITS:

Axial scans of the brain were obtained before and after intravenous
contrast administration.  There is no displacement of the midline
structures.  The ventricular system is of average size and symmetric.  No
abnormal area of attenuation or enhancement is demonstrated.  There is no
evidence of mass effect or edema.  The posterior fossa and brain stem are
unremarkable.  No mass is seen.  No calcifications or soft tissue masses
are noted.

IMPRESSION:

Normal CT brain and orbits.

Me

REVIEWED BY H. BEAM, MD ECI McKEAN  4/12/04

000091

Electronic verification by  Mark J. Welch, MD





Ord.Date 07/25/01    BAKER, DARRYL ORRIN    R. GOLDE
19613-039
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 7919    BACITRACIN/POLY B OINT    #1

Ord.Date 09/19/01    BAKER, DARRYL ORRIN    R. GOLDE
19613-039    (0)Refills
APPLY SPARINGLY TWICE DAILY
Rx # 9185    FLUOCINONIDE 0.05% CRM    #1

Ord.Date 05/17/02    BAKER, DARRYL ORRIN    S. MIDDLE
19613-039    (1)Refills
Exp.Date 06/13/02    APPLY SPARINGLY TWICE DAILY
DC 5/31/02
Rx # 14828    FLUOCINONIDE 0.05% CRM    #1

Ord.Date 07/01/02    BAKER, DARRYL ORRIN    M. CONDO
19613-039    (1)Refills
Exp.Date 07/14/02    TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED
Rx # 15870    PENICILLIN VK 250 MG TAB    #28

Ord.Date 07/20/02    BAKER, DARRYL ORRIN    M. CONDO
19613-039    (0)Refills
Exp.Date 07/26/02    TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED
Rx # 16270    PENICILLIN VK 250 MG TAB    #28

Ord.Date 09/19/01    BAKER, DARRYL ORRIN    R. GOLDE
19613-039    (1)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 9184    KETOCONAZOLE 2% CRM    #1

Ord.Date 10/19/01    BAKER, DARRYL ORRIN    S. MIDDLE
19613-039    (0)Refills
APPLY SPARINGLY TWICE DAILY
Rx # 9918    FLUOCINONIDE 0.05% CRM    #1

Ord.Date 06/01/02    BAKER, DARRYL ORRIN    T. TYGER
19613-039    (3)Refills
Exp.Date 06/26/02    TAKE ONE CAPSULE 4 TIMES DAILY UNTIL FINISHED
Rx # 15168    DICLOXACILLIN 250 MG CAP    #28

Ord.Date 07/13/02    BAKER, DARRYL ORRIN    M. CONDO
19613-039    (0)Refills
Exp.Date 07/17/02    TAKE ONE TABLET 4 TIMES DAILY UNTIL FINISHED
Rx # 16118    PENICILLIN VK 250 MG TAB    #20

Ord.Date 08/08/02    BAKER, DARRYL ORRIN    T. TYGER
19613-039    (0)Refills
Exp.Date 08/14/02    TAKE ONE CAPSULE 4 TIMES DAILY UNTIL FINISHED
Rx # 16700    TETRACYCLINE HCL 250 MG CAP    #28

000092

```
   REGNO: 19613-039                        ARS: A-DES
 PATIENT: BAKER,DARRYL                     UNIT: (NO ASSIGNMENT)
     DOB: 06-30-1962                   QUARTERS: (NO ASSIGNMENT)

DISABILITIES: NONE

  ALLERGIES: NONE

 RX #: 400126784
 DRUG: SELENIUM SULFIDE 2.5% LOTION, 120 ML
 SIG: USE TWICE A WEEK AS DIRECTED ON BOTTLE
 QTY: 1                # OF REFILLS: 2       ISSUE/EXPR: 07-13-00/10-11-00
 PHYS: MIDDLEKAUFF,SCOTT FILLED BY: 23      FILL DATE : 07-13-00
 DIVISION: FCI LORETTO (114)               ACTIVE            2 REFILLS LEFT
```

000093

Pharmacy Services
EAN, PA 16701                    814-362-8900

9202            J. GOMEZLEON    11/20/
ARRYL                           19613-0
TABLETS EVERY 8 HOURS WITH FOOD

PEN 400 MG TABLET          #30
    0 REFILLS      EXPIRES 12/20/
Pharmacy Services
EAN, PA 16701              814-362-890

9203            J. GOMEZLEON    11/20/
ARRYL                           19613-0
TABLETS IMMEDIATELY THEN TAKE 1 TABLET
. HOURS

RBAMOL 500 MG. TABLET      #15
    0 REFILLS      EXPIRES 12/20/9
Pharmacy Services
EAN, PA 16701              814-362-8900

0960            T. MONTGOMERY   12/28/95
ARRYL                           19613-039
OR 2 TABLETS 3 TIMES A DAY WITH FOOD

FEN 400 MG TABLET          #20
    0 REFILLS      EXPIRES 01/27/96
Pharmacy Services
EAN, PA 16701              814-362-8900

9961            T. MONTGOMERY   12/28/95
ARRYL                           19613-039
TABLET 4 TIMES A DAY

RBAMOL 500 MG. TABLET      #10
    0 REFILLS      EXPIRES 01/27/96
Pharmacy Services
EAN, PA 16701              814-362-8900

2638            J. GOMEZLEON    01/30/96
ARRYL                           19613-939
TABLET EVERY 8 HOURS WITH FOOD

FEN 800 MG TABLET          #20
    0 REFILLS      EXPIRES 02/28/96

Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400032638     J. GOMEZLEON    01/30/9
BAKER,DARRYL                    19613-03
TAKE 1 TABLET EVERY 6 TO 8 HOURS

METHOCARBAMOL 500 MG. TABLET   #12
RA          0 REFILLS      EXPIRES 02/28/
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400034538     H. SIDHOM       03/11/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 4 TIMES A DAY

PSEUDOEPHEDRINE HCL 30 MG TABLET  #20
RA          0 REFILLS      EXPIRES 04/10/96
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400034539     H. SIDHOM       03/11/96
BAKER,DARRYL                    19613-039
TAKE 2 TABLETS 3 TIMES A DAY AS NEEDED

ACETAMINOPHEN 325 MG TABLET    #30
RA          0 REFILLS      EXPIRES 04/10/96
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400037883     Dr. A. GUNTHER  05/13/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 4 TIMES A DAY AS NEEDED

IBUPROFEN 400 MG TABLET    #20
RA          0 REFILLS      EXPIRES 06/12/96
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400037884     Dr. A. GUNTHER  05/13/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 4 TIMES A DAY AS NEEDED

METHOCARBAMOL 500 MG. TABLET   #12
RA          0 REFILLS      EXPIRES 06/12/96

Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400038329     C. CONNELL      06/21/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 3 TIMES A DAY

IBUPROFEN 400 MG TABLET    #21
RA          0 REFILLS      EXPIRES 06/20/96
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400048329     S. WALTER       12/27/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET    #21
CG          0 REFILLS      EXPIRES 01/26/97
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400048320F    S. WALTER       12/30/96
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD

IBUPROFEN 800 MG TABLET    #12
CG          0 REFILLS      EXPIRES 01/25/97
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400062373     W. FLATT        11/25/97
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD.

IBUPROFEN 800 MG TABLET    #21
CG          1 REFILLS      EXPIRES 12/17/97
Pharmacy Services
FCI McKEAN, PA 16701       814-362-8900

RX400064614     Dr. D. OLSON    01/23/98
BAKER,DARRYL                    19613-039
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD AS NEEDED

IBUPROFEN 800 MG TABLET    #21
CG          1 REFILLS      EXPIRES 03/24/98

000094

aker, Daryl
19613.039