513-111    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Optometry / Ar Gabriel    FROM: (Requesting physician or activity)    DATE OF REQUEST 09/20/04

REASON FOR REQUEST (Complaints and findings)

Inmate s/p ® orbital Fx, has sx entrapment ® eye
please ensure IOP/refraction still ok (Recently arrived
from another institution)    Thanx!

L injury occurred 3/04

PROVISIONAL DIAGNOSIS

As Above

DOCTOR'S SIGNATURE    ROSS QUINN M.D.

APPROVED    mm

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☑ YES ☐ NO    TELEMEDICINE ☐ YES ☑ NO

↓ diplopia on up gaze.    Present OK ok

V gl 20/20
P gl 20/20

Versions show L eye restricted in up gaze

11/18/04 - all as before,
no apparent change
ROSS QUINN M.D.
MEDICAL OFFICER

(Continued on reverse side)    OCT 25 2004

SIGNATURE AND TITLE    OD
DAVID E. GABRIEL, O.D.

DATE 10/21/04

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME (Last, first, middle)    SPONSOR'S NUMBER (SSN or other)
FSL ELKTON

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name-last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)    REGISTER NO.    WARD NO.

Baker, Darryl
19613 - 039
06/30/62

CONSULTATION SHEET
Medical Record
000135
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111

| MEDICAL RECORD | CONSULTATION SHEET | AUTHORIZED FOR LOCAL REPRODUCTION |

### REQUEST

TO: Bo ✓R Comm. Ophthalmology ROSS QUINN M.D.    FROM: (Requesting physician or activity)

DATE OF REQUEST: SEP 20 2004

REASON FOR REQUEST (Complaints and findings)

Inmate with assault Feb 04 → ⓛ orbital fx ē entrapment sx ⓛ eye. Has ophthalmology consult from another institution dated June 11, 2004 recommending surgery to release ⓛ eye (attached)

PROVISIONAL DIAGNOSIS    Has pain, diplopia ē superior gaze especially. Vision ē glasses 20/20 OU. Out date = Dec 2012.

DOCTOR'S SIGNATURE

ROSS QUINN M.D
MEDICAL OFFICER

APPROVED

PLACE OF CONSULTATION
- [ ] BEDSIDE
- [X] ON CALL

- [X] ROUTINE
- [ ] 72 HOURS
- [ ] TODAY
- [ ] EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED [ ] YES [ ] NO    PATIENT EXAMINED [ ] YES [ ] NO    TELEMEDICINE [ ] YES [ ] NO

Mohamed Azam
Stratos

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

REGISTER NO.

WARD NO.

Baker, Darryl
19613-039
06/30/62

HEALTH SERVICES
CONSULTATION SHEET
Medical Record
FSL, Elkton, OH
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

000136

# SENᴇCA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

June 11, 2004

*# 19613-039*

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE:  BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture.  He also has a little bit of anesthesia involving the infraorbital nerve branches.  We have given it plenty of time now, almost five months.  He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance.  He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses.  My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia.  I will leave the final decision up to you.

Yours truly,

*Robert J Weiss md*

Robert J. Weiss, M.D.

p.s.  The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze.  There is no way that I can promise him that that couldn't happen.

RJW/lab

*H. BEAM, MD*
*FCI MCKEAN*
*6/16/04*

00137

103 West St. Clair Street          27 Porter Avenue          2 Main Street
Warren, PA 16365          Jamestown, NY 14701          Bradford, PA 16701
(814)726-2020          (716)483-2020          (814)362-7477
1-877-MD4-EYES          1-866-716-EYES          1-866-814-EYES
Fax (814)726-1215          Fax (716)488-9295          Fax (814)362-4975

513-111                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: Optometry / Dr Gabriel    FROM: (Requesting physician or activity)    DATE OF REQUEST 09/20/04

REASON FOR REQUEST (Complaints and findings)

Inmate s/p Ⓡ orbital fx, has sx entrapment Ⓛ eye
please ensure IOP/refraction still ok (Recently arrived
from another institution)    Thanx!

PROVISIONAL DIAGNOSIS

As Above

DOCTOR'S SIGNATURE    APPROVED    PLACE OF CONSULTATION    ☐ ROUTINE  ☐ TODAY
                                                            ☐ 72 HOURS ☐ EMERGENCY
                        O          ☐ BEDSIDE  ☐ ON CALL

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO    PATIENT EXAMINED  ☐ YES  ☐ NO    TELEMEDICINE  ☐ YES  ☐ NO

(Chart Copy)

(Continue on reverse side)

SIGNATURE AND TITLE                                                    DATE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ... FSL ELKTON

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO.

Baker, Darry
19613 — 039
06/30/62

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

000138

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

#19613-039

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:   4/15/04
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc   Darryl C. Baker

REVIEWED BY                    H. BEAM, MD
                               FCI MCKEAN

103 West St. Clair Street      27 Porter Avenue        2 Main Street
Warren, PA 16365               Jamestown, NY 14701     Bradford, PA 16701
(814)726-2020                  (716)483-2020           (814)362-7477
1-877-MD4-EYES                 1-866-716-EYES          1-866-814-EYES
Fax (814)726-1215              Fax (716)488-9295       Fax (814)362-4975

www.senecaeye.com

600139

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

April 16, 2004

*# 19613 - 089*

Dr. H. Beam                    Re:    Darryl O. Baker
Health Center                  DOB:   6/30/1962
FCI McKean                     DX:    Orbital Floor Fracture w/Entrapment
PO Box 5000                    DATE OF EVAL:   <u>4/15/04</u>
Bradford, PA 16701

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

*N Stathopoulos, MD*

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc    Darryl C. Baker

REVIEWED BY: *10/04* *4/21/04*    H. BEAM, MD
                                   FCI MCKEAN

**000140**

103 West St. Clair Street          27 Porter Avenue                2 Main Street
Warren, PA 16365                   Jamestown, NY 14701             Bradford, PA 16701
(814)726-2020                      (716)483-2020                   (814)362-7477
1-877-MD4-EYES                     1-866-716-EYES                  1-866-814-EYES
Fax (814)726-1215                  Fax (716)488-9295               Fax (814)362-4975

# P613-039

## SENECA EYE SURGEONS, INC.
103 W. ST. CLAIR ST., WARREN, PA 16365    814-726-2020
27 PORTER AVE., JAMESTOWN, NY 14701    716-483-2020
2 MAIN ST., BRADFORD, PA 16701    814-362-7477

PATIENT'S NAME _Darryl Baker_     DATE _4/15/04_

ADDRESS _____

MEDICARE NO. _____    SURGERY DATE _____

Rx

|     | SPH   | CYL.  | AXIS | PRISM | BASE |
|-----|-------|-------|------|-------|------|
| OD  | ~1.75 | +1.00 | 090  |       |      |
| OS  | ~2.00 | +1.25 | 090  |       |      |
| ADD | +1.25 |       |      |       |      |
| ADD | +1.25 |       |      |       |      |

SPECIAL INSTRUCTIONS

POLYCARBONATE LENSES RECOMMENDED

DIAGNOSIS ___ V43.1 / 379.31 ___ OD / OS     PROGNOSIS _____

PRESCRIPTION DURATION ___ 6 MOS ___     PHYSICIAN'S SIGNATURE

**PAUL O. KEVERLINE, M.D.**
PA LIC. MD-011817-E
NY LIC. 170334-1

**ROBERT J. WEISS, M.D.**
PA LIC. MD-022030-E
NY LIC. 127219-1

**TIMOTHY J. O'BRIEN, M.D.**
PA LIC. MD-047466-L
NY LIC. 195904-1

**NICHOLAS A. STATHOPOULOS, M.D.**
PA LIC. MD-071144-L
NY LIC. 205998-1

**CHARLES E. KELLER, O.D.**
PA LIC. OE-005123-P

SES017

000141

# SENECA EYE SURGEONS

Robert J. Weiss, M.D.          Timothy J. O'Brien, M.D.          Nicholas A. Stathopoulos, M.D.

June 11, 2004

# 19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

H. BEAM, MD
FCI MCKEAN
6/16/04

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4928

600142

www.senecaeye.com

13-110                                                           NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

TO: _OPTOMETRIST_     FROM: (Requesting physician or activity) _Dennis Olson, MD, CD_     DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

_EYE EXAM:_

_SUBJECTIVE:_     _blurs at far and near_
_assaulted_
_Feb 27th_
_age 41_

PROVISIONAL DIAGNOSIS

_latin left eye socket_

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| D. OLSON, M.D. | O | ☐ BEDSIDE  ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

_Visual Acuity Distance OD 20/200   OS 20/200   TONOMETRY:   OD 17_
_OS 18_
_Near   OD .37m   OS .37m   uncorrected folders_
_0950_

_External   Normal 72/64   open angles dilate to_
_Internal                    reexamine retinas_

_Refraction OD -1.00 -1.25 X 180   20/20_
_OS -1.00 -1.25 X 10   20/20   SU X 24 + 6¼_
_soreness_

_Diagnosis   CMA_

_Analysis   requires eyeglasses_
_on upward gaze_
_left eye stops_
_Plan   order eyeglasses   trauma to eye socket_
_possible left superior_

(Continue on reverse side)                                    _oblique_
_entrapment_

| SIGNATURE AND TITLE | Christian J. Horanles | DATE 3/31/04 |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION **FCI McKean** | REGISTER NO. 19613-039 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade/rank; rate; hospital or medical facility)

_Baker, Darryl_

REVIEWED BY _Dr. ___ 3/31/04 ordered_

H. BEAM, MD
FCI McKEAN   _for MRI of sco of orbit_

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9

_000143 Refer to opthalm_



BILL TO:

*Baker*

PATIENT NAME
19613-039 LI-1  110666

CUST. NUMBER
FCI McLEA

INVOICE NUMBER

Tray No.  987E          Date Processed

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -1.00 | -1.25 | 180 | | |
| L. EYE | -1.00 | -1.25 | 10 | | |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | 6.0 | R. EYE | | |
| L. EYE | | | 6.0 | L. EYE | | |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 52.0 | 46.0 | 56.0 | 14.0 |

Model:  032027 2137 TMPL. Length    62x24
83-84              SMOKE

### CHARGES

| DESCRIPTION | PRICE |
|---|---|

EDGED UNCUT  [X] [ ]   LENS ONLY [ ]   ENCLOSED [ ]   TO COME [ ]   SUPPLIED [ ]

## LENS DATA

| Type | | Material |
|---|---|---|
| R : SV CR-39 SRC1 SOLA 72 | | |
| L : SV CR-39 SRC1 SOLA 72 | | |

FDA CODE SEC. 3, 84, 21 CFR

**NOTE FOLLOWING EXCEPTIONS**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:

J-10219303 LI-1 T-987E

| | |
|---|---|
| Sub Total | |
| Freight | |
| **Total Due** ▶ | |

SHIP TO:
FCI McKEAN HEA
RT 59 BIG SHAN
LEWIS RUN PA 16

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. | |
|---|---|---|---|---|---|

**INSTITUTION:**

**CITY**

**STATE** ZIP

| LENSES | | | | |
|---|---|---|---|---|
| EXTRA | | | | BAKER, Darryl |
| FRAME OR MTG | | | | 19613 - 039 |
| MISC | | | | FCI - McKean |

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT. |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.00 | -1.25 | 180 | | | |
| | L | -1.00 | -1.21 | 10 | | | |

| | | | SEGMENT INSTRUCTIONS | | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|---|
| ADD | R | | HEIGHT | WIDTH | INSET | R | DIST. | NEAR |
| | L | | | | L | R | 72 | X |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND. TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22 - 24 | 22 -25 | 22 | 28   45 / 25   35 | |

| FRAME OR SHAPE | | | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|---|---|
| | | 29 | Smoke | | 52 | 24 | 6¼ |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY     Plastic

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

Christy J Howarton   3/31/04
SIGNATURE          DATE
USP LVN

BP-357(60)
MAY 1984

000145

BP-S618.060   CLINICAL DENTAL RECORD   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



Examination:   ☐ Screening    ☐ Comprehensive    ☐ Periodic

Occlusion   Cl I

Oral Hygiene
   Good    (Fair)    Poor

CPITN
| 2 | 2 | 3 |
| 2 | 2 | 2 |

Head & Neck/Soft Tissue
   WNL

Additional Findings

D:  3
M:  5
F:  14

Treatment Completed

Recommended Treatment Plan

☐ Radiographs
   2BW  Pan X
☐ Dental Prophylaxis   1-6-05
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation   0  ① II  III

☐ Oral Surgical Procedures
   Ø

☐ Endodontic
   Ø

☐ Restorative
   #20          # 31 EPA   (PTC)
   #21 B        (HHH)

☐ Prosthodontic Evaluation
   Ø

Patient Name        Number        Sex: (M) F   Age:

Baker, Darryl       19613-039

Dentist Signature                Date

Charles Houck, DDS              11-16-04

000146

**FSL ELKTON**

| Date/Time | # | Federal Bureau of Prisons Clinical Dental Records |
|---|---|---|
| | | Diagnosis - Treatment - Remarks |
| 8-17-04 0800 | | S: Sore tooth – points to #31 |
| | | O: Endo complete – defect temp – lost space to max. |
| | | A: Dfy. temp #31 – possible endo failure |
| | | P: No LA – re-temp #31^mo – caution pt to seek follow-up if persist. TA develops |
| | | *Charles Houck, DDS* |
| 1-16-04 1300 | | Comp. exam. Head & neck exam, soft tissue CPITN, DMF, 2BW, PanX; Medical history reviewed & updated. NV> hygiene |
| | | *Charles Houck, DDS* |
| 1-6-05 1000 | | Med hx needs done at next appt. – Perio Mod Sub/interprox calc c Mod to heavy bleeding/Hand scaled throughout polished & flossed OHI given verbal & printed. NV: Ops *JACKIE SALISBURY RDH* |
| 2-2-05 1200 | | LA 36mg lido, 0.018 epi Excavate 216 – A3.5 composite NV> 2° *Charles Houck, DDS* |
| 2-18-05 1200 | | LA 36mg lido, 0.018 epi Excavate def SA #2° – optibond/SA *Charles Houck, DDS* |
| 3-16-05 1000 | | Build-up #31 as much as occlusal constraint allows – optibond/SA #31^MOD (P+C) *Charles Houck, DDS* |

000147

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes  (no)
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any food, materials, medications or drug?
   If so, what?                                                 yes  (no)
   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____         (yes)  no

4. Have you been hospitalized in the past two years?
   If so, why? _____           yes  (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                      yes  (no)

6. Do your ankles ever swell during the day?                   yes  (no)

7. Have you ever been treated for a tumor or growth?           yes  (no)

8. Have you ever had abnormal bleeding?                        yes  (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                           yes  (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                                        (yes)  no

Circle any of the following that you have had:

Congenital heart defects              Heart murmur
Heart attack or heart problems        Angina
Stroke                                High Blood pressure
Rheumatic Fever                       Heart pacemaker
Asthma                                Epilepsy or seizures
Anemia (blood problems)               Diabetes
Thyroid problems                      AIDS or HIV infection
Chronic bronchitis                    Emphysema
Venereal disease (syphilis, gonorrhea)  Tuberculosis (TB)
Arthritis                             Psychiatric treatment
Artificial heart valve                Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco, snuff)?
                         yes  (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: _Darryl Baker_        Reg No. _19613-039_

Signature: _Darryl Baker_

Institution: _FSL Elkton_____        Date: _02-02-05_

000148

FEDERAL BUREAU OF PRISONS

HISTORIA CLINICA DE ODONTOLOGIA Y MEDICA

1.  Que medicinas esta tomando actualmente?          Si  No
    Si es si, el nombre _____

2.  A que comida, materiales, medicinas es usted      Si  No
    alergico?
    Si es si, el nombre _____

3.  Tuvo alguna enfermedad durante los ultimos
    dos anos que requirio ver un doctor?              Si  No
    Si es si, por que? _____

4.  Ha estado usted en el hospital durante los
    ultimos dos anos? Si es si, por que?             Si  No

    _____

5.  Tiene usted o ha tenido historial de un soplo
    en el corazon o ha sido tratado por alguna otra
    condicion cardiaca?                               Si  No

6.  Se le hinchan los pies?                           Si  No

7.  Tiene cancer?   Desde cuando? _____             Si  No

8.  Sangra usted con exceso?                          Si  No

9.  Ha tenido problemas con algun tratamiento
    dental?                                           Si  No

10. Ha tenido usted alguna vez temblores,
    dislocaciones o dolores en su mandibula?          Si  No

   Que enfermedades o sintomas tiene? De reconocerlos
una marca:

Defectos del corazon                 Soplo cardiaco
Ataque del corazon                   Angina
Apoplejia o derrame cerebral         Presion alta
Fiebre reumatica                     Marcapasos
Asma o fatiga                        Convulsiones
Anemia (problemas de sangre)         Diabetes
Proplemas de tiroies                 SIDA o infeccion de HIV
Bronquitis                           Enfisema
Enfermedad venerea (gonorrea/sifilis) Tuberculosis
Artritis                             Desordenes psiquiatricos
Valvulas artificiales                Coyunturas artificiales
Hepatitis (problemas del higado)

Usa usted frecuentemente tabaco
(cigarrillos, mascar, rape)?              Si  No
Tiene otras enfermedades que no esten en esta lista?  Si  No
LAS MUJERES:   Esta usted embarazada o encinta?      Si  No

_____

Firma: _____      Fecha: _____

Nombre _____      Numero _____

FSL Elkton                                    000149

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

6-3-04

**Examination:** ☐ Screening  ☒ Comprehensive  ☐ Periodic

**Occlusion**
Class I

**Oral Hygiene**
Good   (Fair)   Poor

**CPITN**

| 3 | 2 | 3 | 0|0|0 |
|---|---|---|---|
| 3 | 2 | 3 | 0|0|0 |

6-3-04
re eval

**Head & Neck/Soft Tissue**
STWNL

B. lat. mucosa

**Additional Findings**  3 unit bridge 8,9,10
4 unit bridge 17-20

D: ___
M: ___
F: ___

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

**Recommended Treatment Plan**

☒ Radiographs 6-3-04  PA
VBW 04

☒ Dental Prophylaxis    5-21-04
☐ Oral Hygiene Instruction

☒ Periodontal Evaluation  ☐ I  II  III
6-3-04

☐ Oral Surgical Procedures

☐ Endodontic

☒ Restorative  6-22-04
31-16

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Patient Name**  Baxter, Darryl
**Number** 19603-039
**Sex:** (M) F
**Age:** 41
6-30-62

☐ Prosthodontic Evaluation

**Dentist Signature**  W. K. Collins
**Date** 5-21-04

W. K. Collins, DDS
CDO
FCI McKean

FCI McKean

000150

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 5/21/04 1130hrs | | SOA: Routine care pt P: Comp. HH, soft tissue exam, assessment Pt state No Hx of Dental cleanings. Presents w/ slight → Mod calc + stain. Ultrasonic 01-4. Selective hand scale, polish, OHI on bridge flossers. 2 packets given. Next: Comp exam + BWx4 ⟶ Johnna F Schroll RDH J.V. Schroll, RDH FCI McKean W. K. Collins, DDS CDO FCI McKean |
| | | **Continuation of Comprehensive Exam** 1. Charting      3. Oral Cancer Exam 2. Oral Exam    4. Consultation Pt to watch contacts for th... G F GREER D.D.S. William K. Collins D.D.S |
| 6-22-04 1130 hrs | | SOA: RI care Pt. Med Hist Rvd NKDA P: Lidocaine 1:100,000 2% epi x 1 chV resin #21 Pt completed G. F GREER D.D.S. William K. Collins, D.D.S. CDO FCI McKean |

000151

Language template provided in Span sh _____, or _____

| | | YES | | NO |
|---|---|---|---|---|
| 1. | Are your currently taking any medication? If so, what? _____ | ___ | ✓ | NO |
| 2. | Are you allergic to or have you had a reaction to any medication or drug? If so, what? _____ | ___ | ✓ | NO |
| 3. | Have you been under the care of a physician during the past two years? If so, why? _____ | ___ | ✓ | NO |
| 4. | Have you been hospitalized in the past two years? If so, why? _____ | ___ | ✓ | NO |
| 5. | Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ | ✓ | NO |
| 6. | Have you ever been treated for a tumor, growth, or cancer? | ___ | ✓ | NO |
| 7. | Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ___ | ✓ | NO |
| 8. | Do you have a latex allergy? | ___ | ✓ | NO |
| 9. | Do you currently use tobacco products? | ___ | ✓ | NO |
| 10. | WOMEN ONLY: Are you pregnant? | ___ | ✓ | NO |

Check any of the following that you have had:

____ Congenital heart defects          ____ Arthritis                    ____ Epilepsy or seizures
____ Heart attack or heart problems    ____ Artificial heart valve       ____ Diabetes
____ Stroke                            ____ Hepatitis (☐A ☐B ☐C)        ____ AIDS or HIV infection
____ Rheumatic fever                   ____ Any type of transplant       ____ Emphysema
____ Mitral Valve Prolapse             ____ Steroid treatment            ____ Tuberculosis (TB)
____ Anemia (blood problems)           ____ Sickle Cell Anemia           ____ Psychiatric treatment
____ Thyroid problems                  ____ Angina                       ____ Artificial joint
____ Chronic bronchitis                ____ High blood pressure          ____ Radiation therapy
____ STD (syphilis, gonorrhea, herpes) ____ Heart pacemaker              ____ Asthma
____ Angio edema                       ____ Glucose - 6-phosphate dehydrogenase deficiency

Do you have any disease, condition, or problem not listed? _____
Check any of the following that you have had or applies to you:

____ Sensitive teeth          ____ Unusual sounds while eating     ____ Burning tongue
____ Bleeding gums            ____ Snoring                         ____ Bad breath
____ Food impaction          ____ Blisters on lips or mouth       ____ Decayed teeth
____ Pain around ear         ____ Clenching or grinding           ____ Loose teeth
____ Tooth ache              ____ Swelling or lumps in mouth/throat ____ Wear dentures
____ Wear partial dentures

| Printed Name: DARRYL BAKER | Signature: Darryl Baker |
|---|---|
| Reg. No.: #19613-039. | Institution: F.C.I. McKean |
| Date: 5-21-04 | Updated: |

(This form may be replicated via WP)

000152

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 05/12/2000 1030 hrs | P: A permanent restoration is placed during the routine Care/ Maintenance phase, not at sick call. Patient instructed to come back on 12/16/2000 at 0730 hrs and a Ketac Silver restoration will be placed in #31. | _William Collins DDS_ **W.K. Collins, DDS** **Chief Dental** |
| 03/05/03 0840 hrs | S: "My filling came out." (Patient points to #31) (PT: 0) O: Med/dr Rev'd: NKDA #31, Partially missing restoration A: #31, missing restoration P: Patient to be scheduled for restorative procedure. | _William K Collins_ **William K. Collins, D.D.S.** CDO FCI McKean |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

_Baker, Darryl_
**FCI McKean**

REGISTER NO. 17613-039   WARD NO.

000153

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS · TREATMENT · REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
| 04/04/03<br>0930 hrs | P: Patient in SHU. | |
| | | *William K. Collins*<br>**William K. Collins, D.D.S.**<br>CDO<br>FCI McKean |

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) |
| --- | --- |

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATUR |
| --- | --- | --- |
| 1/4/96 1502 | No Anes., #31 (MO) - etch-bond-comp. "Silux Plus" (J shade), Scheduled for Prophy. | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
| 11/16/98 1330 | ⑤ Lost filly @ #2 c̄ O'x fill - L groove missing filly @ Rev. sulpules ① Placed True Vitality. | W.G. STERBA DDS |
| 11/17/98 0930 | ⑤ Lost fili @ #2 c̄ missing occ amort. Pt states fili was sept !! @ Rev. Pulpules ① TPH. | W.G. STERBA DDS |
| 04/28/2000 0920 hrs | S: "I lost a filling out of this tooth" O: Patient points to #O2 Occlusal restoration partially fractured out Dental caries present A: #O2, Fractured restoration 2° chronic caries | over |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Baker, Darryl
19613-039
Err McKean

REGISTER NO.            WARD N

DENTAL TREATME

000155            HSA-737 (6-74)

(Continued On Reverse Side)

GA-237 (6-74)
(reverse)

cnt'd from other side

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|---|---|---|
| 04/28/2000 0920 hrs | P: Lidocaine 2% c̄ 1:100,000 epinephrine x3, Caries removal; part of current restoration allowed to remain; Occlusal restoration placed in #02 using Ketac Silver; Occlusal adjustment. Patient instructed to submit a "cop-out" requesting an examination and a prophylaxis. | W.K. Collins, DDS Chief Dental |
| 05/12/2000 1030 hrs | S: "My tooth has been hurting me when I chew on it." O: #31, worn down DO resin restoration Med Hx. Reviewed PAX: Root canal therapy has been performed on tooth Apices of roots appear WNL percussion Patient may be attempting to abuse sick call. A: No pathology observed other than worn filling P: Explained to patient that present restoration is satisfactory | W.K. Collins, DDS Chief Dental |

000156

| CLINICAL RECORD | | DENTAL | |
|---|---|---|---|

**1. CHART**

← Bridge →



RIGHT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT

32  31  30  29  28  27  26 25 24 23  22  21  20  19  18  17

Comp'

Gold

← Bridge →

**2. ROENTGENOGRAMS**
☐ PERIAPICAL  ☐ BITE WINGS  ☐ OTHER

**3. PERIODONTOCLASIA**
☐ INCIPIENT  ☐ MODERATE  ☐ SEVERE

☐ LOCAL  ☐ GENERAL

**4. CALCULUS**
☐ SLIGHT  ☐ MODERATE  ☐ HEAVY

**5. GINGIVAL PATHOLOGY**
☐ GINGIVITIS  ☐ VINCENT'S INFECTION

☐ STOMATITIS (Specify)

**6. DENTURE INDICATED (Include dentures needed after indicated extractions)**
☐ FULL UPPER  ☐ FULL LOWER
☐ PARTIAL UPPER  ☐ PARTIAL LOWER  ☐ REPAIR

**7. ABNORMALITIES OF OCCLUSION. ANGLES CLASSIFICATION**
☐ I  ☐ II  ☐ III  ☐ NORMAL

**8. DENTAL CLASSIFICATION**  **9. TYPE OF EXAMINATION**

**10. ADDITIONAL FINDINGS**

D - 0
M - 5
F - 9

CHIEF DE...
R. CABA...

||||  ||||

**11. RECOMMENDATIONS**

Txplan
1) Prophy, BWS
2)

| 12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT | 13. DATE | 14. SIGNATURE OF DENTIST | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
|---|---|---|---|
| | 11/8/95 | RC   R.A. CABANAS/DMD | |

| 15. GRADE, RATING, OR POSITION | 16. TYPE OF BENEFICIARY | 17. SEX ☐M ☐F | 18. RACE | 19. AGE | 20. SERVICE ☐ INPATIENT  ☐ OUTPATIENT  ☐ OTHER |
|---|---|---|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name— last, first, middle; grade; date; hospital or medical facility) | 22. IDENTIFICATION NO | 23. REGISTER NO. | 24. WARD NO. |
|---|---|---|---|

Baker, Darryl
19613 - 039
FCI McKean

**DENTAL**

Standard Form 521 (Rev.)
521-108

GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201—45.505
OCTOBER 1975

000157

INFORMATION FOR DENTAL SERVICE (*To be filled in by referring agency*)

26. PRINCIPAL MEDICAL DIAGNOSIS

27. CHECK HERE IF HOSPITALIZED FOR DENTAL TREATMENT ONLY ☐

28. PATIENT REFERRED FOR

29. REMARKS

| 30. APPROXIMATE PERIOD OF HOSPITALIZATION | 31. DATE | 32. SIGNATURE OF PHYSICIAN |
|---|---|---|
| | | CHIEF DENTAL OFFICER |
| | | R. CABANAS, D.M.D. |

**AUTHORIZATION**

33. DENTAL TREATMENT AUTHORIZED

| 34. DATE | 35. SIGNATURE OF AUTHORIZING DENTIST |
|---|---|

### 36. TREATMENT RECORD

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|---|---|---|
| 11/8/95 | Pt Cx NKD. H Hx Reviewed, Jx, CO & waiting list explained DTU/NL OHI | R. A. CABANAS/DMD   R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
| 1/29/96 / 1230 | Comprehensive exam — Same charting c/ 11/8/95 exept for Fx of OC composite #2 ; 2% Lido Elo-5 epi. x 1.8 cc "Schein" ; #2 (OC) - Varn - AMAL "Unison". Needs /P to maintain edent space #29-30 & to prevent supereruption of #4. Scheduled for impressions for /P. Permanent restoration done on Sick Call today due to low pt load today) | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER   R. A. CABANAS, DMD   R   X |
| 5/2/96 / 0935 | Lower alginate impr. made. | R   R. A. CABANAS/DMD |
| // | Schedule for Op. #31 (restore MO crack) | R   R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
| 5/6/96 / 1556 | del /P. Instructions in use & care given. | R   R. A. CABANAS/DMD   R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |

*U.S. Government Printing Office: 1991 — 281-782/40101

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| **DATE** | **DIAGNOSIS — TREATMENT — REMARKS** | **SIGNATURE** |
| 7/18/96 / 1606 | Re scheduled for f/p. Not seen today due to unscheduled dept. meeting. | R.A. CABANAS DMD<br>R. CABANAS, D.M.D.<br>CHIEF DENTAL OFFICER |
| 26/96 / 1555 | No show for Call Out 1430 | R.A. CABANAS DMD<br>R. CABANAS, D.M.D.<br>CHIEF DENTAL OFFICER |

DENTAL

*(Continued On Reverse Side)*

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical ility) | REGISTER NO. | WARD NO. |
|---|---|---|

Baker, Darryl
19613-039
FCI McKean

DENTAL TREATMENT RECORD
HSA-207 (6-74)
000159

A-237 (6-74)
everse)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|------|------------------------------|-----------|
|      |                              |           |

DENTAL

U.S. Bureau of Prisons
Dental/Medical History Form

1. Are you presently taking any medication?                Yes    (No)
   If so, what?_____

2. Are you allergic to or have you had a reaction to any   Yes    (No)
   medication or drug? If so, what?_____

3. Have you been under the care of a physician during the
   past two years? If so, why?_____     Yes    (No)

4. Have you been hospitalized in the past two years?       Yes    (No)
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                 Yes    (No)

6. Do your ankles ever swell during the day?               Yes    (No)

7. Have you ever been treated for a tumor or growth?       Yes    (No)

8. Have you ever had abnormal bleeding?                    Yes    (No)

9. Have you had any serious difficulty with any previous
   dental treatment?                                       Yes    (No)

Circle any of the following that you have or have had:

Congenital heart defects                    Heart murmur
Heart attack or heart trouble               Angina
Rheumatic Fever                             High blood pressure
Stroke                                      Heart pacemaker
Asthma                                      Epilepsy or seizures
Anemia(blood problems)                      Diabetes
Hepatitis                                   AIDS or HIV infection
Thyroid problems                            Emphysema
Chronic bronchitis                          Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)      Psychiatric treatment
Arthritis                                   Artificial Joint Prosthesis
Artificial Heart Valve

Do you have any disease, condition, or problem not listed?  Yes    (No)

WOMEN ONLY: Are you pregnant?                               Yes    No

Name  Darryl Baker                Reg. No. 19613-039

Institution  FCI McKean           Date  11-8-95

000161

U.S. Bureau of Prisons
## Historia Clinica de Odontologia y Medica

1.  ¿Que medicinas estra tomando actualmente ?        SI        NO
    Si es si el nombre_____

2.  ¿A que medicinas es usted ALERGICO ?              SI        NO
    Si es si el nombre_____

3.  ¿Tuvo alguna enfermedad durante los ultmos
    dos anos que requero ver un doctor ?             SI        NO
    Si es si, por que ?_____

4.  ¿Ha estado usted en el Hospital durante los
    ultimos dos anos ?  Si es si, por que ?          SI        NO
    _____

5.  ¿Tiene alguna dificultad para respirar o
    dolor en el pecho o se siente agotado cuando
    cuando sube las escaleras ?                      SI        NO

6.  ¿Se le hinchan los pies ?                        SI        NO

7.  ¿Tiene cancer ?  ¿Desde cuando ?_____       SI        NO

8.  ¿Sangra usted con exceso ?                       SI        NO

9.  ¿Ha tenido problemas con los dientes ?           SI        NO

Que enfermedades o sintomas tiene, que sepa ponga una marka:

Defectos del corazon                    Soplo cardiaco
Altaque del corazon                     Angina
Fiebre Reumatica                        Presion alta
Apoplejia o Derame Cerebral             Marcapasos
Asma o Fatiga                           Convulsiones
Anemia (problemas de sangre)            Diabetes
Hepatitis                               SIDA o HIV infection
Problemas de tiroides                   Enfisema
Bronquitis                              Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis)   Desordenes psiquiatrias
Artritis                                Coyunturas artificiales
Valvulas artificiales

¿Tiene otras enfermedades que no estra en estra lista ?    SI    NO

Pregunta para las mujeres.
¿Esta usted embarazda o encinta ?                          SI    NO

Nombre_____        Numero_____

Institution_____        Fetcha_____

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HISTORY FORMS

1. Are you presantly taking any medication?          Yes    No
   If so, what?_____

2. Are you allergic to or have you had a reaction to any   Yes   No
   medication or drugs? If so, what?_____

3. Have you been under the care of a physician during the   Yes   No
   past two years? If so, why?_____

4. Have you been hospitalized in the past two years?      Yes    No
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?           Yes    No

6. Do your ankles ever swell during the day?          Yes    No

7. Have you ever been treated for a tumor or growth?    Yes    No

8. Have you ever had abnormal bleeding?               Yes    No

9. Have you had any serious difficulty with any previous
   dental treatment?                                 Yes    No

Circle any of the following that you have or have had:

Congenital heart defects            Heart murmer
Heart attack or heart trouble       Angina
Rheumatic Fever                     High blood pressure
Stroke                              Heart pacemaker
Asthma                              Epilepsy or seizures
Anemia (blood problems)             Diabetes
Hepatitis                           AIDS or HIV infection
Thyroid problems                    Emphysema
Chronic bronchitis                  Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)   Psychiatric treatment
Arthritis                           Artificial prosthesis
Artificial heart valve

Do you have any disease, condition, or problem not listed?  Yes  No

Name _Daryl Cole_____    Reg. No. 19613-039

Institution _FDC Milan_____   Date _10-4-95_

U.S. BUREAU OF PRISONS
HISTORIA CLINICA DE CONTOLOGIA y MEDICA

1.  Que medicinas estra tomando actualmente?          SI ----- NO -----
    Si es si el nombre_____

2.  A que medicinas es usted ALERGICO?               SI ---- NO -----
    Si es si el nombre_____

3.  Tuvo alguna enfermedad durante los ultmos
    dos anos que requero ver un doctor?              SI ---- NO ----
    Si es si, por que? _____

4.  Ha estado usted en el Hospital durante los
    ultimos dos anos?  Si es si, por quo?            SI ----- NO -----
    _____

5.  Tiene alguna dificultad para respirar o
    dolor en el pecho o se siento agotado cuando
    cuando sube las escaleras? _____        SI ----- NO -----

6.  Se le hinchan les pies? _____          SI ----- NO -----

7.  Tiene cancer?  Desde cuanso? _____           SI ----- NO -----

8.  Sangra usted con exceso? _____           SI ----- NO -----

9.  Ha tenido problems con los dientes?              SI ----- NO -----

Que enfermedades o sintomas tiene, que sepa ponga una marka:

    Defectos del corazon              Soplo cardiaco
    Altaque del corazon               Angina
    Fiebre Reumatica                  Presion alta
    Apoplejia o Derame Cerebral       Marcapasos
    Asma o Fatiga                     Convulsiones
    Anemia (problems de sangre)       Diabetos
    Hepatitis                         SIDA o HIV infection
    Problemas de tiroides             Enfisoma
    Bronquitis                        Tuberculosis
    Enfermedad Venerea (Gonorrea/Sifilis)  Desordenes psiquiatrias
    Artritis                          Coyunturas artificiales
    Valvulas artificiales

    Tiene otras enfermedades; que  no estan en esta lista?   SI ----- NO -----


Nombre_____        Numero_____

Institution_____        Fecha_____

000164

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HISTORY FORMS

1. Are you presantly taking any medication?                     Yes    No
   If so, what?_____

2. Are you allergic to or have you had a reaction to any       Yes    No
   medication or drugs? If so, what?_____

3. Have you been under the care of a physician during the      Yes    No
   past two years? If so, why?_____

4. Have you been hospitalized in the past two years?           Yes    No
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                     Yes    No

6. Do your ankles ever swell during the day?                   Yes    No

7. Have you ever been treated for a tumor or growth?           Yes    No

8. Have you ever had abnormal bleeding?                        Yes    No

9. Have you had any serious difficulty with any previous       Yes    No
   dental treatment?

Circle any of the following that you have or have had:

Congenital heart defects              Heart murmer
Heart attack or heart trouble         Angina
Rheumatic Fever                       High blood pressure
Stroke                                Heart pacemaker
Asthma                                Epilepsy or seizures
Anemia (blood problems)               Diabetes
Hepatitis                             AIDS or HIV infection
Thyroid problems                      Emphysema
Chronic bronchitis                    Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)  Psychiatric treatment
Arthritis                             Artificial prosthesis
Artificial heart valve

Do you have any disease, condition, or problem not listed?  Yes  No
_____

Name _Daryl Baker_              Reg. No. _19613-039_

Institution _F.D.C. MILN_       Date _6-8-95_

000165

U.S. BUREAU OF PRISONS
HISTORIA CLINICA DE CONTOLOGIA y MEDICA

1. Que medicinas estra tomando actualmente?                    SI ----- NO -----
   Si es si el nombre_____

2. A que medicinas es usted ALERGICO?                          SI ----- NO -----
   Si es si el nombre_____

3. Tuvo alguna enfermedad durante los ultmos
   dos anos que requero ver un doctor?                         SI ----- NO -----
   Si es si, por que? _____

4. Ha estado usted en el Hospital durante los
   ultimos dos anos?  Si es si, por quo?                       SI ---- NO -----

   _____

5. Tiene alguna dificultad para respirar o
   dolor en el pecho o se siento agotado cuando
   cuando sube las escaleras? _____                 SI ----- NO -----

6. Se le hinchan les pies? _____                    SI ----- NO -----

7. Tiene cancer?  Desde cuanso? _____               SI ----- NO -----

8. Sangra usted con exceso? _____                   SI ----- NO -----

9. Ha tenido problems con los dientes?                        SI ----- NO -----

Que enfermedades o sintomas tiene, que sepa ponga una marka:

Defectos del corazon                Soplo cardiaco
Altaque del corazon                 Angina
Fiebre Reumatica                    Presion alta
Apoplejia o Derame Cerebral         Marcapasos
Asma o Fatiga                       Convulsiones
Anemia (problems de sangre)         Diabetos
Hepatitis                           SIDA o HIV infection
Problemas de tiroides               Enfisoma
Bronquitis                          Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis) Desordenes psiquiatrias
Artritis                            Coyunturas artificiales
Valvulas artificiales

Tiene otras enfermedades; que no estan en esta lista?    SI ----- NO -----


Nombre_____        Numero_____

Institution_____        Fecha_____

000166

FED        ORRECTIONAL INSTITUTIO.    OSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

O: ALL CONCERNED                    UNIT: _____        DATE: 8/9/99
NMATE'S NAME: Baker Danyl           DETAIL: _____      REG. NO. 19615-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

XIDLE: Reason _____ Medical _____ THRU 12 MIDNIGHT 8/10 19 99

) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 1£

) TOTALLY DISABLED:

) FULL DUTY:

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

LE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious ser
II, visits and call outs. No recreation activity.
ONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excur
d may not participate in any recreational activities outside the unit.
ESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific dat
)TALLY DISABLED -  Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
ILL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDE⁊⁊L     ORRECTIONAL INSTITUTIO    HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO:  ALL CONCERNED                  UNIT: A A           DATE: 2/25/99
INMATE'S NAME: Baker                DETAIL: medical     REG. NO. 19613-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ Medical _____ THRU 12 MIDNIGHT 2/26 19 99

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:

( ) FULL DUTY:

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS                               000167

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick
call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work
and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefite.
TOTALLY DISABLED -  Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED *Baker, D*    UNIT: *11A*    DATE: *5/18/88*
INMATE'S NAME: _____    DETAIL: *Educ, cop*    REG. NO. *18613-039*

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____ THRU 12 MIDNIGHT *5/18* 19 *88*
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ____
( ) TOTALLY DISABLED: *Rest*    THRU 12 MIDNIGHT _____ 19 ____
( ) FULL DUTY:

*No Sports/Rec, + Iwk*    Physician or Physician Assistant    *T. Montgomery, MLP*

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefiite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____    UNIT: _____    DATE: *1/23/98*
INMATE'S NAME: *Baker, Danny*    DETAIL: _____    REG. NO. *19613-039*

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT *1/24* 19 *98*
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ____
( ) TOTALLY DISABLED:
( ) FULL DUTY:

Physician or Physician Assistant    000168

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefite.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                UNIT: _____    DATE: 11/25/97,
INMATE'S NAME: Baker Darryl          DETAIL: _____   REG. NO. 19613-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason ___Medical_____    THRU 12 MIDNIGHT 11/25 19 97
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____    THRU 12 MIDNIGHT _____ 19 ____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____    THRU 12 MIDNIGHT _____ 19 ____
( ) TOTALLY DISABLED:
( ) FULL DUTY:

o                          _M. Matt M.E.___
                          **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                UNIT: 1A        DATE: 12-30-96
INMATE'S NAME: Baker Darryl          DETAIL: CMS      REG. NO. 19613 -039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason Muscle Sprain_____  THRU 12 MIDNIGHT 12-31, 19 96
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____    THRU 12 MIDNIGHT _____ 19 ____
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____    THRU 12 MIDNIGHT _____ 19 ____
( ) TOTALLY DISABLED:
( ) FULL DUTY:
                                   SHARONE A. WALTER
                                   PHYSICIAN ASSISTANT
                          S. Walter P.A.
                          **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS                    000169

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                UNIT: 1A                DATE: 12-26-96

INMATE'S NAME: Baker, Darryl        DETAIL: CMS        REG. NO. 19613-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason  Muscle Sprain                            THRU 12 MIDNIGHT 12-27, 19 96

( ) CONVALESCENCE: List any restricted activity for medical reasons.
                                                           THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
                                                           THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:
( ) FULL DUTY:                      S. Walter P.A.        SHARONE A. WALTER
                                                          PHYSICIAN ASSISTANT
                              **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED Baker, Darryl    UNIT: 1A              DATE: 5/21/96

INMATE'S NAME: Baker, Darryl        DETAIL: Comm        REG. NO.

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions) 19613-039

( ) IDLE: Reason                                          THRU 12 MIDNIGHT 5/21 19 96

(/) CONVALESCENCE: List any restricted activity for medical reasons.
                                                           THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason.
                                                           THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:
( ) FULL DUTY:                                   OWEN CONNELLY, FMG, PA

                              **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS                           000170

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _1A_ DATE: _5-13-96_
INMATE'S NAME: _BAKER DARRYL_ DETAIL: _UNICOR_ REG. NO. _19613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____ THRU 12 MIDNIGHT _5-14_ 19_96_
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19___
( ) TOTALLY DISABLED:
( ) FULL DUTY: _strict rest except for meals_
_Activity Restriction x 2 weeks_ **Physician or Physician Assistant**  A. F GUNTHER M.D

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _1A_ DATE: _1/30/96_
INMATE'S NAME: _Baker Darryl_ DETAIL: _Welding Shop_ REG. NO. _9613-039_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _1/30_ 19_96_
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19___
( ) TOTALLY DISABLED:
( ) FULL DUTY: _No Gym + exercise 3 weeks_ **Physician or Physician Assistant**  J. GOMEZ, FMG, PA

000171

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Baker (Larry)_     UNIT: _1A_     DATE: _11/22/95_

INMATE'S NAME: _____     DETAIL: _CMC_     REG. NO. _19612-039_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19___

(X) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _11/24_ 19_95_

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED: _____ THRU 12 MIDNIGHT _____ 19___

( ) FULL DUTY:

_____
O. CONNELLY, FMG, PA
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

): ALL CONCERNED _Baker Larry_     UNIT: _1A_     DATE: _11/20/95_

MATE'S NAME: _____     DETAIL: _CMS_     REG. NO. _19613039_

or Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## EDICAL CLASSIFICATION STATUS: (Check one and answer questions)

) IDLE: Reason _____ THRU 12 MIDNIGHT _11/20_ 19_95_

) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19___

) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

) TOTALLY DISABLED: _____

) FULL DUTY: _No sport, No weight lifting at gym x 2 weeks_

_____
GOMEZ, FMG, PA
**Physician or Physician Assistant**
GOMEZ, FM...

000172

### DEFINITIONS AND INSTRUCTIONS

LE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick ll, visits and call outs. No recreation activity.

ONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work ... in any recreational activities outside the unit.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**

*(Medical)*

| 1. Institution Elk | 2. Name of Injured Baller, Darryl | 3. Register Number 19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment SHU | 5. Housing Assignment SHU 130 | 6. Date and Time of Injury 8/11/05 ≈ 1230pm |
| 7. Where Did Injury Happen *(Be specific as to location)* FSL Utility Room | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 8/11/05  1730pm |

9. Subjective: *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

"The restraints were excessively tight and my wrists hurt." "It hurt my ankles too."

unable to sign
_____
Signature of Patient

10. Objective: *(Observations or Findings from Examination)*     X–Rays Taken _____    Not Indicated _____

**X–Ray Results**

c/o soreness on b/lat wrists Ø swelling, Ø redding, full ROM of wrists distal circula intact Ø visible or palpable abnormalities. c/o b/lat ankle pain, Ø swelly, Ø redness, full ROM of ankles Ø visible abnormalits noted.

11. Assessment: *(Analysis of Facts Based on Subjective and Objective Data)*

Alt in health mt

12. Plan: *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Pt Ed tylenol or motrin PRN for pain f/u c SHU
PA/sick call for further c/os

13. This Injury Required:

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☒ d. Other *(explain)*
        Exam

MICHELE J. KELLER, D.O.
CLINICAL DIRECTOR

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to
       Community Physician

_____
Signature of Physician or Physician Assistant

Ø visible
Injury

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

000173

Original – Medical File

Canary – Safety

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| | | |
|---|---|---|
| 1. Institution FCI McKean | 2. Name of Injured BAKER, DARRYL | 3. Register Number 19613-039 |
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment AA | 6. Date and Time of Injury 2/27/04 2000 hr |
| 7. Where Did Injury Happen (Be specific as to location) Housing AA Cell #129 | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 2/27/04 0950 hr |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

41 Y/O AA ♂ C/O ① LT. Face & Eye Pain 2° Assaulted by 2 - Im's ⊕ LOC. Also C/O ② Minor Pain Swelling & Abrasions of Rt Chest & Back, RUE, Bil. Hands. ③ Reports Epistaxis Epistaxis - 1st 24hrs S/P ⊘ Denies I/D22 Y HL___ VISION LOSS___ LOC___

*Signature of Patient* Darryl Baker

④ C/O Resolving (↓) Paresthesia of Face & Maxilla Dentition.

**10. Objective:** (Observations or Findings from Examination)   X-Rays Taken _____   Not Indicated ✓

CA&O X3, No♂ distress, ambulatory, Flat affect.   X-Ray Results
HEAD ⊕ NC/AT, EARS→⊕ Bld, TM's ⊕ INTACT ⊕ Fld /Bld; Face → LT. mild Tender c ecchymoses & Swelling ⊕ step-off/deformity; skin intact c ⊕ periorbital ecchymosis/edema, ⊕ tender, ⊘ step-off; NOSE → neutral RT PYRAMID ⊕ TIP mild ecchymosis LT interior NOSE ⊕ Dis - RT, BILAT. mucosal edema LT2 RT c Dried ⊘ FreshBld. LEFT ⊕ Vessel RUPTURE; Chest/Back + UE's (see DIAGRAM) ; Neuro→CN's II-XII intact; PERRLA, LT. Conjunctivitis; EOMI

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)   ⑦ Epistaxis & Fx.
① Periorbital Soft Tissue Trauma Ecchymosis/Edema ⊘ FX
② LT MAXILLA/ZYGOMA Contusion ⊘ Fx  ⑤ ⑥ Contusions, Sprain
③ ④ ⑥ Contusion ⊕ ABRASION (Superficial)   ⊕ Superficial abrasions

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)
① Ophthalmic 3cc Topical LT. NOSE X 1  ⑦ Epistaxis Prophylaxis Instructions.
② Swelling: Eye Exam acuity @ 20/25 Bilat
③ Educate Caregivers re. Trauma c RTC-PRN
④ Understands

**13. This Injury Required:**

☐ a. No Medical Attention

☑ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*
Robert E. Piotrowski, PA-C
FCI McKean

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)

*Self Carboned Form – If ballpoint pen is used, PRESS HARD*

000174

Reviewed by D. Olson, MD

Brow Ridge
Face
Teeth
Trauma
Buccal

Nose
Epistaxis
& FX
1.
2. Intact
Trismus
Neutral Occlusion

5. Mild Swelling from sternum
6. Hands abrasion #4&5 MCP c mild Tender + FROM
4. FROM c mild swelling
3.&6. mild ecchymotic swelling skin intact very superficial abrasion