U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJU**  **SSESSMENT AND FOLLOWUP**

*(Medical)*

| 1. Institution FCI McKean | 2. Name of Injured Baker | 3. Register Number 19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment Rec. Orderly | 5. Housing Assignment AA | 6. Date and Time of Injury 12-15-99    06:50 |

| 7. Where Did Injury Happen *(Be specific as to location)* Rec Gym Floor | Work Related? ☐ Yes ☑ No | 8. Date and Time Reported for Treatment 12-15-99    07:30 |
|---|---|---|

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

Saw IM Harris standing against wall when I walked in Main Gym area before incident happened.

X Darryl Baker

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*        X-Rays Taken _____    Not Indicated ✓

**X-Ray Results**

HEENT: WNL   Neck: ⊖ findings

Torso: ⊖ bruising or abrasions.   Ext: ⊖ bruising or abrasions

⊖ cuts.

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

No physical finding to R/o physical altercation

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

If any problems should arise F/u S/C

IM understands directions

**13. This Injury Required:**

☑ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

12/20/99

D. Olson, MD
Clinical Director

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File

Canary – Safety

Pink – Work Supervisor *(Work related only)*

Goldenrod – Correctional Supervisor

000175

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution FCI McKean. | 2. Name of Injured Baker Danny | 3. Register Number 19613-039 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor. | 5. Housing Assignment 1A. | 6. Date and Time of Injury 2/25/99  1200 |
| 7. Where Did Injury Happen (Be specific as to location) Rec Weight Room | Work Related? ☐ Yes  ☒ No | 8. Date and Time Reported for Treatment 2/55/99  1300 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

I went to Rec to lift @ lunchtime ē Strained my lower back.

x *Darryl Baker*
Signature of Patient

**10. Objective:** *(Observations or Findings from Examination)*

↓ ROM ē Ant Flexion ; Ⓛ Lat.

X-Rays Taken _____  Not Indicated ✓
X-Ray Results

Flexion Also ē Ⓛ Leg Raise. + local Tenderness Ⓡ lumbar paraspinals

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

LSSS

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Rest ; Moist Heat. Understand de

Motrin 800mg #21 ī TID X 1

Patient Educ -

C. Gelsick, R.Ph

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant

Reviewed by D. Olson, MD
Date: 2/10/04

*Self Carboned Form – If ballpoint pen is used, PRESS HARD*

Medical File
G…ty

USP …bervisor (Work related only)
…tional Supervisor

000176

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY    SESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Baker, Darryl | 19613-039 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| CMS | 1A | 12-26-96  1445 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Gym | ☐ Yes  ☒ No | 12-26-96  1830 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

Deadlifting 405 lbs. felt something pull in my back.

*Signature of Patient* — Darryl Baker

**10. Objective:** *(Observations or Findings from Examination)*

Pt. can bend forward ~45°, ↓ ROM ~20° to right, tenderness palpation @ supraspinatous muscles in L-S area, ⊖ erythema or swelling, OTC's Ⓒ2, good strength, NBV intact, pain straight leg raise both sitting + laying, pain adduction @ leg

X–Rays Taken _____  Not Indicated _X_
X-Ray Results

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

muscle sprain

**12. Plan** *(PATIENT EDUCATION ... Results, Treatment and Recommended Follow-up)*

1. ice, meds, rest
2. Motrin 800 mg. ↑ PO TID, #21, no refill
3. idle 1 day
4. F/U PRN

PATIENT EDUCATION
╪ Dosage
╪ Special Instructions
╪ Adverse Reaction
C. Gelsick, R.PH.

**13. This Injury Required:**

☐ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other *(explain)*
_____
_____
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

S. Walter P.A.
*Signature of Physician or Physician Assistant*

SHARONE A. WALTER
PHYSICIAN ASSISTANT

D. OLSON, M.D.
CLINICAL DIRECTOR

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

000177

MEDICAL DEPARTMENT
AUGUST 12, 2005

1) I AM HAVING EXCRUCIATING PAIN IN MY LEFT EYE AND NEED TO SEE A ORBITAL SPECIALIST.

2) I AM HAVING PAIN AS A RESULT OF SOME TIGHT RESTRAINTS ON MY RIST AND SOME SWELLING.

3) I AM HAVING SOME SINUS PROBLEMS WITH MY ALLERGIES.

THANK YOU VERY MUCH

BY: INMATE BAKER
# 19613-039

CC: RECORD:

Pt Seen 8-11-05 — by clinical director
full eval done. Pt refused cuff —
Custody issues for outside trips 8-11-05
Barnes PAC
Acting HSA

000178

U.S. Department of Justice

Federal Bureau of Prisons



**Medical Treatment Refusal**

**(Rechazo de Tratamiento Médico)**

Date _8/11/05_ (Fecha)

I, _Baker, Darryl_ _19613-039_, refuse treatment recommended by the Federal
(Name and Registration Number)   (Nombre y Número de Registro)   (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:          (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_diplopia   H/o old orbital entrapment_

The following treatment(s) was/were recommended: °          (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_ophthalmology — routine evaluation_

_— I/m refused custody — cuffing for outside procedure_

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences
and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuen-
cias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby
assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from
any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento
recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de
Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y
direcciones.)

_X Pt refuses to sign_
_X in stta / cuffed — black box_

Patient's Signature and Date          (Firma del Paciente y Fecha)

_I/M still c/o pain — eye_
_"will not sign anything"_

_Michelle Keller_ _8/11/05._

Signature of Witness and Date          (Firma del Testigo y Fecha)

_8/11/05_

Signature of Witness and Date          (Firma del Testigo y Fecha)

Original – Inmate's Medical Record

Canary – Hospital File

Pink – To Inmate

000179

BP-358(60)

UNITED STATES GOVERNMENT

# memorandum

FCI Elkton, Ohio

Date: 6/8/05

Reply to: Jane Barnes, PA-C
Attn of: Acting Assistant Health Services Administrator

Michele, Keller, D.O.
Clinical Director/URC Chairman

Subject: Community Referral Approval/Denial

To: Baker Darryl

Reg. No: 19613-039        Unit: G-A

This is to advise you that on 6/8/05, your medical case/condition was presented to the *Utilization Review Committee* to determine the clinical indication and/or benefit, as well as the urgency and non-urgency of referring you to the community to undergo additional diagnostic testing, and/or an evaluation by a specialist. It was the decision of the *Utilization Review Committee* that your case has been:

approved        disapproved        tabled at this time. (See below).

If your case has been approved, you will be scheduled in the near future to have the diagnostic testing/surgical evaluation/specialists' evaluation, etc., performed in the community. Due to security concerns, you will not be advised of the date of the referral or be provided additional information on the Escorted Medical Trip until the date of the trip. If you have any change in your condition or symptoms, report them to the Clinical Director and/or your Primary Care Provider. ***If you decide that you do not agree with the referral and or testing, you MUST report to the Clinical Director (in writing) that you are not agreeing to proceed with the referral.

If your case has been disapproved at this time, it has been determined by the committee that the benefit of the referral may not be achieved, and/or, your condition can be maintained in-house. This does not mean that you do not have a legitimate medical condition; however, it indicates that the condition may not be improved by a community referral or it is currently being managed and routinely evaluated in the Chronic Care Clinic. This does not mean that your condition may not warrant future referral to the community; however, this is based on results on continued in-house monitoring, diagnostic results and/or a change in your condition. If you have any questions, you must discuss this with the Clinical Director and/or your Primary Care Provider.

If the decision to table your case was made, this indicates that you will be scheduled for an additional testing and/or evaluation and/or repeat evaluation in-house. Your case then will be presented to the Utilization Review Committee at a later date.

000180

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO:(Name and Title of Staff Member)<br>    DOCTOR BEAM, M.D. | DATE:<br> MARCH 28, 2004 |
| FROM:<br>   INMATE BAKER , _DARRYL_ | REGISTER NO.:<br>    19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ _SHU AA_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)
   DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN

   ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS

   NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU

   PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.


                                              THANK YOU.



                         (Do not write below this line)

DISPOSITION:

You were Seen By Dr Howard 3/31/04
I will have you called on 4/1/04
for discussion of what needs
To be done

| Signature Staff Member | Date | |
|---|---|---|
| _J. BEAM, MD_<br>_FCI MCKEAN_ | 3/31/04 | **000181** |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER _DARRYL_ | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: _SHU AA_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING

AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS

INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN

I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

Signature Staff Member _Beam, MD_    Date 3/31/04    000182

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m

FCI McKean, Pennsylvania

DATE: March 23, 2004

REPLY TO
ATTN. OF: James F. Sherman, Warden

SUBJECT: **INMATE REQUEST TO STAFF MEMBER**

TO: BAKER, Darryl
Reg. No. 19613-039

This is in response to your letter receipted in my office on March 12, 2004, in which you state that you suffered an eye injury on February 29, 2004 and have not received medical treatment for it.

Records indicate you were medically assessed immediately following the injury. You were instructed to follow up with sick call as needed following that assessment. A sick call slip was never received by health services from you; however, on March 9, 2004, at the request of the Associate Warden, a PA stopped by to examine you. You became verbally abusive and belligerent with the PA. You were given an order to stop your abusive behavior which you refused to do. The PA was not able to conduct an exam at that time due to your behavior. You were instructed of the proper way to sign up for sick call at that time. A sick call request was received from you on March 9, 2004, and you were seen by a doctor on March 11, 2004. The exam revealed a left eyelid abrasion only. No other injuries were found concerning your left eye.

I trust your concerns have been addressed.

**LOU SENSITIVE**

000183

```
                              INMATE PROFILE          *    03-12-2004
                                                           15:05:20
   MCK41  535.03 *
PAGE 001 OF 001              REG
             19613-039          FUNCTION: PRT DOB/AGE.: 06-30-1962 / 41
REGNO.: 19613-039                        R/S/ETH.: B/M/O
NAME.: BAKER, DARRYL ORRIN               MILEAGE.: 269 MILES
RSP..: MCK-MCKEAN FCI
PHONE: 814-362-8900         FTS: 700-362-8909    FBI NO..: 747008W1
   PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     INS NO...: N/A
   PROJ REL DATE..: 07-02-2012                    SSN......: 370782859
   PAR ELIG DATE..: N/A                           DETAINER: NO        CMC..: YES
   PAR HEAR DATE..:
OFFN/CHG RMKS: DKT: 94-CR-50065-01-FL DIST. OF COCAINE BASE, A & A, P/W/I/T/D
OFFN/CHG RMKS: COCAINE BASE     235 MONTHS CUSTODY BOP
  FACL CATEGORY    - - - -   CURRENT ASSIGNMENT - - - - - -   EFF DATE  TIME
  MCK  ADM-REL   A-DES      DESIGNATED, AT ASSIGNED FACIL   09-12-2002 0815
  MCK  CARE LEVEL CARE1     HEALTHY, NO CHRONIC CARE        06-10-2003 1449
  MCK  COR COUNSL AA        ELLEN MCNINCH - AA (EXT 547)    09-12-2002 0815
  MCK  CASE MGT   PROG RPT  NEXT PROGRESS REPORT DUE DATE   07-05-2005 0757
  MCK  CASE MGT   RPP NEEDS RELEASE PREP PGM NEEDS          12-31-1996 1134
  MCK  CASE MGT   V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 04-13-1996 1109
  MCK  CASE MGT   V94 CVA913 V94 CURR VIOL ON/AFTER 91394   07-30-2001 1851
  MCK  CORR SVCS  RAN NEG   RANDOM DRG TST-NEGATIVE         11-04-2003 1627
  MCK  CASEWORKER AA        CASEWORKER AA JEFF LABESKY      09-12-2002 0815
  MCK  CUSTODY    IN        IN CUSTODY                      10-04-1995 1205
  MCK  DOCTOR     DR.B:00-48 DR.BEAM-FCI CASELOAD           09-16-2002 0837
  MCK  DRUG PGMS  DRG I NONE NO DRUG INTERVIEW REQUIRED     12-28-1995 1049
  MCK  DRUG PGMS  NR DIS    NRES DRUG TMT/DISCONTINUED      09-06-2000 1012
  MCK  EDUCATION  CDL       ACE - CDL                       01-13-2004 1830
  MCK  EDUC INFO  ESL HAS   ENGLISH PROFICIENT              11-16-1995 0922
  MCK  EDUC INFO  GED HAS   COMPLETED GED OR HS DIPLOMA     11-14-1995 0850
  MCK  FIN RESP   COMPLT    FINANC RESP-COMPLETED           10-09-1996 0849
  MCK  LEVEL      MEDIUM    SECURITY CLASSIFICATION MEDIUM  08-25-2003 1028
  MCK  MED DY ST  REG DUTY W REGULAR DUTY W/MED RESTRICTION 09-12-2002 1511
  MCK  PGM REVIEW APR       APRIL PROGRAM REVIEW            04-30-2004 0755
  MCK  QUARTERS   Z07-201UAD HOUSE Z/RANGE 07/BED 201U AD   02-29-2004 0953
  MCK  RELIGION   PROTESTANT PROTESTANT                     01-11-1996 1905
  MCK  SECOND RSP NOT USM   NOT RESPONSIBILITY OF USMS      09-12-2002 0815
  MCK  UNIT       A         UNT MGR C. KINDERVATER 3597     09-12-2002 0815
  MCK  WAITNG LST CIM COMPLT CIMS PKT COMPLETE              08-24-1998 0903
  MCK  WAITNG LST CMPTR D VT COMPUTER VT WAIT LIST DAYS     03-01-2004 1544
  MCK  WAITNG LST DENTAL    MAIN DENTAL WAITING LIST        04-04-2003 1125
  MCK  WAITNG LST INDUSTRIES UNICOR WLS                     11-05-2002 1421
  MCK  WAITNG LST NON-SMOKER NON-SMOKER                     09-12-2002 2019
  MCK  WRK DETAIL SHU UNASSG SHU UNASSIGNED                 03-01-2004 0120
```

```
  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

000184

| From: OCT 15 AM 8:34 Warden's Office | Control Number: 2004-021 | |
|---|---|---|
| Subject: Baker, Darryl #19613-039 | Date Received: 3/12/04 | Date Due: 3/19/04 |

**Remarks:**

✓

Please prepare a written response for the Warden's signature by <u>3/19/04</u>.

_____ Please respond under your signature.

_____ File for your information.

_____ Initial & forward.

_____ If you are unable to meet the deadline, please contact the Warden's Secretary to request an extension.

**To:**

✓ AW(O)        HSA Prepare a response for my signature.
_____ AW(P)
_____ SOI        Greg please track of others thanks
_____ Camp Administrator
_____ Executive Assistant
_____ Captain
_____ Case Management Coordinator
_____ Chaplain
_____ Chief Psychologist
_____ Chief Medical Officer
_____ Computer Services Manager
_____ Controller
_____ Employee Development Mgr.
_____ Facility Manager
_____ Food Service Administrator
✓ Health Services Administrator
_____ Human Resource Manager
_____ Inmate Systems Manager
_____ Recreation Supervisor
_____ Safety Manager
_____ Supervisor of Education
_____ UNICOR Factory Manager
_____ Unit A Manager
_____ Unit B Manager
_____ Unit C Manager
_____ Unit D Manager
_____ Other: _____

000185

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**

*Dr Beam*

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DR. BEAM M.D. | -039 |
| FROM: INMATE BAKER | REGISTER NO.: 16913 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

MY MEDICINE IS ALL GONE AND THE BUMPS ARE
RETURNING, I NEED SOME STRONGER MEDICINE

Thank you,

(Do not write below this line)

DISPOSITION:

Please bring this up with the
MLP on sickcall

Signature Staff Member _____ Date 3/24/04

H. BEAM, MD
FCI McKEAN

000186

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

DOCTOR BEAM, M.D.                    MARCH 9, 2004.

1.  I DARRYL BAKER, EMERGE IN ADMINISTRATIVE
    SEGREGATION ON SUNDAY FEBRUARY 29, 2004.

2.  I WAS SEEN BY A DOCTOR IN MEDICAL AND RECEIVED
    NO MEDICATION FOR MY EYE INJURY.

.  MONDAY MARCH 1, 2004, NURSE NELSON, CAME TO ADMINISTRATE
   SEGREGATION AND, I INFORM HERE OF MY INJURY AND SHE REFUSED
   TO GIVE ME MEDICAL ATTENTION.

   BOTH ASSISTANT WARDENS CAME TO MAKE THEIR ROUNDS
   UNDER BOP POLICY AND I INMATE BAKER BROUGHT MY
   MEDICAL NEED TO BOTH OF THE AND I WAS STILL DENIED
   ATTENTION.

   IT'S BEEN TWO (2) WEEKS UNTIL THIS DAY AND, A MALE
   FROM MEDICAL CAME TO ADMINISTRATIVE SEGREGATION AND MARCH
   9, 2004, AND I INMATE BAKER STILL AGAIN WAS DENIED MEDICAL
   TREATMENT FROM STAFF HERE AT F.C.I. McKEAN.

   DOCTOR BEAM; M.D., I INMATE BAKER, STILL HAVE A EYE
   INJURY DO TO THE FACT I WAS ASSULTED BY TO INMATES,
   I AM STILL REQUESTING MEDICAL TREATMENT, PLEASE LOOK INT
   THE MATTER.

   ALSO, I BROUGHT MY INJURY TO THE A-
   STAFF IN ADMINISTRATIVE SEGREGATION,                    000187
   NAME IS OFFICER _____

8. UNDER THE EIGHT AMENDMENT FOR CRUEL AND UNUSUAL PUNISHMENT WHEN STAFF DENY AN INMATE MEDICAL ASSISTANCES IT VIOLATES THIS AMENDMENT BECAUSE STAFF IS BEING DELIBERATELY INDIFFERENT TOWARD A INMATE MEDICAL NEED.

1. UNDER THE ANTITERRORISM DEATH PENALTY ACT WHICH WAS INACTED CARRIES THE PRISON LETIGATION REFORM ACT WHERE A INMATE MUST EXHAUST HIS ADMINISTRATIVE REMEDIES BEFORE HE CAN PRESENT HIS CLAIM IN THE DISTRICT COURT.

INMATE BAKER
# 19613-039

Received & Seen 3/11/04

H. BEAM, MD
FCI MCKEAN

000188

BP-S148.055   INMATE REQUEST TO STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR MEDICAL | DATE: 3-28-03 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: SHU | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR, TODAY AT APPROXIMATELY 8:10 NURSE NELSON,
APPEARED AT SHU DOOR 101. I REQUESTED MEDICAL ATTENTION
AND WAS DENIED AGAIN. THIS IS THE FOURTH (4) TIME
I BROUGHT THIS TO HER ATTENTION CONCERNING MY SYMPTOMS,

PLEASE LOOK INTO THE MATTER!

8th AMENDMENT
CRUEL AND UNUSUAL PUNISHMENT DENIAL OF
MEDICAL NEED, AND BEING DELIBERATELY INDIFFERENT!

(Do not write below this line)

DISPOSITION: I saw you on 3/31/03. Are you still
having a need for evaluation? Your
note complaining about Nelson RN doesn't
mention your concern.
     Please direct requests for care to
the PA or nurse practitioner or MD making
rounds in the future. The nurse does not
diagnose problems.

| Signature Staff Member | Date 4/3/03 | 000189 |
|---|---|---|

W.H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate
This form may be replicated via WP                This form replaces BP-148.070 dated Oct 86
                                                  and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Doctor ("Medical") | 3-28-03 |
| FROM: | REGISTER NO.: |
| Inmate Baker | # 19613-039 |
| WORK ASSIGNMENT: | UNIT: |
| SHU | A-A. |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Doctor, I have been in administrative detention for (13) days requesting medical attention for my medical need, symptoms, ("I have pus, and inflammation, bleeding, exasperation, on the surface of my head") I have brought this to the attention of your medical team here at F.C.I. McKean. They are first, shift (nurse (3) times), evening watch nurse on (2) occasions, and (P.A. on (2) occasion). And still no results.

Doctor, to prevent this matter from resulting to be adjudicated on judicial proceedings please, look into the matter! Cause, ("8 amendment cruel and unusual punishment being deliberately indifferent toward my medical need).

(Do not write below this line)

DISPOSITION:

I will belatedly examine your scalp soon.

| Signature/Staff Member | Date |
|---|---|
| H. Beam, MD FCI McKean | 3/28/03 |

000190

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) MEDICAL DOCTOR LENORD | DATE: JUNE 23, 2002 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: SHU | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR LENORD, I CONFABULATED WITH YOU TWO (2) WEEKS PERTAINING TO THE INJURYS TO MY HEAD. I ALSO CONFABULATED WITH MS. TIGER (P.A.) SHE EXPLAINED THAT SHE WILL NOT PRESCRIBE ANY OTHER MEDICATION. THE SYMPTONS THAT I HAVE ON MY HEAD ARE BLEEDING, SWELLING, PUSS, IRRETATION, SOARE, AND EXCRUCIATING PAIN. IT HAS BEEN ONE (1) YEAR AND A ½ AND THE MEDICAL DEPARTMENT HERE AT F.C.T. LORETTO HAS NOT PROVIDED ME WITH MEDICAL TREATMENT I AM REQUIRED. DOCTOR LENORD, PLEASE DO NOT BE DELIBERATELY INDIFFERENT TOWARD MY MEDICAL NEEDS.

(Do not write below this line)

DISPOSITION:                                       received 6/26/02 on

YOU HAVE BEEN PLACED ON THE
WAITING LIST. WATCH THE CALL-OUTS

Please continue with the measures I discussed with you on 6/5/02 when I saw you to include decrease of frequency of washing scalp as the healing can be slow. You may follow up with the PA as needed until I can see you.

| Signature Staff Member Daniel Leonard, M.D. Clinical Director | Date 6/26/02 | 000191 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR. LENORD HOSPITAL | 06-05-02 |
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: SHU | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

DOCTOR LENORD, I HAVE A PROBLEM WITH BUMPS, SORES, BLEEDING ON MY HEAD. I TALK WITH SEVERAL P.A's AND I TOLD THEM THIS PROBLEM HAS BEEN THEIR FOR 6 MONTHS OR MORE. DOCTOR LENORD, IF YOU WOULD PLEASE COME TO (SHU) TO EXPLORE THIS MATTER, BECAUSE IT'S CAUSING EXCRUCIATING PAIN.

THANK YOU!

(Do not write below this line)

DISPOSITION:

As you know I saw you today while I was in SHU.

| Signature Staff Member | Date | |
|---|---|---|
| Daniel Leonard, M.D. Clinical Director | 6/5/02 | 000192 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

## FCI Loretto

## Inmate Sick Call Sign-Up Sheet - (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS:

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _DARRYL BAKER_
   (Nombre)

2. Reg. Number: _19613-039_           WORK DETAIL: _UNICOR_
   (Numero de Registro)

3. Date: _10/17/01_
   (Fecha)

4. Housing unit and Unit Team: _NO. 3. 23UP_  TEAM: (A) B C D E F
   (Unidad y equipo de la unidad)

5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   _Bumps In my head._

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____ Months _8 Months_ Years_____
   Dias)         (Meses)         (Anos)

7. Are you on any medication(s) at present? Yes_____ No _✓_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have your purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____ No _✓_

9. Signature _Darryl Baker_
   (Firma)

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10. Date Seen: _10/18/01_

11. Time Seen: _____

12. Subjective: _____

13. Objective:   Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _10/18/01_   Appointment Time _0815_

14. Triage Personnel's Signature: _____

000193

## FCI Loretto

## Inmate Sick Call Sign-Up Sheet - (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

### INSTRUCTIONS:

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _DARRYL BAKER_
    (Nombre)
2.  Reg. Number: _# 19613-039_          WORK DETAIL: _UNICOR_
    (Numero de Registro)
3.  Date: _____
    (Fecha)
4.  Housing unit and Unit Team: _23 NO. 23 UP._   TEAM: (A) B C D E F
    (Unidad y equipo de la unidad)
5.  Complaint. What is your problem ?
    (Queja). (Cual es su problema?)
    _HAVE SOME BUMPS IN MY HEAD_

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _4_  Months _8_  Years _____
    Dias)      (Meses)       (Anos)
7.  Are you on any medication(s) at present? Yes_____ No _✓_
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have your purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?
    Yes_____ No _✓_

9.  Signature _Darryl Baker_
    (Firma)

---

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10.  Date Seen: _____

11.  Time Seen: _____

12.  Subjective: _____
     _____
     _____

13.  Objective:  Temp._____ Pulse_____ Respirations_____ B/P_____

13.  Appointment Date: _____ Appointment Time_____

14.  Triage Personnel's Signature: _____

000194

## FCI Loretto

## Inmate Sick Call Sign-Up Sheet - (NOT DENTAL)

(Formulario y Registro para Atencion Medica de Confinados)

### INSTRUCTIONS:

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name:         DARRYL BAKER
   (Nombre)

2. Reg. Number:   # 19613-039          WORK DETAIL: UNICOR
   (Numero de Registro)

3. Date:          July 23, 2001
   (Fecha)

4. Housing unit and Unit Team:   23 No. 23U      TEAM: (A) B C D E F
   (Unidad y equipo de la unidad)

5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   _____ RASH ACCUMILATED IN MY HEAD _____

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days 5    Months 6    Years _____
   (Dias)      (Meses)      (Anos)

7. Are you on any medication(s) at present? Yes_____  No ✓
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have your purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____  No ✓

9. Signature    Darryl Baker
   (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:  7/23/01

11. Time Seen: _____

12. Subjective: _____
                _____
                _____

13. Objective:   Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _____    Appointment Time_____

14. Triage Personnel's Signature: _____

000195

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DENTIST | MAY 16, 2000 |
| FROM: DARRYL BAKER | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: A-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

TEETH CLEANED AND EXAMINED

INMATE BAKER
#19613-039

THANK YOU!

(Do not write below this line)

DISPOSITION:

Your name has been added
the waiting list.  Please
watch the call-outs.

FCI mcKean

| Signature Staff Member | Date |
|---|---|
| C. Tanner, HIT | 5-22-00     000196 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

DATE _11/13/1998_

TO: _Darryl Baker_
_____
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

"URGENT" I NEED DENTAL ATTENTION
IMMEDEATLY, BECAUCE OF A FILLING THAT
FELL OUT.

                              IN MATE BAKER
                              19613-039

(Use other side of page if more space is needed)

NAME: _____ No.: _____

Work assignment: _____ Unit: _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                    DATE _11/20/98_

IF YOU ARE EXPERIENCING
ANY DENTAL PAIN OR
DISCOMFORT, PLEASE SIGN UP
FOR SICK CALL

                                        W.G. STERBA DDS
                              Officer      000197

FCI MCKean