# SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA 16701

RE: BAKER, DARRYL O. # 19613-039

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago. He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right. He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos. He does get diplopia. It is worse especially when he looks to the right and upwards. He does not get this looking straight ahead or down. So, he is really quite functional. I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid. I removed it with tweezers. On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan. That is a very pretty picture of a floor fracture. At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer. If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired. He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date: 5/5/04

COPY

Cc: Dr. Beam

RJW/lab

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

June 11, 2004

#19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

Robert J Weiss MD

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze, would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

H. BEAM, MD
FCI MCKEAN
6/16/04

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

April 16, 2004

#19613-039

Dr. H. Beam
Health Center
FCI McKean
PO Box 5000
Bradford, PA 16701

Re: Darryl O. Baker
DOB: 6/30/1962
DX: Orbital Floor Fracture w/Entrapment
DATE OF EVAL: 4/15/04

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

N Stathopoulos, MD

Nicholas A. Stathopoulos, M.D.

REVIEWED BY 4/21/04 H. BEAM, MD FCI MCKEAN

NAS/js

Cc Darryl C. Baker

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) MEDICAL DEPARTMENT | DATE: MAY 10, 2004. |
|---|---|
| FROM: INMATE DARRYL BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

MAY I PLEASE HAVE A COPY OF THE LETTER AND REPORT FROM THE ORBITAL SPECIALIST THATS DATED MAY 3, 2004.

THANK YOU!

(Do not write below this line)

DISPOSITION:

See attached

FCI McKean

| Signature Staff Member | Date 5/10/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



(EXHIBIT 6)



# FEDERAL BUREAU OF PRISONS
# memorandum

FCI McKean, Pennsylvania

**DATE:** March 23, 2004

**REPLY TO ATTN. OF:** James F. Sherman, Warden

**SUBJECT:** **INMATE REQUEST TO STAFF MEMBER**

**TO:** BAKER, Darryl
Reg. No. 19613-039

This is in response to your letter receipted in my office on March 12, 2004, in which you state that you suffered an eye injury on February 29, 2004 and have not received medical treatment for it.

Records indicate you were medically assessed immediately following the injury. You were instructed to follow up with sick call as needed following that assessment. A sick call slip was never received by health services from you; however, on March 9, 2004, at the request of the Associate Warden, a PA stopped by to examine you. You became verbally abusive and belligerent with the PA. You were given an order to stop your abusive behavior which you refused to do. The PA was not able to conduct an exam at that time due to your behavior. You were instructed of the proper way to sign up for sick call at that time. A sick call request was received from you on March 9, 2004, and you were seen by a doctor on March 11, 2004. The exam revealed a left eyelid abrasion only. No other injuries were found concerning your left eye.

I trust your concerns have been addressed.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER, DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ SHU AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.

THANK YOU.

(Do not write below this line)

DISPOSITION:

You were seen by Dr Howard 3/3/04 I will have you called on 4/1/04 for discussion of what needs to be done

Signature Staff Member [signature] BEAM, MD FCI MCKEAN

Date 3/31/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
|---|---|
| FROM: INMATE BAKER DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ ~~SHU~~ AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

Signature Staff Member [signature] BEAM, MD FCI McKEAN

Date 3/31/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUES TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: APRIL 28, 2004 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D. MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

(Do not write below this line)

DISPOSITION:

The Apr 28 appt was to keep you abreast of developments. We're on top of things! You will get the care you need

Signature Staff Member [signature] [stamp: D. BEAM, MD FCI MCKEAN]

Date 4/29/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUE .O STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) **DOCTOR BEAM., M.D.** | DATE: **APRIL 22, 2004** |
|---|---|
| FROM: **DARRYL ORRIN BAKER INMATE:** | REGISTER NO.: **#19613-039** |
| WORK ASSIGNMENT: **ORDERLY** | UNIT: **AA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**DOCTOR BEAM, I CONFABULATED WITH YOU ON SEVERAL OCCASIONS AND REQUESTED A COPY OF MEDICAL REPORT FROM THE OUTSIDE SURGION WHEN I WENT TO SEE HIM ON APRIL 15, 2004. DOCTOR BEAM, MAY I HAVE A COPY OF THIS REPORT SO I CAN SEE HIS DIAGNOSIS THAT WHERE SUSTAINED TO MY LEFT EYE ON FEBRUARY 27, 2004.**

**THANK YOU VERY MUCH!**

Dr Stathopoulos

(Do not write below this line)

DISPOSITION: I'll see what I can Do

Signature Staff Member [signature] Date 4/23/04

[stamp: ... BEAM, MD FCI MCKEAN]

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: MAY 3, 2004 |
|---|---|
| FROM: INMATE DARRYL BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I WAS TAKEN TO SEE AN ORBITAL SPECIALIST ON APRIL 30, 2004.

DOCTOR BEAM, I WOULD LIKE TO HAVE A COPY OF THE ORBITAL SPECIALIST LETTER AND REPORT THAT EXPLAINS MY INJURY OR HIS ANALYSIS TO MY LEFT EYE.

THANK YOU!

(Do not write below this line)

DISPOSITION:

I will forward This request TO medical records

Signature Staff Member [signature] H. BEAM, MD FCI MCKEAN

Date 5/5/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

MCKB1 * MCKEAN FCI * 03-30-2004
PAGE 001 14:38:33

```
 *****     *      *     *       ****    *    *  *******  *****
*         * *     *     *      *    *   *    *     *     *
*        *   *    *     *      *    *   *    *     *     ****
*       *******   *     *      *    *   *    *     *         *
 *****  *     *   ****** ******  ****    ****      *     *****
```

---

UNTG EQ ***

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) QTR ASGN | CATEGORY(3) WRK ASGN |
|---|---|---|---|---|---|---|
| CALLOUTS | FOR 03-31-2004 | | | | | |
| 39971-054 | ABOU-ARRAG | | EDU AGRICO | 0830 | C01-124U | ORD C A |
| | | | HOSP PPD | 0830 | C01-124U | ORD C A |
| 42080-054 | ABREU | | HOSP PPD | 0830 | B03-119U | RELIGION |
| 34329-079 | AJAO | | HOS LAB | 0600 | A01-109L | I LAYUP 1 |
| | | | MAIL ROOM | 1130 | A01-109L | I LAYUP 1 |
| 42968-060 | ALCALA | | CHAPEL | 1230 | A02-209L | ORD A A |
| 17709-112 | ALFARO-FRA | | CHAPEL | 0930 | B02-215L | TRASH |
| 69042-053 | ALJAHMI | | CAMP TEAM | 1400 | E04-117U | CMP PP EVE |
| 06523-043 | ALLEN | | HOSP PPD | 0930 | D04-221L | DIN RM PM |
| 40428-053 | ALLEN | | HOS PE | 0830 | C01-104L | I LAYUP 2 |
| 25094-077 | AMOIA | | HOSP PPD | 0830 | C02-219U | CMS ELEC1 |
| 51080-066 | ANDREWS | | VISIT ROOM | 1030 | F03-106L | CMP ORD F |
| 15231-045 | ARMANN | | DR. BEAM | 0930 | C02-203L | EDUC |
| 06701-046 | ASTORE | | DR. BEAM | 1230 | B02-208L | I MILL 1 |
| | | | HOS EYE | 0830 | B02-208L | I MILL 1 |
| 20926-424 | BAILEY | | VISIT ROOM | 1030 | E03-110U | CMP GM3 DAPAMEM |
| 19613-039 | BAKER | | HOS EYE | 0830 | A01-132U | ORD A A |
| 25589-053 | BALLETTA | | HOSP RN | 1230 | B02-222L | I QA IND |
| 05890-068 | BARRON | | BA TEAM | 1250 | B02-241L | A&O |
| | | | CHAPEL | 0930 | B02-241L | A&O |
| 10306-067 | BASYE | | CHAPEL | 0930 | C04-227L | LAUNDRY |
| 37139-060 | BATTLE | | CHAPEL | 0930 | A01-104U | ORD A A |
| 10214-052 | BEECHAM | | CB TEAM | 1230 | C03-131L | A&O |
| | | | HOS LAB | 0730 | C03-131L | A&O |
| 09866-040 | BELCHER | | HOSP PPD | 0930 | A01-110U | CMS ELEC1 |
| 11483-040 | BETTS | | VISIT ROOM | 1030 | F03-113U | CMP FD SVC |
| 03198-087 | BLACKBURN | | VISIT ROOM | 1030 | E02-101U | CMP ADMIN DAPAMEM |
| 10174-052 | BLACKWOOD | | BB TEAM | 1230 | B04-226U | ORD B B |
| 41715-060 | BLALARK | | CHAPEL | 1230 | A03-123L | I QA IND |
| 10417-055 | BOOZE | | CHAPEL | 0930 | D03-105L | CMS ELEC2 |
| 10082-041 | BORGES-CAN | | HOS LAB | 0600 | B02-201U | CMS PAINT |
| 12629-007 | BOWEN | | CHAPEL | 0930 | D04-231U | CMSLANDIN2 |
| 43113-060 | BOYD | | CHAPEL | 1230 | B04-236L | EDUC |
| 32583-007 | BRAGG | | HOS PE | 0930 | A04-238L | A&O |

G0002 MORE PAGES TO FOLLOW . . .

MCKB1 * MCKEAN FCI * 03-30-2004
PAGE 001 14:38:33

```
 *****     *     *     *     ****   *   *  *******  *****
*         * *    *     *    *    *  *   *     *     *
*        *   *   *     *    *    *  *   *     *     ****
*       *******  *     *    *    *  *   *     *         *
 *****  *     *  ****** ******  ****   ****    *    *****
```

UNTG EQ ***

CALLOUTS FOR 03-31-2004

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) QTR ASGN | CATEGORY(3) WRK ASGN |
|---|---|---|---|---|---|---|
| 39971-054 | ABOU-ARRAG | | EDU AGRICO | 0830 | C01-124U | ORD C A |
| | | | HOSP PPD | 0830 | C01-124U | ORD C A |
| 42080-054 | ABREU | | HOSP PPD | 0830 | B03-119U | RELIGION |
| 34329-079 | AJAO | | HOS LAB | 0600 | A01-109L | I LAYUP 1 |
| | | | MAIL ROOM | 1130 | A01-109L | I LAYUP 1 |
| 42968-060 | ALCALA | | CHAPEL | 1230 | A02-209L | ORD A A |
| 17709-112 | ALFARO-FRA | | CHAPEL | 0930 | B02-215L | TRASH |
| 69042-053 | ALJAHMI | | CAMP TEAM | 1400 | E04-117U | CMP PP EVE |
| 06523-043 | ALLEN | | HOSP PPD | 0930 | D04-221L | DIN RM PM |
| 40428-053 | ALLEN | | HOS PE | 0830 | C01-104L | I LAYUP 2 |
| 25094-077 | AMOIA | | HOSP PPD | 0830 | C02-219U | CMS ELEC1 |
| 51080-066 | ANDREWS | | VISIT ROOM | 1030 | F03-106L | CMP ORD F |
| 15231-045 | ARMANN | | DR. BEAM | 0930 | C02-203L | EDUC |
| 06701-046 | ASTORE | | DR. BEAM | 1230 | B02-208L | I MILL 1 |
| | | | HOS EYE | 0830 | B02-208L | I MILL 1 |
| 20926-424 | BAILEY | | VISIT ROOM | 1030 | E03-110U | CMP GM3 DAPAMEM |
| 19613-039 | BAKER | | HOS EYE | 0830 | A01-132U | ORD A A |
| 25589-053 | BALLETTA | | HOSP RN | 1230 | B02-222L | I QA IND |
| 05890-068 | BARRON | | BA TEAM | 1250 | B02-241L | A&O |
| | | | CHAPEL | 0930 | B02-241L | A&O |
| 10306-067 | BASYE | | CHAPEL | 0930 | C04-227L | LAUNDRY |
| 37139-060 | BATTLE | | CHAPEL | 0930 | A01-104U | ORD A A |
| 10214-052 | BEECHAM | | CB TEAM | 1230 | C03-131L | A&O |
| | | | HOS LAB | 0730 | C03-131L | A&O |
| 09866-040 | BELCHER | | HOSP PPD | 0930 | A01-110U | CMS ELEC1 |
| 11483-040 | BETTS | | VISIT ROOM | 1030 | F03-113U | CMP FD SVC |
| 03198-087 | BLACKBURN | | VISIT ROOM | 1030 | E02-101U | CMP ADMIN DAPAMEM |
| 10174-052 | BLACKWOOD | | BB TEAM | 1230 | B04-226U | ORD B B |
| 41715-060 | BLALARK | | CHAPEL | 1230 | A03-123L | I QA IND |
| 10417-055 | BOOZE | | CHAPEL | 0930 | D03-105L | CMS ELEC2 |
| 10082-041 | BORGES-CAN | | HOS LAB | 0600 | B02-201U | CMS PAINT |
| 12629-007 | BOWEN | | CHAPEL | 0930 | D04-231U | CMSLANDIN2 |
| 43113-060 | BOYD | | CHAPEL | 1230 | B04-236L | EDUC |
| 32583-007 | BRAGG | | HOS PE | 0930 | A04-238L | A&O |

G0002 MORE PAGES TO FOLLOW . . .

MCK15 * MCKEAN FCI * 04-28-2004
PAGE 001 14:20:01

```
 *****     *      *       *      ****   *    *  *******  *****
*         * *     *       *     *    *  *    *     *    *
*        *   *    *       *     *    *  *    *     *     ****
*        *******  *       *     *    *  *    *     *         *
 *****  *       * ******  ****** ****    ****      *    *****
```

UNTG EQ 3***

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) | CATEGORY(3) |
|---|---|---|---|---|---|---|
| CALLOUTS | FOR 04-29-2004 | | | | QTR ASGN | WRK ASGN |
| 03391-061 | ADDISON | | AA CASE MG | 1100 | A02-219U | REC |
| 06772-089 | AGUILERA-T | | AA TEAM | 1230 | A02-243U | UNASSG |
| 54315-066 | AIKENS | | AB COUNSLR | 1430 | A04-204U | WIND WASH |
| 03251-087 | ALEXANDER | | CHAPEL | 1330 | D04-232U | REC |
| 07839-007 | ATKINSON | | HOS PE | 0930 | A01-131U | A&O |
| 19613-039 | BAKER | | EDU NICHOL | 0830 | A01-115L | ORD A A |
| 05890-068 | BARRON | | HOS LAB | 0930 | B02-241L | REC |
| 08047-055 | BENZIN | | DB CASE MG | 0700 | D04-236L | KITCHEN PM |
| 41715-060 | BLALARK | | DR. BEAM | 0930 | A03-123L | I QA IND |
| | | | HOSP RN | 0930 | A03-123L | I QA IND |
| 38181-060 | BLANCO | | DR. OLSON | 0930 | C03-126U | ORD C B |
| 21534-039 | BROWN | | CHAPEL | 1330 | C03-118LH | RELIGION |
| 33911-007 | BROWN | | HOS PE | 0730 | C03-130U | A&O |
| 98316-024 | BURROWS | | DR. BEAM | 0930 | C04-231L | I UNICOR 2 |
| | | | | | | ORD C B |
| 11419-112 | BUSTAMANTE | | AA TEAM | 1230 | A02-238U | A&O |
| | | | HOS PE | 0930 | A02-238U | A&O |
| | | | PSYCH (H) | 0830 | A02-238U | A&O |
| 06437-088 | BUTLER | | HOSP DENT2 | 0830 | B02-209L | ORD B A |
| 57044-066 | CERAOLO | | DR. BEAM | 0930 | C01-133U | UNASSG |
| 38688-054 | CHEN | | DENT CLEAN | 1230 | A02-210L | I UNICOR 2 |
| 09352-067 | CLARK | | EDU NICHOL | 0830 | A04-203L | ORD A B |
| 04938-089 | COLLINS | | DR. BEAM | 0930 | A02-213L | I LAYUP 1 |
| 08693-055 | COSTANZO | | HOS PE | 1030 | C01-129U | UNASSG |
| 15278-014 | COSTON | | HOS PE | 1030 | C02-236U | A&O |
| 24717-016 | COULTER | | HOS PE | 0730 | A01-101U | A&O |
| 12365-007 | CRUZ | | AA TEAM | 1230 | A01-121L | UNASSG |
| 11324-045 | CURRY | | DENT CLEAN | 1130 | B01-125U | I UNICOR 2 |
| 19575-083 | CURTIS | | HOS PE | 0730 | D01-122L | A&O |
| 40427-053 | DAVIS | | DENT CLEAN | 1030 | C01-106L | I FACTRYOF |
| 53250-060 | DAVIS | | HOS PE | 0930 | D03-131U | A&O |
| 19989-039 | EADDY | | CHAPEL | 1330 | B02-218L | ORD B A |
| 11252-040 | ESCOBAR II | | EDU NICHOL | 0830 | D01-121U | REC |
| 03737-089 | EVANS | | AA CASE MG | 1100 | A01-113L | ORD A A |
| 14114-006 | FAULKNER | | BB COUNSLR | 1330 | B02-226L | I QA IND |
| 23182-039 | FEATHERSTO | | CHAPEL | 1330 | B02-237U | DIN RM PM |

G0002 MORE PAGES TO FOLLOW . . .

MCK15 * MCKEAN FCI * 06-03-2004
PAGE 001 14:01:15

```
 *****     *      *      *        ****    *     *   *******   *****
 *        * *     *      *       *    *   *     *      *      *
 *       *   *    *      *       *    *   *     *      *       ****
 *      *******   *      *       *    *   *     *      *           *
 *****  *     *   ****** ******   ****     ****        *      *****
```

---

UNTG EQ 3***

| REG NO<br>CALLOUTS | NAME<br>FOR 06-04-2004 | FROM | TO | TIME | CATEGORY(2)<br>QTR ASGN | CATEGORY(3)<br>WRK ASGN |
|---|---|---|---|---|---|---|
| 38964-060 | ADKINS | | PSYCH (W) | 1330 | C04-241U | A&O |
| 03722-082 | AGUIAR | | HOSP DENT2 | 1030 | B01-102U | REC |
| 12393-424 | AL-SADUN | | JUMAH | 1230 | B03-118LH | DIN RM PM |
| 03251-087 | ALEXANDER | | CHAPEL | 1230 | D04-232U | REC |
| 06862-068 | ALLEN | | MAIL ROOM | 1115 | A01-121L | ORD A A |
| 09798-039 | ALLEN | | CHAPEL | 1830 | C01-125L | I LAYUP 2 |
| 58207-053 | ALLEN | | R & D | 0930 | B02-245L | ORD B A |
| 24949-038 | AQUINO | | HOS PE | 1030 | B04-907U | A&O |
| 39107-060 | ARRINGTON | | PSYCH | 1430 | A04-245L | CMS CARPSH |
| 44161-054 | BAERGA | | DR. OLSON | 0930 | D02-206L | CARP VT<br>I LAYUP 2 |
| 30377-019 | BAILEY | | HOSP PA | 0730 | B02-216U | MED UNASSG |
| 19613-039 | BAKER | | DR. BEAM | 1330 | A01-115L | ORD A A |
| 28131-039 | BAKER | | PSYCH | 1430 | Z03-204UAD | [illegible]HU UNASSG |
| 04832-045 | BLACKMAN | | DR. BEAM | 1130 | A04-230U | RE[illegible] |
| 11622-052 | BLAKELY | | R & D | 0700 | D02-237U | DIN RM PM |
| 33691-007 | BLOUNT | | JUMAH | 1230 | D03-126U | EDUC |
| 41002-054 | BONIL[illegible]A | | PSYCH (H) | 0930 | D04-244L | A&O |
| 07592-068 | BOOKER | | PSYCH (H) | 0830 | A04-246U | A&O |
| 0[illegible]039-0[illegible]0 | BOOS | | DR. BEAM | 1130 | D01-111U | ORD D A |
| 10417-055 | BOOZE | | JUMAH | 1230 | D03-105L | CMS ELEC2 |
| 19257-039 | BREEDLOVE | | JUMAH | 1230 | C02-242L | UNASSG |
| 16735-039 | BROWN | | CHAPEL | 1730 | A03-123U | I UNICOR 2 |
| 21534-039 | BROWN | | CHAPEL | 1230 | C03-118LH | WIND WASH |
| 35272-060 | BROWN | | JUMAH | 1230 | D02-224L | ORD D A |
| 08760-084 | BUCHANAN | | JUMAH | 1230 | B04-222L | ORD BB(PM) |
| 30057-039 | BURCH | | JUMAH | 1230 | B01-105U | EDUC |
| 10813-068 | CARAVAGLIA | | JUMAH | 1230 | C01-116U | CMS ELEC2 |
| 17760-056 | CARRINGTON | | HOSP DENT2 | 0730 | Z07-211LAD | SHU UNASSG |
| 54265-060 | CARTER | | PSYCH (W) | 1330 | C04-240U | A&O |
| 59929-198 | CASTRO-GAR | | HOSP DENT | 0830 | C03-114U | ORD C B |
| 04201-087 | CHAVERS | | JUMAH | 1230 | A02-236L | DIN RM PM |
| 07928-078 | CHERRY | | PSYCH | 1430 | A04-248L | ORD A B |
| 09352-067 | CLARK | | JUMAH | 1230 | A04-203L | ORD A B |
| 14405-424 | CLARK | | JUMAH | 1230 | A02-223U | ORD A A |
| 11130-067 | COACH | | JUMAH | 1230 | C04-203U | REC |

(EXHIBIT 7)

SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

May 3, 2004

Dr. Nicholas Stathopoulos
Seneca Eye Surgeons, Inc.
2 Main Street
Bradford, PA 16701

RE: BAKER, DARRYL O. # 19613-039

Dear Dr. Stathopoulos:

I saw Mr. Baker, your 41 year old who was struck in his left eye approximately two months ago. He is complaining at this point in time that his acuity although it has returned to normal he does get a feeling of double when he looks to the right. He also has a sensation of a foreign body in it.

On examination at this time, his acuity is 20/20 OU. There is definitely no proptosis and there is no enopthalmos. He does get diplopia. It is worse especially when he looks to the right and upwards. He does not get this looking straight ahead or down. So, he is really quite functional. I watched him walk around and he does not have to close the eye to walk.

He had a small calcium deposit in his meibomian gland in his lower lid. I removed it with tweezers. On examination of the retina he has no evidence of papilledema or compromise of any of the other structures.

I went over the CT scan. That is a very pretty picture of a floor fracture. At this point in time in the absence of diplopia in a straight ahead gaze, I still think that six more weeks of time is the answer. If at three months he definitely still has diplopia and it is causing him some serious problems it should be repaired. He still may completely clear. Fortunately despite the nastiness of this injury he sustained no obvious damage to his human lens, the anterior chamber angle or the retina.

Yours truly,

Robert J Weiss MD

Robert J. Weiss, M.D.

Reviewed by D. Olson, MD
Date: 5/5/04

COPY

Cc: Dr. Beam

RJW/lab

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

June 11, 2004

# 19613-039

Dennis Olson, M.D.
FCI McKean
P.O. Box 5000
Bradford, PA 16701

RE: BAKER, DARRYL

Dear Dr. Olson:

As you know we have been following Mr. Baker's clinical diplopia related to a punch that gave him a blow out fracture. He also has a little bit of anesthesia involving the infraorbital nerve branches. We have given it plenty of time now, almost five months. He still has entrapment; he can not look up with his left eye without experiencing a form of diplopia that gives him extreme imbalance. He does not think that he can function this way.

His acuity is 20/20 in both eyes when he wears his glasses. My advice at this point is to do a repair of blowout fracture, release the entrapment under general anesthesia. I will leave the final decision up to you.

Yours truly,

Robert J Weiss MD

Robert J. Weiss, M.D.

p.s. The patient understand that one of the side effects of doing the operation when he does not have diplopia in down gaze, only up gaze, would be that he might develop diplopia in down gaze. There is no way that I can promise him that that couldn't happen.

RJW/lab

H. BEAM, MD
FCI MCKEAN
6/16/04

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

SENECA EYE SURGEONS

Robert J. Weiss, M.D. Timothy J. O'Brien, M.D. Nicholas A. Stathopoulos, M.D.

April 16, 2004

#19613-039

Dr. H. Beam
Health Center
FCI McKean
PO Box 5000
Bradford, PA 16701

Re: Darryl O. Baker
DOB: 6/30/1962
DX: Orbital Floor Fracture w/Entrapment
DATE OF EVAL: 4/15/04

Mr. Baker was seen April 15th. He had been struck in the left eye February 27th with a fist. He was complaining of blurred vision in both eyes. He does note that he gets double vision when he looks up. This is especially noticeable when he is weight lifting and doing, I believe, bent over rows and is looking straight ahead with his head tilted down.

His vision was 20/100 in the right eye and 20/200 on the left. This was easily correctable to 20/20 in either eye with an eyeglass prescription. The eyes were well aligned straight ahead. However, with up gaze the left eye did not elevate or look as far up as the right eye. I did not see any signs that the left eye was protruding further out or recessed into the eye more so than the right. The retina was normal.

The reports of the CT did suggest that there was some scarring of the floor of the orbit with possible adhesions to the inferior rectus muscle. Typically, in ophthalmology even with a fracture of the orbital floor, we like to wait at least two weeks to see that it heals on its own and the muscle entrapment is resolved. He is about six to eight weeks out and complaining of symptoms. Because he is well aligned at near, I think it would be better to take a conservative approach as the scarring is adherent to the muscle. However, it may be worthwhile to get a secondary opinion from an orbital plastic specialist who deals with these on a regular basis.

Thank you for allowing me to participate in Darryl's care. If you do not pursue an orbital evaluation, have him see me again in another three months.

Best regards,

N Stathopoulos, MD

Nicholas A. Stathopoulos, M.D.

NAS/js

Cc Darryl C. Baker

REVIEWED BY
4/21/04
H. BEAM, MD
FCI McKEAN

103 West St. Clair Street
Warren, PA 16365
(814)726-2020
1-877-MD4-EYES
Fax (814)726-1215

27 Porter Avenue
Jamestown, NY 14701
(716)483-2020
1-866-716-EYES
Fax (716)488-9295

2 Main Street
Bradford, PA 16701
(814)362-7477
1-866-814-EYES
Fax (814)362-4975

www.senecaeye.com

(EXHIBIT 8)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
| FROM: INMATE BAKER, DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: ~~AA~~ SHU AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, THIS IS A SICK CALL REQUEST IN REFERENCE TO A INJURY FROM AN ASSULT I RECEIVED TO MY EYE ON FEBRUARY 27, 2004. DOCTOR BEAM, MY EYE HAS NOT FULLY RECOVERED AND I NEED MEDICAL ATTENTION. DOCTOR BEAM, WOULD YOU PLEASE SET AN APPOINTMENT WHERE I CAN COME IN AND HAVE MY EYE EXAMINE.

THANK YOU.

(Do not write below this line)

DISPOSITION:

You were seen by Dr Howard 3/31/04 I will have you called on 4/1/04 for discussion of what needs to be done

| | |
|---|---|
| Signature Staff Member [signature] [stamp: BEAM, MD FCI MCKEAN] | Date 3/31/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) DOCTOR BEAM, M.D. | DATE: MARCH 28, 2004 |
| FROM: INMATE BAKER DARRYL | REGISTER NO.: 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA SHG AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAVE BEEN REQUESTING MEDICAL ATTENTION TO BLEEDING AND PAIN TO THE SURFACE OF MY HEAD AND YOU GAVE ME MEDICATION THAT IS INEFFECTIVE. DOCTOR BEAM, I NEED SOME MEDICATION TO ALLIVIATE THIS PAIN I HAVE BEEN SUFFERING.

THANK YOU.

(Do not write below this line)

DISPOSITION:

I refilled The medication

Signature Staff Member [signature] BEAM, MD FCI McKEAN

Date 3/31/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: APRIL 28, 2004 |
|---|---|
| FROM: INMATE BAKER | REGISTER NO.: # 19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I HAD A CALL-OUT ON APRIL 28, 2004, AND MEDICAL STAFF SAID YOU CALLED IN SICK. DOCTOR BEAM, I WAS THE RECIPIENT OF DOCTOR STATHOPOULOS, M.D. MEDICAL REPORT WHEN I SAW HIM ON APRIL 15, 2004, AND HE INDICATED THAT I HAD SOME SCARRING OF THE FLOOR OF THE ORBIT WITH POSSIBLE ADHESIONS TO THE INFERIOR RECTUS MUSCLE. HE STATED THAT OPHTHALMOLOIST LIKE TO WAIT TWO (2) WEEKS TO SEE IF IT WOULD HEAL ON ITS OWN OR SEE IF THE MUSCLE ENTRAPMENT IS RESOLVED. HE ALSO STATED THAT I WAS SIX (6) TO EIGHT (8) WEEKS OUT AND THAT I SHOULD GET A SECOND OPINION FROM AN ORBITAL PLASTIC SPECIALIST. DOCTOR BEAM I AM STILL HAVING EXCRUCIATING PAIN IN MY UPPER LEFT EYE AND I STILL SEE DOUBLE WHEN I LOOK UP, AND MY LEFT EYE DOES ELEVATE OR LOOK AS FAR UP AS THE RIGHT EYE.

(Do not write below this line)

DISPOSITION: The Apr 28 appt was to keep you abreast of developments. We're on top of things! You will get the care you need

Signature Staff Member [signature] [stamp: H. BEAM, MD FCI MCKEAN] | Date 4/29/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 INMATE REQUE ↄ STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DOCTOR BEAM., M.D. | DATE: APRIL 22, 2004 |
|---|---|
| FROM: DARRYL ORRIN BAKER INMATE: | REGISTER NO.: #19613-039 |
| WORK ASSIGNMENT: ORDERLY | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DOCTOR BEAM, I CONFABULATED WITH YOU ON SEVERAL OCCASIONS AND REQUESTED A COPY OF MEDICAL REPORT FROM THE OUTSIDE SURGION WHEN I WENT TO SEE HIM ON APRIL 15, 2004. DOCTOR BEAM, MAY I HAVE A COPY OF THIS REPORT SO I CAN SEE HIS DIAGNOSIS THAT WHERE SUSTAINED TO MY LEFT EYE ON FEBRUARY 27, 2004.

THANK YOU VERY MUCH!

Dr Stathopoulos

(Do not write below this line)

DISPOSITION:

I'll see what I can Do

Signature Staff Member [signature] BEAM, MD FCI MCKEAN Date 4/23/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper