DARRYL ORR[...]
REG. NO.:
FEDERAL [ ]
P.O. BOX [...]
LEWISBURG, PA.
17837

CERTIFIED MAIL

7003 2260 0000 2578 1021

CLERK OR THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
HONORABLE SEAN J. MCLAUGHLIN DISTRICT COURT JUDGE
HONORABLE SUSAN PARADISE BAXTER MAGISTRATE JUDGE
UNITED STATES COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA. 16501

LEGAL MAIL

**RECEIVED**

APR 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA