IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, | ) |
| Plaintiff, | ) FILED |
| | ) |
| VS. | ) '06 APR 17 A11:50 CIVIL ACTION NO. 05-147E |
| | ) CLERK U.S. DISTRICT COURT |
| | ) HONORABLE JUDGE MCLAUGHLIN |
| UNITED STATES OF AMERICA GOVERNMENT OFFICIALS AT FCI-MCKEAN, WARDEN, OFFICER B. WESEMEN, MEDICAL DEPARTMENT | ) MAGISTRATE JUDGE SUSAN PARADIS BAXTER |
| Defendant's | ) |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DIMISS PLAINTIFF'S COMPLAINT, OR IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT

AND NOW, comes the Plaintiff, DArryl Orrin Baker, ("hereinafter "PLAINTIFF"), and proceeding **pro-se** and respectfully moves the Honorable Court to Grant the Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative for Summary Judgment, and Deny the United States and Government Official's Motion for Summary Judgment Pursuant to Rule 12(b)(1) 12(b)(2), 12(b)(6), and Rule 56 of the Federal Rules or Civil Procedure, for the reasons that follow.

(1) Prusuant to 12(b)(1), the Plaintiff, has established subject matter jurisdiction, and sovereign immunity has been waived because the Defendant's Government Officials has committed a non-deiscretionary act under the Discretionary Function Exception when they violated the Regulation and Policy set forth

(1)

by the Warden at FCI Mckean.

    (2) Pursuant to 12(b)(6), the Plaintiff has set forth facts based on documentation, and affidavits, that can be proved that the Government Official committed a non-discretionary act.

    (3) Pursuant to Rule 56(c) the Plaintiff has set forth a plethora of genuine material facts to overcome summary judgment.

## CONCLUSION

**Wherefore,** the Plaintiff, respectfully reqeust that this Honorable Court Grant the Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment and <u>Deny</u> the United States Government Officials Summary Judgment because the Plaintiff has shown that subject matter jurisdiction, has been established , when the Defendant's violated the Warden's Regulation, and Policy, and Plaintiff, has set forth a genuine material facts for this Honorable Court's determination, and judgment.

Respectfully submitted

BY: *Darryl Baker*
Darryl Orrin Baker
**(PRO-SE)**
Reg. No.# 19613-039
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA.
17837

**EXECUTED: APRIL** *10*, **2006**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of within Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for summary Judgment was sent United States First Class Mail on this day April _10_, 2006, to and upon the following:

Paul E. Skirtich
Assistant United States Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA. 15219

Respectfully submitted

BY: _Darryl Baker_
Darryl Orrin Baker
**(PRO-SE)**
Reg. No.# 19613-309
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA.
17837

EXECUTED: APRIL _10_, 2006

April 10, 2006

Clerk of the Court
United States District Court
Western District of Pennsylvania
Honorable Judge Mclauglin
Honorable Susan Paradise Baxter
U.S. Courthouse, Room A250
17 South park Row
Erie, PA. 16501

    **RE: United States of America v. Darryl Orrin Baker**
        **Civil Action No. 05-147E**

Dear Clerk of Court:

    Please find inside the Plaintiff's Opposition to United States Government Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

    Also, the Plaintiff acknowledge that, the Plaintiff has sent a true and exact copy of the same to the United States Attorney Paul E. Skirtich, at 700 Grant Street, Suite 4000 Pittsburgh, PA. 15219.

                                          Respectfully submitted

                                BY: _Darryl Baker_
                                    Darryl Orrin Baker
                                    **(PRO-SE)**
                                    Reg. No.# 19613-039
                                    Federal Prison Camp
                                    P.O. Box 2000
                                    Lewisburg, PA.
                                    17837

**Encl:**
**cc: AUSA PAUL E. SKIRTICH**