CYL. ORRIN BAKER
NO.# 19613-039
FEDERAL PRISON CAMP
BOX 2000
LEWISBURG, PA. 17837

DK LEC RCD

**CERTIFIED MAIL**

7004 1350 0002 9206 5347

SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT JUDGE
HONORABLE JUDGE MACLAUGHLIN
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-280
ERIE, PA. 16501

RECEIVED
NOV 16 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

