# AFFIDAVIT

**SWORN AFFIDAVIT UNDER THE PENALTIES OF PERJURY:**

(1) I inmate Tim, was assigned to the ten (10) man cell on February 27, 2004.

(2) That on February 27, 2004, at approximately 8:05p.m. I was asleep in the ten (10) man cell.

(3) That when I awoke, I saw inmate Baker, being assaulted by two (2) other inmates.

(4) Inmate Baker, was bleeding profusely and he had a injury to his left eye.

                                        Respectfully submitted

                                        /s/ _____
                                        INMATE TIMOTHY BRADLEY
                                        REG. NO.#03098-049
                                        P.O. BOX 8000
                                        F.C.I. MCKEAN
**DATED APRIL 10, 2004.**                BRADFORD, P.A. 16701

**THAT THESE STATEMENTS FROM 1 THRU 4 ARE TRUE UNDER THE PENALTIES OF PERJURY:**