


```
U.S. POSTAGE
PAID
LEWISBURG, PA
17837
DEC 28, 06
AMOUNT
$0.00
00098781-11
```

16501

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. MCLAUGHLIN (JUDGE)
U.S. COURTHOUSE, ROOM A250
17 SOUTHPARK ROW
ERIE, PA 16501

CERTIFIED MAIL™
7006 0810 0004 1216 8215



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107R, February 2006