IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-147 Erie |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 8th day of January, 2007, and upon consideration of the Plaintiff's motion to alter or amend judgment [Doc. No. 47], IT IS HEREBY ORDERED that Plaintiff's motions is DENIED.

                                                   s/ Sean J. McLaughlin
                                                   United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge