IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER,       )
                          )
         Plaintiff        )
                          )
VS.                       )   CIVIL ACTION NO. 05-147-ERIE
                          )
                          )   HONORABLE DISTRICT COURT JUDGE
                          )   SEAN J. MCLAUGHLIN
                          )
UNITED STATES OF AMERICA, )
                          )
         Respondent.      )

### LEAVE TO FILE A NOTICE OF APPEAL PURSUANT TO FED. R. APP.P 4(a)(1)(A)-4(a)(4)(A) 4(A)(4)(iv)-4(a)(4)(A)(vi)

NOW COMES the Plaintiff Darryl Orrin Baker, (hereinafter "PLAINTIFF"), and proceeding pro-se, and respectfully moves this Honorable Court for Leave to File a Notice of Appeal to the Third Circuit for review, because this Honorable Court dismissed the Plaintiff claims pursuant to F.R.CIV.P 12(b)(1), 12(b)(6) and 56(c). The Plaintiff request leave for theffollowing:

(1) That this Honorable Court overlooked material facts pursuant to 12(b)(1) and 12(b)(6) and Rule 56(c).

(2) That a material fact existed for this Court to **GRANT** a Bench Trial.

(3) That the Plaintiff has shown through documentary evidence that the Defendant's negligence acts where non-discretionary pursuant to the FTCA*s Discretionary Function Exception when the Warden policy and regulations was violated.

(4) That the Defendant's where the proximate cause of the Plaintiff's injuries at FCI-Mckean Medical Department.

(1)

(5) That sovereign immunity was waived by the Defendant's when the Government employees violated the FTCA's Discretionary Function Exception.

(6) That compensatory damages and the claim for money damages that submitted to the Federal Agency should have been granted because a non-discretionary act was committed by the Defendant's Government Official Employee's.

## CONCLUSION

The Plaintiff request Leave to File a Notice of Appeal Pursuant to 4((a)(1)-4(a)(4)(A) 4(a)(4)(iv)-4(a)(4)(A)(vi) of the Appellate Rules of Appellate Procedure.

ALSO, THE PLAINTIFF REQUEST THAT ALL DOCUMENTS AND BRIEF'S AND MOTION BE FOREWARDED TO THE THIRD CIRCUIT FOR REVIEW.

> Respectfully submitted
> BY: *Darryl Baker*
> Darryl Orrin Baker
> Reg. No.# 19613-039
> Federal Prison Camp
> P.O. Box 2000
> Lewisburg, PA.
> 17837

EXECUTED JANUARY 12, 2007

January 12, 2007

United States District Court
Western District of Pennsylvania
Sean J. McLaughlin (JUDGE)
U.S. Courthouse, Room A-250
17 South Park Row
Erie, Pa. 16507

        **RE: Motion for Request for Leave to File a Notice of Appeal Pursuant to
        Fed. Rule Appellate Procedure Rule 3(a), Rule 4(a)-4(c)**

Dear Clerk of Court:

    Please find inside a set of two (2) Appeals Motions and copies for Leave to File a Notice of Appeal to the Third Circuit for review of Civil Action No.# **05-147-Erie,** because the District Court no longer has jurisdiction of this case.

Thank you for your cooperation.

                                      Respectfully submitted

                    BY: _Darryl Baker_
                                  Darryl Orrin Baker
                                  Reg. No.# 19613-039
                                  Federal Prison Camp
                                  P.O. Box 2000
                                  Lewisburg, PA.
                                  17837

**ENCL:**

**cc: UNITED STATES COURT OF APPEALS
    THIRD CIRCUIT**