

DARRYL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG, PA.
17837

RECEIVED
JAN 2 2 2007

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. MCLAUGHLIN (JUDGE)
U.S. COURTHOUSE, ROOM A-250
17 SOUTH PARK ROW
ERIE, PA. 16501