IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER,              )<br>                    Plaintiff,   )<br>            v.                              )<br>                                        )<br>UNITED STATES OF AMERICA, et al., )<br>                  Defendants.  ) | C.A. No. 05-147 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

**O R D E R**

AND NOW, this 24th day of January, 2007;

IT IS HEREBY ORDERED that Plaintiff's Requests for Leave to File a Notice of Appeal [Document # 52 and 53] be DISMISSED as Plaintiff has previously filed a Notice of Appeal [see Document # 48] and the Clerk of Courts has previously certified and transmitted the record to the United States Court of Appeals for the Third Circuit [see Document # 49].

                                                    S/ Sean J. McLaughlin
                                                    SEAN J. MCLAUGHLIN
                                                    UNITED STATES DISTRICT JUDGE