DARRYL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
HONORABLE JUDGE MCLAUGHLIN
CHIEF DISTRICT COURT JUDGE
17 SOUTH PARK ROW, ROOM A-280
ERIE, PA.
16501

RECEIVED

JUN 21 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

