

7004 1350 0002 9206 4562

DARRYL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL CORRECTIONA
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT JUDGE
HONORABLE SEAN J. MCLAUGHLIN
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-250
ERIE, PA.
16501





U.S. POSTAGE PAID
SANDSTONE, MN 55072
JUL 13 2007
AMOUNT $0.00
00075599-03