PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7004 1350 0002 9206 4609

DARREL ORRIN BAKER
REG. NO. # 19613-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
HONORABLE SEAN J. McLAUGHLIN
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-250
ERIE, PA.
16501

RECEIVED

AUG - 6 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA