# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darryl Orrin Baker ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | No.   CA 05-147 Erie |
| United States of America, et al ) | |
| ) | |
| ) | |
| Defendants ) | |

HEARING ON   August 16, 2007   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

| | |
|---|---|
| Darryl Orrin Baker, pro se | Paul E. Skirtich, Esq., AUSA |
| | Phil O'Connor, Esq. AUSA |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun  11:01 | Hearing Adjourned to  11:18 |
| Hearing concluded C.A.V. | Stenographer   Ron Bench |
| | CD:       Index: |

### WITNESSES

| For Plaintiff | For Defendant |
|---|---|

Answer due 8-16-07.
Discovery to close 11-13-07.
Dispositive motions are due 1-18-08; responses to dispositive motions are due 2-22-08.

Motion for Bench trial [Doc #59] is dismissed as moot.

C. Sander
Staff Atty.