IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER,<br>   Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et. al.,<br>   Defendants. | Civil Action No. 05-147 ERIE |

## ORDER

AND NOW this 23rd day of August, 2007, after consideration of the Plaintiff's Motion for Certification on Claims (Doc #60)

IT IS HEREBY ORDERED that said Motion is DENIED

            S/Sean J. McLaughlin
            Sean J. McLaughlin
            United States District Judge

cc: counsel/parties of record   NK