IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. # 05-147-ERIE |
| | ) APPEAL ACTION NO. # 07-1036 |
| UNITED STATES OF AMERICA | ) JUDGE MCLAUGHLIN |
| GOVERNMENT OFFICIALS AT | ) |
| FCI-MCKEAN, WARDEN OFFICER | ) |
| B. WESEMEN, MEDICAL DEPARTMENT | ) |
| | ) |
| | ) |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Plaintiff DARRYL ORRIN BAKER, (hereinafter "PLAINTIFF") and proceeding pro-se, and respectfully moves this Honorable Court for enlargement of time to respond to the Government's Answer of the Federal Defendants to Plaintiff's Second [sic] Amended Complaint, because the Government has set forth new contention that was not alleged in any other summary judgment motion, and for the reasons that follow.

(1) The Government states that there are summary of pertinent developments in this case.

(2) And the Government states new contention that need to be addressed by the Plaintiff.

Therfore, the Plaintiff request for an additional (30) days to respond to the Government Answer of the Federal Defendants to Plaintiff's Second Amended Complaint.

FILED

AUG 2 7 2007

CLERK
WEST

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the Plaintiff has sent a true and exact copy of the Plaintiff's Motion for Enlargement of Time this day August 22, 2007 United States First Class Mail to the following.

      Assistant United States Attorney
Paul E. Skirtich
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA.
51219

Respectfully submitted

BY: *Darryl Baker*
Darryl Orrin Baker
Reg. No.# 19613-039
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN
55072

EXECUTED: AUGUST 22, 2007