COMMITTED NAME: **DARRYL ORRIN BAKER**

REG. NO. & QTRS.: **# 19613-039**

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

SANDSTONE, MN 55072

**RECEIVED**

AUG 2 7 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

ST PAUL MN 551

23 AUG 2007 PM 1 L

**CLERK OF THE COURT
UNITED STATES DISTRICT COURT
HONORABLE SEAN J. MCLAUGHLIN
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-250
ERIE, PA.
16501**

