Case 1:05-cv-00147-SPB   Document 65-3   Filed 09/06/2007   Page 1 of 1





FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

U.S. POSTAGE PAID
SANDSTONE, MN 55072
SEP 04 07
AMOUNT $0.00
00075599-04

RECEIVED
SEP - 2007
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. MCLAUGHLIN
U.S. COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA
16501