DARRYL ORRIN BAKER
REG. NO. # 19613-039 UNIT-B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. MCLAUGHLIN JUDGE
17 SOUTH PARK ROW
ERIE, PA.
16501

RECEIVED

SEP - 7 2007

CLERK U S DISTRICT COURT
WEST DIST OF PENNSYLVANIA

