IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ORRIN BAKER,<br>　　　Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | Civil Action No. 05-147 ERIE |
| UNITED STATES OF AMERICA<br>　　　Defendants. | ) <br> ) <br> ) | |

## **ORDER**

AND NOW this 12th day of September, 2007, after consideration of the Plaintiff's Motion for Notice of Appeal (Doc #66)

IT IS HEREBY ORDERED that said Motion is DENIED

　　　　　　　　　　　　　　　　　　　　　S/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: counsel/parties of record   NK