

COMMITTED NAME: __DARRYL ORRIN BAKER__
REG. NO. & QTRS.: __# 19613-039   UNIT-B__
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A280
ERIE, PA
16501

RECEIVED
OCT - 1 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA