

RECEIVED
NOV - 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
HONORABLE SEAN J. MCLAUGHLIN
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-250
ERIE, PA.
16501

COMMITTED NAME: DARYL ORRIN BAKER
REG. NO. & QTRS.: # 19613-039 UNIT-B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072