IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL ORRIN BAKER,** )  | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-147 Erie |
| ) | District Judge McLaughlin |
| **UNITED STATES OF AMERICA, et al.,** ) | Magistrate Judge Baxter |
| Defendants. ) | |

**O R D E R**

AND NOW, this 6th day of November, 2007;

IT IS HEREBY ORDERED that Plaintiff's motion for a jury trial [Document # 69] is denied as the Federal Tort Claims Act does not provide for a trial by jury.

S/ Susan Paradise Baxter
Susan Paradise Baxter
Chief U.S. Magistrate Judge

1