COMMITTED NAME: **DARRYL ORRIN BAKER**
REG. NO. & QTRS.: **# 19613-039 UNIT-B**
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

**RECEIVED**

**NOV 20 2007**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT JUDGE
SEAN J. MCLAUGHLIN CHIEF JUDGE
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A-250
ERIE, PA.
16501


