```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DARRYL ORRIN BAKER,            )
                               )    Civil Action No. 05-147E
    Plaintiff                  )
                               )
    v.                         )    JUDGE McLAUGHLIN
                               )    MAGISTRATE JUDGE BAXTER
UNITED STATES OF AMERICA       )
GOVERNMENT OFFICIALS AT        )
FCI-McKEAN, WARDEN, OFFICER    )    ELECTRONICALLY FILED
B. WESEMEN, MEDICAL DEPARTMENT )
                               )
    Defendants.                )

## O R D E R

AND NOW, to wit, this _____ day of _____, 2008, upon consideration of the Motion for Enlargement of Time to File Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, heretofore filed by Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen, and Medical Department, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until January 30, 2008, within which to file a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record