DARRYL ORRIN BAKER
REG. NO. # 19613-039 UNIT-J
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. MCLAUGHLIN (JUDGE)
U.S. COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA. 16501


