IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-147E |
| ) | |
| UNITED STATES OF AMERICA ) | JUDGE McLAUGHLIN |
| GOVERNMENT OFFICIALS AT ) | MAGISTRATE JUDGE BAXTER |
| FCI-McKEAN, WARDEN, OFFICER ) | |
| B. WESEMEN, MEDICAL DEPARTMENT ) | ELECTRONICALLY FILED |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, to wit, this ____ day of _____, 2008, upon consideration and review of the Motion for Summary Judgment heretofore filed by Federal Defendants, United States of America, Government Officials at FCI-McKean, Warden, Officer B. Wesemen and the Medical Department, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Federal Defendants and against Plaintiff, Darryl Orrin Baker.

_____
UNITED STATES DISTRICT COURT