IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL ORRIN BAKER,**<br>          **Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>          **Defendant** | **Case No. 1:05-cv-00147-SJM-SPB**<br><br>**JURY TRIAL DEMANDED** |

## APPEARANCE

We appear for the Plaintiff, Darryl Orrin Baker, in the above-captioned matter.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY &
        KROTO, INC.


    By  /s/ Bryan D. Fife
        Bryan D. Fife, Esq.
        2222 West Grandview Boulevard
        Erie, PA   16506-4509
        (814) 833-2222
        Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARRYL ORRIN BAKER,**<br>                **Plaintiff,**<br><br>      **v.**<br><br>**UNITED STATES OF AMERICA,**<br>                **Defendant** | **Case No. 1:05-cv-00147-SJM-SPB**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of February, 2008, the foregoing Appearance for Plaintiff was mailed via U.S. first class mail to the following:

Paul E. Skirtich, Esq.
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh PA 15219

By  /s/ Bryan D. Fife
      Bryan D. Fife, Esq.