COMMITTED NAME: DARRYL ORRIN BAKER
REG. NO. & QTRS.: # 19613-039  UNIT-J
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

16501811159 0021

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT JUDGE
HONORABLE SEAN J. MCLAUGHLIN
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A250
ERIE, PA 16501