Case 1:05-cv-00147-SPB   Document 80-3   Filed 02/25/2008   Page 1 of 1



DARYL ORRIN BAKER
REG. NO. # 19613-039 UNIT-J
FEDERAL CORRECTION INSTITUTION
P.O. BOX 1000
SANDSTONE, MN
55072

CLERK OF THE COURT
MR. ROBERT V. BARTH, CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
SCIRICA, WEIS AND GARTH CIRCUIT JUDGES
7TH AND GRANT STREETS, ROOM 829
PITTSBURGH, PA.
15219

Case 1:05-cv-00147-SPB   Document 80-3   Filed 02/25/2008   Page 1 of 1