# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker )
)
)
Plaintiff )
vs. ) No. CA 05-147 Erie
United States of America )
)
)
Defendant )

HEARING ON   March 5, 2008   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.                                   Paul E. Skirtich, Esq., AUSA
/s/ Darryl Baker                                      Phil D'Cooper, Esq. AUSA

Appear for Plaintiff                                  Appear for Defendant

Hearing Begun   11:10                                 Hearing Adjourned to   11:30

Hearing concluded C.A.V.                              Stenographer   Tamara Black
                                                      CD:        Index:

### WITNESSES

For Plaintiff                                         For Defendant

Motion to reopen discovery [Doc #81] is granted. ∆s to provide updated medical records to ¶ counsel by March 14, 2008. ¶'s counsel to report to Court before April 11, 2008 regarding need for medical examination.

Cynthia Sander
Staff Atty.