IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL ORRIN BAKER, )
 )
    Plaintiff, )
 )
VS. ) CIVIL ACTION NO. 05-147-ERIE
 )
UNITED STATES OF AMERICA, ET.AL. )
 )
    Defendants. )

**FILED MAY 19 2008 CLERK DISTRICT COURT WEST. DIST. OF PENNSYLVANIA**

## PLAINTIFF'S STATUS MOTION

AND NOW COMES, the Plaintiff's DARRYL ORRIN BAKER, (hereinafter "PLAINTIFF"), and proceeding **pro-se,** and respectfully moves this Honorable Court in the interest of justice to inform the Plaintiff of the status of this case and for the reasons that follow.

(1) This Honorable Court issued it's last hearing dated April 14, 2008, and the Plaintiff has not heard from this Court after this hearing.

(2) The Plaintiff is requesting the status of this case after the April 14, 2008 hearing.

(3) Plaintiff request a copy of the **docket sheets,** that pertain to this case.

(1)

## CONCLUSION

The Plaintiff request that this Honorable Court **grant** this Status Motion because the Plaintiff has not heard from this Honorable Court after the April 14, 2008 Hearing.

Respectfully submitted

BY: *Darryl Baker*
Darryl Orrin Baker
Reg. No.# 19613-039 Unit-J
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN
55072

EXECUTED: MAY 13, 2008

(2)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent a true and exact copy of the Plaintiff's Status Motion this day _13_, May 2008, United States First Class Mail to the following.

Assistant United States Attorney
Paul E. Skirtich
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA
15219

Respectfully submitted

BY: _Darryl Baker_
Darryl Orrin Baker
Reg. No.# 19613-039 Unit-J
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN
55072

EXECUTED: MAY _13_, 2008

(3)