COMMITTED NAME: **DARRYL ORRIN BAKER**
REG. NO. & QTRS.: **# 19613-039   UNIT -J**
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

(LEGAL MAIL)

**RECEIVED**
MAY 19 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**RECEIVED**
MAY 19 2008
CLERK U.S. D[ISTRICT COUR]T
WEST. DIST. OF PE[NNSYLVANI]A

SAINT PAUL MN 550
13 MAY 2008 PM 1 L

1650141155

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CHIEF UNITED STATES MAGISTRATE JUDGE
SUSAN PARADISE BAXTER
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A280
ERIE, PA
16501