**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARRYL ORRIN BAKER,         )<br>            Plaintiff    )<br>                             )<br>                             )     C.A. No. 05-147 Erie<br>                             )<br>UNITED STATES OF AMERICA,   )<br>            Defendant    ) | |

**O R D E R**

AND NOW, this 21st day of May, 2008;

IT IS HEREBY ORDERED that the Warden of FCI-Sandstone is directed to coordinate and prepare travel arrangements with the Bureau of Prisons in order that an independent medical examination of Plaintiff may be conducted by Dr. Marian Rubenfeld in Minneapolis, Minnesota, as soon as is practicable.

                                         S/ Susan Paradise Baxter
                                         SUSAN PARADISE BAXTER
                                         UNITED STATES MAGISTRATE JUDGE