Case 1:05-cv-00147-SJM-SPB   Document 85   Filed 05/27/2008   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker )
)
)
Plaintiff )
vs. )  No.  CA 05-147 Erie
United States of America, et al )
)
)
Defendants )

HEARING ON ~~May 23, 2008~~ May 27, 2008 Motion Hearing

Before: Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.
N Baker

Appear for Plaintiff

Paul E. Skirtich, Esq., AUSA
Phil O'Connor, Esq. USA

Appear for Defendant

Hearing Begun 3:00

Hearing Adjourned to 3:15

Hearing concluded C.A.V.

Stenographer Tamara Black
CD:    Index:

**WITNESSES**

For Plaintiff                For Defendant

Pl's Motion for Status Conference [Document #83] (filed pro se) is granted. A status conference was held. Π warned on the record not to file any documents without consent of his attorney.

C. Sander
Staff Attorney