# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker )
)
)
Plaintiff )
vs. ) No. CA 05-147 Erie
United States of America )
)
)
Defendant )

HEARING ON  June 11, 2008  Status Conference

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.                                        Paul E. Skirtich, Esq., AUSA
                                                           Phil D'Conner, Esq., AUSA

Appear for Plaintiff                                       Appear for Defendant

Hearing Begun  1:00                       Hearing Adjourned to  1:14

Hearing concluded C.A.V.                  Stenographer  Ron Bench
                                          CD:         Index:

WITNESSES
For Plaintiff                             For Defendant

Π expert report due by 6/27/2008.
Δ's medical exam will be conducted by 6/27/2008.

Status/settlement conference will be on 7/7/08 at 10:00 AM.

C. Sander
Staff Atty.