IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-147E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGE McLAUGHLIN |
| | ) | |
|     Defendant. | ) | ELECTRONICALLY FILED |

**ORDER**

    AND NOW, this _____ day of _____, 2008, upon consideration of the Defendant's Motion for Continuance of Settlement Conference Scheduled for July 7, 2008,

    IT IS HEREBY ORDERED that said Motion is GRANTED.

    IT IS FURTHER ORDERED that the hearing will be rescheduled to the _____ day of _____, 2008 at _____ a.m./p.m.


                                          _____
                                          UNITED STATES DISTRICT JUDGE

cc:  All counsel