# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker )
)
)
Plaintiff )
vs. )  No.    CA 05-147 Erie
United States of America, et al )
)
)
Defendants )

HEARING ON   July 7, 2008    Settlement Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.                          Paul E. Skirtich, Esq., AUSA

Appear for Plaintiff                         Appear for Defendant

Hearing Begun  10:04                         Hearing Adjourned to  11:10

Hearing concluded C.A.V.                     Stenographer  Ron Bench
                                             CD:           Index:

WITNESSES

For Plaintiff                                For Defendant

Settlement conference to be re-convened on July 16, 2008 at 9:00am before M.J. Baxter. Pre-trial narratives are due on July 18, 2008. Trial scheduled for August 18, 2008. J. McLaughlin's chambers to issue writ.

*/s/ Sandy*
*Staff Atty.*