IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-147 Erie |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 8th day of July, 2008, IT IS HEREBY ORDERED that this case is scheduled for a Bench Trial before the undersigned beginning on **Monday, August 18, 2008 at 9:00 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

A Writ shall issue forthwith.

IT IS FURTHER ORDERED that Plaintiff's and Defendant's Proposed Findings of Fact and Conclusions of Law are due on or before **Friday, August 15, 2008 by 5:00 p.m.**


          s/   Sean J. McLaughlin
          United States District Judge


cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge