IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IMPORTANT: RETURN THIS FORM TO THE CLERK'S OFFICE
PROMPTLY, BUT NOT LATER THAN THE SCHEDULED CONFERENCE.
(Complete either Part 1 or Part 2)**

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-147E |
| | ) | |
| v. | ) | Magistrate Judge Baxter |
| | ) | |
| UNITED STATES OF AMERICA, | ) | *(Electronic Filing)* |
| et al. | ) | |
| Defendants. | ) | |

**PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for the United States of America) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if any appeal is filed.

Date: July 15, 2008                     /s/ Paul E. Skirtich
                                        Signature

                                        Print Name: Paul E. Skirtich
                                        PA ID No. 30440

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART 2:   DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party) (counsel of record for _____ ) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

                                        _____
                                        Signature

                                        Print Name: _____