IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IMPORTANT: RETURN THIS FORM TO THE CLERK'S OFFICE
PROMPTLY, BUT NOT LATER THAN THE SCHEDULED CONFERENCE
(Complete either Part 1 or Part 2)**

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | : | |
| Plaintiff | : | Civil Action No.  05-147E |
| | : | |
| vs. | : | Magistrate Judge Baxter |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | *(Electric Filing)* |
| Defendants | : | |

**PART 1:   CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for the Plaintiff, Darryl Orrin Baker) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if any appeal is filed.

Date:  July 15, 2008                    /s/   Bryan D. Fife
                                        Signature

                                        Print Name:  Bryan D. Fife
                                        Pa. I.D. No. 83345

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART 2:   DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party) (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date:  _____           _____
                                        Signature

                                        Print Name:  _____

#405223