# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker

         Plaintiff

vs.    No.   CA 05-147 Erie

United States of America

         Defendant

**HEARING ON** July 15, 2008

Before Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.              Paul E. Skirtich, Esq., AUSA

Appear for Plaintiff             Appear for Defendant

Hearing Begun  11:00             Hearing Adjourned to  11:22

Hearing concluded C.A.V.         Stenographer  Ron Bench
                                 CD:      Index:

**WITNESSES**

For Plaintiff                    For Defendant

Status Conference. Writ to be vacated. Pre-trials are not due until after settlement conference. Discovery will be permitted following settlement, if necessary. Settlement conference scheduled August 19, 2008 at 9:00 am before M. Judge Baxter.

*[Signature]*
Stoff, Atty.