IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ORRIN BAKER,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-147 Erie |
| UNITED STATES OF AMERICA,<br>        Defendant. | )<br>)<br>) |

**<u>ORDER</u>**

AND NOW, this 15th Day of July, 2008, it is hereby

ORDERED that the Bench Trial scheduled for August 18, 2008, at 9:00 a.m., is CANCELLED. The Writ of Habeas Corpus Ad Testificandum, issued July 8, 2008, is hereby VACATED, as the Plaintiff is no longer required to appear..

 s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)