

COMMITTED NAME: DARRYL ORRIN BAKER
REG. NO. & QTRS.: # 19613-039 UNIT-J
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

CLERK OF THE COURT
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A280
ERIE, PA
16501

RECEIVED
JUL 2 3 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA