IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ORRIN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-147E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CHIEF MAGISTRATE JUDGE BAXTER |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendant's Motion for Continuance of Settlement Conference Scheduled for August 19, 2008,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the hearing will be rescheduled to _____, 2008, at _____ a.m./p.m.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  All counsel