# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Orrin Baker )
)
)
Plaintiff )
vs. )                    No.        CA 05-147 Erie
United States of America )
)
)
Defendant )

HEARING ON    August 26, 2008    Settlement Conference

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

Bryan D. Fife, Esq.                        Paul E. Skirtich, Esq., AUSA

Phil O'Conner, Esq. AUSA

Appear for Plaintiff                        Appear for Defendant

Hearing Begun  9:00 - 10:30  10:45          Hearing Adjourned to
               11:10 - 11:30

Hearing concluded C.A.V.                    Stenographer _____
                                            CD:          Index:

**WITNESSES**

For Plaintiff                               For Defendant

As to notify Court by September 19, 2008 about possibility of further settlement negotiations.

Settlement conference set for Sept 22, 2008 at 10:00 am.

Parties should actively be engaging in discovery at this time as this matter will be scheduled for trial in mid to late November. SPB.

G. Sander
Staff Atty.